Sun Microsystems, Inc.
Mailstop USCA12-203
4120 Network Circle
Santa Clara, CA 95054

NOREEN A. KRALL
408-276-4096 x34096
NOREEN.KRALL@SUN.COM

February 16, 2005

**Via Federal Express**



Stephen DeWitt
President & CEO
Azul Systems, Inc.
1600 Plymouth Street
Mountain View, CA 94043

*Subject to Federal Rule of Evidence 408 and Analogous State and Common Law Principles*

RE: Sun Microsystems Patent Portfolio

Dear Mr. DeWitt

It appears from several published sources that Azul is developing and will soon release various network attached processing systems. Based on information contained in those publications, Azul's products appear to include multi-core processors running Java applications. Exemplary documentation about Azul's products is enclosed for your convenience.

As you may know, Sun owns substantial patent rights and trade secrets with great relevance to Azul's planned products. Sun's patent portfolio includes numerous United States patents, pending applications, and foreign counterparts relating to network attached processing systems of the type contemplated by Azul. For example, Sun has many patents covering multi-core processors (*e.g.*, U.S. Patent Nos. 6,684,297, 6,701,417 and 6,718,457). Sun also has patents covering accelerated array access bounds checking (*e.g.*, U.S. Patent Nos. 6,014,723 and 6,408,383). Furthermore, Sun has patents covering memory garbage collection in Java based systems (*e.g.*, U.S. Patent Nos. 5,845,298, 5,857,210 and 5,953,736). In addition to the issued Sun patents, Sun has a significant portfolio of pending applications which include numerous applications that cover transactional memory. Exemplary pending applications relating to transactional memory include US2004/0187123; US2004/0187116; and US2004/0187115. The patents and pending applications cited herein are just a small representation of the Sun intellectual property that overlaps the design of a multi-core processing system. Copies of these representative issued patents and pending applications are enclosed for your convenience.

Sun believes that Azul would derive substantial benefit from licensing relevant technology from Sun's intellectual property portfolio. I would like to meet with you to assist you in evaluating Sun's patents and their applicability to Azul's products, and to discuss the benefits of a license to Azul.

After you have reviewed the enclosed materials, I would appreciate if you would contact me to arrange a meeting.

Sincerely,

Noreen A. Krall
Vice President and Chief Patent Counsel

Enclosures
NAK/mb