1   Robert T. Haslam (State Bar No. 71134)
    HELLER EHRMAN LLP
2   275 Middlefield Road
    Menlo Park, CA  94025-3506
3   Telephone:  (650) 324-7000
    Facsimile:  (650) 324-0638
4

5   Attorneys for Plaintiff
    AZUL SYSTEMS, INC.
6

7   Henry C. Bunsow (State Bar No. 60707)
    HOWREY LLP
8   525 Market Street, Suite 3600
    San Francisco, CA  94105-2708
9   Telephone:  (415) 848-4900
    Facsimile:  (415) 848-4999
10

11  Attorneys for Defendant
    SUN MICROSYSTEMS, INC.
12

13              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
14                      SAN JOSE DIVISION

15  _____
    AZUL SYSTEMS, INC.,                    )
16                                         )
              Plaintiff,                   )    Case No. C 06-01988-~~EMC~~   MHP
17                                         )
                                           )
18        v.                               )
                                           )
19  SUN MICROSYSTEMS, INC.,                )
                                           )
20            Defendant.                   )
                                           )
21  _____      )

22

23           STIPULATION AND [~~PROPOSED~~] ORDER

24

25

26

27

28  Stipulation and [Proposed] Order
    Case No. C 06-01988

1

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the interested

2

parties and subject to the approval of the Court, that the time by which Sun Microsystems, Inc.

3

shall answer, move, or otherwise respond to Azul Systems, Inc.'s Complaint for Declaratory

4

Judgment is hereby extended by 30 days to and including May 5, 2006.

5

6

7

8

9

     /s/ Robert T. Haslam                        /s/ Henry C. Bunsow

Robert T. Haslam (SBN 71134)               Henry C. Bunsow (SBN 60707)

10

Heller Ehrman LLP                         Howrey LLP

275 Middlefield Road                     525 Market Street, Suite 3600

11

Menlo Park, CA  94025-3506             San Francisco, CA  94105-2708

Telephone:  (650) 324-7000              Telephone:  (415) 848-4900

12

13

*Attorneys for Plaintiff*                    *Attorneys for Defendant*

*Azul Systems, Inc.*                        *Sun Microsystems, Inc.*

14

15

16

17

SO ORDERED this __7th__    day of April, 2006.

18

19

20

_____

UNITED STATES ~~MAGISTRATE~~ JUDGE

21

22

IT IS SO ORDERED

23

Judge Marilyn H. Patel

24

25

26

27

28

Stipulation and [Proposed] Order           2

Case No. C 06-01988

1

2

**CERTIFICATE OF SERVICE**

3

I hereby certify that all counsel of record, who are deemed to have consented to electronic

4
service are being served this 5th day of April, 2006, with a copy of this document via the Court's

5
CM/ECF system per Local Rule CD-5(a)(3).  Any other counsel of record will be served by

6
electronic mail, facsimile transmission and/or first class mail on this same date.

7

8
                                                      /s/ Henry C. Bunsow

9
                                                      Henry C. Bunsow

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
Stipulation and [Proposed] Order                  3
Case No. C 06-01988