United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZUL SYSTEMS, INC., | No. C-06-1988 MMC |
| Plaintiff, | **ORDER OF RECUSAL** |
| v. | |
| SUN MICROSYSTEMS, INC., | |
| Defendant / | |

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED.**

Dated: June 27, 2006

MAXINE M. CHESNEY
United States District Judge