ROBERT T. HASLAM (State Bar No. 71134)
PETER E. GRATZINGER (State Bar No. 228764)
ANUPAM SHARMA (State Bar No. 229545)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California  94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
Robert.Haslam@hellerehrman.com
Peter.Gratzinger@hellerehrman.com
Anupam.Sharma@hellerehrman.com

Attorneys for Plaintiff and Counter-Defendant
AZUL SYSTEMS, INC.

HENRY C. BUNSOW (State Bar No. 60707)
BENJAMIN K. RILEY (State Bar No. 112007)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105-2708
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Defendant and Counter-Claimant
SUN MICROSYSTEMS, INC.

*Additional counsel on next page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZUL SYSTEMS, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> SUN MICROSYSTEMS, INC., <br><br> Defendant and Counterclaim Plaintiff. | Case No.:  C 06-01988 CRB <br><br> **STIPULATION FOR FILING OF AMENDED COMPLAINT** |

1  ALAN H. BLANKENHEIMER (State Bar No. 218713)
2  JODALE CAROTHERS (State Bar No. 228703)
   HELLER EHRMAN LLP
3  4350 La Jolla Village Drive, 7th Floor
   San Diego, California 92122-1246
4  Telephone: (858) 450-8400
5  Facsimile: (858) 450-8499
   Alan.Blankenheimer@hellerehrman.com
6  JoDale.Carothers@hellerehrman.com
7
   Attorneys for Plaintiff and Counter-Defendant
8  AZUL SYSTEMS, INC.
9
10 THOMAS DUNHAM (*pro hac vice*)
   NELSON M. KEE (*pro hac vice*)
11 HOWREY LLP
12 1299 Pennsylvania Avenue, N.W.
   Washington, DC 20004
13 Telephone: (202) 783-0800
   Facsimile: (202) 383-6610
14
15 Attorneys for Defendant and Counter-Claimant
   SUN MICROSYSTEMS, INC.
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file an Amended Complaint, a copy of which is attached hereto.

DATED:  September 7, 2006              HELLER EHRMAN LLP

                                       By:   /s/ Peter Gratzinger
                                       PETER E. GRATZINGER
                                       Attorneys for Plaintiff and Counter-Defendant
                                       Azul Systems, Inc.


DATED:  September 7, 2006              HOWREY LLP

                                       By: _____
                                       THOMAS DUNHAM
                                       Attorneys for Defendant and Counter-Claimant
                                       Sun Microsystems, Inc.

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

September 8, 2006