1  Robert T. Haslam (State Bar No. 71134)
2  Peter E. Gratzinger (State Bar No. 228764)
   HELLER EHRMAN LLP
3  275 Middlefield Road
   Menlo Park, CA 94025-3506
4  Telephone: (650) 324-7000
   Facsimile: (650) 324-0638
5  Robert.Haslam@hellerehrman.com
6  Peter.Gratzinger@hellerehrman.com

7  Attorneys for Plaintiff and Counter-Defendant
   AZUL SYSTEMS, INC.
8

9  Henry C. Bunsow (State Bar No. 60707)
   Benjamin K. Riley (State Bar No. 112007)
10 HOWREY LLP
   525 Market Street, Suite 3600
11 San Francisco, CA 94105-2708
   Telephone: (415) 848-4900
12 Facsimile: (415) 848-4999
13 BunsowH@howrey.com
   RileyB@howrey.com
14

15 Attorneys for Defendant and Counter-Claimant
   SUN MICROSYSTEMS, INC.
16

17 *Additional counsel on next page*

18                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
19

20 | AZUL SYSTEMS, INC.,                         | Case No.: C 06-01988 CRB              |
21 |                                             |                                       |
22 | Plaintiff and Counterclaim Defendant,       | **STIPULATION PER LOCAL RULE          |
   |                                             | 6-2 RE PROPOSED REQUEST FOR           |
23 | v.                                          | ORDER CHANGING TIME**                 |
24 | SUN MICROSYSTEMS, INC.,                     |                                       |
25 |                                             |                                       |
26 | Defendant and Counterclaim Plaintiff.       |                                       |

27
28

1  Alan H. Blankenheimer (State Bar No. 218713)
   Jo Dale Carothers (State Bar No. 228703)
2  HELLER EHRMAN LLP
3  4350 La Jolla Village Drive, 7th Floor
   San Diego, California 92122-1246
4  Telephone: (858) 450-8400
   Facsimile: (858) 450-8499
5  Alan.Blankenheimer@hellerehrman.com
6  Jodale.Carothers@hellerehrman.com

7  Attorneys for Plaintiff and Counter-Defendant
   AZUL SYSTEMS, INC.
8

9
   Thomas Dunham (*pro hac vice*)
10 Nelson M. Kee (*pro hac vice*)
   HOWREY LLP
11 1299 Pennsylvania Avenue, N.W.
   Washington, DC 20004
12 Telephone: (202) 783-0800
13 Facsimile: (202) 383-6610
   DunhamT@howrey.com
14 KeeN@howrey.com

15
   Attorneys for Defendant and Counter-Claimant
16 SUN MICROSYSTEMS, INC.

17
18
19
20
21
22
23
24
25
26
27
28

Defendant Sun Microsystems, Inc., ("Sun") filed a **STIPULATION RE PROPOSED AMENDED JOINT CASE MANAGEMENT STATEMENT AND ORDER** on Friday, October 27, 2006. To the extent that those papers do not conform with Local Rule 6-2, Sun is hereby submitting this **STIPULATION PER LOCAL RULE 6-2 RE PROPOSED REQUEST FOR ORDER CHANGING TIME**. Consideration by the Court is respectfully requested.

### 1. Reasons For Requested Time Changes

Due to the recent death of his mother, Sun's lead counsel's (Mr. Dunham) will be unavailable for the next two weeks. Sun's counsel has negotiated with Azul's counsel and the parties agreed to the time changes noted below in section 3. The parties respectfully request that the Court enter this Stipulation Per Local Rule 6-2 Re Proposed Request For Order Changing Time to accommodate this unforeseeable and difficult situation.

### 2. Previous Time Modifications In The Case

To date, there has been no other time modifications in the case.

### 3. Proposed Time Modifications and Effect On The Schedule

| Milestone | Time Modification & Effect |
|---|---|
| Exchange of proposed preliminary claim constructions and preliminary identification of extrinsic evidence | **November 20, 2006**<br>Three weeks later than original date. |
| Joint Claim Construction and Prehearing Statement | **December 13, 2006**<br>Three weeks later than original date. |
| Completion of Claim Construction Discovery | **January 12, 2007**<br>Three weeks later than original date. |
| Opening Claim Construction Briefs | **January 24, 2007**<br>Two weeks later than original date. |
| Responsive Claim Construction Brief | **February 9, 2007**<br>Two weeks later than original date. |

| Milestone | Time Modification & Effect |
|---|---|
| Reply Claim Construction Brief | **February 16, 2007** <br> Two weeks later than original date. |
| Claim Construction Hearing (Subject to the Court's Schedule) | ~~February 2007~~ February 15, 2007 @ 2:30 <br> Reverts back to original schedule |

Tutoria Hearing   February 13, 2007 @ 2:30 p.m.

DATED: October 30, 2006   HELLER EHRMAN LLP

By: /s/
ALAN H. BLANKENHEIMER
Attorneys for Plaintiff and Counter-Defendant
Azul Systems, Inc.

DATED: October 30, 2006   HOWREY LLP

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

By: /s/Henry C. Bunsow
HENRY C. BUNSOW
Attorneys for Defendant and Counter-Claimant
Sun Microsystems, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: October 30, 2006



_____
CHARLES R. BREYER
UNITED STATES