Henry C. Bunsow (State Bar No. 60707)
Benjamin K. Riley (State Bar No. 112007)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105-2708
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Thomas M. Dunham (*pro hac vice*)
Nelson M. Kee (*pro hac vice*)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Attorneys for Defendant and Counter-Claimant
SUN MICROSYSTEMS, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AZUL SYSTEMS, INC.,<br><br>Plaintiff and Counter-Defendant,<br><br>vs.<br><br>SUN MICROSYSTEMS, INC.,<br><br>Defendant and Counter-Claimant. | Case No. C 06-01988 (CRB) [JCS]<br><br>**[PROPOSED] ORDER GRANTING SUN'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO AZUL'S MOTION TO REMOVE CONFIDENTIAL DESIGNATION FROM SUN'S SECTION 2019 STATEMENT (Local Rule 6-3)**<br><br>Date: December 15, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom A, 15th Floor<br>Judge: The Honorable Joseph C. Spero |

1  Having considered the motion filed by Sun Microsystems, Inc. ("Sun"), pursuant to Local Rule
2  6-3, to extend time to file opposition to Azul Systems, Inc.'s ("Azul") Motion to Remove Confidential
3  Designation from Sun's Section 2019 Statement (the "Motion"), and good cause appearing therefor:
4  The Court hereby GRANTS the Motion. Sun shall have until and including Friday, December
5  1, 2006, to file its opposition brief, and Azul shall have until and including Friday, December 8, 2006,
6  to file its reply brief. The hearing date shall remain as previously set for December 15, 2006, at 9:30
7  a.m.

Dated: November 22, 2007

The Hon[orable]
United Sta[tes]

Judge Joseph C. Spero
United States District Court
Northern District of California