Henry C. Bunsow (60707)
Benjamin K. Riley (112007)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Thomas M. Dunham (*pro hac vice*)
Nelson M. Kee (*pro hac vice*)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Attorneys for Defendant and Counter-Claimant
SUN MICROSYSTEMS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AZUL SYSTEMS, INC.,<br><br>    Plaintiff and Counter-Defendant,<br><br>vs.<br><br>SUN MICROSYSTEMS, INC.,<br><br>    Defendant and Counter-Claimant. | Case No. C 06-01988 (CRB) [JCS]<br><br>[~~PROPOSED~~] ORDER GRANTING SUN'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS 2 AND 4 TO THE DECLARATION OF THOMAS M. DUNHAM IN OPPOSITION TO AZUL'S MOTION TO REMOVE CONFIDENTIAL DESIGNATION FROM SUN'S SECTION 2019 STATEMENT<br><br>Date:  December 15, 2006<br>Time:  9:30 a.m.<br>Place:  Courtroom A, 15th Floor<br>Judge:  The Honorable Joseph C. Spero |

HOWREY LLP

[~~PROPOSED~~] ORDER GRANTING SUN'S ADMIN.
MOTION TO FILE UNDER SEAL EXHIBITS 2 AND 4 TO
THE DUNHAM DECL. (Case No. C 06-01988 (CRB) [JCS])

DM_US\8417351.v1

1   Sun Microsystems, Inc. having filed an Administrative Motion, pursuant to Civil Local Rules
2 7-11 and 79-5(c), to have the clerk of the court file certain confidential exhibits under seal, and good
3 cause appearing therefor,
4   IT IS HEREBY ORDERED that Exhibits 2 and 4, to the Declaration of Thomas M. Dunham In
5 Opposition to Azul's Motion to Remove Confidential Designation from Sun's Section 2019 Statement,
6 shall be filed under seal.
7   IT IS SO ORDERED.

10 Dated: December 5, 2006



THE
UNITED                                    E JUDGE
Judge Joseph C. Spero

HOWREY LLP

1   [PROPOSED] ORDER GRANTING SUN'S ADMIN.
MOTION TO FILE UNDER SEAL EXHIBITS 2 AND 4 TO
THE DUNHAM DECL. (Case No. C 06-01988 (CRB) [JCS])

DM_US\8417351.v1