ROBERT T. HASLAM (Bar No. 71134)
PETER E. GRATZINGER (Bar No. 228764)
ANUPAM SHARMA (Bar No. 229545)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
peter.gratzinger@hellerehrman.com

ALAN H. BLANKENHEIMER (Bar No. 218713)
JO DALE CAROTHERS (Bar No. 228703)
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122-1246
Telephone: (858) 450-8400
Facsimile: (858) 450-8499

Attorneys for Plaintiff and Counterclaim Defendant
AZUL SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AZUL SYSTEMS, INC.,<br><br>          Plaintiff and Counterclaim Defendant,<br><br>     v.<br><br>SUN MICROSYSTEMS, INC.,<br><br>          Defendant and Counterclaim Plaintiff. | Case No.: 06-cv-01988-CRB (JCS)<br><br>**PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL AND [PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST PURSUANT TO CIVIL L.R. 79-5(B)**<br><br>Date:  December 15, 2006<br>Time:  9:30 a.m.<br>Dept.:  Courtroom A, 15th Floor<br>Judge: Honorable Joseph C. Spero |

Pursuant to Civil Local Rule 79-5(b), Plaintiff Azul Systems, Inc. ("Azul") hereby requests to file certain documents under seal:

- Exhibit C to the Declaration of Peter E. Gratzinger in Support of Azul's Reply in Support Motion to Remove Confidential Designation from Sun's §2019 Statement and Memorandum of Points and Authorities in Support ("Gratzinger Decl.");

Azul's Reply cites confidential, technical information of Defendant Sun Microsystems, Inc. ("Sun").

Gratzinger C contains confidential, technical information from Sun's Highly Confidential Trade Secret Disclosures and attorney correspondence citing Sun's Disclosures.

This document is properly filed under seal because Sun has designated them as "Confidential," pursuant to Paragraph s 4 and 5 of the Stipulated Protective Order entered in this case by Judge Charles R. Breyer on October 2, 2006.

Azul e-filed a "public version" of Gratzinger Decl., Exhibit C.

Furthermore, the Court finds that the "public version" of Gratzinger Decl., Exhibits C properly excludes only that information of Sun which is confidential and protected from disclosure by the Stipulated Protective Order. Accordingly, the Court finds that good cause exists to file:

- Exhibit C to the Declaration of Peter E. Gratzinger in Support of Azul's Reply in Support of Motion to Remove Confidential Designation from Sun's §2019 Statement and under seal.

IT IS HEREBY ORDERED that the above-listed documents shall be filed under seal.

Dated: December 11, 2006



The Honorable Joseph C. Spero
United States Magistrate Judge
For the Northern District of California