1  ROBERT T. HASLAM (Bar No. 71134)
2  PETER E. GRATZINGER (Bar No. 228764)
   ANUPAM SHARMA (Bar No. 229545)
3  HELLER EHRMAN LLP
   275 Middlefield Road
4  Menlo Park, CA 94025-3506
   Telephone: (650) 324-7000
5  Facsimile: (650) 324-0638
6  Robert.Haslam@hellerehrman.com
   Peter.Gratzinger@hellerehrman.com
7  Anupam.Sharma@hellerehrman.com

8  Attorneys for Plaintiff and Counterclaim Defendant
9  AZUL SYSTEMS, INC.

10  HENRY C. BUNSOW (Bar No. 60707)
    BENJAMIN K. RILEY (Bar No. 112007)
11  HOWREY LLP
    525 Market Street, Suite 3600
12  San Francisco, CA 94105-2708
    Telephone: (415) 848-4900
13  Facsimile: (415) 848-4999
14
15  Attorneys for Defendant and Counterclaim Plaintiff
    SUN MICROSYSTEMS, INC.
16
    *Additional counsel on next page*
17

18            UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
19

20  AZUL SYSTEMS, INC.,                     Case No.:  C 06-01988 CRB

21        Plaintiff and Counterclaim Defendant,   **JOINT CLAIM CONSTRUCTION AND**
                                                  **PREHEARING STATEMENT**
22        v.                                      **PURSUANT TO PATENT LOCAL**
                                                  **RULE 4-3**
23
    SUN MICROSYSTEMS, INC.,
24
          Defendant and Counterclaim Plaintiff.
25

26

27

28

JOINT CLAIM CONSTRUCTION
AND PREHEARING STATEMENT                                          1

ALAN H. BLANKENHEIMER (State Bar No. 218713)
JODALE CAROTHERS (State Bar No. 228703)
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, California 92122-1246
Telephone: (858) 450-8400
Facsimile: (858) 450-8499
Alan.Blankenheimer@hellerehrman.com
JoDale.Carothers@hellerehrman.com

Attorneys for Plaintiff and Counterclaim Defendant
AZUL SYSTEMS, INC.


THOMAS DUNHAM (*pro hac vice*)
NELSON M. KEE (*pro hac vice*)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Attorneys for Defendant and Counterclaim Plaintiff
SUN MICROSYSTEMS, INC.

1    **JOINT CLAIM CONSTRUCTION STATEMENT**

2          Pursuant to Patent Local Rule 4-3 and the Scheduling Order entered in this case, Plaintiff

3    and Counter-Defendant Azul Systems, Inc. ("Azul") and Defendant and Counter-Plaintiff Sun

4    Microsystems, Inc. ("Sun") together submit the following Joint Claim Construction and Prehearing

5    Statement concerning

6          United States Patent 6,862,664 ("'664 Patent")

7          United States Patent 6,938,130 ("'130 Patent")

8          United States Patent 6,823,351 ("'351 Patent")

9          United States Patent 6,003,065 ("065 Patent")

10         United States Patent 6,901,491 ("'491 Patent")

11         United States Patent 7,013,454 ("454 Patent")

12    **A.      Claim Constructions and Intrinsic and Extrinsic Evidence**

13         The construction of those claim terms, phrases, or clauses on which the parties agree are

14   contained in the column labeled "Joint Claim Construction" in exhibits attached to this Statement.

15   Proposed constructions of disputed claim terms are contained in the columns labeled "Sun's

16   Proposed Construction" and "Azul's Proposed Construction," respectively, in those same exhibits.

17         The parties have separately compiled the intrinsic and extrinsic evidence on which each party

18   intends to rely.  The exhibits to this Statement are as follows:

19

20   **'664 Patent**: Constructions (Ex. A-1); Azul Evidence (Ex. A-2); Sun Evidence (Ex. A-3)

21   **'130 Patent**: Constructions (Ex. B-1); Azul Evidence (Ex. B-2); Sun Evidence (Ex. B-3)

22   **'351 Patent**: Constructions (Ex. C-1); Azul Evidence (Ex. C-2); Sun's Evidence (Ex. C-3)

23   **'065 Patent**: Constructions (Ex. D-1); Azul Evidence (Ex. D-2); Sun's Evidence (Ex. D-3)

24   **'491 Patent**: Constructions (Ex. E-1); Azul Evidence (Ex. E-2); Sun's Evidence (Ex. E-3)

25   **'454 Patent**: Constructions (Ex. F-1); Azul Evidence (Ex. F-2); Sun's Evidence (Ex. F-3)

26    **B.      Anticipated Length of Hearing**

27         The parties anticipate that two days is sufficient for the Claim Construction Hearing.

28

JOINT CLAIM CONSTRUCTION
AND PREHEARING STATEMENT                                                                    1

**C.     Witnesses**

Pursuant to Patent Local Rule 4-2, Azul disclosed that it would rely upon the testimony of expert witnesses in support of its proposed construction of certain claim terms.  Accordingly, Azul proposes to call Professor William Dally as a witness at the claim construction hearing and/or to submit his declaration in connection with briefing on claims construction.  A curriculum vitae for Prof. Dally is attached as Exhibit G.  A summary of Prof. Dally's opinions regarding claims construction are incorporated into Azul's intrinsic and extrinsic evidence. Azul does not currently plan to call any fact witnesses.

It is Sun's position that Azul did not comply with the requirements of Local Rule 4-2 for at least failing to "provide a brief description of the substance of that witness' proposed testimony" on a term-by-term basis.  Pat. L.R. 4-2(b).  Therefore, Sun will seek to preclude Azul from calling Prof. Dally as a witness and/or submitting his declaration with briefing on claim construction.  To the extent that the Court allows Prof. Dally's testimony or declaration, Sun reserves the right to have Dr. Antony Hosking to rebut and support Sun's proposed claim constructions.  A copy of Dr. Hosking's curriculum vitae is attached as Exhibit H.

**D.     Other Issues Prior to the Claim Construction Hearing**

Azul recommends that the Court allow a Technology Tutorial by the parties prior to the Claim Construction Hearing.  In such a tutorial, the parties would brief the Court on the history, technology and terminology associated with the patents in suit.  Azul believes that such a tutorial would familiarize the Court with the issues of the case and facilitate the claim construction process.  A Technology Tutorial for all of the patents, including time for presentations by both sides followed by an opportunity for the parties and expert witnesses to answer the Court's questions, would take approximately one day.

As the patent holder and party asserting infringement, and as contemplated by the Local Rules and Scheduling Order entered September 7, 2006 (see, section 11(B)(3)), Sun requests that it be allowed to present first at any tutorial the Court schedules.

The parties request a pre-hearing conference with the Court to address how the Court may best be served by a Technology Tutorial, and to resolve any differences between the parties

1   concerning the presentation of expert testimony and the order of presentation.  Because the

2   differences between the parties regarding expert testimony may affect both discovery concerning

3   claims construction, which concludes on January 12, 2007, and briefing regarding such construction,

4   which commences on January 24, 2007, it would be helpful to schedule such a conference early in

5   January.

6

7   DATED:  December 13, 2006              HELLER EHRMAN LLP

8

9                                          By: /s/ Alan H. Blankenheimer
                                           ALAN H. BLANKENHEIMER

10                                         Attorneys for Plaintiff Azul Systems, Inc.

11

12  DATED:  December 13, 2006              HOWREY LLP

13

14                                         By: /s/ Henry C. Bunsow
                                           HENRY C. BUNSOW

15                                         Attorneys for Defendant Sun Microsystems, Inc.

16

17                        **ECF CERTIFICATION**

18        I, Alan H. Blankenheimer, am the ECF User whose identification and password are being

19  used to file this Joint Claim Construction and Prehearing Statement.  In compliance with General

20  Order 45.X.B, I hereby attest that Henry C. Bunsow has concurred in this filing.

21

22  DATED:  December 13, 2006              HELLER EHRMAN LLP

23

24                                         By: /s/ Alan H. Blankenheimer

25                                         Attorneys for Plaintiff and Counterclaim Defendant
                                           AZUL SYSTEMS, INC.

26

27

28

JOINT CLAIM CONSTRUCTION
AND PREHEARING STATEMENT                                                                3

# EXHIBIT A-1

**Exhibit A-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,862,664**

| Claim Term(s) for '664 Patent | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Proposed Joint Claim Construction |
|---|---|---|---|
| **1**. A method for avoiding locks by speculatively executing critical sections of code, comprising: | **lock**—Software and/or hardware that regulates access to critical sections of code. | **lock**—a method to ensure that a shared resource may not be concurrently accessed by more than one thread | **avoiding locks**—No construction necessary |
| allowing a process to speculatively execute a critical section of code within a program without first acquiring a lock associated with the critical section; | **speculatively execute**—A technique to allow a processor to keep optimally busy by executing instructions before it is known whether the instructions will be needed.

**critical section of code**—A turning point or specially important juncture in a section of code that requires exclusive entry of only one processor or execution unit at a time. | **speculatively execute**—to execute code such that the result of the execution may be discarded and changes made by such execution may be undone

**critical section of code**—a section of code that may update shared data | **process --** A sequence of states of an executing thread.

**acquiring a lock**—obtaining ownership of a lock |
| wherein if the process | | | **interfering data access**— |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,862,664

**Exhibit A-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,862,664**

| Claim Term(s) for '664 Patent | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Proposed Joint Claim Construction |
|---|---|---|---|
| completes the critical section without encountering an interfering data access from another process, the method further comprises: | | | (i) a store by another process to a location that has been load marked or (ii) a load or a store by another process to a location that has been store marked. |
| committing changes made during the speculative execution, and | **committing changes**—Making a set of speculative changes permanent. | **committing changes**—copy speculatively updated values to registers and to memory | |
| resuming normal non-speculative execution of the program past the critical section; and | | | **normal non-speculative execution**—execution that is not speculative execution |
| wherein if an interfering data access from another process is encountered during execution of the critical section, the method further comprises: | | | |
| discarding changes made during the speculative execution, and | **discarding changes**—Either clearing or simply ignoring changes made to registers and/or buffered memory locations during speculative execution. | **discarding changes**—ignoring or clearing speculatively updated values in the register file and in the memory, and branching to a target location specified by the checkpoint instruction | |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,862,664

**Exhibit A-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,862,664**

| Claim Term(s) for '664 Patent | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Proposed Joint Claim Construction |
|---|---|---|---|
| attempting to re-execute the critical section zero or more times; | | | **attempting to re-execute**—This phrase does not need to be separately construed from the broader phrase.<br><br>**attempting to re-execute the critical section zero or more times**—Conditionally executing the critical section again zero or more times |
| wherein attempting to re-execute the critical section involves speculatively re-executing the critical section, wherein if the critical section is not successfully completed after a number of attempts at speculative execution, the method further comprises:<br><br>acquiring a lock associated with the critical section, non-speculatively executing the critical section, and releasing the lock associated with the critical section. | **the critical section is not successfully completed after a number of attempts at speculative execution**—The critical section fails to execute during a number of attempts to speculatively execute the critical section. | **the critical section is not successfully completed after a number of attempts at speculative execution**—the critical section is not successfully completed after one or more attempts at speculative re-execution | **speculatively re-executing**—speculatively executing again<br><br><br><br>**releasing the lock**—giving up ownership of a lock |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,862,664

**Exhibit A-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,862,664**

| Claim Term(s) for '664 Patent | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Proposed Joint Claim Construction |
|---|---|---|---|
| **2.** The method of claim 1, wherein data accesses from other processes are allowed to proceed during the speculative execution of the critical section. | | | **data accesses**—loads and stores |
| **4.** The method of claim 1, wherein upon executing a load operation during speculative execution of the critical section, the method further comprises | | | **load operation**—An operation to read or copy data from memory |
| load marking a corresponding cache line. | **load marking**—indicating that a data value from the line has been loaded, for example, by setting the load marking bit(s) for the cache line. | **load marking**—indicating that a data value from the line has been loaded during speculative execution, for example, by setting the load marking bit(s) for the cache line. | **cache line**—The smallest unit of memory that can be transferred between the main memory and the cache. |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,862,664

**Exhibit A-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,862,664**

| Claim Term(s) for '664 Patent | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Proposed Joint Claim Construction |
|---|---|---|---|
| **5.** The method of claim 4, wherein the corresponding cache line is load marked in level 1 (L1) cache. | **load marked**—a cache line marked to indicate that a data value from the line has bee loaded, for example, by setting the load marking bit(s) for the cache line | **load marked**—a cache line marked to indicate that a data value from that line has been loaded during speculative execution, for example, by setting the load marking bit(s) for the cache line. | **level 1 (L1) cache**—A cache in closest proximity to the processor. |
| **8.** The method of claim 1, wherein the interfering data access can include: | | | |
| a store by another process to a cache line that has been load marked by the process; and | | | **a store**—A store operation.  An operation to write or copy data to memory. |
| a load or a store by another process to a cache line that has been store marked by the process. | **store marked**—a cache line marked to indicate that a data value has been stored to that line, for example, by setting the store marking bit(s) for the cache line. | **store marked**—a cache line marked to indicate that a data value has been stored to that line during speculative execution, for example, by setting the store marking bit(s) for the cache line | |
| **10.** The method of claim 1, wherein committing changes made during speculative execution involves: | | | |

**Exhibit A-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,862,664**

| Claim Term(s) for '664 Patent | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Proposed Joint Claim Construction |
|---|---|---|---|
| treating store-marked cache lines as locked, thereby causing other processes to wait to access the store-marked cache lines; | | | **treating store-marked cache lines as locked**—Other processes that request a store-marked line must wait until the line is no longer locked before they can access the line. |
| clearing load marks from cache lines; | **load marks**—bits corresponding to a cache line that indicate a data value from that cache line have been loaded | **load marks**—bits corresponding to a cache line that indicate a data value from that cache line has been loaded during speculative execution | |
| committing store buffer entries generated during the execution to memory, wherein committing each store buffer entry involves unmarking, and thereby unlocking, a corresponding cache line; and | **store buffer**—A region of memory reserved for use as an intermediate repository in which data is temporarily held while waiting to be transferred between two locations or devices.<br><br>**committing store buffer entries**—Making permanent entries from a store buffer, that were generated during the speculative execution, into the memory hierarchy. | **store buffer**—A region of memory reserved for use as an intermediate repository for holding stores, which prevents speculative stores from propagating to the caches and provides read access to data values in the buffer.<br><br>**committing store buffer entries**—copy speculative stores from the store buffer to the memory | |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,862,664

**Exhibit A-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,862,664**

| Claim Term(s) for '664 Patent | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Proposed Joint Claim Construction |
|---|---|---|---|
| | **committing each store buffer entry involves unmarking, and thereby unlocking, a corresponding cache line**— Making permanent entries from a store buffer into the memory hierarchy involves unmarking the store mark bit(s) and unlocking the corresponding cache line. | **committing each store buffer entry involves unmarking, and thereby unlocking, a corresponding cache line**—copy speculative stores from the store buffer to the memory, which involves unmarking and thereby unlocking, the corresponding cache line | |
| committing register file changes made during speculative execution. | **register file**—A set of bits of high-speed memory within a microprocessor or other electronic device, used to hold data for a particular purpose.<br><br>**committing register file changes**—making a set of speculative register file changes permanent | **register file**—a set of locations internal to a processor that can be directly specified in an instruction as a source or destination operand<br><br>**committing register file changes**—copy speculatively updated values to the register file | |
| **11.** The method of claim 1, wherein discarding changes made during the speculative execution involves: | | | |
| discarding register file changes made during the speculative execution; | | | **discarding register file changes**—either clearing or simply ignoring register file changes made during speculative execution |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,862,664

**Exhibit A-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,862,664**

| Claim Term(s) for '664 Patent | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Proposed Joint Claim Construction |
|---|---|---|---|
| clearing load marks from cache lines; | **clearing load marks**—Unsetting the load marking bit(s) for the cache line. | **clearing load marks**—clearing the indication that a data value had been loaded from the cache line during speculative execution, for example, by unsetting the load marking bit(s) for the cache line. | |
| draining store buffer entries generated during the speculative execution; and | | | **draining store buffer entries generated during speculative execution**—ignoring or clearing speculative stores from the store buffer |
| clearing store marks from cache lines. | **clearing store marks**—Unmarking the store marking bit(s) for the cache line. | **clearing store marks**—clearing the indication that a data value had been stored to the cache line during speculative execution, for example, by unmarking the store marking bit(s) for the cache line. | |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,862,664

# EXHIBIT A-2

**Exhibit A-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 1 | Plaintiff Azul's Intrinsic And Extrinsic Evidence |
|---|---|
| **1**. A method for avoiding locks by speculatively executing critical sections of code, comprising: | **lock**<br><br>**Intrinsic Evidence:**<br><br>• From a programmer's perspective, synchronization is generally accomplished through the use locks. A lock is typically acquired before a thread enters a critical section of code, and is then released after the thread exits the critical section. If another thread wants to enter the same critical section, it must attempt to acquire the same lock. If it is unable to acquire the lock, because a preceding thread has grabbed the lock, the thread must wait until the preceding thread releases the lock. (Note that a lock can be implemented in a number of ways, such as through atomic operations or semaphores.) 1:33-43.<br>• Moreover, as multi-threaded applications use more threads, more locks are required. For example, if multiple threads need to access a shared data structure, it is impractical for performance reasons to use a single lock for the entire data structure. Instead, it is preferable to use multiple fine-grained locks to lock small portions of the data structure. This allows multiple threads to operate on different portions of the data structure in parallel. However, it also requires a single thread to acquire and release multiple locks in order to access different portions of the data structure. 1:50-59<br>• Applications typically use locks to ensure mutual exclusion within critical sections of code. However, in many cases threads will not interfere with each other, even if they are allowed to execute a critical section simultaneously. In these cases, mutual exclusion is used to prevent the unlikely case in which threads actually interfere with each other. Hence, in many cases, the overhead involved in acquiring and releasing locks is largely wasted. 2:1-8.<br>• In a variation on this embodiment, if the critical section is not successfully completed after a number of speculative attempts, the system acquires a lock associated with the critical section, and then non-speculatively executes the critical section. The system then releases the lock. 2:36-40.<br>• FIG. 2 illustrates how a critical section is executed in accordance with an embodiment of the present invention. As is illustrated in the left-hand side of FIG. 2, a process that executes a critical section typically acquires a lock associated with the critical section before entering the critical section. If the lock has been acquired by another process, the process may have to wait until the other process releases the lock. Upon leaving the critical section, the process releases the lock. 4:64-5:5.<br>• A lock can be associated with a shared data structure. For example, before accessing a shared data structure, |

Plaintiff Azul's Intrinsic And Extrinsic Evidence for
U.S. Patent No. 6,862,664

**Exhibit A-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 1 | Plaintiff Azul's Intrinsic And Extrinsic Evidence |
|---|---|
| | a process can acquire a lock on the shared data structure. The process can then execute a critical section of code that accesses the shared data structure. After the process is finished accessing the shared data structure, the process releases the lock. 5:7-12.<br>• *See also, e.g.,* Abstract; 1:44-49; 1:60-67; 5:21-32; 5:52-58; Fig. 2.<br>• Plaintiff Azul expects to rely on the prosecution file history of the patent.<br><br>**Extrinsic Evidence:**<br><br>• **lock**—(1) To exclude users from updating data that is being updated by another user. *Note:* Depending on the implementation, locking may occur on a field, record or an entire file. (2) To exclude users from accessing data. [IEEE 100, AZUL0120930]<br>• **exclusive lock**—A lock that grants the holder sole access to the locked data. No other process can access the data for either read or write purposes. [IEEE 100, AZUL0120926]<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term. *See* AZUL0117211-218; AZUL0116906-923; AZUL0117199-210; AZUL00117187-198; AZUL0116924-937; AZUL1169837-947; AZUL0116870-871; AZUL116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL00116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. |
| allowing a process to speculatively execute a critical section of code within a program without first acquiring a lock associated with the critical section; | **speculatively execute**<br><br>**Intrinsic Evidence:**<br><br>• One embodiment of the present invention provides a system that facilitates avoiding locks by speculatively executing critical sections of code. During operation, the system allows a process to speculatively execute a critical section of code within a program without first acquiring a lock associated with the critical section. If the process subsequently completes the critical section without encountering an interfering data access from another process, the system commits changes made during the speculative execution, and resumes normal non-speculative execution of the program past the critical section. Otherwise, if an interfering data access from another process is encountered during execution of the critical section, the system discards changes |

**Exhibit A-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 1 | Plaintiff Azul's Intrinsic And Extrinsic Evidence |
|---|---|
| | made during the speculative execution, and attempts to re-execute the critical section. Abstract.<br><br>• One embodiment of the present invention provides a system that facilitates avoiding locks by speculatively executing critical sections of code. During operation, the system allows a process to speculatively execute a critical section of code within a program without first acquiring a lock associated with the critical section. If the process subsequently completes the critical section without encountering an interfering data access from another process, the system commits changes made during the speculative execution, and resumes normal non-speculative execution of the program past the critical section. Otherwise, if an interfering data access from another process is encountered during execution of the critical section, the system discards changes made during the speculative execution, and attempts to re-execute the critical section. 2:15-29.<br><br>• FIG. 3 presents a flow chart illustrating how speculative execution takes place in accordance with an embodiment of the present invention. A process first executes a checkpoint instruction prior to entering of a critical section of code (step 302). Next, the system speculatively executes code within the critical section, without committing results of the speculative execution (step 304).<br><br>During this speculative execution, the system continually monitors data references made by other processes (step 305), and determines if an interfering data access takes place during speculative execution (step 306). If not, the system commits changes made during speculative execution (step 308) and then resumes normal non-speculative execution of the program past the critical section (step 310).<br><br>On the other hand, if an interfering data access is detected, the system discards changes made during the speculative execution (step 312), and attempts to re-execute the critical section (step 314). 5:33-51.<br><br>• *See also, e.g.,* 2:30-45; Fig. 3; Fig. 5; Fig. 6; 4:31-46; 5:52-6:4; 6:5-7:37.<br>• Plaintiff Azul expects to rely on the prosecution file history of the patent.<br><br>**Extrinsic Evidence:**<br><br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term. *See* AZUL0117211-218; AZUL0116906-923; AZUL0117199-210; AZUL00117187-198; AZUL0116924-937; AZUL1169837-947; AZUL0116870-871; AZUL116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL00116948-7171; |

**Exhibit A-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 1 | Plaintiff Azul's Intrinsic And Extrinsic Evidence |
|---------|---------------------------------------------------|
|         | AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. |

**critical section of code**

**Intrinsic Evidence:**

- From a programmer's perspective, synchronization is generally accomplished through the use locks. A lock is typically acquired before a thread enters a critical section of code, and is then released after the thread exits the critical section. If another thread wants to enter the same critical section, it must attempt to acquire the same lock. If it is unable to acquire the lock, because a preceding thread has grabbed the lock, the thread must wait until the preceding thread releases the lock. (Note that a lock can be implemented in a number of ways, such as through atomic operations or semaphores.) 1:32-43

- Applications typically use locks to ensure mutual exclusion within critical sections of code. However, in many cases threads will not interfere with each other, even if they are allowed to execute a critical section simultaneously. In these cases, mutual exclusion is used to prevent the unlikely case in which threads actually interfere with each other. 2:1-6.

- One embodiment of the present invention provides a system that facilitates avoiding locks by speculatively executing critical sections of code. During operation, the system allows a process to speculatively execute a critical section of code within a program without first acquiring a lock associated with the critical section. If the process subsequently completes the critical section without encountering an interfering data access from another process, the system commits changes made during the speculative execution, and resumes normal non-speculative execution of the program past the critical section. Otherwise, if an interfering data access from another process is encountered during execution of the critical section, the system discards changes made during the speculative execution, and attempts to re-execute the critical section. 2:14-29.

- In a variation on this embodiment, data accesses from other processes are allowed to proceed during the speculative execution of the critical section. 2:30-32.

- FIG. 2 illustrates how a critical section is executed in accordance with an embodiment of the present invention. 3:19-20.

- FIG. 2 illustrates how a critical section is executed in accordance with an embodiment of the present invention. As is illustrated in the left-hand side of FIG. 2, a process that executes a critical section typically acquires a lock associated with the critical section before entering the critical section. If the lock has been

**Exhibit A-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 1 | Plaintiff Azul's Intrinsic And Extrinsic Evidence |
|---|---|
| | acquired by another process, the process may have to wait until the other process releases the lock. Upon leaving the critical section, the process releases the lock. (Note that the terms "thread" and "process" are used interchangeably throughout this specification.) |
| | A lock can be associated with a shared data structure. For example, before accessing a shared data structure, a process can acquire a lock on the shared data structure. The process can then execute a critical section of code that accesses the shared data structure. After the process is finished accessing the shared data structure, the process releases the lock. |
| | In contrast, in the present invention, the process does not acquire a lock, but instead executes a checkpoint instruction before entering the critical section. If the critical section is successfully completed without interference from other processes, the process performs a commit operation, to commit changes made during the speculative execution. This sequence of events is described in more detail below with reference to FIGS. 3-8. |
| | Note that in one embodiment of the present invention a compiler replaces lock acquiring instructions with checkpoint instructions, and also replaces a corresponding lock releasing instructions with commit instructions. (Note that there may not be a one-to-one correspondence between replaced instructions. For example, a single lock acquisition operation comprised of multiple instructions may be replaced by a single checkpoint instruction.) The above discussion presumes that the processor's instruction set has been augmented to include a checkpoint instruction and a commit instruction. These instructions are described in more detail below with reference to FIGS. 4 and 7. 4:63-5:32. |
| | • *See also, e.g.,* Abstract; 2:33-63; Fig. 2; 5:33-6:4; 6:22-6:63; 7:18-38. |
| | • Plaintiff Azul expects to rely on the prosecution file history of the patent. |
| | **Extrinsic Evidence:** |
| | • **critical section**—a section of code which may not be execute concurrently or reentrantly by more than one thread of control while operating on specific data items. Many languages provide critical section constructs as part of the core syntactic structure. [Laplante, AZUL0120956] |
| | • **critical section**—(software) A segment of code to be executed mutually exclusively with some other segment of code which is also called a critical section. Segments of code are required to be executed |

**Exhibit A-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 1 | Plaintiff Azul's Intrinsic And Extrinsic Evidence |
|---|---|
| | mutually exclusively if they make competing uses of a computer resource or data item.  [IEEE 100, AZUL0120920]<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0117211-218; AZUL0116906-923; AZUL0117199-210; AZUL00117187-198; AZUL0116924-937; AZUL1169837-947; AZUL0116870-871; AZUL116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL00116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. |
| wherein if the process completes the critical section without encountering an interfering data access from another process, the method further comprises: | |
| committing changes made during the speculative execution, and | **committing changes**<br><br>**Intrinsic Evidence:**<br><br>• One embodiment of the present invention provides a system that facilitates avoiding locks by speculatively executing critical sections of code. During operation, the system allows a process to speculatively execute a critical section of code within a program without first acquiring a lock associated with the critical section. If the process subsequently completes the critical section without encountering an interfering data access from another process, the system commits changes made during the speculative execution, and resumes normal non-speculative execution of the program past the critical section. Otherwise, if an interfering data access from another process is encountered during execution of the critical section, the system discards changes made during the speculative execution, and attempts to re-execute the critical section. 2:15-29. |

**Exhibit A-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 1 | Plaintiff Azul's Intrinsic And Extrinsic Evidence |
|---------|--------------------------------------------------|
| | • In a variation on this embodiment, while committing changes made during speculative execution, the system clears load marks from cache lines and commits register file changes made during speculative execution. The system also treats store-marked cache lines as locked, thereby causing other processes to wait to access the store-marked cache lines. The system then commits store buffer entries generated during the speculative execution to memory, wherein committing each store buffer entry involves unmarking, and thereby unlocking, a corresponding cache line. 2:64-6. <br> • FIG. 7 presents a flow chart illustrating how a commit operation is performed after speculative execution completes successfully in accordance with an embodiment of the present invention. <br> • In contrast, in the present invention, the process does not acquire a lock, but instead executes a checkpoint instruction before entering the critical section. If the critical section is successfully completed without interference from other processes, the process performs a commit operation, to commit changes made during the speculative execution. This sequence of events is described in more detail below with reference to FIGS. 3-8. 5:13-20. <br> • Commit Operation <br><br> FIG. 7 presents a flow chart illustrating how a commit operation is performed after speculative execution completes successfully in accordance with an embodiment of the present invention. This flow chart illustrates what takes place during step 308 of the flow chart in FIG. 3. <br><br> The system starts by treating store-marked cache lines as though they are locked (step 702). This means other processes that request a store-marked line must wait until the line is no longer locked before they can access the line. This is similar to how lines are locked in conventional caches. <br><br> Next, the system clears load marks from L1 data cache 115 (step 704). <br><br> The system then commits entries from store buffer 112, which were generated during the speculative execution, into the memory hierarchy (step 706). As each entry is committed, a corresponding line in L2 cache 120 is unmarked. <br><br> The system also commits register file changes (step 708). For example, this can involve performing a flash copy between register file 103 and register file 104 in the system illustrated in FIG. 1. 6:64-7:18. |

**Exhibit A-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 1 | Plaintiff Azul's Intrinsic And Extrinsic Evidence |
|---|---|
|  | • *See also, e.g.,* Abstract; Figs. 3-8; 5:21-33; 6:58-63; 7:19-37.<br>• Plaintiff Azul expects to rely on the prosecution file history of the patent.<br><br>**Extrinsic Evidence:**<br><br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0117211-218; AZUL0116906-923; AZUL0117199-210; AZUL00117187-198; AZUL0116924-937; AZUL1169837-947; AZUL0116870-871; AZUL116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL00116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. |
| resuming normal non-speculative execution of the program past the critical section; and |  |
| wherein if an interfering data access from another process is encountered during execution of the critical section, the method further comprises: |  |
| discarding changes made during the speculative execution, and | **discarding changes**<br><br>**Intrinsic Evidence:**<br><br>• Otherwise, if an interfering data access from another process is encountered during execution of the critical section, the system discards changes made during the speculative execution, and attempts to re-execute the critical section. 2:25-29. |

Plaintiff Azul's Intrinsic And Extrinsic Evidence
U.S. Patent No. 6,862,664

**Exhibit A-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 1 | Plaintiff Azul's Intrinsic And Extrinsic Evidence |
|---|---|
| | • In a variation on this embodiment, while discarding changes made during the speculative execution, the system discards register file changes made during the speculative execution and clears load marks from cache lines. The system also drains store buffer entries generated during the speculative execution, and clears store marks from cache lines. 3:7-14. |
| | • FIG. 8 presents a flow chart illustrating how changes are discarded after speculative execution completes unsuccessfully in accordance with an embodiment of the present invention. 3:38-41 |
| | • On the other hand, if an interfering data access is detected, the system discards changes made during the speculative execution (step 312), and attempts to re-execute the critical section (step 314). |
| | • Note that this store data will remain in store buffer 112 until a subsequent commit operation takes place, or until changes made during the speculative execution are discarded. 6:60-63. |
| | • Discarding Changes |
| | FIG. 8 presents a flow chart illustrating how changes are discarded after speculative execution completes unsuccessfully in accordance with an embodiment of the present invention. This flow chart illustrates what takes place during step 312 of the flow chart in FIG. 3. The system first discards register file changes made during the speculative execution (step 802). This can involve either clearing or simply ignoring register file changes made during speculative execution. This is easy to accomplish because the old register values were checkpointed prior to commencing speculative execution. The system also clears load marks from cache lines in L1 data cache 115 (step 804), and drains store buffer entries generated during speculative execution without committing them to the memory hierarchy (step 806). At the same time, the system unmarks corresponding L2 cache lines. Finally, in one embodiment of the present invention, the system branches to a target location specified by the checkpoint instruction (step 808). The code at this target location attempts to re-execute the critical section as is described above with reference to step 314 of FIG. 1. 7:18-37. |
| | • *See also, e.g.,* Abstract; Fig. 3; Fig. 8. |
| | • Plaintiff Azul expects to rely on the prosecution file history of the patent. |
| | **Extrinsic Evidence:** |
| | • Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term. |
| | • Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this |

**Exhibit A-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 1 | Plaintiff Azul's Intrinsic And Extrinsic Evidence |
|---|---|
| | claim term.  *See* AZUL0117211-218; AZUL0116906-923; AZUL0117199-210; AZUL00117187-198; AZUL0116924-937; AZUL1169837-947; AZUL0116870-871; AZUL116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL00116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. |
| attempting to re-execute the critical section zero or more times; | |
| wherein attempting to re-execute the critical section involves speculatively re-executing the critical section, wherein if the critical section is not successfully completed after a number of attempts at speculative execution, the method further comprises: acquiring a lock associated with the critical section, non-speculatively executing the critical section, and releasing the lock associated with the critical section. | **the critical section is not successfully completed after a number of attempts at speculative execution** <br><br> **Intrinsic Evidence:** <br><br> • Speculative Execution Process <br><br> FIG. 3 presents a flow chart illustrating how speculative execution takes place in accordance with an embodiment of the present invention. A process first executes a checkpoint instruction prior to entering of a critical section of code (step 302). Next, the system speculatively executes code within the critical section, without committing results of the speculative execution (step 304). <br><br> During this speculative execution, the system continually monitors data references made by other processes (step 305), and determines if an interfering data access takes place during speculative execution (step 306). If not, the system commits changes made during speculative execution (step 308) and then resumes normal non-speculative execution of the program past the critical section (step 310). <br><br> On the other hand, if an interfering data access is detected, the system discards changes made during the speculative execution (step 312), and attempts to re-execute the critical section (step 314). <br><br> In one embodiment of the present invention, the system attempts the speculatively re-execute the critical section zero, one, two or more times. If these attempts are not successful, the system reverts back to the conventional technique of acquiring a lock on the critical section before entering the critical section, and then |

**Exhibit A-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 1 | Plaintiff Azul's Intrinsic And Extrinsic Evidence |
|---|---|
| | releasing the lock after leaving the critical section. 5:33-58.<br>• In a variation on this embodiment, attempting to re-execute the critical section involves speculatively re-executing the critical section.<br><br>In a variation on this embodiment, if the critical section is not successfully completed after a number of speculative attempts, the system acquires a lock associated with the critical section, and then non-speculatively executes the critical section. The system then releases the lock. 2:33-41.<br>• *See also, e.g.,* Claim 1; Fig. 3;<br>• Plaintiff Azul expects to rely on the prosecution file history of the patent.<br><br>**Extrinsic Evidence:**<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0117211-218; AZUL0116906-923; AZUL0117199-210; AZUL00117187-198; AZUL0116924-937; AZUL1169837-947; AZUL0116870-871; AZUL116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL00116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. |

| Claim 2 | Plaintiff Azul's Intrinsic And Extrinsic Evidence |
|---|---|
| **2.** The method of claim 1, wherein data accesses from other processes are allowed to proceed during the speculative execution of the critical section. | |

Plaintiff Azul's Intrinsic And Extrinsic Evidence
U.S. Patent No. 6,862,664

**Exhibit A-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 4 | Plaintiff Azul's Intrinsic And Extrinsic Evidence |
|---|---|
| **4.** The method of claim 1, wherein upon executing a load operation during speculative execution of the critical section, the method further comprises | |
| load marking a corresponding cache line. | **load marking**<br><br>**Intrinsic Evidence:**<br><br>• In a variation on this embodiment, upon executing a load operation during speculative execution of the critical section, the system "load marks" a corresponding cache line. Note that the corresponding cache line can be load marked in level 1 (L1) cache. 2:47-51.<br>• FIG. 5 presents a flow chart illustrating how load marking is performed during speculative execution in accordance with an embodiment of the present invention. 3:27-29.<br>• Note that each line in L1 data cache 115 includes a "load marking bit," which indicates that a data value from the line has been loaded during speculative execution. This load marking bit is used to determine whether any interfering memory references take place during speculative execution as is described below with reference to FIGS. 3-8. 4:16-23<br>• Load Marking Process: FIG. 5 presents a flow chart illustrating how load marking is performed during speculative execution in accordance with an embodiment of the present invention. During speculative execution of a critical section, the system performs a load operation. In performing this load operation, system first attempts to load a data item from L1 data cache 115 (step 502). If the load causes a cache hit, the system "load marks" the corresponding cache line in L1 data cache 115 (step 506). This involves setting the load marking bit for the cache line. Otherwise, if the load causes a cache miss, the system retrieves the cache line from lower levels of the memory hierarchy (step 508), and proceeds to step 506 to load mark the cache line in L1 data cache 115. 6:22-35.<br>• Next, the system clears load marks from L1 data cache 115 (step 704). 7:7-8.<br>• The system also clears load marks from cache lines in L1 data cache 115 (step 804), and drains store buffer |

**Exhibit A-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 4 | Plaintiff Azul's Intrinsic And Extrinsic Evidence |
|---|---|
| | entries generated during speculative execution without committing them to the memory hierarchy (step 806). 7:29-32, |
| | • *See also, e.g.,* 2:59-67; Fig. 5; Figs 3-8; 4:24-30. |
| | • Plaintiff Azul expects to rely on the prosecution file history of the patent. |
| | **Extrinsic Evidence:** |
| | • **load**—(4) (programming) To place data into internal storage. (9)(B) (software) To copy computer instructions or data from external storage to internal storage or from internal storage to registers. (13) To enter data or programs into storage or working registers. [IEEE 100, AZUL0120929] |
| | • Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term. |
| | • Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term. *See* AZUL0117211-218; AZUL0116906-923; AZUL0117199-210; AZUL00117187-198; AZUL0116924-937; AZUL1169837-947; AZUL0116870-871; AZUL116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL00116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. |

| Claim 5 | Plaintiff Azul's Intrinsic And Extrinsic Evidence |
|---|---|
| **5.** The method of claim 4, wherein the corresponding cache line is load marked in level 1 (L1) cache. | **load marked** |
| | **Intrinsic Evidence:** |
| | • In a variation on this embodiment, upon executing a load operation during speculative execution of the critical section, the system "load marks" a corresponding cache line. Note that the corresponding cache line can be load marked in level 1 (L1) cache. 2:47-51. |
| | • FIG. 5 presents a flow chart illustrating how load marking is performed during speculative execution in accordance with an embodiment of the present invention. 3:27-29. |

Plaintiff Azul's Intrinsic And Extrinsic Evidence
U.S. Patent No. 6,862,664

**Exhibit A-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 5 | Plaintiff Azul's Intrinsic And Extrinsic Evidence |
|---|---|
| | • Note that each line in L1 data cache 115 includes a "load marking bit," which indicates that a data value from the line has been loaded during speculative execution. This load marking bit is used to determine whether any interfering memory references take place during speculative execution as is described below with reference to FIGS. 3-8. 4:16-23<br>• Load Marking Process: FIG. 5 presents a flow chart illustrating how load marking is performed during speculative execution in accordance with an embodiment of the present invention. During speculative execution of a critical section, the system performs a load operation. In performing this load operation, system first attempts to load a data item from L1 data cache 115 (step 502). If the load causes a cache hit, the system "load marks" the corresponding cache line in L1 data cache 115 (step 506). This involves setting the load marking bit for the cache line. Otherwise, if the load causes a cache miss, the system retrieves the cache line from lower levels of the memory hierarchy (step 508), and proceeds to step 506 to load mark the cache line in L1 data cache 115. 6:22-35.<br>• Next, the system clears load marks from L1 data cache 115 (step 704). 7:7-8.<br>• The system also clears load marks from cache lines in L1 data cache 115 (step 804), and drains store buffer entries generated during speculative execution without committing them to the memory hierarchy (step 806). 7:29-32,<br>• *See also, e.g.,*  2:59-67; Fig. 5; Figs 3-8; 4:24-30.<br>• Plaintiff Azul expects to rely on the prosecution file history of the patent.<br><br>**Extrinsic Evidence:**<br>•  **load**—(4) (programming) To place data into internal storage.  (9)(B) (software) To copy computer instructions or data from external storage to internal storage or from internal storage to registers.  (13) To enter data or programs into storage or working registers.  [IEEE 100, AZUL0120920]<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0117211-218; AZUL0116906-923; AZUL0117199-210; AZUL00117187-198; AZUL0116924-937; AZUL1169837-947; AZUL0116870-881; AZUL116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL00116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. |

Plaintiff Azul's Intrinsic And Extrinsic Evidence
U.S. Patent No. 6,862,664

**Exhibit A-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 5 | Plaintiff Azul's Intrinsic And Extrinsic Evidence |
|---|---|
|  |  |

| Claim 8 | Plaintiff Azul's Intrinsic And Extrinsic Evidence |
|---|---|
| **8.** The method of claim 1, wherein the interfering data access can include: |  |
| a store by another process to a cache line that has been load marked by the process; and |  |
| a load or a store by another process to a cache line that has been store marked by the process. | **store marked**<br><br>**Intrinsic Evidence:**<br><br>• In a variation on this embodiment, upon executing a store operation during speculative execution of the critical section, the system prefetches the corresponding cache line for exclusive use, and also "store marks" the corresponding cache line. Note that the corresponding cache line can be store marked in the cache level closest to the processor where cache lines are coherent. 2:52-58.<br>• FIG. 6 presents a flow chart illustrating how store marking is performed during speculative execution in accordance with an embodiment of the present invention. 3:30-33.<br>• Each line in L2 cache 120 includes a "store marking bit," which indicates that a data value has been stored to the line during speculative execution. This store marking bit is used to determine whether any interfering memory references take place during speculative execution as is described below with reference to FIGS. 3-8. 4:47-53.<br>• Store Marking Process<br><br>FIG. 6 presents a flow chart illustrating how store marking is performed during speculative execution in |

Plaintiff Azul's Intrinsic And Extrinsic Evidence
U.S. Patent No. 6,862,664

**Exhibit A-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 8 | Plaintiff Azul's Intrinsic And Extrinsic Evidence |
|---------|---------------------------------------------------|
|  | accordance with an embodiment of the present invention. During speculative execution of a critical section, the system performs a store operation. For this store operation, the system first prefetches a corresponding cache line for exclusive use (step 602). Note that this prefetch operation will do nothing if the line is already located in cache and is already in an exclusive use state.<br><br>Since in this example L1 data cache 115 is a write-through cache, the store operation propagates through L1 data cache 115 to L2 cache 120. The system then attempts to lock the cache line corresponding to the store operation in L2 data cache 115 (step 604). If the corresponding line is in L2 cache 120 (cache hit), the system "store marks" the corresponding cache line in L2 cache 120 (step 610). This involves setting the store marking bit for the cache line. Otherwise, if the corresponding line is not in L2 cache 120 (cache miss), the system retrieves the cache line from lower levels of the memory hierarchy (step 608) and then proceeds to step 610 to store mark the cache line in L2 cache 120.<br><br>Next, after the cache line is store marked in step 610, the system enters the store data into an entry of the store buffer 112 (step 612). Note that this store data will remain in store buffer 112 until a subsequent commit operation takes place, or until changes made during the speculative execution are discarded. 6:36-63.<br>• *See also, e.g.,* 2:59-3:6; Fig. 6; 4:54-63; 5:59-63.<br>• Plaintiff Azul expects to rely on the prosecution file history of the patent.<br><br>**Extrinsic Evidence:**<br><br>• **store**—(2) To place or retain data in a storage device (B) (software) (data management) To copy computer instructions or data from register to internal storage or from internal storage to external storage.  [IEEE 100, AZUL0120949]<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0117211-218; AZUL0116906-923; AZUL0117199-210; AZUL00117187-198; AZUL0116924-937; AZUL1169837-947; AZUL0116870-871; AZUL116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL00116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. |

Plaintiff Azul's Intrinsic And Extrinsic Evidence
U.S. Patent No. 6,862,664

**Exhibit A-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 8 | Plaintiff Azul's Intrinsic And Extrinsic Evidence |
|---------|---------------------------------------------------|
|         |                                                   |

| Claim 10 | Plaintiff Azul's Intrinsic And Extrinsic Evidence |
|----------|---------------------------------------------------|
| **10.** The method of claim 1, wherein committing changes made during speculative execution involves: | |
| treating store-marked cache lines as locked, thereby causing other processes to wait to access the store-marked cache lines; | |
| clearing load marks from cache lines; | **load marks**<br><br>**Intrinsic Evidence:**<br><br>• In a variation on this embodiment, upon executing a load operation during speculative execution of the critical section, the system "load marks" a corresponding cache line. Note that the corresponding cache line can be load marked in level 1 (L1) cache. 2:47-51.<br>• FIG. 5 presents a flow chart illustrating how load marking is performed during speculative execution in accordance with an embodiment of the present invention. 3:27-29.<br>• Note that each line in L1 data cache 115 includes a "load marking bit," which indicates that a data value from the line has been loaded during speculative execution. This load marking bit is used to determine whether any interfering memory references take place during speculative execution as is described below with reference to FIGS. 3-8. 4:16-23<br>• Load Marking Process: FIG. 5 presents a flow chart illustrating how load marking is performed during speculative execution in accordance with an embodiment of the present invention. During speculative |

**Exhibit A-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 10 | Plaintiff Azul's Intrinsic And Extrinsic Evidence |
|---|---|
|  | execution of a critical section, the system performs a load operation. In performing this load operation, system first attempts to load a data item from L1 data cache 115 (step 502). If the load causes a cache hit, the system "load marks" the corresponding cache line in L1 data cache 115 (step 506). This involves setting the load marking bit for the cache line. Otherwise, if the load causes a cache miss, the system retrieves the cache line from lower levels of the memory hierarchy (step 508), and proceeds to step 506 to load mark the cache line in L1 data cache 115. 6:22-35. |
|  | • Next, the system clears load marks from L1 data cache 115 (step 704). 7:7-8. |
|  | • The system also clears load marks from cache lines in L1 data cache 115 (step 804), and drains store buffer entries generated during speculative execution without committing them to the memory hierarchy (step 806). 7:29-32, |
|  | • *See also, e.g.,*  2:59-67; Fig. 5; Figs 3-8; 4:24-30. |
|  | • Plaintiff Azul expects to rely on the prosecution file history of the patent. |
|  | **Extrinsic Evidence:** |
|  | •  **load**—(4) (programming) To place data into internal storage.  (9)(B) (software) To copy computer instructions or data from external storage to internal storage or from internal storage to registers.  (13) To enter data or programs into storage or working registers.  [IEEE 100, AZUL0120920] |
|  | • Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term. |
|  | • Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0117211-218; AZUL0116906-923; AZUL0117199-210; AZUL00117187-198; AZUL0116924-937; AZUL1169837-947; AZUL0116870-871; AZUL116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL00116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. |
| committing store buffer entries generated during the execution to memory, wherein committing each store buffer entry | **store buffer** **Intrinsic Evidence:** • The checkpoint operation also causes store buffer 112 to become "gated" (step 404). This allows existing |

**Exhibit A-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 10 | Plaintiff Azul's Intrinsic And Extrinsic Evidence |
|---|---|
| involves unmarking, and thereby unlocking, a corresponding cache line; and | entries in store buffer to propagate to the memory sub-system, but prevents new store buffer entries generated during speculative execution from doing so. 6:17-21. <br> • Next, after the cache line is store marked in step 610, the system enters the store data into an entry of the store buffer 112 (step 612). Note that this store data will remain in store buffer 112 until a subsequent commit operation takes place, or until changes made during the speculative execution are discarded.6:58-63. <br> • In a variation on this embodiment, while committing changes made during speculative execution, the system clears load marks from cache lines and commits register file changes made during speculative execution. The system also treats store-marked cache lines as locked, thereby causing other processes to wait to access the store-marked cache lines. The system then commits store buffer entries generated during the speculative execution to memory, wherein committing each store buffer entry involves unmarking, and thereby unlocking, a corresponding cache line. 2:64-3:6. <br> • In a variation on this embodiment, while discarding changes made during the speculative execution, the system discards register file changes made during the speculative execution and clears load marks from cache lines. The system also drains store buffer entries generated during the speculative execution, and clears store marks from cache lines. 3:8-13. <br> • As in a conventional processor, load and store operations pass through load buffer 111 and store buffer 112. 4:11-13. <br> • The system then commits entries from store buffer 112, which were generated during the speculative execution, into the memory hierarchy (step 706). As each entry is committed, a corresponding line in L2 cache 120 is unmarked.  7:9-13. <br> • The system also clears load marks from cache lines in L1 data cache 115 (step 804), and drains store buffer entries generated during speculative execution without committing them to the memory hierarchy (step 806). 7:29-32. <br> • Unfortunately, the process of acquiring a lock and the process of releasing a lock are very time-consuming in modern microprocessors. They involve atomic operations, which typically flush the load buffer and store buffer, and can consequently require hundreds, if not thousands, of processor cycles to complete. 1:43-49. <br> • *See also, e.g.,* Fig. 1; Fig. 4; Fig. 5; Fig. 6; Fig. 7; Fig. 8. <br> • Plaintiff Azul expects to rely on the prosecution file history of the patent. <br><br> **Extrinsic Evidence:** |

Plaintiff Azul's Intrinsic And Extrinsic Evidence
U.S. Patent No. 6,862,664

**Exhibit A-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 10 | Plaintiff Azul's Intrinsic And Extrinsic Evidence |
|---|---|
|  | • **store**—To place, replenish, or retain in storage.  Also, a location or object which serves for such storage.  [Wiley, AZUL0121070] <br> • **store**—(2) To place or retain data in a storage device (B) (software) (data management) To copy computer instructions or data from register to internal storage or from internal storage to external storage.  [IEEE 100, AZUL0120949] <br> • **buffer**—(1) A segment of computer memory utilized to temporarily store information that awaits transfer or processing.  Used, for instance, to compensate for difference in operating speeds.  Also called buffer memory, buffer storage, or input buffer.  [Wiley, AZUL0121058] <br> • **buffer**—(1)(A) (supervisory control, data acquisition, and automatic control) (buffer storage) A device in which data are stored temporarily, in the course of transmission from one point to another, used to compensate for a difference in the flow of data, or time of occurrence of events, when transmitting data from one device to another.  [IEEE 100, AZUL0120914] <br> • **buffer storage**—(1) An intermediate storage medium between data input and active storage (4)(A)  A type of storage that is used as temporary storage to compensate for differences in data rate and data flow.  [IEEE 100, AZUL0120915] <br> • **store buffer**—"The load buffers and store buffers hold data or addresses coming from and going to memory."  [H&P p. 253] <br> • Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term. <br> • Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0117211-218; AZUL0116906-923; AZUL0117199-210; AZUL00117187-198; AZUL0116924-937; AZUL1169837-947; AZUL0116870-871; AZUL116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL00116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. <br><br><br>**committing store buffer entries**<br><br>**Intrinsic Evidence:** |

Plaintiff Azul's Intrinsic And Extrinsic Evidence
U.S. Patent No. 6,862,664

**Exhibit A-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 10 | Plaintiff Azul's Intrinsic And Extrinsic Evidence |
|---|---|
|  | • The checkpoint operation also causes store buffer 112 to become "gated" (step 404). This allows existing entries in store buffer to propagate to the memory sub-system, but prevents new store buffer entries generated during speculative execution from doing so. 6:17-21.<br>• Next, after the cache line is store marked in step 610, the system enters the store data into an entry of the store buffer 112 (step 612). Note that this store data will remain in store buffer 112 until a subsequent commit operation takes place, or until changes made during the speculative execution are discarded.6:58-63.<br>• In a variation on this embodiment, while committing changes made during speculative execution, the system clears load marks from cache lines and commits register file changes made during speculative execution. The system also treats store-marked cache lines as locked, thereby causing other processes to wait to access the store-marked cache lines. The system then commits store buffer entries generated during the speculative execution to memory, wherein committing each store buffer entry involves unmarking, and thereby unlocking, a corresponding cache line. 2:64-3:6.<br>• In a variation on this embodiment, while discarding changes made during the speculative execution, the system discards register file changes made during the speculative execution and clears load marks from cache lines. The system also drains store buffer entries generated during the speculative execution, and clears store marks from cache lines. 3:8-13.<br>• As in a conventional processor, load and store operations pass through load buffer 111 and store buffer 112. 4:11-13.<br>• The system then commits entries from store buffer 112, which were generated during the speculative execution, into the memory hierarchy (step 706). As each entry is committed, a corresponding line in L2 cache 120 is unmarked.  7:9-13.<br>• The system also clears load marks from cache lines in L1 data cache 115 (step 804), and drains store buffer entries generated during speculative execution without committing them to the memory hierarchy (step 806). 7:29-32.<br>• Unfortunately, the process of acquiring a lock and the process of releasing a lock are very time-consuming in modern microprocessors. They involve atomic operations, which typically flush the load buffer and store buffer, and can consequently require hundreds, if not thousands, of processor cycles to complete. 1:43-49.<br>• *See also, e.g.,* Fig. 1; Fig. 4; Fig. 5; Fig. 6; Fig. 7; Fig. 8.<br>• Plaintiff Azul expects to rely on the prosecution file history of the patent. |

Plaintiff Azul's Intrinsic And Extrinsic Evidence
U.S. Patent No. 6,862,664

**Exhibit A-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 10 | Plaintiff Azul's Intrinsic And Extrinsic Evidence |
|---|---|
| | **Extrinsic Evidence:**<br><br>• *See above* proposed construction for **store buffer**<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0117211-218; AZUL0116906-923; AZUL0117199-210; AZUL00117187-198; AZUL0116924-937; AZUL1169837-947; AZUL0116870-871; AZUL116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL00116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. |
| committing register file changes made during speculative execution. | **register file**<br><br>**Intrinsic Evidence:**<br><br>• Processor 101 has two register files 103 and 104, one of which is an "active register file" and the other of which is a backup "shadow register file." In one embodiment of the present invention, processor 101 provides a flash copy operation that instantly copies all of the values from register file 103 into register file 104. This facilitates a rapid register checkpointing operation to support speculative execution. 4:1-7.<br>• Processor 101 also includes one or more functional units, such as adder 107 and multiplier 108. These functional units are used in performing computational operations involving operands retrieved from register files 103 or 104. As in a conventional processor, load and store operations pass through load buffer 111 and store buffer 112. 4:8-13.<br>• The system starts by checkpointing the register file (step 402). This can involve performing a flash copy operation from register file 103 to register file 104 (see FIG. 1). In addition to checkpointing register values, this flash copy can also checkpoint various state registers associated with the currently executing process. 6:9-15.<br>• The system also commits register file changes (step 708). For example, this can involve performing a flash copy between register file 103 and register file 104 in the system illustrated in FIG. 1. 7:14-17.<br>• The system first discards register file changes made during the speculative execution (step 802). This can involve either clearing or simply ignoring register file changes made during speculative execution. This is easy to accomplish because the old register values were checkpointed prior to commencing speculative execution 7:23-27. |

**Exhibit A-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 10 | Plaintiff Azul's Intrinsic And Extrinsic Evidence |
|---|---|
| | <ul><li>*See also, e.g.*, 2:64-67; 3:7-10; Fig. 1; Fig. 4, Fig. 7, Fig. 8.</li><li>Plaintiff Azul expects to rely on the prosecution file history of the patent.</li></ul>**Extrinsic Evidence:**<br><ul><li>**register**—(1) A high-speed storage area within the CPU, which is utilized to hold data for specific purposes. Before data may be processed, it must be represented in a register. There are various types, including control registers, index registers, arithmetic registers, and shift registers. Also called data register, or storage register. [Wiley, AZUL0121068]</li><li>**register file**—A set of registers which may be addressed by their number in the set. [IEEE 100, AZUL0120942]</li><li>**register**—(4) A storage device or storage location having a specified storage capacity. [IEEE 100, AZUL0120942]</li><li>Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.</li><li>Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term. *See* AZUL0117211-218; AZUL0116906-923; AZUL0117199-210; AZUL00117187-198; AZUL0116924-937; AZUL1169837-947; AZUL0116870-871; AZUL116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL00116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270.</li></ul>**committing register file changes**<br>**Intrinsic Evidence:**<br><ul><li>FIG. 7 presents a flow chart illustrating how a commit operation is performed after speculative execution completes successfully in accordance with an embodiment of the present invention. 3:33-37.</li><li>Processor 101 has two register files 103 and 104, one of which is an "active register file" and the other of which is a backup "shadow register file." In one embodiment of the present invention, processor 101 provides</li></ul> |

Plaintiff Azul's Intrinsic And Extrinsic Evidence
U.S. Patent No. 6,862,664

**Exhibit A-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 10 | Plaintiff Azul's Intrinsic And Extrinsic Evidence |
|---|---|
| | a flash copy operation that instantly copies all of the values from register file 103 into register file 104. This facilitates a rapid register checkpointing operation to support speculative execution. 4:1-7.<br>• Processor 101 also includes one or more functional units, such as adder 107 and multiplier 108. These functional units are used in performing computational operations involving operands retrieved from register files 103 or 104. As in a conventional processor, load and store operations pass through load buffer 111 and store buffer 112. 4:8-13.<br>• The system starts by checkpointing the register file (step 402). This can involve performing a flash copy operation from register file 103 to register file 104 (see FIG. 1). In addition to checkpointing register values, this flash copy can also checkpoint various state registers associated with the currently executing process. 6:9-15.<br>• The system also commits register file changes (step 708). For example, this can involve performing a flash copy between register file 103 and register file 104 in the system illustrated in FIG. 1. 7:14-17.<br>• The system first discards register file changes made during the speculative execution (step 802). This can involve either clearing or simply ignoring register file changes made during speculative execution. This is easy to accomplish because the old register values were checkpointed prior to commencing speculative execution 7:23-27.<br>• *See also, e.g.*, 2:64-67; 3:7-10; Fig. 1; Fig. 4, Fig. 7, Fig. 8.<br>• Plaintiff Azul expects to rely on the prosecution file history of the patent.<br><br>**Extrinsic Evidence:**<br><br>• **register—**(1) A high-speed storage area within the CPU, which is utilized to hold data for specific purposes. Before data may be processed, it must be represented in a register. There are various types, including control registers, index registers, arithmetic registers, and shift registers. Also called data register, or storage register. [Wiley, AZUL0121068]<br>• **register file—**A set of registers which may be addressed by their number in the set. [IEEE 100, AZUL0120942]<br>• **register—**(4) A storage device or storage location having a specified storage capacity. [IEEE 100, AZUL0120942] |

**Exhibit A-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 10 | Plaintiff Azul's Intrinsic And Extrinsic Evidence |
|---|---|
|  | • Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term. *See* AZUL0117211-218; AZUL0116906-923; AZUL0117199-210; AZUL00117187-198; AZUL0116924-937; AZUL1169837-947; AZUL0116870-871; AZUL116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL00116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. |

| Claim 11 | Plaintiff Azul's Intrinsic And Extrinsic Evidence |
|---|---|
| **11.** The method of claim 1, wherein discarding changes made during the speculative execution involves: |  |
| discarding register file changes made during the speculative execution; |  |
| clearing load marks from cache lines; | **clearing load marks**<br><br>**Intrinsic Evidence:**<br><br>• In a variation on this embodiment, upon executing a load operation during speculative execution of the critical section, the system "load marks" a corresponding cache line. Note that the corresponding cache line can be load marked in level 1 (L1) cache. 2:47-51.<br>• FIG. 5 presents a flow chart illustrating how load marking is performed during speculative execution in accordance with an embodiment of the present invention. 3:27-29.<br>• Note that each line in L1 data cache 115 includes a "load marking bit," which indicates that a data value from the line has been loaded during speculative execution. This load marking bit is used to determine whether any |

Plaintiff Azul's Intrinsic And Extrinsic Evidence
U.S. Patent No. 6,862,664

**Exhibit A-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 11 | Plaintiff Azul's Intrinsic And Extrinsic Evidence |
|---|---|
| | interfering memory references take place during speculative execution as is described below with reference to FIGS. 3-8. 4:16-23 |

- Load Marking Process: FIG. 5 presents a flow chart illustrating how load marking is performed during speculative execution in accordance with an embodiment of the present invention. During speculative execution of a critical section, the system performs a load operation. In performing this load operation, system first attempts to load a data item from L1 data cache 115 (step 502). If the load causes a cache hit, the system "load marks" the corresponding cache line in L1 data cache 115 (step 506). This involves setting the load marking bit for the cache line. Otherwise, if the load causes a cache miss, the system retrieves the cache line from lower levels of the memory hierarchy (step 508), and proceeds to step 506 to load mark the cache line in L1 data cache 115. 6:22-35.
- Next, the system clears load marks from L1 data cache 115 (step 704). 7:7-8.
- The system also clears load marks from cache lines in L1 data cache 115 (step 804), and drains store buffer entries generated during speculative execution without committing them to the memory hierarchy (step 806). 7:29-32,
- *See also, e.g.,* 2:59-67; Fig. 5; Figs 3-8; 4:24-30.
- Plaintiff Azul expects to rely on the prosecution file history of the patent.

**Extrinsic Evidence:**

- **clear**—(5) To restore a storage element or storage location to its zero state. Also called a reset. [Wiley, AZUL0121060]
- **clear**—(1)(A) To preset a storage or memory device to a prescribed state, usually that denoting zero. (B) To place a binary cell in the zero state. (2) (software) To set a variable, register, or other storage locations to zero, blank or other null value. (3) To force the contents of one or more storage elements to the logic 0 state. [IEEE 100, AZUL0120918]
- **load**—(4) (programming) To place data into internal storage. (9)(B) (software) To copy computer instructions or data from external storage to internal storage or from internal storage to registers. (13) To enter data or programs into storage or working registers. [IEEE 100, AZUL0120929]
- Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.
- Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this

**Exhibit A-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 11 | Plaintiff Azul's Intrinsic And Extrinsic Evidence |
|---|---|
| | claim term.  *See* AZUL0117211-218; AZUL0116906-923; AZUL0117199-210; AZUL00117187-198; AZUL0116924-937; AZUL1169837-947; AZUL0116870-871; AZUL116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL00116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. |
| draining store buffer entries generated during the speculative execution; and | |
| clearing store marks from cache lines. | **clearing store marks**<br><br>**Intrinsic Evidence:**<br><br>• In a variation on this embodiment, upon executing a store operation during speculative execution of the critical section, the system prefetches the corresponding cache line for exclusive use, and also "store marks" the corresponding cache line. Note that the corresponding cache line can be store marked in the cache level closest to the processor where cache lines are coherent. 2:52-58.<br>• FIG. 6 presents a flow chart illustrating how store marking is performed during speculative execution in accordance with an embodiment of the present invention. 3:30-33.<br>• Each line in L2 cache 120 includes a "store marking bit," which indicates that a data value has been stored to the line during speculative execution. This store marking bit is used to determine whether any interfering memory references take place during speculative execution as is described below with reference to FIGS. 3-8. 4:47-53.<br>• Store Marking Process<br><br>FIG. 6 presents a flow chart illustrating how store marking is performed during speculative execution in accordance with an embodiment of the present invention. During speculative execution of a critical section, the system performs a store operation. For this store operation, the system first prefetches a corresponding cache line for exclusive use (step 602). Note that this prefetch operation will do nothing if the line is already |

Plaintiff Azul's Intrinsic And Extrinsic Evidence
U.S. Patent No. 6,862,664

**Exhibit A-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 11 | Plaintiff Azul's Intrinsic And Extrinsic Evidence |
|---|---|
| | located in cache and is already in an exclusive use state.<br><br>Since in this example L1 data cache 115 is a write-through cache, the store operation propagates through L1 data cache 115 to L2 cache 120. The system then attempts to lock the cache line corresponding to the store operation in L2 data cache 115 (step 604). If the corresponding line is in L2 cache 120 (cache hit), the system "store marks" the corresponding cache line in L2 cache 120 (step 610). This involves setting the store marking bit for the cache line. Otherwise, if the corresponding line is not in L2 cache 120 (cache miss), the system retrieves the cache line from lower levels of the memory hierarchy (step 608) and then proceeds to step 610 to store mark the cache line in L2 cache 120.<br><br>Next, after the cache line is store marked in step 610, the system enters the store data into an entry of the store buffer 112 (step 612). Note that this store data will remain in store buffer 112 until a subsequent commit operation takes place, or until changes made during the speculative execution are discarded. 6:36-63.<br>• *See also, e.g.,* 2:59-3:6; Fig. 6; 4:54-63; 5:59-63.<br>• Plaintiff Azul expects to rely on the prosecution file history of the patent.<br><br><br>**Extrinsic Evidence:**<br><br>• **clear**—(5) To restore a storage element or storage location to its zero state.  Also called a reset.  [Wiley, AZUL0121060]<br>• **clear**—(1)(A) To preset a storage or memory device to a prescribed state, usually that denoting zero. (B) To place a binary cell in the zero state.  (2) (software) To set a variable, register, or other storage locations to zero, blank or other null value. (3) To force the contents of one or more storage elements to the logic 0 state. [IEEE 100, AZUL0120918]<br>• **store**—(2) To place or retain data in a storage device (B) (software) (data management) To copy computer instructions or data from register to internal storage or from internal storage to external storage.  [IEEE 100, AZUL0120949]<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this |

Plaintiff Azul's Intrinsic And Extrinsic Evidence
U.S. Patent No. 6,862,664

**Exhibit A-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 11 | Plaintiff Azul's Intrinsic And Extrinsic Evidence |
|---|---|
| | claim term.  *See* AZUL0117211-218; AZUL0116906-923; AZUL0117199-210; AZUL00117187-198; AZUL0116924-937; AZUL1169837-947; AZUL0116870-871; AZUL116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL00116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. |

Plaintiff Azul's Intrinsic And Extrinsic Evidence
U.S. Patent No. 6,862,664

# EXHIBIT A-3

**Exhibit A-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 1 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 1. A method for avoiding locks by speculatively executing critical sections of code, comprising: | **lock**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-8<br>• From a programmer's perspective, synchronization is generally accomplished through the use [of] (sic) locks.  ['664 Patent, Col. 1, ll.33-34].<br>• A lock is typically acquired before a thread enters a critical section of code, and is then released after the thread exits the critical section. If another thread wants to enter the same critical section, it must attempt to acquire the same lock. If it is unable to acquire the lock, because a preceding thread has grabbed the lock, the thread must wait until the preceding thread releases the lock. (Note that a lock can be implemented in a number of ways, such as through atomic operations or semaphores.)  ['664 Patent, Col. 1, ll. 34-43].<br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction.<br>• To make a file or other piece of data inaccessible.  File locking is a critical component of all multi-user computer systems, including local-area networks.  When users share files, the operating system must ensure that two or more users do not attempt to modify the same file simultaneously.  It does this by locking the file as soon as the first user opens it.  All subsequent users may read the file, but they cannot write to it until the first user is finished.  [Webopedia Computer Dictionary (www.pcwebopaedia.com). Last update Nov. 16, 2001 - **Sun 026739**]. |
| allowing a process to speculatively execute | **speculatively execute** |

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 6,862,664

**Exhibit A-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 1 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| a critical section of code within a program without first acquiring a lock associated with the critical section; | Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-8<br>• One embodiment of the present invention provides a system that facilitates avoiding locks by speculatively executing critical sections of code. During operation, the system allows a process to speculatively execute a critical section of code within a program without first acquiring a lock associated with the critical section. If the process subsequently completes the critical section without encountering an interfering data access from another process, the system commits changes made during the speculative execution, and resumes normal non-speculative execution of the program past the critical section. Otherwise, if an interfering data access from another process is encountered during execution of the critical section, the system discards changes made during the speculative execution, and attempts to re-execute the critical section.  ['664 Patent, Col. 2, ll. 14-29].<br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction.<br>• speculative evaluation - A technique used in parallel processing where some evaluation may be started before it is known whether it is needed (Eager evaluation). This may result in some wasted processing and may introduce unnecessary non-terminating processes but it can reduce the overall run time by making some needed results available earlier than they would be otherwise. Opposite: conservative evaluation. [Free On-Line Dictionary of Computing.  Last Update May 5, 1995 - **Sun 026736**]. |

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 6,862,664

**Exhibit A-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 1 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | • speculative execution - A technique allows a superscalar processor to keep its functional units as busy as possible by executing instructions before it is known that they will be needed. [Free On-Line Dictionary of Computing. Last Update May 5, 1995 - **Sun 026737**]. <br><br> **critical section** <br><br> Sun intends to rely on at least the following evidence in support of its claim construction. <br><br> **Intrinsic Evidence:** <br> • Figures 1-8 <br> • FIG. 2 illustrates how a critical section is executed in accordance with an embodiment of the present invention. As is illustrated in the left-hand side of FIG. 2, a process that executes a critical section typically acquires a lock associated with the critical section before entering the critical section. If the lock has been acquired by another process, the process may have to wait until the other process releases the lock. Upon leaving the critical section, the process releases the lock. (Note that the terms "thread" and "process" are used interchangeably throughout this specification.). ['664 Patent, Col. 4, l. 63 – Col. 5, l. 6]. <br> **Extrinsic Evidence:** <br> • Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. <br> • critical - of, relating to, or being a turning point or specially - important juncture <a critical phase>. [Merriam-Webster On-Line Dictionary. Last indexed March, 15, 2003 - **Sun 026745-46**]. |

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 6,862,664

**Exhibit A-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 1 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| wherein if the process completes the critical section without encountering an interfering data access from another process, the method further comprises: | |
|     committing changes made during the speculative execution, and | **committing changes**<br><br>    Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>  • Figures 1-8<br>  • the process performs a commit operation, to commit changes made during the speculative execution.  ['664 Patent, Col. 5, ll. 17-18].<br>  • Commit Operation<br>    FIG. 7 presents a flow chart illustrating how a commit operation is performed after speculative execution completes successfully in accordance with an embodiment of the present invention. This flow chart illustrates what takes place during step 308 of the flow chart in FIG. 3.<br>    The system starts by treating store-marked cache lines as though they are locked (step 702). This means other processes that request a store-marked line must wait until the line is no longer locked before they can access the line. This is similar to how lines are locked in conventional caches.<br>    Next, the system clears load marks from L1 data cache 115 (step 704). The system then commits entries from store buffer 112, which were generated during the speculative execution, into the memory hierarchy (step 706). As each entry is committed, a corresponding line in L2 cache 120 is unmarked.<br>    The system also commits register file changes (step 708). For example, this |

**Exhibit A-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 1 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | can involve performing a flash copy between register file 103 and register file 104 in the system illustrated in FIG. 1. ['664 Patent, Col. 6, l. 64 – Col. 7, l. 17]. <br><br> **Extrinsic Evidence:** <br> • Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. <br> • In the context of computer science and data management, commit refers to the idea of making a set of tentative changes permanent. A popular usage is at the end of a transaction. A commit is the act of committing. [Wikipedia.org.  Last update Sept. 11, 2006 - **Sun 026738**]. |
| resuming normal non-speculative execution of the program past the critical section; and <br><br> wherein if an interfering data access from another process is encountered during execution of the critical section, the method further comprises: | |
| discarding changes made during the speculative execution, and | **discarding changes** <br><br> Sun intends to rely on at least the following evidence in support of its claim construction. <br><br> **Intrinsic Evidence:** <br> • Figures 1- 8 <br> • Discarding Changes <br> FIG. 8 presents a flow chart illustrating how changes are discarded after |

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 6,862,664

**Exhibit A-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 1 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | speculative execution completes unsuccessfully in accordance with an embodiment of the present invention. This flow chart illustrates what takes place during step 312 of the flow chart in FIG. 3. The system first discards register file changes made during the speculative execution (step 802). This can involve either clearing or simply ignoring register file changes made during speculative execution. This is easy to accomplish because the old register values were checkpointed prior to commencing speculative execution. The system also clears load marks from cache lines in L1 data cache 115 (step 804), and drains store buffer entries generated during speculative execution without committing them to the memory hierarchy (step 806). At the same time, the system unmarks corresponding L2 cache lines. Finally, in one embodiment of the present invention, the system branches to a target location specified by the checkpoint instruction (step 808). The code at this target location attempts to re-execute the critical section as is described above with reference to step 314 of FIG. 1. . ['664 Patent, Col. 7, ll. 18-38].<br><br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |
| attempting to re-execute the critical section zero or more times; wherein attemping [sic] to re-execute the critical section involves speculatively re-executing the critical section, wherein if the critical section is not successfully completed after a number of attempts at speculative execution, the method further | <u>**the critical section is not successfully completed after a number of attempts at speculative execution**</u><br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-8 |

6

**Exhibit A-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 1 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| comprises: | • In one embodiment of the present invention, the system attempts the speculatively re-execute the critical section zero, one, two or more times. If these attempts are not successful, the system reverts back to the conventional technique of acquiring a lock on the critical section before entering the critical section, and then releasing the lock after leaving the critical section. ['664 Patent, Col. 5, ll. 52-58].<br><br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |
| acquiring a lock associated with the critical section,<br>non-speculatively executing the critical section, and<br>releasing the lock associated with the critical section. | |

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 6,862,664

**Exhibit A-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 2 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 2. The method of claim 1, wherein data accesses from other processes are allowed to proceed during the speculative execution of he [sic] critical section. | **data accesses**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-8<br>• Note that an interfering data access can include a store by another process to a cache line that has been load marked by the process. It can also include a load or a store by another process to a cache line that has been store marked by the process.<br>Also note that circuitry to detect interfering data accesses can be easily implemented by making minor modifications to conventional cache coherence circuitry. This conventional cache coherence circuitry presently generates signals indicating whether a given cache line has been accessed by another processor. Hence, these signals can be used to determine whether an interfering data access has taken place.  ['664 Patent, Col. 5, l. 59 - Col. 6, l. 4].<br><br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |

| Claim 4 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 4. The method of claim 1, wherein upon executing a load operation during | **load marking** |

8

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 6,862,664

**Exhibit A-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 4 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| speculative execution of the critical section, the method further comprises load marking a corresponding cache line. | Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-8<br>• If the load causes a cache hit, the system "load marks" the corresponding cache line in L1 data cache 115 (step 506). This involves setting the load marking bit for the cache line. Otherwise, if the load causes a cache miss, the system retrieves the cache line from lower levels of the memory hierarchy (step 508), and proceeds to step 506 to load mark the cache line in L1 data cache 115.  ['664 Patent, Col. 6, ll. 29-35].<br><br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |

| Claim 5 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 5. The method of claim 4, wherein the corresponding cache line is load marked in level 1 (L1) cache. | <u>**load marked**</u><br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-8<br>• If the load causes a cache hit, the system "load marks" the corresponding cache line in L1 data cache 115 (step 506). This involves setting the load |

9

**Exhibit A-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 5 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | marking bit for the cache line. Otherwise, if the load causes a cache miss, the system retrieves the cache line from lower levels of the memory hierarchy (step 508), and proceeds to step 506 to load mark the cache line in L1 data cache 115.  ['664 Patent, Col. 6, ll. 29-35].<br><br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |

| Claim 8 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 8. The method of claim 1, wherein the interfering data access can include:<br>a store by another process to a cache line that has been load marked by the process; and | |
| a load or a store by another process to a cache line that has been store marked by the process. | **store marked**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-8<br>• The system then attempts to lock the cache line corresponding to the store operation in L2 data cache 115 (step 604). If the corresponding line is in L2 cache 120 (cache hit), the system "store marks" the corresponding cache line in L2 cache 120 (step 610). This involves setting the store marking bit for the |

10

**Exhibit A-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 8 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
|  | cache line. Otherwise, if the corresponding line is not in L2 cache 120 (cache miss), the system retrieves the cache line from lower levels of the memory hierarchy (step 608) and then proceeds to step 610 to store mark the cache line in L2 cache 120. ['664 Patent, Col. 6, ll. 48-57].<br><br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |

| Claim 10 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 10. The method of claim 1, wherein committing changes made during speculative execution involves:<br>treating store-marked cache lines as locked, thereby causing other processes to wait to access the store-marked cache lines; |  |
| clearing load marks from cache lines; | **load marks**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-8<br>• If the load causes a cache hit, the system "load marks" the corresponding cache line in L1 data cache 115 (step 506). This involves setting the load |

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 6,862,664

**Exhibit A-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 10 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | marking bit for the cache line. Otherwise, if the load causes a cache miss, the system retrieves the cache line from lower levels of the memory hierarchy (step 508), and proceeds to step 506 to load mark the cache line in L1 data cache 115.  ['664 Patent, Col. 6, ll. 29-35]. <br><br>**Extrinsic Evidence:** <br> • Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |
| committing store buffer entries generated during the execution to memory, wherein committing each store buffer entry involves unmarking, and thereby unlocking, a corresponding cache line; and | **store buffer** <br><br> Sun intends to rely on at least the following evidence in support of its claim construction. <br><br>**Intrinsic Evidence:** <br> • Figures 1-8 <br> • The system then commits entries from store buffer 112, which were generated during the speculative execution, into the memory hierarchy (step 706). As each entry is committed, a corresponding line in L2 cache 120 is unmarked.  ['664 Patent, Col. 7, ll. 10-14]. <br><br>**Extrinsic Evidence:** <br> • Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. <br> • buffer - A region of memory reserved for use as an intermediate repository in which data is temporarily held while waiting to be transferred between two locations or devices. [Microsoft Computer Dictionary, 5th ed., 2002, p. |

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 6,862,664

**Exhibit A-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 10 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | 76 - **Sun 026768**]. |
| | **committing store buffer entries** |
| | Sun intends to rely on at least the following evidence in support of its claim construction. |
| | **Intrinsic Evidence:** |
| | • Figures 1-8 |
| | • The system then commits entries from store buffer 112, which were generated during the speculative execution, into the memory hierarchy (step 706). As each entry is committed, a corresponding line in L2 cache 120 is unmarked. ['664 Patent, Col. 7, ll. 10-14]. |
| | **Extrinsic Evidence:** |
| | • Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |
| | • buffer - A region of memory reserved for use as an intermediate repository in which data is temporarily held while waiting to be transferred between two locations or devices. [Microsoft Computer Dictionary, 5th ed., 2002, p. 76 - **Sun 026768**]. |
| | • In the context of computer science and data management, commit refers to the idea of making a set of tentative changes permanent. A popular usage is at the end of a transaction. A commit is the act of committing. [Wikipedia.org. Last update Sept. 11, 2006 - **Sun 026738**]. |
| | **committing each store buffer entry involves unmarking, and thereby unlocking, a corresponding cache line** |

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 6,862,664

**Exhibit A-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 10 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-8<br>• The system then commits entries from store buffer 112, which were generated during the speculative execution, into the memory hierarchy (step 706). As each entry is committed, a corresponding line in L2 cache 120 is unmarked.  ['664 Patent, Col. 7, ll. 10-14].<br><br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction.<br>• buffer - A region of memory reserved for use as an intermediate repository in which data is temporarily held while waiting to be transferred between two locations or devices.  [Microsoft Computer Dictionary, 5th ed., 2002, p. 76 - **Sun 026768**].<br>• In the context of computer science and data management, commit refers to the idea of making a set of tentative changes permanent. A popular usage is at the end of a transaction. A commit is the act of committing. [Wikipedia.org.  Last update Sept. 11, 2006 - **Sun 026738**]. |
| committing register file changes made during speculative execution. | **register file**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction. |

**Exhibit A-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 10 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | **Intrinsic Evidence:**<br>• Figures 1-8<br>• The system also commits register file changes (step 708). For example, this can involve performing a flash copy between register file 103 and register file 104 in the system illustrated in FIG. 1.  ['664 Patent, Col. 7, ll. 14-17].<br><br>**Extrinsic Evidence:**<br>    • Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction.<br>    • register file - A set of bits of high-speed memory  within a microprocessor or other electronic device, used to hold data for a particular purpose. [Microsoft Computer Dictionary, 5th ed., 2002, p. 445 - **Sun 026771].**<br><br>**committing register file changes**<br><br>    Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-8<br>• The system also commits register file changes (step 708). For example, this can involve performing a flash copy between register file 103 and register file 104 in the system illustrated in FIG. 1.  ['664 Patent, Col. 7, ll. 14-17].<br><br>**Extrinsic Evidence:**<br>    • Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support |

15

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 6,862,664

**Exhibit A-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 10 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | Sun's claim construction. |
| | • register file - A set of bits of high-speed memory within a microprocessor or other electronic device, used to hold data for a particular purpose. [Microsoft Computer Dictionary, 5th ed., 2002, p. 445 - **Sun 026771].** |
| | • In the context of computer science and data management, commit refers to the idea of making a set of tentative changes permanent. A popular usage is at the end of a transaction. A commit is the act of committing. [Wikipedia.org. Last update Sept. 11, 2006 - **Sun 026738**]. |

| Claim 11 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 11. The method of claim 1, wherein discarding changes made during the speculative execution involves: discarding register file changes made during the speculative execution; | |
| clearing load marks from cache lines; | **clearing load marks**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-8<br>• If the load causes a cache hit, the system "load marks" the corresponding cache line in L1 data cache 115 (step 506). This involves setting the load marking bit for the cache line. Otherwise, if the load causes a cache miss, the system retrieves the cache line from lower levels of the memory hierarchy |

**Exhibit A-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 11 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | (step 508), and proceeds to step 506 to load mark the cache line in L1 data cache 115. ['664 Patent, Col. 6, ll. 29-35].<br>• Next, the system clears load marks from L1 data cache 115 (step 704). ['664 Patent, Col. 7, ll. 8-9].<br><br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |
| draining store buffer entries generated during the speculative execution; and clearing store marks from cache lines. | **clearing store marks**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1- 8<br>• The system then attempts to lock the cache line corresponding to the store operation in L2 data cache 115 (step 604). If the corresponding line is in L2 cache 120 (cache hit), the system "store marks" the corresponding cache line in L2 cache 120 (step 610). This involves setting the store marking bit for the cache line. Otherwise, if the corresponding line is not in L2 cache 120 (cache miss), the system retrieves the cache line from lower levels of the memory hierarchy (step 608) and then proceeds to step 610 to store mark the cache line in L2 cache 120. ['664 Patent, Col. 6, ll. 48-57].<br>• The system also clears load marks from cache lines in L1 data cache 115 (step 804), and drains store buffer entries generated during speculative execution without committing them to the memory hierarchy (step 806). At the same time, the system unmarks corresponding L2 cache lines. ['664 |

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 6,862,664

**Exhibit A-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,862,664**

| Claim 11 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | Patent, Col. 7, ll. 28-33]. |

**Extrinsic Evidence:**
- Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction.

18

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 6,862,664

# EXHIBIT B-1

**Exhibit B-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,938,130**

| Claim Term(s) for '130 Patent | Sun's Proposed Construction | Azul's Proposed Construction | Proposed Joint Claim Construction |
|---|---|---|---|
| **1.** A method for delaying memory accesses directed to cache lines associated with transactional execution, comprising**:** | **delaying memory access**—To postpone the operation of reading or writing stored information. | **delaying memory access**—waiting until the termination of the current transactional execution to copy the requested data value. | **cache line**—The smallest unit of memory than can be transferred between the main memory and the cache. <br><br> **transactional execution**—speculative execution of a critical section. |
| commencing transactional execution of a block of instructions within a thread executing on a processor; | **block of instructions**—A section of code within a program. | **block of instructions**—a contiguous sequence of instructions. | **commencing transactional execution**—starting transactional execution. <br><br> **thread**—an executing sequence of instructions. |
| receiving a request from a requesting thread to perform a memory access involving a cache line, wherein performing the memory access involves copying the cache line back to the | **requesting thread**—A thread (process) that seeks access. | **requesting thread**—a thread making a request for a memory access, different from the thread in transactional execution on the processor. | |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,938,130

**Exhibit B-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,938,130**

| Claim Term(s) for '130 Patent | Sun's Proposed Construction | Azul's Proposed Construction | Proposed Joint Claim Construction |
|---|---|---|---|
| requesting thread; | | | **receiving a request from a requesting thread**—No construction is necessary.<br><br>**copying the cache line back to the requesting thread**—sending a copy of the cache line to the requesting thread.<br><br>**memory access**—a load or a store |
| wherein if performing the memory access on the cache line will interfere with the transactional execution and if it is possible to delay the memory access, the method further comprises, storing copy-back information for the cache line to enable the cache line to be copied back to the requesting thread, and | **interfere with transactional execution**—To hinder a technique to allow a processor to keep optimally busy by executing instructions before it is known whether the instructions will be needed.<br><br>**copy-back information**—Information that indicates whether the cache line has to be copied back to another thread. | **interfere with transactional execution**—a memory access from the requesting thread which if allowed to complete could result in incorrect transactional execution of the block of instructions.<br><br>**copy-back information**—Information that indicates whether the cache line has to be copied back to another thread and where the cache line has to be copied back to | |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,938,130

**Exhibit B-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,938,130**

| Claim Term(s) for '130 Patent | Sun's Proposed Construction | Azul's Proposed Construction | Proposed Joint Claim Construction |
|---|---|---|---|
| | **storing copy-back information for the cache line**—Copying information that indicates whether the cache line has to be copied back to another thread from a processor to memory. | **storing copy-back information for the cache line**—saving in a storage location information that indicates whether the cache line has to be copied back to another thread and where the cache line has to be copied back to | |
| performing the memory access and copying the cache line back to the requesting thread at a later time when the memory access will not interfere with the transactional execution. | **a later time when memory access will not interfere with the transactional execution**—A subsequent time when an operation to read or write information does not hinder transactional execution. | **a later time when memory access will not interfere with the transactional execution**—the time when the current transactional execution terminates. | |
| **2.** The method of claim 1, wherein it is possible to delay an interfering memory access if a commit operation is in the process of committing updates made during the transactional execution to the architectural state of the processor, and if the memory access is directed to a cache line for which a last update made during the transactional execution has not yet been committed to the | **interfering memory access**—An attempt to access memory that hampers or impedes a transactional program execution.

**commit operation**—An operation to make a set of transactional changes | **interfering memory access**—a memory access which if allowed to complete could result in incorrect transactional execution of the block of instructions.

**commit operation**—copy speculatively updated values to registers and to memory. | |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,938,130

**Exhibit B-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,938,130**

| Claim Term(s) for '130 Patent | Sun's Proposed Construction | Azul's Proposed Construction | Proposed Joint Claim Construction |
|---|---|---|---|
| architectural state of the processor. | permanent.<br><br>**process of committing updates**—Performing the operation(s) to make a set of transactional changes permanent.<br><br>**architectural state**—The part of a processor which holds the state of a process, this includes the processor registers. | **process of committing updates**—process of copying speculatively updated values to registers and to memory.<br><br>**architectural state**—the state of the memory system visible to other processors. | |
| **3.** The method of claim 2, wherein a cache line associated with a delayed memory access is copied back to the requesting thread after the last update to the cache line during the transactional execution is committed to the architectural state of the processor. | | | **delayed memory access**—A memory access from the requesting thread that was delayed. |
| **5.** The method of claim 2, wherein it is possible to delay an interfering memory access prior to the commit operation; and | **it is possible to delay the memory access**—It is within the limits of realization to postpone the operation of reading or writing stored information. | **it is possible to delay the memory access**—if it is possible to wait until the termination of the current transactional execution to copy the requested data value. | |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,938,130

**Exhibit B-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,938,130**

| Claim Term(s) for '130 Patent | Sun's Proposed Construction | Azul's Proposed Construction | Proposed Joint Claim Construction |
|---|---|---|---|
| wherein if the transactional execution fails prior to the commit operation, the method further involves copying back cache lines for any interfering memory accesses that have been delayed during the transactional execution, wherein the data that is copied back is original cache line data, which has not been modified during the transactional execution. | **interfering memory accesses that have been delayed during the transactional execution**— An attempt to access memory that hampers or impedes a transactional program execution that has been postponed during transactional execution. | **interfering memory accesses that have been delayed during the transactional execution**— interfering memory accesses from the requesting thread that have been delayed during the transactional execution that just failed. | **copying back cache lines**—sending copies of the cache lines. |
| **6.** The method of claim 1, wherein if the memory access will interfere with the transactional execution and if it is not possible to delay the memory access, the method further comprises: | **it is not possible to delay the memory access**—It is not within the limits of realization to postpone the operation of reading or writing stored information. | **it is not possible to delay the memory access**—it is not possible to wait until the termination of the current transactional execution to copy the requested data value | |
| discarding changes made during the transactional execution; allowing the memory access to complete; and | **discarding changes**—Either clearing or simply ignoring register file changes made during transactional execution. | **discarding changes**— ignoring or clearing speculatively updated values in the register file and in the memory, and branching to a target location specified by the checkpoint instruction | |
| attempting to re-execute the block of instructions. | | | **attempting to re-execute**— attempting to execute again. |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,938,130

**Exhibit B-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,938,130**

| Claim Term(s) for '130 Patent | Sun's Proposed Construction | Azul's Proposed Construction | Proposed Joint Claim Construction |
|---|---|---|---|
| **7.** The method of claim 6, wherein discarding changes made during transactional execution involves:<br><br>discarding register file changes made during the transactional execution; | | | **register file changes**—changes to the state of the register file.<br><br>**discarding register file changes**—ignoring or clearing changes to the state of the register file |
| clearing load marks from cache lines; | **clearing load marks**—Unmarking the load marking bit(s) for the cache line. | **clearing load marks from cache lines**—clearing the indication that a data value had been loaded from the cache line during speculative execution, for example, by unmarking the load marking bit(s) for the cache line | |
| draining store buffer entries generated during the transactional execution; and | **store buffer**—a region of memory reserved for use as an intermediate repository in which data is temporarily held while waiting to be transferred between two locations or devices. | **store buffer**—A region of memory reserved for use as an intermediate repository for holding stores, which prevents speculative stores from propagating to the caches and provides read access to data values in the buffer. | **draining store buffer entries**—Removing store buffer entries without committing them to memory hierarchy. |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,938,130

**Exhibit B-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,938,130**

| Claim Term(s) for '130 Patent | Sun's Proposed Construction | Azul's Proposed Construction | Proposed Joint Claim Construction |
|---|---|---|---|
| clearing store marks from cache lines. | **clearing store marks from cache lines**—Unmarking the store marking bit(s) for the cache line. | **clearing store marks from cache lines**—clearing the indication that a data value had been loaded from the cache line during speculative execution, for example, by unmarking the store marking bit(s) for the cache line | |
| | **store marks**—bits corresponding to a cache line to indicate that data has been stored to that line | **store marks**—bits corresponding to a cache line to indicate that a data has been stored to that line during speculative execution | |
| **8.** The method of claim 1, wherein an interfering memory access can include: a store by another thread to a cache line that has been load-marked by the thread; and | **load marked**—A cache line for which the load marking bit(s) has been set. | **load marked**—a cache line marked to indicate that a data value from that line has been loaded during speculative execution, for example, by setting the load marking bit(s) for the cache line | **a store**—A store operation.  An operation to write or copy data to memory. |
| a load or a store by another thread to a cache line that has been store-marked by the thread. | | | **a load**—An operation to read or copy data from memory. |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,938,130

**Exhibit B-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,938,130**

| Claim Term(s) for '130 Patent | Sun's Proposed Construction | Azul's Proposed Construction | Proposed Joint Claim Construction |
|---|---|---|---|
| | **store marked**—Setting the store marking bit(s) for the cache line. | **store marked**—a cache line marked to indicate that a data value has been stored to that line during speculative execution, for example, by setting the store marking bit(s) for the cache line | |
| **9.** The method of claim 1, wherein commencing transactional execution involves:<br><br>saving processor registers; | **processor register**—A set of bits of high-speed memory within a microprocessor or other electronic device, used to hold data for a particular purpose.<br><br>**saving processor registers**—copying processor register information for later retrieval or restoration. | **processor register**—A set of locations internal to a processor that can be directly specified in an instruction as a source or destination operand<br><br>**saving processor registers**—copying the content of a set of processor registers to a shadow set of processor registers | |
| configuring the processor to load-mark cache lines during loads that take place during transactional execution; | | | **configuring the processor to load-mark cache lines**—change processor state to initiate load marking of cache line |
| configuring the processor to store-mark cache lines during stores that take place during transactional execution; and | | | **configuring the processor to store-mark cache lines**—change processor state to initiate store marking of cache lines |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,938,130

**Exhibit B-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,938,130**

| Claim Term(s) for '130 Patent | Sun's Proposed Construction | Azul's Proposed Construction | Proposed Joint Claim Construction |
|---|---|---|---|
| configuring the processor to continually monitor data references from other threads to detect interfering data references. | | | **monitor data references**—No need to construe this term.<br><br>**continually monitor data references**—To watch for data references in an uninterrupted manner.<br><br>**interfering data references**—(i) a store by another process to a location that has been load marked or (ii) a load or a store by another process to a location that has been store marked. |
| **10.** The method of claim 1, wherein if transactional execution completes without encountering an interfering memory access from another thread, the method further comprises: | | | **transactional execution completes**—No need to construe this term. |
| committing changes made during the transactional execution to the architectural state of the processor; and<br><br>resuming normal non-transactional execution of the program past the block of instructions. | **committing changes**—Making a set of tentative changes permanent.<br><br>**architectural state of the processor**—The part of a processor which holds the state of a process, this includes the processor | **committing changes**—copy speculatively updated values to registers and to memory.<br><br>**architectural state of the processor**—the state of the memory system visible to other processors. | |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,938,130

**Exhibit B-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,938,130**

| Claim Term(s) for '130 Patent | Sun's Proposed Construction | Azul's Proposed Construction | Proposed Joint Claim Construction |
|---|---|---|---|
| | registers. | | |
| **11.** The method of claim 10, wherein committing changes made during transactional execution involves: | | | |
| clearing load marks from cache lines; | **clearing load marks**—Unsetting the load marking bit(s) for the cache line. | **clearing load marks**—clearing the indication that a data has been loaded to the cache line during transactional execution, for example, by unsetting load marking bit(s) for the cache line | |
| committing store buffer entries generated during the transactional execution to memory; wherein if a store buffer entry contains a last update made to a cache line made during the transactional execution, committing the store buffer entry involves unmarking the corresponding cache line; and | **committing store buffer entries**—Making permanent entries from a store buffer, that were generated during the transactional execution, into the memory hierarchy. | **committing store buffer entries**—copy speculative stores from the store buffer to the memory. | **last update**—The most recent update to the given cache line that took place during the transactional execution. |
| committing register file changes made during transactional execution. | **committing register file changes**—An operation to make a set of tentative changes to the register file | **committing register file changes**—copy speculatively updated values to the register file. | |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,938,130

**Exhibit B-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,938,130**

| Claim Term(s) for '130 Patent | Sun's Proposed Construction | Azul's Proposed Construction | Proposed Joint Claim Construction |
|---|---|---|---|
| | permanent. | | |
| **12.** The method of claim 1, wherein the request to perform the memory access can include: | | | |
| a request-to-own (RTO) signal; or | | | **request-to-own (RTO) signal**—A cache-coherence signal requesting exclusive ownership of the cache line. |
| a request-to-share (RTS) signal. | | | **request-to-share (RTS) signal**—A cache-coherence signal requesting shared ownership of the cache line. |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,938,130

# EXHIBIT B-2

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 1 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| **1**. A method for delaying memory accesses directed to cache lines associated with transactional execution, comprising: | **delaying memory accesses**<br><br>**Intrinsic Evidence:**<br><br>• More specifically, the present invention relates to a method and an apparatus for delaying memory accesses from other threads that interfere with on-going transactional program execution. 1:17-20.<br>• One embodiment of the present invention provides a system that facilitates delaying interfering memory accesses from other threads during transactional execution. During transactional execution of a block of instructions, the system receives a request from another thread (or processor) to perform a memory access involving a cache line. If performing the memory access on the cache line will interfere with the transactional execution and if it is possible to delay the memory access, the system delays the memory access and stores copy-back information for the cache line to enable the cache line to be copied back to the requesting thread. At a later time, when the memory access will no longer interfere with the transactional execution, the system performs the memory access and copies the cache line back to the requesting thread. 2:50-64.<br>• In a variation on this embodiment, it is possible to delay an interfering memory access if a commit operation is in the process of committing updates made during the transactional execution to the architectural state of the processor, and if the memory access is directed to a cache line for which a last update made during the transactional execution has not yet been committed to the architectural state of the processor. 2:65-3:4.<br>• FIG. 13 presents a flow chart illustrating how interfering accesses are delayed during transactional program execution in accordance with an embodiment of the present invention. 4:41-43.<br>• Delaying Interfering Accesses<br><br>FIG. 11 presents a timeline illustrating transactional program execution in accordance with an embodiment of the present invention. At the beginning of transactional program execution, a checkpoint operation 1102 takes place. This enables the system to return to the checkpoint if a failure subsequently occurs during transactional execution. During transactional execution, a number of load and store operations are performed, which cause corresponding cache lines to be marked. (Note that only the store operations are illustrated in FIG. 11.) At the end of transactional execution, a commit operation takes place, which commits changes made during the speculative execution to the |

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 1 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| | architectural state of the processor. In one embodiment of the present invention, this involves committing entries from a store buffer into the L2 cache. Finally, after all changes made during the transactional execution are committed to the architectural state of the processor, the commit operation is complete, and normal, non-speculative program execution resumes.<br><br>Note that during a problem window 1104 results of the transactional execution are being committed to the architectural state of the processor. During this problem window, interfering accesses from other threads can potentially occur. However, failing transactional execution within problem window 1104 to deal with an interfering access can cause problems. In particular, if the commit operation is only partially complete, it is possible to leave the processor in an inconsistent state, with only a portion of the transactional updates committed. One way to solve this problem is to delay interfering data accesses until the commit operation completes. This delaying technique is described in more detail below with reference to FIGS. 12-13. (Note that an interfering access from another process can include a cache-coherence signal, such as a request-to-own (RTO) signal or a request-to-share (RTS) signal.) 10:40-11:7.<br>• *See also, e.g.,* Abstract; Title; 2:14-23; Fig. 12; Fig. 13; 11:43-12:42.<br>• Plaintiff Azul expects to rely on the prosecution file history of the patent.<br><br>**Extrinsic Evidence:**<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115267-270; AZUL0115233-260; AZUL115201-212; AZUL0117199-210; AZUL0116924-937; AZUL0117211-218; AZUL0116906-923; AZUL0117187-198. AZUL0116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL0116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. |

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 1 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| commencing transactional execution of a block of instructions within a thread executing on a processor; | **block of instructions**<br><br>**Intrinsic Evidence:**<br><br>• During transactional execution of a block of instructions, the system receives a request from another thread (or processor) to perform a memory access involving a cache line. 2:53-56.<br>• FIG. 2 illustrates how a critical section is executed in accordance with an embodiment of the present invention. 4:1-2.<br>• *See also, e.g.,* Abstract; Fig.2; 3:22-27;<br>• Plaintiff Azul expects to rely on the prosecution file history of the patent.<br><br>**Extrinsic Evidence:**<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115267-270; AZUL0115233-260; AZUL115201-212; AZUL0117199-210; AZUL0116924-937; AZUL0117211-218; AZUL0116906-923; AZUL0117187-198. AZUL0116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL0116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. |
| receiving a request from a requesting thread to perform a memory access involving a cache line, wherein performing the memory access involves copying the cache line back to the requesting thread; | **requesting thread**<br><br>**Intrinsic Evidence:**<br><br>• One embodiment of the present invention provides a system that facilitates delaying interfering memory accesses from other threads during transactional execution. During transactional execution of a block of instructions, the system receives a request from another thread (or processor) to perform a memory access involving a cache line. If performing the memory access on the cache line will interfere with the transactional execution and if it is possible to delay the memory access, the system delays the memory access and stores copy-back information for the cache line to enable the cache line |

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 1 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| | to be copied back to the requesting thread. At a later time, when the memory access will no longer interfere with the transactional execution, the system performs the memory access and copies the cache line back to the requesting thread. Abstract. <br> • Note that it is not necessary to wait until all stores are committed before performing the copy-back operations, or equivalent operations that gives up ownership. In one embodiment of the present invention, a given cache line is copied back to requesting threads after the last update to the given cache line that took place during the transactional execution is committed to the architectural state of the processor. 12:35-42. <br> • Hence, what is needed is a method and an apparatus for preventing accesses from other threads from interfering with transactional program execution, and in particular that prevents accesses from other threads from interfering with a commit operation that takes place at the end of transactional program execution. 2:43-48. <br> • *See also, e.g.,* Claim 1; 2:50-64; 3:5-9; . <br> • Plaintiff Azul expects to rely on the prosecution file history of the patent. <br><br> **Extrinsic Evidence:** <br> • Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term. <br> • Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115267-270; AZUL0115233-260; AZUL115201-212; AZUL0117199-210; AZUL0116924-937; AZUL0117211-218; AZUL0116906-923; AZUL0117187-198. AZUL0116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL0116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. |
| wherein if performing the memory access on the cache line will interfere with the transactional execution and if | **interfere with the transactional execution** <br><br> **Intrinsic Evidence:** <br><br> • One embodiment of the present invention provides a system that facilitates delaying interfering |

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 1 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| it is possible to delay the memory access, the method further comprises, storing copy-back information for the cache line to enable the cache line to be copied back to the requesting thread, and | memory accesses from other threads during transactional execution. Abstract. <br><br> • More specifically, the present invention relates to a method and an apparatus for delaying memory accesses from other threads that interfere with on-going transactional program execution 1:17-20. <br><br> • Applications typically use locks to ensure mutual exclusion in critical sections of code. However, in many cases threads will not interfere with each other, even if they are allowed to execute a critical section simultaneously. 1:66-2:2. <br><br> • During transactional execution, load and store operations are modified so that they mark cache lines that are accessed during the transactional execution. This allows the computer system to determine if an interfering data access occurs during the transactional execution. 2:10-22. <br><br> • In a variation on this embodiment, an interfering memory access can include: a store by another thread to a cache line that has been load-marked by the thread; and a load or a store by another thread to a cache line that has been store-marked by the thread. 3:22-28. <br><br> • In a variation on this embodiment, the request to perform the memory access can include a request-to-own (RTO) signal or a request-to-share (RTS) signal. 3:61-63. <br><br> • This load-marking bit is used to determine whether any interfering memory references take place during transactional execution as is described below with reference to FIGS. 3-8. 5:30-33. <br><br> • This store-marking bit is used to determine whether any interfering memory references take place during transactional execution as is described below with reference to FIGS. 3-8. 5:58-61. <br><br> • During this transactional execution, the system continually monitors data references made by other threads, and determines if an interfering data access (or other type of failure) takes place during transactional execution. 6:47-50. <br><br> • Note that an interfering data access can include a store by another thread to a cache line that has been load-marked by the thread. It can also include a load or a store by another thread to a cache line that has been store-marked by the thread. <br><br> Also note that circuitry to detect interfering data accesses can be easily implemented by making minor modifications to conventional cache coherence circuitry. This conventional cache coherence circuitry presently generates signals indicating whether a given cache line has been accessed by another processor. Hence, these signals can be used to determine whether an interfering data access has taken place. 7:1-12. |

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 1 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| | • The system then starts transactional execution (step 406), which involves load-marking and store-marking cache lines, if necessary, as well as monitoring data references in order to detect interfering references. 7:30-34. |
| | • *See also, e.g.,* Abstract; 2:30-48; 1:50-21; 1: 28-46; Figs. 3-13; 6:21-28; 6:55-58; 8:54-12:42. |
| | • Plaintiff Azul expects to rely on the prosecution file history of the patent. |
| | **Extrinsic Evidence:** |
| | • Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term. |
| | • Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term. *See* AZUL0115267-270; AZUL0115233-260; AZUL115201-212; AZUL0117199-210; AZUL0116924-937; AZUL0117211-218; AZUL0116906-923; AZUL0117187-198. AZUL0116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL0116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. |
| | **it is possible to delay the memory access** |
| | **Intrinsic Evidence:** |
| | • If performing the memory access on the cache line will interfere with the transactional execution and if it is possible to delay the memory access, the system delays the memory access and stores copy-back information for the cache line to enable the cache line to be copied back to the requesting thread. Abstract |
| | • If performing the memory access on the cache line will interfere with the transactional execution and if it is possible to delay the memory access, the system delays the memory access and stores copy-back information for the cache line to enable the cache line to be copied back to the requesting thread. At a later time, when the memory access will no longer interfere with the transactional execution, the system performs the memory access and copies the cache line back to the requesting thread. 2:55-64. |

Plaintiff Azul's Intrinsic and Extrinsic Evidence for
U.S. Patent No. 6,938,130

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 1 | Azul's Intrinsic and Extrinsic Evidence |
|---------|------------------------------------------|
|         | <ul><li>In a further variation, a cache line associated with a delayed memory access is copied back to the requesting thread after the last update to the cache line during the transactional execution is committed to the architectural state of the processor. 3:5-9.</li><li>In a variation on this embodiment, the cache line associated with a delayed memory access is copied back to the requesting thread after all updates that took place during the transactional execution are committed to the architectural state of the processor.</li></ul><br>In a variation on this embodiment, it is possible to delay an interfering memory access prior to the commit operation. In this case, if the transactional execution fails prior to the commit operation, the system copies back cache lines for any interfering memory accesses that have been delayed during the transactional execution, wherein the data that is copied back is original cache line data, which has not been modified during the transactional execution.<br><br>In a variation on this embodiment, if the memory access will interfere with the transactional execution and if it is not possible to delay the memory access, the system discards changes made during the transactional execution. The system also allows the memory access to complete and attempts to re-execute the block of instructions. 3:10-27.<ul><li>FIG. 13 presents a flow chart illustrating how interfering accesses are delayed during transactional program execution in accordance with an embodiment of the present invention. 4:40-43.</li><li>Delaying Interfering Accesses</li></ul><br>FIG. 11 presents a timeline illustrating transactional program execution in accordance with an embodiment of the present invention. At the beginning of transactional program execution, a checkpoint operation 1102 takes place. This enables the system to return to the checkpoint if a failure subsequently occurs during transactional execution. During transactional execution, a number of load and store operations are performed, which cause corresponding cache lines to be marked. (Note that only the store operations are illustrated in FIG. 11.) At the end of transactional execution, a commit operation takes place, which commits changes made during the speculative execution to the architectural state of the processor. In one embodiment of the present invention, this involves committing entries from a store buffer into the L2 cache. Finally, after all changes made during the transactional execution are committed to the architectural state of the processor, the commit operation |

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 1 | Azul's Intrinsic and Extrinsic Evidence |
|---------|------------------------------------------|
| | is complete, and normal, non-speculative program execution resumes. |

Above table continues with:

| | |
|---------|------------------------------------------|
| | Note that during a problem window 1104 results of the transactional execution are being committed to the architectural state of the processor. During this problem window, interfering accesses from other threads can potentially occur. However, failing transactional execution within problem window 1104 to deal with an interfering access can cause problems. In particular, if the commit operation is only partially complete, it is possible to leave the processor in an inconsistent state, with only a portion of the transactional updates committed. One way to solve this problem is to delay interfering data accesses until the commit operation completes. This delaying technique is described in more detail below with reference to FIGS. 12-13. (Note that an interfering access from another process can include a cache-coherence signal, such as a request-to-own (RTO) signal or a request-to-share (RTS) signal.)10:40-11-7. |
| | • If an interfering access from another process is encountered during transactional execution, the system fails the transaction as described above and possibly gives up ownership of the cache line (step 1306). The system then returns to step 1304 and attempts to repeat the failed transactional execution. |
| | In an alternative embodiment of the present invention (indicated by the dashed line), instead of failing the transaction, the system delays the interfering access and stores copy back information to enable the interfering access to complete at a later time (step 1308). Note that if the interfering access is a store to a load-marked cache line, the interfering access can complete as soon as the commit operation begins, without having to wait for stores to be committed to the architectural state of the processor. Otherwise, in the case of a load or a store to a store-marked cache line, the system has to wait until after the last update to the cache line during the transactional execution is committed to the architectural state of the processor before completing the interfering access. (Note that a load from a load-marked cache line does not interfere with transactional program execution.) |
| | In this alternative embodiment, if transactional execution for some reason fails, the system copies back cache lines for any interfering accesses that have been delayed during transactional execution (step 1305). In doing so, the system copies back original cache line data, which has not been modified during the transactional execution. Next, the system returns to step 1304 and attempts to repeat the filed transactional execution. 11:53-12:14. |

Plaintiff Azul's Intrinsic and Extrinsic Evidence for
U.S. Patent No. 6,938,130

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 1 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| | • *See also, e.g.,* Abstract; Figs. 2-13; 3:28-64; 11:43-53; 12:15-42.<br>• Plaintiff Azul expects to rely on the prosecution file history of the patent.<br><br>**Extrinsic Evidence:**<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115267-270; AZUL0115233-260; AZUL115201-212; AZUL0117199-210; AZUL0116924-937; AZUL0117211-218; AZUL0116906-923; AZUL0117187-198. AZUL0116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL0116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270.<br><br>**delay the memory access**<br><br>• If performing the memory access on the cache line will interfere with the transactional execution and if it is possible to delay the memory access, the system delays the memory access and stores copy-back information for the cache line to enable the cache line to be copied back to the requesting thread. Abstract<br>• If performing the memory access on the cache line will interfere with the transactional execution and if it is possible to delay the memory access, the system delays the memory access and stores copy-back information for the cache line to enable the cache line to be copied back to the requesting thread. At a later time, when the memory access will no longer interfere with the transactional execution, the system performs the memory access and copies the cache line back to the requesting thread. 2:55-64.<br>• In a further variation, a cache line associated with a delayed memory access is copied back to the requesting thread after the last update to the cache line during the transactional execution is committed to the architectural state of the processor. 3:5-9.<br>• In a variation on this embodiment, the cache line associated with a delayed memory access is copied back to the requesting thread after all updates that took place during the transactional execution are committed to the architectural state of the processor. |

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 1 | Azul's Intrinsic and Extrinsic Evidence |
|---------|------------------------------------------|
| | In a variation on this embodiment, it is possible to delay an interfering memory access prior to the commit operation. In this case, if the transactional execution fails prior to the commit operation, the system copies back cache lines for any interfering memory accesses that have been delayed during the transactional execution, wherein the data that is copied back is original cache line data, which has not been modified during the transactional execution. |
| | In a variation on this embodiment, if the memory access will interfere with the transactional execution and if it is not possible to delay the memory access, the system discards changes made during the transactional execution. The system also allows the memory access to complete and attempts to re-execute the block of instructions. 3:10-27. |
| | • FIG. 13 presents a flow chart illustrating how interfering accesses are delayed during transactional program execution in accordance with an embodiment of the present invention. 4:40-43. |
| | • Delaying Interfering Accesses |
| | FIG. 11 presents a timeline illustrating transactional program execution in accordance with an embodiment of the present invention. At the beginning of transactional program execution, a checkpoint operation 1102 takes place. This enables the system to return to the checkpoint if a failure subsequently occurs during transactional execution. During transactional execution, a number of load and store operations are performed, which cause corresponding cache lines to be marked. (Note that only the store operations are illustrated in FIG. 11.) At the end of transactional execution, a commit operation takes place, which commits changes made during the speculative execution to the architectural state of the processor. In one embodiment of the present invention, this involves committing entries from a store buffer into the L2 cache. Finally, after all changes made during the transactional execution are committed to the architectural state of the processor, the commit operation is complete, and normal, non-speculative program execution resumes. |
| | Note that during a problem window 1104 results of the transactional execution are being committed to the architectural state of the processor. During this problem window, interfering accesses from other threads can potentially occur. However, failing transactional execution within problem window 1104 to deal with an interfering access can cause problems. In particular, if the commit operation is only |

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 1 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| | partially complete, it is possible to leave the processor in an inconsistent state, with only a portion of the transactional updates committed. One way to solve this problem is to delay interfering data accesses until the commit operation completes. This delaying technique is described in more detail below with reference to FIGS. 12-13. (Note that an interfering access from another process can include a cache-coherence signal, such as a request-to-own (RTO) signal or a request-to-share (RTS) signal.)10:40-11-7. |
| | <ul><li>If an interfering access from another process is encountered during transactional execution, the system fails the transaction as described above and possibly gives up ownership of the cache line (step 1306). The system then returns to step 1304 and attempts to repeat the failed transactional execution.</li></ul> |
| | In an alternative embodiment of the present invention (indicated by the dashed line), instead of failing the transaction, the system delays the interfering access and stores copy back information to enable the interfering access to complete at a later time (step 1308). Note that if the interfering access is a store to a load-marked cache line, the interfering access can complete as soon as the commit operation begins, without having to wait for stores to be committed to the architectural state of the processor. Otherwise, in the case of a load or a store to a store-marked cache line, the system has to wait until after the last update to the cache line during the transactional execution is committed to the architectural state of the processor before completing the interfering access. (Note that a load from a load-marked cache line does not interfere with transactional program execution.) |
| | In this alternative embodiment, if transactional execution for some reason fails, the system copies back cache lines for any interfering accesses that have been delayed during transactional execution (step 1305). In doing so, the system copies back original cache line data, which has not been modified during the transactional execution. Next, the system returns to step 1304 and attempts to repeat the filed transactional execution. 11:53-12:14. |
| | <ul><li>*See also, e.g.,* Abstract; Figs. 2-13; 3:28-64; 11:43-53; 12:15-42.</li><li>Plaintiff Azul expects to rely on the prosecution file history of the patent.</li></ul> |
| | **Extrinsic Evidence:**<br><ul><li>Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.</li></ul> |

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 1 | Azul's Intrinsic and Extrinsic Evidence |
|---------|------------------------------------------|
|         | <ul><li>Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115267-270; AZUL0115233-260; AZUL115201-212; AZUL0117199-210; AZUL0116924-937; AZUL0117211-218; AZUL0116906-923; AZUL0117187-198. AZUL0116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL0116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270.</li></ul><br>**copy-back information**<br><br>**Intrinsic Evidence:**<br><br><ul><li>If performing the memory access on the cache line will interfere with the transactional execution and if it is possible to delay the memory access, the system delays the memory access and stores copy-back information for the cache line to enable the cache line to be copied back to the requesting thread. At a later time, when the memory access will no longer interfere with the transactional execution, the system performs the memory access and copies the cache line back to the requesting thread. Abstract</li><li>The system can also maintain copy-back information for the cache line, including a "to be copied back bit" 1214, which indicates whether the cache line has to be copied back to another thread. It also includes a copy back list 1216, which identifies where the cache line has to be copied back to. In one embodiment of the present invention, copy-back list 1216 is a one-hot bit vector, wherein each bit indicates whether the cache line has to be copied back to a specific thread (or processor). 11:30-38.</li><li>If an interfering access from another process is encountered during the commit operation, the system delays the interfering access and stores copy back information to enable the interfering access to complete at a later time (step 1310). (While delaying this access, the system can possibly acknowledge ownership of the cache line as part of a cache coherence protocol and can delay performing a copy-back operation, or equivalent operation that gives up ownership, for the cache line.) The system then returns to step 1309 to complete the commit operation. 12:18-29.</li><li>*See also, e.g.,* Abstract; 2:50-3:28; 5:42-56; Figs. 3-18; 12:29-42.</li><li>Plaintiff Azul expects to rely on the prosecution file history of the patent.</li></ul> |

Plaintiff Azul's Intrinsic and Extrinsic Evidence for
U.S. Patent No. 6,938,130

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 1 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| | **Extrinsic Evidence:**<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115267-270; AZUL0115233-260; AZUL115201-212; AZUL0117199-210; AZUL0116924-937; AZUL0117211-218; AZUL0116906-923; AZUL0117187-198. AZUL0116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL0116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270.<br><br>**storing copy-back information for the cache line**<br><br>**Intrinsic Evidence:**<br><br>• If performing the memory access on the cache line will interfere with the transactional execution and if it is possible to delay the memory access, the system delays the memory access and stores copy-back information for the cache line to enable the cache line to be copied back to the requesting thread. At a later time, when the memory access will no longer interfere with the transactional execution, the system performs the memory access and copies the cache line back to the requesting thread. Abstract<br>• The system can also maintain copy-back information for the cache line, including a "to be copied back bit" 1214, which indicates whether the cache line has to be copied back to another thread. It also includes a copy back list 1216, which identifies where the cache line has to be copied back to. In one embodiment of the present invention, copy-back list 1216 is a one-hot bit vector, wherein each bit indicates whether the cache line has to be copied back to a specific thread (or processor). 11:30-38.<br>• If an interfering access from another process is encountered during the commit operation, the system delays the interfering access and stores copy back information to enable the interfering access to complete at a later time (step 1310). (While delaying this access, the system can possibly acknowledge ownership of the cache line as part of a cache coherence protocol and can delay performing a copy- |

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 1 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
|  | back operation, or equivalent operation that gives up ownership, for the cache line.) The system then returns to step 1309 to complete the commit operation. 12:18-29.<br>• *See also, e.g.,* Abstract; 2:50-3:28; 5:42-56; Figs. 3-18; 12:29-42.<br>• Plaintiff Azul expects to rely on the prosecution file history of the patent.<br><br>**Extrinsic Evidence:**<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115267-270; AZUL0115233-260; AZUL115201-212; AZUL0117199-210; AZUL0116924-937; AZUL0117211-218; AZUL0116906-923; AZUL0117187-198. AZUL0116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL0116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. |
| performing the memory access and copying the cache line back to the requesting thread at a later time when the memory access will not interfere with the transactional execution. | **a later time when the memory access will not interfere with the transactional execution**<br><br>**Intrinsic Evidence:**<br><br>• If performing the memory access on the cache line will interfere with the transactional execution and if it is possible to delay the memory access, the system delays the memory access and stores copy-back information for the cache line to enable the cache line to be copied back to the requesting thread. At a later time, when the memory access will no longer interfere with the transactional execution, the system performs the memory access and copies the cache line back to the requesting thread. Abstract<br>• If performing the memory access on the cache line will interfere with the transactional execution and if it is possible to delay the memory access, the system delays the memory access and stores copy-back information for the cache line to enable the cache line to be copied back to the requesting thread. At a later time, when the memory access will no longer interfere with the transactional execution, the system performs the memory access and copies the cache line back to the requesting thread. 2:55-64.<br>• In a further variation, a cache line associated with a delayed memory access is copied back to the requesting thread after the last update to the cache line during the transactional execution is committed |

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 1 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
|  | to the architectural state of the processor. 3:5-9. |

- In a variation on this embodiment, the cache line associated with a delayed memory access is copied back to the requesting thread after all updates that took place during the transactional execution are committed to the architectural state of the processor.

In a variation on this embodiment, it is possible to delay an interfering memory access prior to the commit operation. In this case, if the transactional execution fails prior to the commit operation, the system copies back cache lines for any interfering memory accesses that have been delayed during the transactional execution, wherein the data that is copied back is original cache line data, which has not been modified during the transactional execution.

In a variation on this embodiment, if the memory access will interfere with the transactional execution and if it is not possible to delay the memory access, the system discards changes made during the transactional execution. The system also allows the memory access to complete and attempts to re-execute the block of instructions. 3:10-27.

- FIG. 13 presents a flow chart illustrating how interfering accesses are delayed during transactional program execution in accordance with an embodiment of the present invention. 4:40-43.
- Delaying Interfering Accesses

FIG. 11 presents a timeline illustrating transactional program execution in accordance with an embodiment of the present invention. At the beginning of transactional program execution, a checkpoint operation 1102 takes place. This enables the system to return to the checkpoint if a failure subsequently occurs during transactional execution. During transactional execution, a number of load and store operations are performed, which cause corresponding cache lines to be marked. (Note that only the store operations are illustrated in FIG. 11.) At the end of transactional execution, a commit operation takes place, which commits changes made during the speculative execution to the architectural state of the processor. In one embodiment of the present invention, this involves committing entries from a store buffer into the L2 cache. Finally, after all changes made during the transactional execution are committed to the architectural state of the processor, the commit operation is complete, and normal, non-speculative program execution resumes.

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 1 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| | Note that during a problem window 1104 results of the transactional execution are being committed to the architectural state of the processor. During this problem window, interfering accesses from other threads can potentially occur. However, failing transactional execution within problem window 1104 to deal with an interfering access can cause problems. In particular, if the commit operation is only partially complete, it is possible to leave the processor in an inconsistent state, with only a portion of the transactional updates committed. One way to solve this problem is to delay interfering data accesses until the commit operation completes. This delaying technique is described in more detail below with reference to FIGS. 12-13. (Note that an interfering access from another process can include a cache-coherence signal, such as a request-to-own (RTO) signal or a request-to-share (RTS) signal.)10:40-11-7. |
| | • If an interfering access from another process is encountered during transactional execution, the system fails the transaction as described above and possibly gives up ownership of the cache line (step 1306). The system then returns to step 1304 and attempts to repeat the failed transactional execution. |
| | In an alternative embodiment of the present invention (indicated by the dashed line), instead of failing the transaction, the system delays the interfering access and stores copy back information to enable the interfering access to complete at a later time (step 1308). Note that if the interfering access is a store to a load-marked cache line, the interfering access can complete as soon as the commit operation begins, without having to wait for stores to be committed to the architectural state of the processor. Otherwise, in the case of a load or a store to a store-marked cache line, the system has to wait until after the last update to the cache line during the transactional execution is committed to the architectural state of the processor before completing the interfering access. (Note that a load from a load-marked cache line does not interfere with transactional program execution.) |
| | In this alternative embodiment, if transactional execution for some reason fails, the system copies back cache lines for any interfering accesses that have been delayed during transactional execution (step 1305). In doing so, the system copies back original cache line data, which has not been modified during the transactional execution. Next, the system returns to step 1304 and attempts to repeat the filed transactional execution. 11:53-12:14. |
| | • *See also, e.g.,* Abstract; Figs. 2-13; 2:20-64; 3:28-64; 11:43-53-12:42. |
| | • Plaintiff Azul expects to rely on the prosecution file history of the patent |

Plaintiff Azul's Intrinsic and Extrinsic Evidence for
U.S. Patent No. 6,938,130

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 1 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| | **Extrinsic Evidence:**<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115267-270; AZUL0115233-260; AZUL115201-212; AZUL0117199-210; AZUL0116924-937; AZUL0117211-218; AZUL0116906-923; AZUL0117187-198. AZUL0116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL0116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. |

Plaintiff Azul's Intrinsic and Extrinsic Evidence for
U.S. Patent No. 6,938,130

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 2 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| **2.** The method of claim 1, wherein it is possible to delay an interfering memory access if a commit operation is in the process of committing updates made during the transactional execution to the architectural state of the processor, and if the memory access is directed to a cache line for which a last update made during the transactional execution has not yet been committed to the architectural state of the processor. | **interfering memory access**<br><br>**Intrinsic Evidence:**<br><br>• Hence, what is needed is a method and an apparatus for preventing accesses from other threads from interfering with transactional program execution, and in particular that prevents accesses from other threads from interfering with a commit operation that takes place at the end of transactional program execution.  2:43-48.<br>• One embodiment of the present invention provides a system that facilitates delaying interfering memory accesses from other threads during transactional execution. During transactional execution of a block of instructions, the system receives a request from another thread (or processor) to perform a memory access involving a cache line. If performing the memory access on the cache line will interfere with the transactional execution and if it is possible to delay the memory access, the system delays the memory access and stores copy-back information for the cache line to enable the cache line to be copied back to the requesting thread. At a later time, when the memory access will no longer interfere with the transactional execution, the system performs the memory access and copies the cache line back to the requesting thread.<br><br>In a variation on this embodiment, it is possible to delay an interfering memory access if a commit operation is in the process of committing updates made during the transactional execution to the architectural state of the processor, and if the memory access is directed to a cache line for which a last update made during the transactional execution has not yet been committed to the architectural state of the processor. 2:50-3:9.<br>• In a variation on this embodiment, an interfering memory access can include: a store by another thread to a cache line that has been load-marked by the thread; and a load or a store by another thread to a cache line that has been store-marked by the thread. 3:34-38<br>• FIG. 13 presents a flow chart illustrating how interfering accesses are delayed during transactional program execution in accordance with an embodiment of the present invention. 4:41-43.<br>• This load-marking bit is used to determine whether any interfering memory references take place during transactional execution as is described below with reference to FIGS. 3-8. 5:30-33. |

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 2 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| | • This store-marking bit is used to determine whether any interfering memory references take place during transactional execution as is described below with reference to FIGS. 3-8. 5:57-62, |
| | • During this transactional execution, the system continually monitors data references made by other threads, and determines if an interfering data access (or other type of failure) takes place during transactional execution. If not, the system atomically commits all changes made during transactional execution (step 308) and then resumes normal non-transactional execution of the program past the critical section (step 310). 6:48-54. |
| | • Note that an interfering data access can include a store by another thread to a cache line that has been load-marked by the thread. It can also include a load or a store by another thread to a cache line that has been store-marked by the thread. 7:1-5. |
| | • The system then starts transactional execution (step 406), which involves load-marking and store-marking cache lines, if necessary, as well as monitoring data references in order to detect interfering references.  7:31-33. |
| | • Delaying Interfering Accesses |
| | FIG. 11 presents a timeline illustrating transactional program execution in accordance with an embodiment of the present invention. At the beginning of transactional program execution, a checkpoint operation 1102 takes place. This enables the system to return to the checkpoint if a failure subsequently occurs during transactional execution. During transactional execution, a number of load and store operations are performed, which cause corresponding cache lines to be marked. (Note that only the store operations are illustrated in FIG. 11.) At the end of transactional execution, a commit operation takes place, which commits changes made during the speculative execution to the architectural state of the processor. In one embodiment of the present invention, this involves committing entries from a store buffer into the L2 cache. Finally, after all changes made during the transactional execution are committed to the architectural state of the processor, the commit operation is complete, and normal, non-speculative program execution resumes. |
| | Note that during a problem window 1104 results of the transactional execution are being committed to the architectural state of the processor. During this problem window, interfering accesses from other threads can potentially occur. However, failing transactional execution within problem window 1104 to deal with an interfering access can cause problems. In particular, if the commit operation is only |

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 2 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| | partially complete, it is possible to leave the processor in an inconsistent state, with only a portion of the transactional updates committed. One way to solve this problem is to delay interfering data accesses until the commit operation completes. This delaying technique is described in more detail below with reference to FIGS. 12-13. (Note that an interfering access from another process can include a cache-coherence signal, such as a request-to-own (RTO) signal or a request-to-share (RTS) signal.) 10:40-11:7. |
| | • *See also, e.g.,* Fig. 1-13; 1:21-2:9; Abstract; 2:10-33; 6:21-27; 6:40-7:5; 7:35-8:13; 8:54-9:39; 11:43-12:42. |
| | • Plaintiff Azul expects to rely on the prosecution file history of the patent. |
| | **Extrinsic Evidence:** |
| | • Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term. |
| | • Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115267-270; AZUL0115233-260; AZUL115201-212; AZUL0117199-210; AZUL0116924-937; AZUL0117211-218; AZUL0116906-923; AZUL0117187-198. AZUL0116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL0116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. |
| | **commit operation** |
| | **Intrinsic Evidence:** |
| | • Commit Operation |
| | FIG. 7 presents a flow chart illustrating how a commit operation is performed after transactional execution completes successfully in accordance with an embodiment of the present invention. This flow chart illustrates what takes place during step 308 of the flow chart in FIG. 3. |

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 2 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| | The system starts by treating store-marked cache lines as though they are locked (step 702). This means other threads that request a store-marked line must wait until the line is no longer locked before they can access the line. This is similar to how lines are locked in conventional caches.<br><br>Next, the system clears load-marks from L1 data cache 115 (step 704).<br><br>The system then commits entries from store buffer 112 for stores that are identified as needing to be marked, which were generated during the transactional execution, into the memory hierarchy (step 706). As each entry is committed, a corresponding line in L2 cache 120 is unlocked.<br><br>The system also commits register file changes (step 708). For example, this can involve functionally performing a flash copy between register file 103 and register file 104 in the system illustrated in FIG. 1. 8:13-33.<br>• One technique to reduce the overhead involved in manipulating locks is to "transactionally" execute a critical section, wherein changes made during the transactional execution are not committed to the architectural state of the processor until the transactional execution successfully completes. This technique is described in related U.S. patent application Ser. No. 10/637,168, entitled, "Selectively Monitoring Loads to Support Transactional Program Execution," by inventors Marc Tremblay, Quinn A. Jacobson and Shailender Chaudhry, filed on 8 Aug. 2003. 2:10-19.<br>• In a variation on this embodiment, it is possible to delay an interfering memory access if a commit operation is in the process of committing updates made during the transactional execution to the architectural state of the processor, and if the memory access is directed to a cache line for which a last update made during the transactional execution has not yet been committed to the architectural state of the processor. 2:65-3:4.<br>• FIG. 7 presents a flow chart illustrating how a commit operation is performed in accordance with an embodiment of the present invention. 4:15-17.<br>• *See also, e.g.,* Figs. 3-13; Abstract; 2:20-43; 3:5-60; 6:21-38; 10:40-11-7; 11: 8-43; 11:44-12:42.<br>• Plaintiff Azul expects to rely on the prosecution file history of the patent.<br><br>**Extrinsic Evidence:** |

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 2 | Azul's Intrinsic and Extrinsic Evidence |
|---------|------------------------------------------|
| | • **atomic transactions**---A transaction is atomic (or indivisible) if the only system states on which other transactions can act (which are visible to other transactions) are states prior to the commencement of the transaction and states after the completion of the transactions.  [IEEE 100, AZUL0120912] |
| | • Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term. |
| | • Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115267-270; AZUL0115233-260; AZUL115201-212; AZUL0117199-210; AZUL0116924-937; AZUL0117211-218; AZUL0116906-923; AZUL0117187-198. AZUL0116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL0116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. |
| | **process of committing updates** |
| | **Intrinsic Evidence:** |
| | • Commit Operation |
| | FIG. 7 presents a flow chart illustrating how a commit operation is performed after transactional execution completes successfully in accordance with an embodiment of the present invention. This flow chart illustrates what takes place during step 308 of the flow chart in FIG. 3. |
| | The system starts by treating store-marked cache lines as though they are locked (step 702). This means other threads that request a store-marked line must wait until the line is no longer locked before they can access the line. This is similar to how lines are locked in conventional caches. |
| | Next, the system clears load-marks from L1 data cache 115 (step 704). |
| | The system then commits entries from store buffer 112 for stores that are identified as needing to be |

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 2 | Azul's Intrinsic and Extrinsic Evidence |
|---------|------------------------------------------|
| | marked, which were generated during the transactional execution, into the memory hierarchy (step 706). As each entry is committed, a corresponding line in L2 cache 120 is unlocked.<br><br>The system also commits register file changes (step 708). For example, this can involve functionally performing a flash copy between register file 103 and register file 104 in the system illustrated in FIG. 1. 8:13-33.<br>• One technique to reduce the overhead involved in manipulating locks is to "transactionally" execute a critical section, wherein changes made during the transactional execution are not committed to the architectural state of the processor until the transactional execution successfully completes. This technique is described in related U.S. patent application Ser. No. 10/637,168, entitled, "Selectively Monitoring Loads to Support Transactional Program Execution," by inventors Marc Tremblay, Quinn A. Jacobson and Shailender Chaudhry, filed on 8 Aug. 2003. 2:10-19.<br>• In a variation on this embodiment, it is possible to delay an interfering memory access if a commit operation is in the process of committing updates made during the transactional execution to the architectural state of the processor, and if the memory access is directed to a cache line for which a last update made during the transactional execution has not yet been committed to the architectural state of the processor. 2:65-3:4.<br>• FIG. 7 presents a flow chart illustrating how a commit operation is performed in accordance with an embodiment of the present invention. 4:15-17.<br>• *See also, e.g.,* Figs. 3-13; Abstract; 2:20-43; 3:5-60; 6:21-38; 10:40-11-7; 11: 8-43; 11:44-12:42.<br>• Plaintiff Azul expects to rely on the prosecution file history of the patent.<br><br>**Extrinsic Evidence:**<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term. *See* AZUL0115267-270; AZUL0115233-260; AZUL115201-212; AZUL0117199-210; AZUL0116924-937; AZUL0117211-218; AZUL0116906-923; AZUL0117187-198. AZUL0116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL0116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; |

Plaintiff Azul's Intrinsic and Extrinsic Evidence for
U.S. Patent No. 6,938,130

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 2 | Azul's Intrinsic and Extrinsic Evidence |
|---------|------------------------------------------|
| | AZUL0117244-255; AZUL0115261-270.<br><br>**architectural state of the processor**<br><br>**Intrinsic Evidence:**<br><br>• After transactional execution completes, the system performs a commit operation (step 1309). During this commit operation, stores that took place during transactional execution are drained from the store buffer to the L2 cache (which represents the architectural state of the processor). 12:15-19.<br>• One technique to reduce the overhead involved in manipulating locks is to "transactionally" execute a critical section, wherein changes made during the transactional execution are not committed to the architectural state of the processor until the transactional execution successfully completes. This technique is described in related U.S. patent application Ser. No. 10/637,168, entitled, "Selectively Monitoring Loads to Support Transactional Program Execution," by inventors Marc Tremblay, Quinn A. Jacobson and Shailender Chaudhry, filed on 8 Aug. 2003. 2:10-19.<br>• During transactional execution, load and store operations are modified so that they mark cache lines that are accessed during the transactional execution. This allows the computer system to determine if an interfering data access occurs during the transactional execution. If so, the transactional execution fails, and results of the transactional execution are not committed to the architectural state of the processor. One the other hand, if the transactional execution successfully executes a block of instructions, results of the transactional execution are atomically committed to the architectural state of the processor.<br><br>Unfortunately, this commit operation does not happen instantaneously. During the commit operation, stores that took place during transactional execution must somehow be committed to the architectural state of the processor. Note that there can potentially be a large number of stores, so committing these stores can take a significant amount of time. While the stores are being committed, an interfering data access from another thread can potentially occur. However, failing the transactional execution to deal with this type of interfering data access during the commit operation is not a viable option, because doing so can leave the processor in an inconsistent state, with only a portion of the transactional |

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 2 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| | updates committed. 2:20-42. |

updates committed. 2:20-42.
- In a variation on this embodiment, it is possible to delay an interfering memory access if a commit operation is in the process of committing updates made during the transactional execution to the architectural state of the processor, and if the memory access is directed to a cache line for which a last update made during the transactional execution has not yet been committed to the architectural state of the processor. 2:65-3:4.
- In a variation on this embodiment, if transactional execution completes without encountering an interfering memory access from another thread, the system commits changes made during the transactional execution to the architectural state of the processor, and resumes normal non-transactional execution of the program past the block of instructions. 3:53-60.
- At the end of transactional execution, a commit operation takes place, which commits changes made during the speculative execution to the architectural state of the processor. In one embodiment of the present invention, this involves committing entries from a store buffer into the L2 cache. Finally, after all changes made during the transactional execution are committed to the architectural state of the processor, the commit operation is complete, and normal, non-speculative program execution resumes. 10:50-58.
- Note that during a problem window 1104 results of the transactional execution are being committed to the architectural state of the processor. 10:59-61.
- *See also, e.g.,* Abstract; 2:5-15; 11:59-12:14; 12:35-42.
- Plaintiff Azul expects to rely on the prosecution file history of the patent.

**Extrinsic Evidence:**
- Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.
- Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115267-270; AZUL0115233-260; AZUL115201-212; AZUL0117199-210; AZUL0116924-937; AZUL0117211-218; AZUL0116906-923; AZUL0117187-198. AZUL0116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL0116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270.

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 2 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| | **architectural state**<br><br>**Intrinsic Evidence:**<br><br>• After transactional execution completes, the system performs a commit operation (step 1309). During this commit operation, stores that took place during transactional execution are drained from the store buffer to the L2 cache (which represents the architectural state of the processor). 12:15-19.<br>• One technique to reduce the overhead involved in manipulating locks is to "transactionally" execute a critical section, wherein changes made during the transactional execution are not committed to the architectural state of the processor until the transactional execution successfully completes. This technique is described in related U.S. patent application Ser. No. 10/637,168, entitled, "Selectively Monitoring Loads to Support Transactional Program Execution," by inventors Marc Tremblay, Quinn A. Jacobson and Shailender Chaudhry, filed on 8 Aug. 2003. 2:10-19.<br>• During transactional execution, load and store operations are modified so that they mark cache lines that are accessed during the transactional execution. This allows the computer system to determine if an interfering data access occurs during the transactional execution. If so, the transactional execution fails, and results of the transactional execution are not committed to the architectural state of the processor. One the other hand, if the transactional execution successfully executes a block of instructions, results of the transactional execution are atomically committed to the architectural state of the processor.<br><br>Unfortunately, this commit operation does not happen instantaneously. During the commit operation, stores that took place during transactional execution must somehow be committed to the architectural state of the processor. Note that there can potentially be a large number of stores, so committing these stores can take a significant amount of time. While the stores are being committed, an interfering data access from another thread can potentially occur. However, failing the transactional execution to deal with this type of interfering data access during the commit operation is not a viable option, because doing so can leave the processor in an inconsistent state, with only a portion of the transactional updates committed. 2:20-42. |

Plaintiff Azul's Intrinsic and Extrinsic Evidence for
U.S. Patent No. 6,938,130

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 2 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| | • In a variation on this embodiment, it is possible to delay an interfering memory access if a commit operation is in the process of committing updates made during the transactional execution to the architectural state of the processor, and if the memory access is directed to a cache line for which a last update made during the transactional execution has not yet been committed to the architectural state of the processor. 2:65-3:4. <br><br> • In a variation on this embodiment, if transactional execution completes without encountering an interfering memory access from another thread, the system commits changes made during the transactional execution to the architectural state of the processor, and resumes normal non-transactional execution of the program past the block of instructions. 3:53-60. <br><br> • At the end of transactional execution, a commit operation takes place, which commits changes made during the speculative execution to the architectural state of the processor. In one embodiment of the present invention, this involves committing entries from a store buffer into the L2 cache. Finally, after all changes made during the transactional execution are committed to the architectural state of the processor, the commit operation is complete, and normal, non-speculative program execution resumes. 10:50-58. <br><br> • Note that during a problem window 1104 results of the transactional execution are being committed to the architectural state of the processor. 10:59-61. <br><br> • *See also, e.g.,* Abstract; 2:5-15; 11:59-12:14; 12:35-42. <br><br> • Plaintiff Azul expects to rely on the prosecution file history of the patent. <br><br><br> **Extrinsic Evidence:** <br> • Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term. <br><br> • Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115267-270; AZUL0115233-260; AZUL115201-212; AZUL0117199-210; AZUL0116924-937; AZUL0117211-218; AZUL0116906-923; AZUL0117187-198. AZUL0116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL0116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. |

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 3 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| **3.** The method of claim 2, wherein a cache line associated with a delayed memory access is copied back to the requesting thread after the last update to the cache line during the transactional execution is committed to the architectural state of the processor. | |

| Claim 4 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| **4.** The method of claim 2, wherein a cache line associated with a delayed memory access is copied back to the requesting thread after all updates that took place during the transactional execution are committed to the architectural state of the processor. | |

| Claim 5 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| **5.** The method of claim 2, wherein it is possible to delay an interfering memory access prior to the commit operation; and | |

Plaintiff Azul's Intrinsic and Extrinsic Evidence for
U.S. Patent No. 6,938,130

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 5 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| wherein if the transactional execution fails prior to the commit operation, the method further involves copying back cache lines for any interfering memory accesses that have been delayed during the transactional execution, wherein the data that is copied back is original cache line data, which has not been modified during the transactional execution. | **interfering memory accesses that have been delayed during the transactional execution**<br><br>**Intrinsic Evidence:**<br><br>• Hence, what is needed is a method and an apparatus for preventing accesses from other threads from interfering with transactional program execution, and in particular that prevents accesses from other threads from interfering with a commit operation that takes place at the end of transactional program execution.  2:43-48.<br>• One embodiment of the present invention provides a system that facilitates delaying interfering memory accesses from other threads during transactional execution. During transactional execution of a block of instructions, the system receives a request from another thread (or processor) to perform a memory access involving a cache line. If performing the memory access on the cache line will interfere with the transactional execution and if it is possible to delay the memory access, the system delays the memory access and stores copy-back information for the cache line to enable the cache line to be copied back to the requesting thread. At a later time, when the memory access will no longer interfere with the transactional execution, the system performs the memory access and copies the cache line back to the requesting thread.<br><br>In a variation on this embodiment, it is possible to delay an interfering memory access if a commit operation is in the process of committing updates made during the transactional execution to the architectural state of the processor, and if the memory access is directed to a cache line for which a last update made during the transactional execution has not yet been committed to the architectural state of the processor. 2:50-3:9.<br>• In a variation on this embodiment, an interfering memory access can include: a store by another thread to a cache line that has been load-marked by the thread; and a load or a store by another thread to a cache line that has been store-marked by the thread. 3:34-38<br>• FIG. 13 presents a flow chart illustrating how interfering accesses are delayed during transactional program execution in accordance with an embodiment of the present invention. 4:41-43.<br>• This load-marking bit is used to determine whether any interfering memory references take place during transactional execution as is described below with reference to FIGS. 3-8. 5:30-33.<br>• This store-marking bit is used to determine whether any interfering memory references take place |

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 5 | Azul's Intrinsic and Extrinsic Evidence |
|---------|------------------------------------------|
| | during transactional execution as is described below with reference to FIGS. 3-8. 5:57-62, <br><br> • During this transactional execution, the system continually monitors data references made by other threads, and determines if an interfering data access (or other type of failure) takes place during transactional execution. If not, the system atomically commits all changes made during transactional execution (step 308) and then resumes normal non-transactional execution of the program past the critical section (step 310). 6:48-54. <br><br> • Note that an interfering data access can include a store by another thread to a cache line that has been load-marked by the thread. It can also include a load or a store by another thread to a cache line that has been store-marked by the thread. 7:1-5. <br><br> • The system then starts transactional execution (step 406), which involves load-marking and store-marking cache lines, if necessary, as well as monitoring data references in order to detect interfering references.  7:31-33. <br><br> • Delaying Interfering Accesses <br><br> FIG. 11 presents a timeline illustrating transactional program execution in accordance with an embodiment of the present invention. At the beginning of transactional program execution, a checkpoint operation 1102 takes place. This enables the system to return to the checkpoint if a failure subsequently occurs during transactional execution. During transactional execution, a number of load and store operations are performed, which cause corresponding cache lines to be marked. (Note that only the store operations are illustrated in FIG. 11.) At the end of transactional execution, a commit operation takes place, which commits changes made during the speculative execution to the architectural state of the processor. In one embodiment of the present invention, this involves committing entries from a store buffer into the L2 cache. Finally, after all changes made during the transactional execution are committed to the architectural state of the processor, the commit operation is complete, and normal, non-speculative program execution resumes. <br><br> Note that during a problem window 1104 results of the transactional execution are being committed to the architectural state of the processor. During this problem window, interfering accesses from other threads can potentially occur. However, failing transactional execution within problem window 1104 to deal with an interfering access can cause problems. In particular, if the commit operation is only partially complete, it is possible to leave the processor in an inconsistent state, with only a portion of |

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 5 | Azul's Intrinsic and Extrinsic Evidence |
|---------|------------------------------------------|
|  | the transactional updates committed. One way to solve this problem is to delay interfering data accesses until the commit operation completes. This delaying technique is described in more detail below with reference to FIGS. 12-13. (Note that an interfering access from another process can include a cache-coherence signal, such as a request-to-own (RTO) signal or a request-to-share (RTS) signal.) 10:40-11:7. |

<div></div>

- Process of Delaying an Interfering Access

FIG. 13 presents a flow chart illustrating how interfering accesses are delayed during transactional program execution in accordance with an embodiment of the present invention. During operation, the system obtains ownership of a cache line in L2 cache 120 (step 1302). Shared ownership is sufficient for cache lines that are only read while exclusive ownership is necessary for caches lines stored to. Next, during subsequent transactional program execution, the system load-marks cache lines in L1 cache and store marks cache lines in L2 cache as described above (step 1304).

If an interfering access from another process is encountered during transactional execution, the system fails the transaction as described above and possibly gives up ownership of the cache line (step 1306). The system then returns to step 1304 and attempts to repeat the failed transactional execution.

In an alternative embodiment of the present invention (indicated by the dashed line), instead of failing the transaction, the system delays the interfering access and stores copy back information to enable the interfering access to complete at a later time (step 1308). Note that if the interfering access is a store to a load-marked cache line, the interfering access can complete as soon as the commit operation begins, without having to wait for stores to be committed to the architectural state of the processor. Otherwise, in the case of a load or a store to a store-marked cache line, the system has to wait until after the last update to the cache line during the transactional execution is committed to the architectural state of the processor before completing the interfering access. (Note that a load from a load-marked cache line does not interfere with transactional program execution.)

In this alternative embodiment, if transactional execution for some reason fails, the system copies back cache lines for any interfering accesses that have been delayed during transactional execution (step 1305). In doing so, the system copies back original cache line data, which has not been modified

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 5 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| | during the transactional execution. Next, the system returns to step 1304 and attempts to repeat the filed transactional execution. 11:43-12:14<br>• *See also, e.g.,* Fig. 1-13; 1:21-2:9; Abstract; 2:10-33; 6:21-27; 6:40-7:5; 7:35-8:13; 8:54-9:39; 12:15-12:42.<br>• Plaintiff Azul expects to rely on the prosecution file history of the patent.<br><br>**Extrinsic Evidence:**<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115267-270; AZUL0115233-260; AZUL115201-212; AZUL0117199-210; AZUL0116924-937; AZUL0117211-218; AZUL0116906-923; AZUL0117187-198. AZUL0116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL0116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270.<br><br><br>**commit operation**<br><br>**Intrinsic Evidence:**<br><br>• Commit Operation<br><br>FIG. 7 presents a flow chart illustrating how a commit operation is performed after transactional execution completes successfully in accordance with an embodiment of the present invention. This flow chart illustrates what takes place during step 308 of the flow chart in FIG. 3.<br><br>The system starts by treating store-marked cache lines as though they are locked (step 702). This means other threads that request a store-marked line must wait until the line is no longer locked before |

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 5 | Azul's Intrinsic and Extrinsic Evidence |
|---------|------------------------------------------|
|         | they can access the line. This is similar to how lines are locked in conventional caches.<br><br>Next, the system clears load-marks from L1 data cache 115 (step 704).<br><br>The system then commits entries from store buffer 112 for stores that are identified as needing to be marked, which were generated during the transactional execution, into the memory hierarchy (step 706). As each entry is committed, a corresponding line in L2 cache 120 is unlocked.<br><br>The system also commits register file changes (step 708). For example, this can involve functionally performing a flash copy between register file 103 and register file 104 in the system illustrated in FIG. 1. 8:13-33.<br><ul><li>One technique to reduce the overhead involved in manipulating locks is to "transactionally" execute a critical section, wherein changes made during the transactional execution are not committed to the architectural state of the processor until the transactional execution successfully completes. This technique is described in related U.S. patent application Ser. No. 10/637,168, entitled, "Selectively Monitoring Loads to Support Transactional Program Execution," by inventors Marc Tremblay, Quinn A. Jacobson and Shailender Chaudhry, filed on 8 Aug. 2003. 2:10-19.</li><li>In a variation on this embodiment, it is possible to delay an interfering memory access if a commit operation is in the process of committing updates made during the transactional execution to the architectural state of the processor, and if the memory access is directed to a cache line for which a last update made during the transactional execution has not yet been committed to the architectural state of the processor. 2:65-3:4.</li><li>FIG. 7 presents a flow chart illustrating how a commit operation is performed in accordance with an embodiment of the present invention. 4:15-17.</li><li>*See also, e.g.,* Figs. 3-13; Abstract; 2:20-43; 3:5-60; 6:21-38; 10:40-11-7; 11: 8-43; 11:44-12:42.</li><li>Plaintiff Azul expects to rely on the prosecution file history of the patent.</li></ul>**Extrinsic Evidence:**<br><ul><li>Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.</li><li>Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of</li></ul> |

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 5 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
|  | this claim term.  *See* AZUL0115267-270; AZUL0115233-260; AZUL115201-212; AZUL0117199-210; AZUL0116924-937; AZUL0117211-218; AZUL0116906-923; AZUL0117187-198. AZUL0116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL0116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. |

| Claim 6 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| **6.** The method of claim 1, wherein if the memory access will interfere with the transactional execution and if it is not possible to delay the memory access, the method further comprises: | **it is not possible to delay the memory access**<br><br>**Intrinsic Evidence:**<br><br>• If performing the memory access on the cache line will interfere with the transactional execution and if it is possible to delay the memory access, the system delays the memory access and stores copy-back information for the cache line to enable the cache line to be copied back to the requesting thread. Abstract<br>• If performing the memory access on the cache line will interfere with the transactional execution and if it is possible to delay the memory access, the system delays the memory access and stores copy-back information for the cache line to enable the cache line to be copied back to the requesting thread. At a later time, when the memory access will no longer interfere with the transactional execution, the system performs the memory access and copies the cache line back to the requesting thread. 2:55-64.<br>• In a further variation, a cache line associated with a delayed memory access is copied back to the requesting thread after the last update to the cache line during the transactional execution is committed to the architectural state of the processor. 3:5-9.<br>• In a variation on this embodiment, the cache line associated with a delayed memory access is copied back to the requesting thread after all updates that took place during the transactional execution are committed to the architectural state of the processor.<br><br>In a variation on this embodiment, it is possible to delay an interfering memory access prior to the commit operation. In this case, if the transactional execution fails prior to the commit operation, the |

Plaintiff Azul's Intrinsic and Extrinsic Evidence for
U.S. Patent No. 6,938,130

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 6 | Azul's Intrinsic and Extrinsic Evidence |
|---------|------------------------------------------|
|         | system copies back cache lines for any interfering memory accesses that have been delayed during the transactional execution, wherein the data that is copied back is original cache line data, which has not been modified during the transactional execution.<br><br>In a variation on this embodiment, if the memory access will interfere with the transactional execution and if it is not possible to delay the memory access, the system discards changes made during the transactional execution. The system also allows the memory access to complete and attempts to re-execute the block of instructions. 3:10-27.<br>• FIG. 13 presents a flow chart illustrating how interfering accesses are delayed during transactional program execution in accordance with an embodiment of the present invention. 4:40-43.<br>• Delaying Interfering Accesses<br><br>FIG. 11 presents a timeline illustrating transactional program execution in accordance with an embodiment of the present invention. At the beginning of transactional program execution, a checkpoint operation 1102 takes place. This enables the system to return to the checkpoint if a failure subsequently occurs during transactional execution. During transactional execution, a number of load and store operations are performed, which cause corresponding cache lines to be marked. (Note that only the store operations are illustrated in FIG. 11.) At the end of transactional execution, a commit operation takes place, which commits changes made during the speculative execution to the architectural state of the processor. In one embodiment of the present invention, this involves committing entries from a store buffer into the L2 cache. Finally, after all changes made during the transactional execution are committed to the architectural state of the processor, the commit operation is complete, and normal, non-speculative program execution resumes.<br><br>Note that during a problem window 1104 results of the transactional execution are being committed to the architectural state of the processor. During this problem window, interfering accesses from other threads can potentially occur. However, failing transactional execution within problem window 1104 to deal with an interfering access can cause problems. In particular, if the commit operation is only partially complete, it is possible to leave the processor in an inconsistent state, with only a portion of the transactional updates committed. One way to solve this problem is to delay interfering data accesses until the commit operation completes. This delaying technique is described in more detail |

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 6 | Azul's Intrinsic and Extrinsic Evidence |
|---------|------------------------------------------|
| | below with reference to FIGS. 12-13. (Note that an interfering access from another process can include a cache-coherence signal, such as a request-to-own (RTO) signal or a request-to-share (RTS) signal.)10:40-11-7. |

- If an interfering access from another process is encountered during transactional execution, the system fails the transaction as described above and possibly gives up ownership of the cache line (step 1306). The system then returns to step 1304 and attempts to repeat the failed transactional execution.

  In an alternative embodiment of the present invention (indicated by the dashed line), instead of failing the transaction, the system delays the interfering access and stores copy back information to enable the interfering access to complete at a later time (step 1308). Note that if the interfering access is a store to a load-marked cache line, the interfering access can complete as soon as the commit operation begins, without having to wait for stores to be committed to the architectural state of the processor. Otherwise, in the case of a load or a store to a store-marked cache line, the system has to wait until after the last update to the cache line during the transactional execution is committed to the architectural state of the processor before completing the interfering access. (Note that a load from a load-marked cache line does not interfere with transactional program execution.)

  In this alternative embodiment, if transactional execution for some reason fails, the system copies back cache lines for any interfering accesses that have been delayed during transactional execution (step 1305). In doing so, the system copies back original cache line data, which has not been modified during the transactional execution. Next, the system returns to step 1304 and attempts to repeat the filed transactional execution. 11:53-12:14.

- *See also, e.g.,* Abstract; Figs. 2-13; 3:28-64; 11:43-53; 12:15-42.
- Plaintiff Azul expects to rely on the prosecution file history of the patent.

**Extrinsic Evidence:**
- Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.
- Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term. *See* AZUL0115267-270; AZUL0115233-260; AZUL115201-212; AZUL0117199-210; AZUL0116924-937; AZUL0117211-218; AZUL0116906-923;

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 6 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
|  | AZUL0117187-198. AZUL0116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL0116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. |
| discarding changes made during the transactional execution; | **discarding changes**<br><br>**Intrinsic Evidence:**<br>• Discarding Changes<br><br>FIG. 8 presents a flow chart illustrating how changes are discarded after transactional execution completes unsuccessfully in accordance with an embodiment of the present invention. This flow chart illustrates what takes place during step 312 of the flow chart in FIG. 3. The system first discards register file changes made during the transactional execution (step 802). This can involve either clearing or simply ignoring register file changes made during transactional execution. This is easy to accomplish because the old register values were checkpointed prior to commencing transactional execution. The system also clears load-marks from cache lines in L1 data cache 115 (step 804), and drains store buffer entries generated during transactional execution without committing them to the memory hierarchy (step 806). At the same time, the system unmarks corresponding L2 cache lines. Finally, in one embodiment of the present invention, the system branches to a target location specified by the STE instruction (step 808). The code at this target location attempts to re-execute the critical section as is described above with reference to step 314 of FIG. 1. 8:34-53.<br>• In a variation on this embodiment, if the memory access will interfere with the transactional execution and if it is not possible to delay the memory access, the system discards changes made during the transactional execution. The system also allows the memory access to complete and attempts to re-execute the block of instructions. 3:23-27.<br>• In a further variation, discarding changes made during transactional execution involves: discarding register file changes made during the transactional execution; clearing load marks from cache lines; draining store buffer entries generated during the transactional execution; and clearing store marks from cache lines. 3:28-33.<br>• FIG. 8 presents a flow chart illustrating how changes are discarded after transactional execution completes unsuccessfully in accordance with an embodiment of the present invention. 4:18-21 |

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 6 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| | • *See also, e.g.,* Figs. 3-13; 6:39-12; <br> • Plaintiff Azul expects to rely on the prosecution file history of the patent. <br><br> **Extrinsic Evidence:** <br> • Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term. <br> • Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115267-270; AZUL0115233-260; AZUL115201-212; AZUL0117199-210; AZUL0116924-937; AZUL0117211-218; AZUL0116906-923; AZUL0117187-198. AZUL0116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL0116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. |
| allowing the memory access to complete; and | |
| attempting to re-execute the block of instructions. | |

| Claim 7 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| **7.** The method of claim 6, wherein discarding changes made during transactional execution involves: | |
| discarding register file changes made during the transactional execution; | |

Plaintiff Azul's Intrinsic and Extrinsic Evidence for
U.S. Patent No. 6,938,130

38

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 7 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| clearing load marks from cache lines; | **load marks**<br><br>**Intrinsic Evidence:**<br><br>• In a further variation, discarding changes made during transactional execution involves: discarding register file changes made during the transactional execution; clearing load marks from cache lines; draining store buffer entries generated during the transactional execution; and clearing store marks from cache lines. 3:28-33.<br>• If the load instruction is a monitored load instruction, the system performs the corresponding load operation and load marks the associated cache line (step 914). Otherwise, if the load instruction is an unmonitored load instruction, the system performs the load operation without load-marking the cache line (step 916). 9:41-52.<br>• FIG. 13 presents a flow chart illustrating how interfering accesses are delayed during transactional program execution in accordance with an embodiment of the present invention. During operation, the system obtains ownership of a cache line in L2 cache 120 (step 1302). Shared ownership is sufficient for cache lines that are only read while exclusive ownership is necessary for caches lines stored to. Next, during subsequent transactional program execution, the system load-marks cache lines in L1 cache and store marks cache lines in L2 cache as described above (step 1304). 11:44-53.<br>• FIG. 5 presents a flow chart illustrating how load-marking is performed during transactional execution in accordance with an embodiment of the present invention. 4:9-11.<br>• Processor 101 additionally includes a level one (L1) data cache 115, which stores data items that are likely to be used by processor 101. Note that each line in L1 data cache 115 includes a "load-marking bit," which indicates that a data value from the line has been loaded during transactional execution. This load-marking bit is used to determine whether any interfering memory references take place during transactional execution as is described below with reference to FIGS. 3-8. 5:25-33.<br>• The system then starts transactional execution (step 406), which involves load-marking and store-marking cache lines, if necessary, as well as monitoring data references in order to detect interfering references. 7:30-33.<br>• Load-Marking Process<br><br>FIG. 5 presents a flow chart illustrating how load-marking is performed during transactional execution in accordance with an embodiment of the present invention. During transactional execution of a critical section, the system performs a load operation. In performing this load operation if the load operation has been identified as a load operation that needs to be load-marked, system first attempts to load a data item from L1 data cache 115 (step 502). If the load causes a cache hit, the system "load-marks" the corresponding cache line in L1 data cache 115 (step 506). This involves setting the |

39

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 7 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| draining store buffer entries generated during the transactional execution; and | **store buffer**<br><br>**Intrinsic Evidence:**<br><br>• In a further variation, discarding changes made during transactional execution involves: discarding register file changes made during the transactional execution; clearing load marks from cache lines; draining store buffer entries generated during the transactional execution; and clearing store marks from cache lines. 3:28-33.<br>• At the same time the register file is checkpointed, the STE operation also causes store buffer 112 to become "gated" (step 404). This allows existing entries in store buffer to propagate to the memory sub-system, but prevents new store buffer entries generated during transactional execution from doing so. 7:25-30.<br>• Next, after the cache line is store-marked in step 610, the system enters the store data into an entry of the store buffer 112 (step 612). Note that this store data will remain in store buffer 112 until a subsequent commit operation takes place, or until changes made during the transactional execution are discarded. 8:5-9.<br>• If the store instruction is a monitored store instruction, the system performs the corresponding store operation to a gated store buffer, or in another way so that it can be later undone, and store marks the associated cache line (step 1014). Otherwise, if the store instruction is an unmonitored store instruction, the system performs the store operation without store-marking the cache line (step 1016). 10:21-27.<br>• During this commit operation, stores that took place during transactional execution are drained from the store buffer to the L2 cache (which represents the architectural state of the processor). 12:16-18.<br>• *See also, e.g.,* 1:42-48; Fig. 1-13; 3:47-60; 5:19-24; 8:13-53; 11:7-43..<br>• Plaintiff Azul expects to rely on the prosecution file history of the patent.<br><br>**Extrinsic Evidence:**<br>• **store**---To place, replenish, or retain in storage.  Also, a location or object which serves for such storage.  [Wiley, AZUL0121070]<br>• **store**---(2) To place or retain data in a storage device (B) (software) (data management) To copy |

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 7 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| | computer instructions or data from register to internal storage or from internal storage to external storage.  [IEEE 100, AZUL0120949]<br>• **buffer**---(1) A segment of computer memory utilized to temporarily store information that awaits transfer or processing.  Used, for instance, to compensate for difference in operating speeds.  Also called buffer memory, buffer storage, or input buffer.  [Wiley, AZUL0121058]<br>• **buffer**---(1)(A) (supervisory control, data acquisition, and automatic control) (buffer storage) A device in which data are stored temporarily, in the course of transmission from one point to another, used to compensate for a difference in the flow of data, or time of occurrence of events, when transmitting data from one device to another.  [IEEE 100, AZUL0120914-915]<br>• **buffer storage**---(1) An intermediate storage medium between data input and active storage (4)(A)  A type of storage that is used as temporary storage to compensate for differences in data rate and data flow.  [IEEE 100, AZUL0120915]<br>• **store buffer**---"The load buffers and store buffers hold data or addresses coming from and going to memory." [H&P, AZUL0121052]<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115267-270; AZUL0115233-260; AZUL115201-212; AZUL0117199-210; AZUL0116924-937; AZUL0117211-218; AZUL0116906-923; AZUL0117187-198. AZUL0116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL0116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. |
| clearing store marks from cache lines. | **store marks**<br><br>**Intrinsic Evidence:**<br><br>• In a variation on this embodiment, an interfering memory access can include: a store by another thread to a cache line that has been load-marked by the thread; and a load or a store by another thread to a cache line that has been store-marked by the thread. 3:34-38. |

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 7 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| | • In a variation on this embodiment, commencing transactional execution involves: saving processor registers; configuring the processor to load-mark cache lines during loads that take place during transactional execution; configuring the processor to store-mark cache lines during stores that take place during transactional execution; and configuring the processor to continually monitor data references from other threads to detect interfering data references.3:39-46.<br>• FIG. 6 presents a flow chart illustrating how store-marking is performed during transactional execution in accordance with an embodiment of the present invention.  4:12-15.<br>• Each line in L2 cache 120 includes a "store-marking bit," which indicates that a data value has been stored to the line during transactional execution. This store-marking bit is used to determine whether any interfering memory references take place during transactional execution as is described below with reference to FIGS. 3-8. 5:57-61.<br>• Store-Marking Process<br><br>FIG. 6 presents a flow chart illustrating how store-marking is performed during transactional execution in accordance with an embodiment of the present invention. During transactional execution of a critical section, the system performs a store operation. If this store operation has been identified as a store operation that needs to be store-marked, the system first prefetches a corresponding cache line for exclusive use (step 602). Note that this prefetch operation will do nothing if the line is already located in cache and is already in an exclusive use state.<br><br>Since in this example L1 data cache 115 is a write-through cache, the store operation propagates through L1 data cache 115 to L2 cache 120. The system then attempts to lock the cache line corresponding to the store operation in L2 data cache 115 (step 604). If the corresponding line is in L2 cache 120 (cache hit), the system "store-marks" the corresponding cache line in L2 cache 120 (step 610). This involves setting the store-marking bit for the cache line. Otherwise, if the corresponding line is not in L2 cache 120 (cache miss), the system retrieves the cache line from further levels of the memory hierarchy (step 608) and then proceeds to step 610 to store-mark the cache line in L2 cache 120.<br><br>Next, after the cache line is store-marked in step 610, the system enters the store data into an entry of the store buffer 112 (step 612). Note that this store data will remain in store buffer 112 until a |

Plaintiff Azul's Intrinsic and Extrinsic Evidence for
U.S. Patent No. 6,938,130

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 7 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
|  | subsequent commit operation takes place, or until changes made during the transactional execution are discarded.<br><br>Note that a cache line that is store marked by a given thread can be read by other threads. Note that this may cause the given thread to fail while the other threads continue. 7:50-8:13.<br>• *See also, e.g.,* Figs. 1-13; 5:64-6:5; 7:1-12; 7:31-33; 9:59-10:40; 11:8-43; 11:43-12:43.<br>• Plaintiff Azul expects to rely on the prosecution file history of the patent.<br><br>**Extrinsic Evidence:**<br>• **store**---(2) To place or retain data in a storage device (B) (software) (data management) To copy computer instructions or data from register to internal storage or from internal storage to external storage.  [IEEE 100, AZUL0120949]<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115267-270; AZUL0115233-260; AZUL115201-212; AZUL0117199-210; AZUL0116924-937; AZUL0117211-218; AZUL0116906-923; AZUL0117187-198. AZUL0116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL0116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270.<br><br><br>**clearing store marks from cache lines**<br><br>**Intrinsic Evidence:**<br><br>• In a variation on this embodiment, an interfering memory access can include: a store by another thread to a cache line that has been load-marked by the thread; and a load or a store by another thread to a cache line that has been store-marked by the thread. 3:34-38.<br>• In a variation on this embodiment, commencing transactional execution involves: saving processor |

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 7 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
|  | registers; configuring the processor to load-mark cache lines during loads that take place during transactional execution; configuring the processor to store-mark cache lines during stores that take place during transactional execution; and configuring the processor to continually monitor data references from other threads to detect interfering data references.3:39-46. |

- FIG. 6 presents a flow chart illustrating how store-marking is performed during transactional execution in accordance with an embodiment of the present invention. 4:12-15.
- Each line in L2 cache 120 includes a "store-marking bit," which indicates that a data value has been stored to the line during transactional execution. This store-marking bit is used to determine whether any interfering memory references take place during transactional execution as is described below with reference to FIGS. 3-8. 5:57-61.
- Store-Marking Process

FIG. 6 presents a flow chart illustrating how store-marking is performed during transactional execution in accordance with an embodiment of the present invention. During transactional execution of a critical section, the system performs a store operation. If this store operation has been identified as a store operation that needs to be store-marked, the system first prefetches a corresponding cache line for exclusive use (step 602). Note that this prefetch operation will do nothing if the line is already located in cache and is already in an exclusive use state.

Since in this example L1 data cache 115 is a write-through cache, the store operation propagates through L1 data cache 115 to L2 cache 120. The system then attempts to lock the cache line corresponding to the store operation in L2 data cache 115 (step 604). If the corresponding line is in L2 cache 120 (cache hit), the system "store-marks" the corresponding cache line in L2 cache 120 (step 610). This involves setting the store-marking bit for the cache line. Otherwise, if the corresponding line is not in L2 cache 120 (cache miss), the system retrieves the cache line from further levels of the memory hierarchy (step 608) and then proceeds to step 610 to store-mark the cache line in L2 cache 120.

Next, after the cache line is store-marked in step 610, the system enters the store data into an entry of the store buffer 112 (step 612). Note that this store data will remain in store buffer 112 until a subsequent commit operation takes place, or until changes made during the transactional execution are

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 7 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| | discarded.<br><br>Note that a cache line that is store marked by a given thread can be read by other threads. Note that this may cause the given thread to fail while the other threads continue. 7:50-8:13.<br>• *See also, e.g.,* Figs. 1-13; 5:64-6:5; 7:1-12; 7:31-33; 9:59-10:40; 11:8-43; 11:43-12:43.<br>• Plaintiff Azul expects to rely on the prosecution file history of the patent.<br><br>**Extrinsic Evidence:**<br>• **clear**---(5) To restore a storage element or storage location to its zero state.  Also called a reset.  [Wiley, AZUL0121060]<br>• **store**---(2) To place or retain data in a storage device (B) (software) (data management) To copy computer instructions or data from register to internal storage or from internal storage to external storage.  [IEEE 100, AZUL0120949]<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115267-270; AZUL0115233-260; AZUL115201-212; AZUL0117199-210; AZUL0116924-937; AZUL0117211-218; AZUL0116906-923; AZUL0117187-198. AZUL0116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL0116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. |

| Claim 8 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| **8.** The method of claim 1, wherein an interfering memory access can include: | |
| a store by another thread to a | **load-marked** |

Plaintiff Azul's Intrinsic and Extrinsic Evidence for
U.S. Patent No. 6,938,130

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 8 | Azul's Intrinsic and Extrinsic Evidence |
|---------|------------------------------------------|
| cache line that has been load-marked by the thread; and | **Intrinsic Evidence:**<br><br>• In a further variation, discarding changes made during transactional execution involves: discarding register file changes made during the transactional execution; clearing load marks from cache lines; draining store buffer entries generated during the transactional execution; and clearing store marks from cache lines. 3:28-33.<br><br>• If the load instruction is a monitored load instruction, the system performs the corresponding load operation and load marks the associated cache line (step 914). Otherwise, if the load instruction is an unmonitored load instruction, the system performs the load operation without load-marking the cache line (step 916). 9:41-52.<br><br>• FIG. 13 presents a flow chart illustrating how interfering accesses are delayed during transactional program execution in accordance with an embodiment of the present invention. During operation, the system obtains ownership of a cache line in L2 cache 120 (step 1302). Shared ownership is sufficient for cache lines that are only read while exclusive ownership is necessary for caches lines stored to. Next, during subsequent transactional program execution, the system load-marks cache lines in L1 cache and store marks cache lines in L2 cache as described above (step 1304). 11:44-53.<br><br>• FIG. 5 presents a flow chart illustrating how load-marking is performed during transactional execution in accordance with an embodiment of the present invention. 4:9-11.<br><br>• Processor 101 additionally includes a level one (L1) data cache 115, which stores data items that are likely to be used by processor 101. Note that each line in L1 data cache 115 includes a "load-marking bit," which indicates that a data value from the line has been loaded during transactional execution. This load-marking bit is used to determine whether any interfering memory references take place during transactional execution as is described below with reference to FIGS. 3-8. 5:25-33.<br><br>• The system then starts transactional execution (step 406), which involves load-marking and store-marking cache lines, if necessary, as well as monitoring data references in order to detect interfering references. 7:30-33.<br><br>• Load-Marking Process<br><br>FIG. 5 presents a flow chart illustrating how load-marking is performed during transactional execution in accordance with an embodiment of the present invention. During transactional execution of a critical section, the system performs a load operation. In performing this load operation if the load |

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 8 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
|  | operation has been identified as a load operation that needs to be load-marked, system first attempts to load a data item from L1 data cache 115 (step 502). If the load causes a cache hit, the system "load-marks" the corresponding cache line in L1 data cache 115 (step 506). This involves setting the load-marking bit for the cache line. Otherwise, if the load causes a cache miss, the system retrieves the cache line from further levels of the memory hierarchy (step 508), and proceeds to step 506 to load-mark the cache line in L1 data cache 115. 7:35-38. <br> • Next, the system clears load-marks from L1 data cache 115 (step 704). 8:23-25. <br> • The system also clears load-marks from cache lines in L1 data cache 115 (step 804), and drains store buffer entries generated during transactional execution without committing them to the memory hierarchy (step 806). 8:44-48/ <br> • *See also, e.g.,* Fig. 3-13; Abstract; 7:50-8:50; 8:53-9:58; 11:43-12:43. <br> • Plaintiff Azul expects to rely on the prosecution file history of the patent. <br><br> **Extrinsic Evidence:** <br> • **load**---(4) (programming) To place data into internal storage.  (9)(B) (software) To copy computer instructions or data from external storage to internal storage or from internal storage to registers.  (13) To enter data or programs into storage or working registers.  [IEEE 100, AZUL0120929] <br> • Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term. <br> • Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115267-270; AZUL0115233-260; AZUL115201-212; AZUL0117199-210; AZUL0116924-937; AZUL0117211-218; AZUL0116906-923; AZUL0117187-198. AZUL0116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL0116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. |
| a load or a store by another thread to a cache line that has been store-marked by the | **store marked** <br><br> **Intrinsic Evidence:** |

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 8 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| thread. | <ul><li>In a variation on this embodiment, an interfering memory access can include: a store by another thread to a cache line that has been load-marked by the thread; and a load or a store by another thread to a cache line that has been store-marked by the thread. 3:34-38.</li><li>In a variation on this embodiment, commencing transactional execution involves: saving processor registers; configuring the processor to load-mark cache lines during loads that take place during transactional execution; configuring the processor to store-mark cache lines during stores that take place during transactional execution; and configuring the processor to continually monitor data references from other threads to detect interfering data references.3:39-46.</li><li>FIG. 6 presents a flow chart illustrating how store-marking is performed during transactional execution in accordance with an embodiment of the present invention.  4:12-15.</li><li>Each line in L2 cache 120 includes a "store-marking bit," which indicates that a data value has been stored to the line during transactional execution. This store-marking bit is used to determine whether any interfering memory references take place during transactional execution as is described below with reference to FIGS. 3-8. 5:57-61.</li><li>Store-Marking Process</li></ul>FIG. 6 presents a flow chart illustrating how store-marking is performed during transactional execution in accordance with an embodiment of the present invention. During transactional execution of a critical section, the system performs a store operation. If this store operation has been identified as a store operation that needs to be store-marked, the system first prefetches a corresponding cache line for exclusive use (step 602). Note that this prefetch operation will do nothing if the line is already located in cache and is already in an exclusive use state.<br><br>Since in this example L1 data cache 115 is a write-through cache, the store operation propagates through L1 data cache 115 to L2 cache 120. The system then attempts to lock the cache line corresponding to the store operation in L2 data cache 115 (step 604). If the corresponding line is in L2 cache 120 (cache hit), the system "store-marks" the corresponding cache line in L2 cache 120 (step 610). This involves setting the store-marking bit for the cache line. Otherwise, if the corresponding line is not in L2 cache 120 (cache miss), the system retrieves the cache line from further levels of the memory hierarchy (step 608) and then proceeds to step 610 to store-mark the cache line in L2 cache |

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 8 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| | 120. |
| | Next, after the cache line is store-marked in step 610, the system enters the store data into an entry of the store buffer 112 (step 612). Note that this store data will remain in store buffer 112 until a subsequent commit operation takes place, or until changes made during the transactional execution are discarded. |
| | Note that a cache line that is store marked by a given thread can be read by other threads. Note that this may cause the given thread to fail while the other threads continue. 7:50-8:13. |
| | • *See also, e.g.,* Figs. 1-13; 5:64-6:5; 7:1-12; 7:31-33; 9:59-10:40; 11:8-43; 11:43-12:43. |
| | • Plaintiff Azul expects to rely on the prosecution file history of the patent. |
| | **Extrinsic Evidence:** |
| | • **store**---(2) To place or retain data in a storage device (B) (software) (data management) To copy computer instructions or data from register to internal storage or from internal storage to external storage.  [IEEE 100, AZUL0120949] |
| | • Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term. |
| | • Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115267-270; AZUL0115233-260; AZUL115201-212; AZUL0117199-210; AZUL0116924-937; AZUL0117211-218; AZUL0116906-923; AZUL0117187-198. AZUL0116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL0116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. |

| Claim 9 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| **9.** The method of claim 1, wherein commencing transactional execution | |

Plaintiff Azul's Intrinsic and Extrinsic Evidence for
U.S. Patent No. 6,938,130

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 9 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| involves: | |
| saving processor registers; | **processor registers**<br><br>**Intrinsic Evidence:**<br><br>• Processor 101 has two register files 103 and 104, one of which is an "active register file" and the other of which is a backup "shadow register file." In one embodiment of the present invention, processor 101 provides a flash copy operation that instantly copies all of the values from register file 103 into register file 104. This facilitates a rapid register checkpointing operation to support transactional execution. 5:13-18.<br>• Processor 101 also includes one or more functional units, such as adder 107 and multiplier 108. These functional units are used in performing computational operations involving operands retrieved from register files 103 or 104. As in a conventional processor, load and store operations pass through load buffer 111 and store buffer 112. 5:19-24.<br>• *See also, e.g.,* Figs. 1-8; 3:28-33; 3:39-46; 3:53-60; 7:13-33; 8:13-33; 8:34-53<br>• Plaintiff Azul expects to rely on the prosecution file history of the patent.<br><br>**Extrinsic Evidence:**<br>• **register**---(1) A high-speed storage area within the CPU, which is utilized to hold data for specific purposes.  Before data may be processed, it must be represented in a register.  There are various types, including control registers, index registers, arithmetic registers, and shift registers.  Also called data register, or storage register.  [Wiley, AZUL0121068]<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115267-270; AZUL0115233-260; AZUL115201-212; AZUL0117199-210; AZUL0116924-937; AZUL0117211-218; AZUL0116906-923; AZUL0117187-198. AZUL0116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL0116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; |

Plaintiff Azul's Intrinsic and Extrinsic Evidence for
U.S. Patent No. 6,938,130

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 9 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| | AZUL0117244-255; AZUL0115261-270.<br><br>**saving processor registers**<br><br>**Intrinsic Evidence:**<br><br>• Processor 101 has two register files 103 and 104, one of which is an "active register file" and the other of which is a backup "shadow register file." In one embodiment of the present invention, processor 101 provides a flash copy operation that instantly copies all of the values from register file 103 into register file 104. This facilitates a rapid register checkpointing operation to support transactional execution. 5:13-18.<br>• Processor 101 also includes one or more functional units, such as adder 107 and multiplier 108. These functional units are used in performing computational operations involving operands retrieved from register files 103 or 104. As in a conventional processor, load and store operations pass through load buffer 111 and store buffer 112. 5:19-24.<br>• FIG. 4 presents a flow chart illustrating a start transactional execution (STE) operation in accordance with an embodiment of the present invention. This flow chart illustrates what takes place during step 302 of the flow chart in FIG. 3. The system starts by checkpointing the register file (step 402). This can involve performing a flash copy operation from register file 103 to register file 104 (see FIG. 1). In addition to checkpointing register values, this flash copy can also checkpoint various state registers associated with the currently executing thread. In general, the flash copy operation checkpoints enough state to be able to restart the corresponding thread. 7:13-24.<br>• *See also, e.g.,* Figs. 1-8; 3:28-33; 3:39-46; 3:53-60; 7:13-33; 8:13-33; 8:34-53<br>• Plaintiff Azul expects to rely on the prosecution file history of the patent.<br><br>**Extrinsic Evidence:**<br>• **register**---(1) A high-speed storage area within the CPU, which is utilized to hold data for specific purposes.  Before data may be processed, it must be represented in a register.  There are various types, including control registers, index registers, arithmetic registers, and shift registers.  Also called data register, or storage register.  [Wiley, AZUL0121068] |

Plaintiff Azul's Intrinsic and Extrinsic Evidence for
U.S. Patent No. 6,938,130

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 9 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
|  | • Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115267-270; AZUL0115233-260; AZUL115201-212; AZUL0117199-210; AZUL0116924-937; AZUL0117211-218; AZUL0116906-923; AZUL0117187-198. AZUL0116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL0116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. |
| configuring the processor to load-mark cache lines during loads that take place during transactional execution; |  |
| configuring the processor to store-mark cache lines during stores that take place during transactional execution; and |  |
| configuring the processor to continually monitor data references from other threads to detect interfering data references. |  |

| Claim 10 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| **10.** The method of claim 1, wherein if transactional execution completes without |  |

Plaintiff Azul's Intrinsic and Extrinsic Evidence for
U.S. Patent No. 6,938,130

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 10 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| encountering an interfering memory access from another thread, the method further comprises: | |
| committing changes made during the transactional execution to the architectural state of the processor; and | **committing changes**<br><br>**Intrinsic Evidence:**<br><br>• Commit Operation<br><br>  FIG. 7 presents a flow chart illustrating how a commit operation is performed after transactional execution completes successfully in accordance with an embodiment of the present invention. This flow chart illustrates what takes place during step 308 of the flow chart in FIG. 3.<br><br>  The system starts by treating store-marked cache lines as though they are locked (step 702). This means other threads that request a store-marked line must wait until the line is no longer locked before they can access the line. This is similar to how lines are locked in conventional caches.<br><br>  Next, the system clears load-marks from L1 data cache 115 (step 704).<br><br>  The system then commits entries from store buffer 112 for stores that are identified as needing to be marked, which were generated during the transactional execution, into the memory hierarchy (step 706). As each entry is committed, a corresponding line in L2 cache 120 is unlocked.<br><br>  The system also commits register file changes (step 708). For example, this can involve functionally performing a flash copy between register file 103 and register file 104 in the system illustrated in FIG. 1. 8:13-33.<br><br>• One technique to reduce the overhead involved in manipulating locks is to "transactionally" execute a critical section, wherein changes made during the transactional execution are not committed to the |

Plaintiff Azul's Intrinsic and Extrinsic Evidence for
U.S. Patent No. 6,938,130

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 10 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| | architectural state of the processor until the transactional execution successfully completes. This technique is described in related U.S. patent application Ser. No. 10/637,168, entitled, "Selectively Monitoring Loads to Support Transactional Program Execution," by inventors Marc Tremblay, Quinn A. Jacobson and Shailender Chaudhry, filed on 8 Aug. 2003. 2:10-19. <br>• In a variation on this embodiment, it is possible to delay an interfering memory access if a commit operation is in the process of committing updates made during the transactional execution to the architectural state of the processor, and if the memory access is directed to a cache line for which a last update made during the transactional execution has not yet been committed to the architectural state of the processor. 2:65-3:4. <br>• FIG. 7 presents a flow chart illustrating how a commit operation is performed in accordance with an embodiment of the present invention. 4:15-17. <br>• *See also, e.g.,* Figs. 3-13; Abstract; 2:20-43; 3:5-60; 6:21-38; 10:40-11-7; 11: 8-43; 11:44-12:42. <br>• Plaintiff Azul expects to rely on the prosecution file history of the patent. <br><br>**Extrinsic Evidence:** <br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term. <br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115267-270; AZUL0115233-260; AZUL115201-212; AZUL0117199-210; AZUL0116924-937; AZUL0117211-218; AZUL0116906-923; AZUL0117187-198. AZUL0116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL0116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. |
| resuming normal non-transactional execution of the program past the block of instructions. | |

Plaintiff Azul's Intrinsic and Extrinsic Evidence for
U.S. Patent No. 6,938,130

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 11 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| **11.** The method of claim 10, wherein committing changes made during transactional execution involves: | |
| clearing load marks from cache lines; | **clearing load marks from cache lines**<br><br>**Intrinsic Evidence:**<br><br>• In a further variation, discarding changes made during transactional execution involves: discarding register file changes made during the transactional execution; clearing load marks from cache lines; draining store buffer entries generated during the transactional execution; and clearing store marks from cache lines. 3:28-33.<br>• If the load instruction is a monitored load instruction, the system performs the corresponding load operation and load marks the associated cache line (step 914). Otherwise, if the load instruction is an unmonitored load instruction, the system performs the load operation without load-marking the cache line (step 916). 9:41-52.<br>• FIG. 13 presents a flow chart illustrating how interfering accesses are delayed during transactional program execution in accordance with an embodiment of the present invention. During operation, the system obtains ownership of a cache line in L2 cache 120 (step 1302). Shared ownership is sufficient for cache lines that are only read while exclusive ownership is necessary for caches lines stored to. Next, during subsequent transactional program execution, the system load-marks cache lines in L1 cache and store marks cache lines in L2 cache as described above (step 1304). 11:44-53.<br>• FIG. 5 presents a flow chart illustrating how load-marking is performed during transactional execution in accordance with an embodiment of the present invention. 4:9-11.<br>• Processor 101 additionally includes a level one (L1) data cache 115, which stores data items that are likely to be used by processor 101. Note that each line in L1 data cache 115 includes a "load-marking bit," which indicates that a data value from the line has been loaded during transactional execution. This load-marking bit is used to determine whether any interfering memory references take place during transactional execution as is described below with reference to FIGS. 3-8. 5:25-33.<br>• The system then starts transactional execution (step 406), which involves load-marking and store- |

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 11 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| | marking cache lines, if necessary, as well as monitoring data references in order to detect interfering references. 7:30-33. |

- Load-Marking Process

FIG. 5 presents a flow chart illustrating how load-marking is performed during transactional execution in accordance with an embodiment of the present invention. During transactional execution of a critical section, the system performs a load operation. In performing this load operation if the load operation has been identified as a load operation that needs to be load-marked, system first attempts to load a data item from L1 data cache 115 (step 502). If the load causes a cache hit, the system "load-marks" the corresponding cache line in L1 data cache 115 (step 506). This involves setting the load-marking bit for the cache line. Otherwise, if the load causes a cache miss, the system retrieves the cache line from further levels of the memory hierarchy (step 508), and proceeds to step 506 to load-mark the cache line in L1 data cache 115. 7:35-38.
- Next, the system clears load-marks from L1 data cache 115 (step 704). 8:23-25.
- The system also clears load-marks from cache lines in L1 data cache 115 (step 804), and drains store buffer entries generated during transactional execution without committing them to the memory hierarchy (step 806). 8:44-48/
- *See also, e.g.,* Fig. 3-13; Abstract; 7:50-8:50; 8:53-9:58; 11:43-12:43.
- Plaintiff Azul expects to rely on the prosecution file history of the patent..

**Extrinsic Evidence:**
- Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.
- Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115267-270; AZUL0115233-260; AZUL115201-212; AZUL0117199-210; AZUL0116924-937; AZUL0117211-218; AZUL0116906-923; AZUL0117187-198. AZUL0116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL0116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270.

Plaintiff Azul's Intrinsic and Extrinsic Evidence for
U.S. Patent No. 6,938,130

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 11 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| committing store buffer entries generated during the transactional execution to memory; <br><br> wherein if a store buffer entry contains a last update made to a cache line made during the transactional execution, committing the store buffer entry involves unmarking the corresponding cache line; and | **committing store buffer entries** <br><br> **Intrinsic Evidence:** <br><br> • In a further variation, discarding changes made during transactional execution involves: discarding register file changes made during the transactional execution; clearing load marks from cache lines; draining store buffer entries generated during the transactional execution; and clearing store marks from cache lines. 3:28-33. <br> • At the same time the register file is checkpointed, the STE operation also causes store buffer 112 to become "gated" (step 404). This allows existing entries in store buffer to propagate to the memory sub-system, but prevents new store buffer entries generated during transactional execution from doing so. 7:25-30. <br> • Next, after the cache line is store-marked in step 610, the system enters the store data into an entry of the store buffer 112 (step 612). Note that this store data will remain in store buffer 112 until a subsequent commit operation takes place, or until changes made during the transactional execution are discarded. 8:5-9. <br> • If the store instruction is a monitored store instruction, the system performs the corresponding store operation to a gated store buffer, or in another way so that it can be later undone, and store marks the associated cache line (step 1014). Otherwise, if the store instruction is an unmonitored store instruction, the system performs the store operation without store-marking the cache line (step 1016). 10:21-27. <br> • During this commit operation, stores that took place during transactional execution are drained from the store buffer to the L2 cache (which represents the architectural state of the processor). 12:16-18. <br> • *See also, e.g.,* 1:42-48; Fig. 1-13; 3:47-60; 5:19-24; 8:13-53; 11:7-43.. <br> • Plaintiff Azul expects to rely on the prosecution file history of the patent. <br><br> **Extrinsic Evidence:** <br> • Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term. <br> • Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of |

Plaintiff Azul's Intrinsic and Extrinsic Evidence for
U.S. Patent No. 6,938,130

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 11 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| | this claim term.  *See* AZUL0115267-270; AZUL0115233-260; AZUL115201-212; AZUL0117199-210; AZUL0116924-937; AZUL0117211-218; AZUL0116906-923; AZUL0117187-198. AZUL0116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL0116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. |
| committing register file changes made during transactional execution. | **committing register file changes**<br><br>**Intrinsic Evidence:**<br><br>• Processor 101 has two register files 103 and 104, one of which is an "active register file" and the other of which is a backup "shadow register file." In one embodiment of the present invention, processor 101 provides a flash copy operation that instantly copies all of the values from register file 103 into register file 104. This facilitates a rapid register checkpointing operation to support transactional execution. 5:13-18.<br>• Processor 101 also includes one or more functional units, such as adder 107 and multiplier 108. These functional units are used in performing computational operations involving operands retrieved from register files 103 or 104. As in a conventional processor, load and store operations pass through load buffer 111 and store buffer 112. 5:19-24.<br>• FIG. 4 presents a flow chart illustrating a start transactional execution (STE) operation in accordance with an embodiment of the present invention. This flow chart illustrates what takes place during step 302 of the flow chart in FIG. 3. The system starts by checkpointing the register file (step 402). This can involve performing a flash copy operation from register file 103 to register file 104 (see FIG. 1). In addition to checkpointing register values, this flash copy can also checkpoint various state registers associated with the currently executing thread. In general, the flash copy operation checkpoints enough state to be able to restart the corresponding thread. 7:13-24.<br>• The system also commits register file changes (step 708). For example, this can involve functionally performing a flash copy between register file 103 and register file 104 in the system illustrated in FIG. 1. 8:30-33.<br>• *See also, e.g.,* Figs. 1-8; 3:28-33; 3:39-46; 3:53-60; 7:13-33; 8:13-33; 8:34-53 |

**Exhibit B-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 11 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| | • Plaintiff Azul expects to rely on the prosecution file history of the patent.<br><br>**Extrinsic Evidence:**<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115267-270; AZUL0115233-260; AZUL115201-212; AZUL0117199-210; AZUL0116924-937; AZUL0117211-218; AZUL0116906-923; AZUL0117187-198. AZUL0116872-882; AZUL0115225-232; AZUL0115213-224; AZUL0116883-894; AZUL0116895-905; AZUL0116858-869; AZUL0116948-7171; AZUL0117172-178; AZUL0117192-186; AZUL0117219-229; AZUL0117230-243; AZUL0117244-255; AZUL0115261-270. |

| Claim 12 | Azul's Intrinsic and Extrinsic Evidence |
|---|---|
| **12.**  The method of claim 1, wherein the request to perform the memory access can include: | |
| a request-to-own (RTO) signal; or | |
| a request-to-share (RTS) signal. | |

Plaintiff Azul's Intrinsic and Extrinsic Evidence for
U.S. Patent No. 6,938,130

# EXHIBIT B-3

**Exhibit B-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 1 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 1. A method for delaying memory accesses directed to cache lines associated with transactional execution, comprising: | **delaying memory access**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-13<br>• One embodiment of the present invention provides a system that facilitates delaying interfering memory accesses from other threads during transactional execution. During transactional execution of a block of instructions, the system receives a request from another thread (or processor) to perform a memory access involving a cache line. If performing the memory access on the cache line will interfere with the transactional execution and if it is possible to delay the memory access, the system delays the memory access and stores copy-back information for the cache line to enable the cache line to be copied back to the requesting thread. At a later time, when the memory access will no longer interfere with the transactional execution, the system performs the memory access and copies the cache line back to the requesting thread. ['130 Patent, Abstract].<br><br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction.<br>• memory access - the operation of reading or writing stored information. [Dictionary.com, *WordNet® 2.0.*, © 2003 - **Sun 026685**]. |

1

**Exhibit B-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 1 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| commencing transactional execution of a block of instructions within a thread executing on a processor; | **block of instructions**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-13<br>• FIG. 9A presents a flow chart illustrating how monitored and unmonitored load instructions are generated in accordance with an embodiment of the present invention. This process takes place when a program is being generated to support transactional execution. For example, in one embodiment of the present invention, a compiler or virtual machine automatically generates native code to support transactional execution. In another embodiment, a programmer manually generates code to support transactional execution.<br>The system first determines whether a given load operation within a block of instructions to be transactionally executed needs to be monitored (step 902). ['130 Patent, Col. 8, ll. 55-67].<br><br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |
| receiving a request from a requesting thread to perform a memory access involving a cache line, wherein performing the memory access involves copying the cache line back to the requesting thread; | **requesting thread**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction. |

2

**Exhibit B-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 1 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
|  | **Intrinsic Evidence:** <ul><li>Figures 1-13</li><li>However, as microprocessor performance continues to increase, the time spent synchronizing between threads (processes) is becoming a large fraction of overall execution time. In fact, as multi-threaded applications begin to use even more threads, this synchronization overhead becomes the dominant factor in limiting application performance. ). ['130 Patent, Col. 1, ll. 27-32].</li><li>As is illustrated in the left-hand side of FIG. 2, a process that executes a critical section typically acquires a lock associated with the critical section before entering the critical section. If the lock has been acquired by another process, the process may have to wait until the other process releases the lock. Upon leaving the critical section, the process releases the lock. (Note that the terms "thread" and "process" are used interchangeably throughout this specification.) ['130 Patent, Col. 6, ll. 8-15].</li><li>During transactional execution of a block of instructions, the system receives a request from another thread (or processor) to perform a memory access involving a cache line. ['130 Patent, Col. 2, ll. 53-56].</li></ul> **Extrinsic Evidence:** <ul><li>Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction.</li></ul> |
| wherein if performing the memory access on the cache line will interfere with the transactional execution and if it is possible to delay the memory access, the method further comprises | **interfere with transactional execution** <br><br> Sun intends to rely on at least the following evidence in support of its claim construction. <br><br> **Intrinsic Evidence:** |

**Exhibit B-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 1 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| storing copy-back information for the cache line to enable the cache line to be copied back to the requesting thread, and, | <ul><li>Figures 1- 13</li><li>If performing the memory access on the cache line will interfere with the transactional execution and if it is possible to delay the memory access, the system delays the memory access and stores copy-back information for the cache line to enable the cache line to be copied back to the requesting thread. At a later time, when the memory access will no longer interfere with the transactional execution, the system performs the memory access and copies the cache line back to the requesting thread.  ['130 Patent, Col. 2, ll. 55-65].</li></ul><br>**Extrinsic Evidence:**<ul><li>Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction.</li></ul><br>**copy-back information**<br>Sun intends to rely on at least the following evidence in support of its claim construction.<br>**Intrinsic Evidence:**<ul><li>Figures 1- 13</li><li>The system can also maintain copy-back information for the cache line, including a "to be copied back bit" 1214, which indicates whether the cache line has to be copied back to another thread. It also includes a copy back list 1216, which identifies where the cache line has to be copied back to. In one embodiment of the present invention, copy-back list 1216 is a one-hot bit vector, wherein each bit indicates whether the cache line has to be copied back to a specific thread (or processor). Note that there are many alternative ways to encode the state information</li></ul> |

4

**Exhibit B-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 1 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---------|------------------------------------------------------------------------|
|  | illustrated in FIG. 12. For example, in one embodiment of the present invention, the system encodes the state information illustrated in FIG. 12 using a more dense encoding into fewer bits. ['130 Patent, Col. 11, ll. 30-42]. |

**Extrinsic Evidence:**
- Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction.

**storing copy-back information for the cache line**

Sun intends to rely on at least the following evidence in support of its claim construction.

**Intrinsic Evidence:**
- Figures 1-13
- The system can also maintain copy-back information for the cache line, including a "to be copied back bit" 1214, which indicates whether the cache line has to be copied back to another thread. It also includes a copy back list 1216, which identifies where the cache line has to be copied back to. In one embodiment of the present invention, copy-back list 1216 is a one-hot bit vector, wherein each bit indicates whether the cache line has to be copied back to a specific thread (or processor).
Note that there are many alternative ways to encode the state information illustrated in FIG. 12. For example, in one embodiment of the present invention, the system encodes the state information illustrated in FIG. 12 using a more dense encoding into fewer bits. ['130 Patent, Col. 11, ll. 30-42].

**Exhibit B-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 1 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
|  | **Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |
| performing the memory access and copying the cache line back to the requesting thread at a later time when the memory access will not interfere with the transactional execution. | **a later time when memory access will not interfere with the transactional execution**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1- 13<br>• If performing the memory access on the cache line will interfere with the transactional execution and if it is possible to delay the memory access, the system delays the memory access and stores copy-back information for the cache line to enable the cache line to be copied back to the requesting thread. At a later time, when the memory access will no longer interfere with the transactional execution, the system performs the memory access and copies the cache line back to the requesting thread.  ['130 Patent, Col. 2, ll. 55-65].<br><br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |

| Claim 2 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 2.  The method of claim 1, wherein it is | **interfering memory accesses** |

6

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 6,938,130

**Exhibit B-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 2 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| possible to delay an interfering memory access if a commit operation is in the process of committing updates made during the transactional execution to the architectural state of the processor, and if the memory access is directed to a cache line for which a last update made during the transactional execution has not yet been committed to the architectural state of the processor. | Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-13<br>• Hence, what is needed is a method and an apparatus for preventing accesses from other threads from interfering with transactional program execution, and in particular that prevents accesses from other threads from interfering with a commit operation that takes place at the end of transactional program execution.  ['130 Patent, Col. 2, ll. 43-48].<br>• . . . an interfering memory access can include: a store by another thread to a cache line that has been load-marked by the thread; and a load or a store by another thread to a cache line that has been store-marked by the thread. ['130 Patent, Col. 3, ll. 34-38].<br><br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction.<br><br>**commit operation**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-13<br>• . . . a commit operation takes place, which commits changes made during the |

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 6,938,130

**Exhibit B-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 2 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | speculative execution to the architectural state of the processor. In one embodiment of the present invention, this involves committing entries from a store buffer into the L2 cache. Finally, after all changes made during the transactional execution are committed to the architectural state of the processor, the commit operation is complete . . . ['130 Patent, Col. 10, ll. 51-57]. |
| | • Commit Operation |
| | FIG. 7 presents a flow chart illustrating how a commit operation is performed after transactional execution completes successfully in accordance with an embodiment of the present invention. This flow chart illustrates what takes place during step 308 of the flow chart in FIG. 3. |
| | The system starts by treating store-marked cache lines as though they are locked (step 702). This means other threads that request a store-marked line must wait until the line is no longer locked before they can access the line. This is similar to how lines are locked in conventional caches. |
| | Next, the system clears load-marks from L1 data cache 115 (step 704). |
| | The system then commits entries from store buffer 112 for stores that are identified as needing to be marked, which were generated during the transactional execution, into the memory hierarchy (step 706). As each entry is committed, a corresponding line in L2 cache 120 is unlocked. |
| | The system also commits register file changes (step 708). For example, this can involve functionally performing a flash copy between register file 103 and register file 104 in the system illustrated in FIG. 1. ['130 Patent, Col. 8, ll. 13-33]. |
| | |
| | **Extrinsic Evidence:** |
| | • Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |
| | • In the context of computer science and data management, commit refers to |

8

**Exhibit B-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 2 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
|  | the idea of making a set of tentative changes permanent. A popular usage is at the end of a transaction. A commit is the act of committing. [Wikipedia.org.  Last update Sept. 11, 2006 - **Sun 026738**].<br><br>**process of committing updates**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-13<br>• . . . a commit operation takes place, which commits changes made during the speculative execution to the architectural state of the processor. In one embodiment of the present invention, this involves committing entries from a store buffer into the L2 cache. Finally, after all changes made during the transactional execution are committed to the architectural state of the processor, the commit operation is complete . . . ['130 Patent, Col. 10, ll. 51-57].<br>• Commit Operation<br>FIG. 7 presents a flow chart illustrating how a commit operation is performed after transactional execution completes successfully in accordance with an embodiment of the present invention. This flow chart illustrates what takes place during step 308 of the flow chart in FIG. 3.<br>The system starts by treating store-marked cache lines as though they are locked (step 702). This means other threads that request a store-marked line must wait until the line is no longer locked before they can access the line. This is similar to how lines are locked in conventional caches.<br>Next, the system clears load-marks from L1 data cache 115 (step 704).<br>The system then commits entries from store buffer 112 for stores that are identified as needing to be marked, which were generated during the |

9

**Exhibit B-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 2 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | transactional execution, into the memory hierarchy (step 706). As each entry is committed, a corresponding line in L2 cache 120 is unlocked. The system also commits register file changes (step 708). For example, this can involve functionally performing a flash copy between register file 103 and register file 104 in the system illustrated in FIG. 1. ['130 Patent, Col. 8, ll. 13-33]. <br><br>**Extrinsic Evidence:** <br> • Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. <br> • In the context of computer science and data management, commit refers to the idea of making a set of tentative changes permanent. A popular usage is at the end of a transaction. A commit is the act of committing. [Wikipedia.org.  Last update Sept. 11, 2006 - **Sun 026738**]. <br><br>**architectural state** <br><br> Sun intends to rely on at least the following evidence in support of its claim construction. <br><br>**Intrinsic Evidence:** <br> • Figures 1-13 <br> • . . . if the transactional execution successfully executes a block of instructions, results of the transactional execution are atomically committed to the architectural state of the processor.  ['130 Patent, Col. 2, ll. 26-29]. <br><br>**Extrinsic Evidence:** <br> • Sun reserves the right to rely on expert testimony to rebut expert testimony |

10

**Exhibit B-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 2 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---------|------------------------------------------------------------------------|
|  | offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |
|  | • architectural state - is the part a processor which holds the state of a process, this includes the processor registers.  [Wikipedia.org.  Last update July 5, 2006 - **Sun 026682**]. |

| Claim 3 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---------|------------------------------------------------------------------------|
| 3.  The method of claim 2, wherein a cache line associated with a delayed memory access is copied back to the requesting thread after the last update to the cache line during the transactional execution is committed to the architectural state of the processor. |  |

| Claim 5 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---------|------------------------------------------------------------------------|
| 5.  The method of claim 2, wherein it is possible to delay an interfering memory access prior to the commit operation; and | **it is possible to delay the memory access** <br><br> Sun intends to rely on at least the following evidence in support of its claim construction. <br><br> **Intrinsic Evidence:** <br> • Figures 1-13 <br> • If performing the memory access on the cache line will interfere with the transactional execution and if it is possible to delay the memory access, the system delays the memory access and stores copy-back information for the |

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 6,938,130

**Exhibit B-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 5 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | cache line to enable the cache line to be copied back to the requesting thread. At a later time, when the memory access will no longer interfere with the transactional execution, the system performs the memory access and copies the cache line back to the requesting thread. ['130 Patent, Col. 2, ll. 55-65].<br><br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |
| wherein if the transactional execution fails prior to the commit operation, the method further involves copying back cache lines for any interfering memory accesses that have been delayed during the transactional execution, wherein the data that is copied back is original cache line data, which has not been modified during the transactional execution. | **interfering memory accesses that have been delayed during transactional execution**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-13<br>• If performing the memory access on the cache line will interfere with the transactional execution and if it is possible to delay the memory access, the system delays the memory access and stores copy-back information for the cache line to enable the cache line to be copied back to the requesting thread. At a later time, when the memory access will no longer interfere with the transactional execution, the system performs the memory access and copies the cache line back to the requesting thread. ['130 Patent, Col. 2, ll. 55-65].<br><br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |

12

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 6,938,130

**Exhibit B-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 6 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 6.  The method of claim 1, wherein if the memory access will interfere with the transactional execution and if it is not possible to delay the memory access, the method further comprises: | **it is not possible to delay the memory access**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-13<br>• If performing the memory access on the cache line will interfere with the transactional execution and if it is possible to delay the memory access, the system delays the memory access and stores copy-back information for the cache line to enable the cache line to be copied back to the requesting thread. At a later time, when the memory access will no longer interfere with the transactional execution, the system performs the memory access and copies the cache line back to the requesting thread.  ['130 Patent, Col. 2, ll. 55-65].<br>• In a variation on this embodiment, if the memory access will interfere with the transactional execution and if it is not possible to delay the memory access, the system discards changes made during the transactional execution. The system also allows the memory access to complete and attempts to re-execute the block of instructions.  ['130 Patent, Col. 3, ll. 23-27].<br><br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |
| discarding changes made during the transactional execution; | **discarding changes** |

13

**Exhibit B-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 6 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| allowing the memory access to complete; and<br>attempting to re-execute the block of instructions. | Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-13<br>• Discarding Changes<br>FIG. 8 presents a flow chart illustrating how changes are discarded after transactional execution completes unsuccessfully in accordance with an embodiment of the present invention. This flow chart illustrates what takes place during step 312 of the flow chart in FIG. 3. The system first discards register file changes made during the transactional execution (step 802). This can involve either clearing or simply ignoring register file changes made during transactional execution. This is easy to accomplish because the old register values were checkpointed prior to commencing transactional execution. The system also clears load-marks from cache lines in L1 data cache 115 (step 804), and drains store buffer entries generated during transactional execution without committing them to the memory hierarchy (step 806). At the same time, the system unmarks corresponding L2 cache lines. Finally, in one embodiment of the present invention, the system branches to a target location specified by the STE instruction (step 808). The code at this target location attempts to re-execute the critical section as is described above with reference to step 314 of FIG. 1. ['130 Patent, Col. 8, ll. 34-53].<br><br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 6,938,130

**Exhibit B-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 7 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 7.  The method of claim 6, wherein discarding changes made during transactional execution involves: discarding register file changes made during the transactional execution; | |
| clearing load marks from cache lines; | **clearing load marks**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-13<br>• If the load causes a cache hit, the system "load marks" the corresponding cache line in L1 data cache 115 (step 506). This involves setting the load marking bit for the cache line. Otherwise, if the load causes a cache miss, the system retrieves the cache line from lower levels of the memory hierarchy (step 508), and proceeds to step 506 to load mark the cache line in L1 data cache 115.  ['130 Patent, Col. 7, ll. 42-49].<br>• Next, the system clears load marks from L1 data cache 115 (step 704).  ['130 Patent, Col. 8, ll. 23-24].<br><br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |
| draining store buffer entries generated during the transactional execution; and | **store buffer** |

15

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 6,938,130

**Exhibit B-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 7 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---------|------------------------------------------------------------------------|
|  | Sun intends to rely on at least the following evidence in support of its claim construction. **Intrinsic Evidence:** <ul><li>Figures 1-13</li><li>…drains store buffer entries generated during transactional execution without committing them to the memory hierarchy (step 806). ['130 Patent, Col. 8, ll. 45-48].</li></ul> **Extrinsic Evidence:** <ul><li>Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction.</li><li>buffer - A region of memory reserved for use as an intermediate repository in which data is temporarily held while waiting to be transferred between two locations or devices. [Microsoft Computer Dictionary, 5th ed., 2002, p. 76 - **Sun 026768**].</li></ul> |
| clearing store marks from cache lines. | **clearing store marks from cache lines** Sun intends to rely on at least the following evidence in support of its claim construction. **Intrinsic Evidence:** <ul><li>Figures 1-13</li><li>FIG. 6 presents a flow chart illustrating how store-marking is performed during transactional execution in accordance with an embodiment of the present invention. During transactional execution of a critical section, the system performs a store operation. If this store operation has been identified</li></ul> |

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 6,938,130

**Exhibit B-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 7 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
|  | as a store operation that needs first to be store-marked, the system first prefetches a corresponding cache line for exclusive use (step 602). Note that this prefetch operation will do nothing if the line is already located in cache and is already in an exclusive use state. |
|  | Since in this example L1 data cache 115 is a write-through cache, the store operation propagates through L1 data cache 115 to L2 cache 120. The system then attempts to lock the cache line corresponding to the store operation in L2 data cache 115 (step 604). If the corresponding line is in L2 cache 120 (cache hit), the system "store-marks" the corresponding cache line in L2 cache 120 (step 610). This involves setting the store-marking bit for the cache line. Otherwise, if the corresponding line is not in L2 cache 120 (cache miss), the system retrieves the cache line from further levels of the memory hierarchy (step 608) and then proceeds to step 610 to store-mark the cache line in L2 cache 120. |
|  | Next, after the cache line is store-marked in step 610, the system enters the store data into an entry of the store buffer 112 (step 612). Note that this store data will remain in store buffer 112 until a subsequent commit operation takes place, or until changes made during the transactional execution are discarded. |
|  | Note that a cache line that is store marked by a given thread can be read by other threads. Note that this may cause the given thread to fail while the other threads continue. ['130 Patent, Col. 7, l. 51 – Col. 8, l. 12]. |
|  | • The system also clears load marks from cache lines in L1 data cache 115 (step 804), and drains store buffer entries generated during transactional execution without committing them to the memory hierarchy (step 806). At the same time, the system unmarks corresponding L2 cache lines.  ). ['130 Patent, Col. 8, ll. 44-49]. |
|  | **Extrinsic Evidence:** |
|  | •   Sun reserves the right to rely on expert testimony to rebut expert testimony |

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 6,938,130

**Exhibit B-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 7 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | offered by Azul in support of its proposed claim construction and to support Sun's claim construction.<br><br>**store marks**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-13<br>• FIG. 6 presents a flow chart illustrating how store-marking is performed during transactional execution in accordance with an embodiment of the present invention. During transactional execution of a critical section, the system performs a store operation. If this store operation has been identified as a store operation that needs to be store-marked, the system first prefetches a corresponding cache line for exclusive use (step 602). Note that this prefetch operation will do nothing if the line is already located in cache and is already in an exclusive use state.<br>Since in this example L1 data cache 115 is a write-through cache, the store operation propagates through L1 data cache 115 to L2 cache 120. The system then attempts to lock the cache line corresponding to the store operation in L2 data cache 115 (step 604). If the corresponding line is in L2 cache 120 (cache hit), the system "store-marks" the corresponding cache line in L2 cache 120 (step 610). This involves setting the store-marking bit for the cache line. Otherwise, if the corresponding line is not in L2 cache 120 (cache miss), the system retrieves the cache line from further levels of the memory hierarchy (step 608) and then proceeds to step 610 to store-mark the cache line in L2 cache 120.<br>Next, after the cache line is store-marked in step 610, the system enters the store data into an entry of the store buffer 112 (step 612). Note that this store |

**Exhibit B-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 7 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
|  | data will remain in store buffer 112 until a subsequent commit operation takes place, or until changes made during the transactional execution are discarded. Note that a cache line that is store marked by a given thread can be read by other threads. Note that this may cause the given thread to fail while the other threads continue.  ['130 Patent, Col. 7, l. 51 – Col. 8, l. 12]. <br><br> • The system also clears load marks from cache lines in L1 data cache 115 (step 804), and drains store buffer entries generated during transactional execution without committing them to the memory hierarchy (step 806). At the same time, the system unmarks corresponding L2 cache lines.  ).  ['130 Patent, Col. 8, ll. 44-49]. <br><br> **Extrinsic Evidence:** <br> • Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |

| Claim 8 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 8.  The method of claim 1, wherein an interfering memory access can include: a store by another thread to a cache line that has been load-marked by the thread; and | **load marked** <br><br> Sun intends to rely on at least the following evidence in support of its claim construction. <br><br> **Intrinsic Evidence:** <br> • Figures 1-13 <br> • Load-Marking Process <br>   FIG. 5 presents a flow chart illustrating how load-marking is performed |

**Exhibit B-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 8 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | during transactional execution in accordance with an embodiment of the present invention. During transactional execution of a critical section, the system performs a load operation. In performing this load operation if the load operation has been identified as a load operation that needs to be load-marked, system first attempts to load a data item from L1 data cache 115 (step 502). If the load causes a cache hit, the system "load-marks" the corresponding cache line in L1 data cache 115 (step 506). This involves setting the load-marking bit for the cache line. Otherwise, if the load causes a cache miss, the system retrieves the cache line from further levels of the memory hierarchy (step 508), and proceeds to step 506 to load-mark the cache line in L1 data cache 115.  ['130 Patent, Col. 7, ll. 34-49].<br><br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction.<br>• load - To copy data into memory.  [Free On-line Dictionary Of Computing. Last update July 2, 2002  - **Sun 026734**]. |
| a load or a store by another thread to a cache line that has been store-marked by the thread. | **store marked**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-13<br>• FIG. 6 presents a flow chart illustrating how store-marking is performed during transactional execution in accordance with an embodiment of the present invention. During transactional execution of a critical section, the |

20

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 6,938,130

**Exhibit B-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 8 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | system performs a store operation. If this store operation has been identified as a store operation that needs to be store-marked, the system first prefetches a corresponding cache line for exclusive use (step 602). Note that this prefetch operation will do nothing if the line is already located in cache and is already in an exclusive use state. |
| | Since in this example L1 data cache 115 is a write-through cache, the store operation propagates through L1 data cache 115 to L2 cache 120. The system then attempts to lock the cache line corresponding to the store operation in L2 data cache 115 (step 604). If the corresponding line is in L2 cache 120 (cache hit), the system "store-marks" the corresponding cache line in L2 cache 120 (step 610). This involves setting the store-marking bit for the cache line. Otherwise, if the corresponding line is not in L2 cache 120 (cache miss), the system retrieves the cache line from further levels of the memory hierarchy (step 608) and then proceeds to step 610 to store-mark the cache line in L2 cache 120. |
| | Next, after the cache line is store-marked in step 610, the system enters the store data into an entry of the store buffer 112 (step 612). Note that this store data will remain in store buffer 112 until a subsequent commit operation takes place, or until changes made during the transactional execution are discarded. |
| | Note that a cache line that is store marked by a given thread can be read by other threads. Note that this may cause the given thread to fail while the other threads continue.  ['130 Patent, Col. 7, l. 51 – Col. 8, l. 12]. |
| | • The system also clears load marks from cache lines in L1 data cache 115 (step 804), and drains store buffer entries generated during transactional execution without committing them to the memory hierarchy (step 806). At the same time, the system unmarks corresponding L2 cache lines.  ).  ['130 Patent, Col. 8, ll. 44-49]. |
| | **Extrinsic Evidence:** |

**Exhibit B-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 8 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | • Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |

| Claim 9 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 9. The method of claim 1, wherein commencing transactional execution involves: saving processor registers; | **processor register** <br><br> Sun intends to rely on at least the following evidence in support of its claim construction. <br><br> **Intrinsic Evidence:** <br> • Figures 1-13 <br> • The system also commits register file changes (step 708). For example, this can involve performing a flash copy between register file 103 and register file 104 in the system illustrated in FIG. 1. ). ['130 Patent, Col. 8, ll. 30-34]. <br><br> **Extrinsic Evidence:** <br> • Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. <br> • register - A set of bits of high-speed memory within a microprocessor or other electronic device, used to hold data for a particular purpose. [Microsoft Computer Dictionary, 5th ed., 2002, p. 445 - **Sun 026771].** |
| configuring the processor to load-mark cache lines during loads that take place during transactional execution; configuring the processor to store-mark | |

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 6,938,130

**Exhibit B-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 9 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| cache lines during stores that take place during transactional execution; and configuring the processor to continually monitor data references from other threads to detect interfering data references. | |

| Claim 10 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 10.  The method of claim 1, wherein if transactional execution completes without encountering an interfering memory access from another thread, the method further comprises: | |
| committing changes made during the transactional execution to the architectural state of the processor; and<br><br>resuming normal non-transactional execution of the program past the block of instructions. | **committing changes**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-13<br>• . . . a commit operation takes place, which commits changes made during the transactional execution to the architectural state of the processor. In one embodiment of the present invention, this involves committing entries from a store buffer into the L2 cache. Finally, after all changes made during the transactional execution are committed to the architectural state of the processor, the commit operation is complete . . . ['130 Patent, Col. 10, ll. 51-57].<br>• Commit Operation<br>FIG. 7 presents a flow chart illustrating how a commit operation is |

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 6,938,130

**Exhibit B-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 10 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | performed after transactional execution completes successfully in accordance with an embodiment of the present invention. This flow chart illustrates what takes place during step 308 of the flow chart in FIG. 3. |
| | The system starts by treating store-marked cache lines as though they are locked (step 702). This means other threads that request a store-marked line must wait until the line is no longer locked before they can access the line. This is similar to how lines are locked in conventional caches. |
| | Next, the system clears load-marks from L1 data cache 115 (step 704). The system then commits entries from store buffer 112 for stores that are identified as needing to be marked, which were generated during the transactional execution, into the memory hierarchy (step 706). As each entry is committed, a corresponding line in L2 cache 120 is unlocked. |
| | The system also commits register file changes (step 708). For example, this can involve functionally performing a flash copy between register file 103 and register file 104 in the system illustrated in FIG. 1. 8:13-33.  ['130 Patent, Col. 8, ll. 13-33]. |
| | **Extrinsic Evidence:** |
| | • Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |
| | • In the context of computer science and data management, commit refers to the idea of making a set of tentative changes permanent. A popular usage is at the end of a transaction. A commit is the act of committing. [Wikipedia.org.  Last update Sept. 11, 2006 - **Sun 026738**]. |
| | **architectural state of the processor** |
| | Sun intends to rely on at least the following evidence in support of its claim construction. |

24

**Exhibit B-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 10 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | **Intrinsic Evidence:** <br> • Figures 1-13 <br> • . . . if the transactional execution successfully executes a block of instructions, results of the transactional execution are atomically committed to the architectural state of the processor. ['130 Patent, Col. 2, ll. 26-29]. <br><br> **Extrinsic Evidence:** <br> • Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. <br> • architectural state - is the part a processor which holds the state of a process, this includes the processor registers. [Wikipedia.org.  Last update July 5, 2006 - **Sun 026682**]. |

| Claim 11 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 11.  The method of claim 10, wherein committing changes made during transactional execution involves: <br><br> clearing load marks from cache lines; | **clearing load marks** <br><br> Sun intends to rely on at least the following evidence in support of its claim construction. <br><br> **Intrinsic Evidence:** <br> • Figures 1-13 <br> • Load-Marking Process <br> FIG. 5 presents a flow chart illustrating how load-marking is performed during transactional execution in accordance with an embodiment of the present invention. During transactional execution of a critical section, the |

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 6,938,130

**Exhibit B-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 11 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | system performs a load operation. In performing this load operation if the load operation has been identified as a load operation that needs to be load-marked, system first attempts to load a data item from L1 data cache 115 (step 502). If the load causes a cache hit, the system "load-marks" the corresponding cache line in L1 data cache 115 (step 506). This involves setting the load-marking bit for the cache line. Otherwise, if the load causes a cache miss, the system retrieves the cache line from further levels of the memory hierarchy (step 508), and proceeds to step 506 to load-mark the cache line in L1 data cache 115.  ['130 Patent, Col. 7, ll. 34-49].<br>• Next, the system clears load marks from L1 data cache 115 (step 704).  ['130 Patent, Col. 8, ll. 23-24].<br><br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction.<br>• load - To copy data into memory.  [Free On-line Dictionary Of Computing. Last update July 2, 2002 - **Sun 026734**]. |
| committing store buffer entries generated during the transactional execution to memory;<br><br>wherein if a store buffer entry contains a last update made to a cache line made during the transactional execution, committing the store buffer entry involves unmarking the corresponding cache line; and | **committing store buffer entries**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-13<br>• The system then commits entries from store buffer 112 for stores that are identified as needing to be marked, which were generated during the transactional execution, into the memory hierarchy (step 706). As each entry |

**Exhibit B-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 11 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
|  | is committed, a corresponding line in L2 cache 120 is unlocked. ['130 Patent, Col. 8, ll. 25-29]. |

- . . . a commit operation takes place, which commits changes made during the speculative execution to the architectural state of the processor. In one embodiment of the present invention, this involves committing entries from a store buffer into the L2 cache. Finally, after all changes made during the transactional execution are committed to the architectural state of the processor, the commit operation is complete . . . ['130 Patent, Col. 10, ll. 51-57].

- Commit Operation

    FIG. 7 presents a flow chart illustrating how a commit operation is performed after transactional execution completes successfully in accordance with an embodiment of the present invention. This flow chart illustrates what takes place during step 308 of the flow chart in FIG. 3.

    The system starts by treating store-marked cache lines as though they are locked (step 702). This means other threads that request a store-marked line must wait until the line is no longer locked before they can access the line. This is similar to how lines are locked in conventional caches.

    Next, the system clears load-marks from L1 data cache 115 (step 704).

    The system then commits entries from store buffer 112 for stores that are identified as needing to be marked, which were generated during the transactional execution, into the memory hierarchy (step 706). As each entry is committed, a corresponding line in L2 cache 120 is unlocked.

    The system also commits register file changes (step 708). For example, this can involve functionally performing a flash copy between register file 103 and register file 104 in the system illustrated in FIG. 1. ['130 Patent, Col. 8, ll. 13-33].

**Extrinsic Evidence:**

- Sun reserves the right to rely on expert testimony to rebut expert testimony

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 6,938,130

**Exhibit B-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 11 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | offered by Azul in support of its proposed claim construction and to support Sun's claim construction.<br>• buffer - A region of memory reserved for use as an intermediate repository in which data is temporarily held while waiting to be transferred between two locations or devices.  [Microsoft Computer Dictionary, 5th ed., 2002, p. 76 - **Sun 026768**].<br>• In the context of computer science and data management, commit refers to the idea of making a set of tentative changes permanent. A popular usage is at the end of a transaction. A commit is the act of committing. [Wikipedia.org.  Last update Sept. 11, 2006 - **Sun 026738**]. |
| committing register file changes made during transactional execution. | **committing register file changes**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-13<br>• The system also commits register file changes (step 708). For example, this can involve performing a flash copy between register file 103 and register file 104 in the system illustrated in FIG. 1.  ).  ['130 Patent, Col. 8, ll. 30-34]<br>• . . .committing changes made during transactional execution involves: clearing load marks from cache lines; committing register file changes made during transactional execution; and committing store buffer entries generated during the transactional execution to memory. Note that if a store buffer entry contains a last update made to a cache line made during the transactional execution, committing the store buffer entry can involve unmarking the corresponding cache line. ['130 Patent, Col. 3, ll. 53-60].<br>• . . . a commit operation takes place, which commits changes made during the |

28

**Exhibit B-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 11 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | speculative execution to the architectural state of the processor. In one embodiment of the present invention, this involves committing entries from a store buffer into the L2 cache. Finally, after all changes made during the transactional execution are committed to the architectural state of the processor, the commit operation is complete . . . ['130 Patent, Col. 10, ll. 51-57]. <br> • Commit Operation <br> FIG. 7 presents a flow chart illustrating how a commit operation is performed after transactional execution completes successfully in accordance with an embodiment of the present invention. This flow chart illustrates what takes place during step 308 of the flow chart in FIG. 3. <br> The system starts by treating store-marked cache lines as though they are locked (step 702). This means other threads that request a store-marked line must wait until the line is no longer locked before they can access the line. This is similar to how lines are locked in conventional caches. <br> Next, the system clears load-marks from L1 data cache 115 (step 704). <br> The system then commits entries from store buffer 112 for stores that are identified as needing to be marked, which were generated during the transactional execution, into the memory hierarchy (step 706). As each entry is committed, a corresponding line in L2 cache 120 is unlocked. <br> The system also commits register file changes (step 708). For example, this can involve functionally performing a flash copy between register file 103 and register file 104 in the system illustrated in FIG. 1. ['130 Patent, Col. 8, ll. 13-33]. <br><br> **Extrinsic Evidence:** <br> • Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. <br> • buffer - A region of memory reserved for use as an intermediate repository |

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 6,938,130

**Exhibit B-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,938,130**

| Claim 11 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | in which data is temporarily held while waiting to be transferred between two locations or devices.  [Microsoft Computer Dictionary, 5th ed., 2002, p. 76 - **Sun 026768**].<br>• In the context of computer science and data management, commit refers to the idea of making a set of tentative changes permanent. A popular usage is at the end of a transaction. A commit is the act of committing. [Wikipedia.org.  Last update Sept. 11, 2006 - **Sun 026738**].<br>• register - A set of bits of high-speed memory within a microprocessor or other electronic device, used to hold data for a particular purpose. [Microsoft Computer Dictionary, 5th ed., 2002, p. 445 - **Sun 026771**]. |

| Claim 12 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 12. The method of claim 1, wherein the request to perform the memory access can include:<br>a request-to-own (RTO) signal; or<br>a request-to-share (RTS) signal. | |

30

# EXHIBIT C-1

**Exhibit C-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,823,351**

| Claim 1 | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Joint Claim Construction |
|---|---|---|---|
| 1. For employing a number of execution threads to perform garbage-collection work tasks of which the performance of at least some includes identifying further work tasks, a computer-implemented method that includes: | | | **thread/execution thread**—an executing sequence of instructions, such as a process<br><br>**garbage collection**—reclamation of memory dynamically allocated to objects that are no longer reachable<br><br>**work tasks**—specific work to be performed by threads<br><br>**identifying further work**—*no need for construction*<br><br>**identifying further work tasks**—*no need for construction*<br><br>**garbage-collection work tasks**—work tasks associated with garbage collection. |
| providing a double-ended work queue for each thread, each work queue having first and second ends, | | | **work queue**—double-ended work queue<br><br>**double-ended work queue**—a data structure whose contents may be changed by adding or |

**Exhibit C-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,823,351**

| Claim 1 | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Joint Claim Construction |
|---|---|---|---|
| | **providing a double-ended work queue for each thread—**assigning a double-ended work queue to each thread. | **providing a double-ended work queue for each thread—**statically assigning a double-ended work queue to each thread. | removing identifiers of work tasks at either end.<br><br>**first end—**the end of the double-ended work queue to which identifiers of work tasks are pushed (added) and popped (removed) by the owner of the double-ended work queue.<br><br>**second end—**the end of the double-ended work queue opposite from the first end from which identifiers of work tasks are popped (removed). |
| dividing the garbage-collection work tasks into identifiable task groups, | **identifiable task group—**A task group assignable to a thread. | **identifiable task groups—**groups of tasks such that the tasks in a given group are related by predetermined criteria. | **dividing the garbage-** |

**Exhibit C-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,823,351**

| Claim 1 | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Joint Claim Construction |
|---|---|---|---|
| | | | **collection work tasks into identifiable task groups**—separating the garbage collection work tasks into identifiable task groups

**task groups**—groups of tasks |
| assigning task groups to threads, | | | **assigning task groups to threads**—*no need for construction* |
| and executing each thread by: | | | |
| pushing onto the first end of that thread's work queue identifiers of garbage-collection work tasks identified by that thread, | | | **pushing [pushes]**—adding an item to an end of a queue or stack

**identifiers of garbage-collection work tasks**—information that specifies particular garbage-collection work tasks |
| popping identifiers of garbage-collection work tasks from the first end of the thread's work queue and performing the tasks that the thus-popped identifiers | | | **popping [pops]**—removing an item from an end of a queue or stack |

Proposed Joint Claim Construction Chart
 for U.S. Patent No. 6,823,351

**Exhibit C-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,823,351**

| Claim 1 | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Joint Claim Construction |
|---------|-----------------------------------|-------------------------------------|--------------------------|
| identify; and | | | |
| when that thread's queue is empty, popping identifiers of garbage-collection work tasks from the second end of the work queue provided for another of the threads and performing the garbage-collection work task thereby identified. | | | |

**Exhibit C-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,823,351**

| Claim 5 | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Joint Claim Construction |
|---|---|---|---|
| 5. The computer-implemented method as defined in claim 1, wherein the garbage-collection work tasks include scanning of live objects for references to other reachable objects. | **live objects**—An object whose address is held in a processor register, a thread stack, or global variable; or there is a pointer to it held in another live object. | **live objects**—objects or data structures represented in a computer system's memory that are reachable | **scanning of live objects**—examining live objects |
| | **reachable objects**—Statically allocated objects; objects referred to by a reference in a root set, a thread call stack, or a register; and objects referred to by another reachable object. | **reachable objects**—objects or data structures represented in a computer system's memory that are reachable (or accessible) | **scan**—examine.  **live**—*no need for construction* |

**Exhibit C-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,823,351**

| Claim 6 | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Joint Claim Construction |
|---|---|---|---|
| 6. The computer-implemented method as defined in claim 1 further comprising the step of marking reachable objects live. | | | **marking reachable objects live**—recording which objects are reachable<br><br>**marking**—*no construction is necessary.* |

**Exhibit C-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,823,351**

| Claim 7 | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Joint Claim Construction |
|---|---|---|---|
| 7. The computer-implemented method as defined in claim 1 wherein the popping of identifiers of garbage-collection work tasks from another queue's second end is performed free of any locking mechanism. | **locking mechanism**—Software and/or hardware mechanism that regulates access to a critical section of code.<br><br>**performed free of any locking mechanism**—A locking mechanism is not used during the popping of identifiers of garbage-collection work tasks from another queue's second end. | **locking mechanism**—a mechanism that controls access by other threads<br><br>**performed free of any locking mechanism**—a locking mechanism is not used. | |

**Exhibit C-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,823,351**

| Claim 8 | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Joint Claim Construction |
|---|---|---|---|
| 8. A computer system configured by machine instructions as a garbage collector that executes in a plurality execution threads to perform garbage collection work tasks of which the performance of at least some includes identifying further work tasks, wherein the garbage collector: | | | **machine instructions—**instructions in the machine language of a particular processor, virtual instruction processor or central processing unit (cpu)<br><br>**configured by machine instructions—***no construction necessary.*<br><br>**garbage collector—**software and/or hardware for performing garbage collection<br><br>**executes in a plurality execution threads—**performed using two or more execution threads |
| divides the garbage-collection work tasks into identifiable task groups, | | | |
| assigns task groups to threads, | | | |
| provides a double-ended work queue associated with each | | | |

**Exhibit C-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,823,351**

| Claim 8 | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Joint Claim Construction |
|---|---|---|---|
| thread, each work queue having first and second ends, and | | | |
| executes each thread, wherein such execution: | | | |
| pushes onto the first end of that thread's work queue identifiers of identified garbage-collection work tasks found by that thread | | | |
| pops identifiers of the work tasks from the first end of the thread's work queue and performs the tasks that the thus-popped identifiers identify; and | | | |
| when that thread's queue is empty, pops identifiers of garbage-collection work tasks from the second end of the work queue provided for another of the threads and performs the garbage-collection work tasks thereby identified. | | | **pops identifiers of garbage-collection work tasks from the second end**—*no need for construction* |

**Exhibit C-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,823,351**

| Claim 12 | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Joint Claim Construction |
|---|---|---|---|
| 12. The computer system as defined in claim 8 further comprising means for marking reachable objects as live. | | | **means for marking reachable objects as live**<br><br>**35 U.S.C. §112(6)**<br><br>This term is subject to 35 U.S.C. §112(6).  The function is marking reachable objects as live. The structure includes the garbage collector program component(s) that performs marking. |

**Exhibit C-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,823,351**

| Claim 13 | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Joint Claim Construction |
|---|---|---|---|
| 13. The computer system as defined in claim 8 wherein the garbage collector scans live objects for references to other reachable objects. | | | |

| Claim 14 | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Joint Claim Construction |
|---|---|---|---|
| 14. The computer system as defined in claim 8 wherein the garbage collector executes each thread free of any locking mechanism. | | | |

# EXHIBIT C-2

**Exhibit C-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,823,351**

| Claim 1 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| 1. For employing a number of execution threads to perform garbage-collection work tasks of which the performance of at least some includes identifying further work tasks, a computer-implemented method that includes: | **thread/execution thread**—*The parties have agreed upon the construction of this term.*<br><br>**garbage collection**—*The parties have agreed upon the construction of this term.*<br><br>**work tasks**—*The parties have agreed upon the construction of this term.*<br><br>**identifying further work**—*The parties have agreed that this term does not require construction.*<br><br>**identifying further work tasks**—*The parties have agreed that this term does not require construction.*<br><br>**garbage-collection work tasks**—*The parties have agreed upon the construction of this term.* |
| providing a double-ended work queue for each thread, each work queue having first and second ends, | **work queue**—*The parties have agreed upon the construction of this term.*<br><br>**double-ended work queue**—*The parties have agreed upon the construction of this term.*<br><br>**providing a double-ended work queue for each thread**<br><br>**Extrinsic Evidence:**<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115508-527; AZUL0115669-697; AZUL0115638-668; AZUL0115284-507; AZUL0115284-507; AZUL0115875-890; AZUL0115864-874; AZUL0115566-571; AZUL0115585-604; AZUL0115528-542; |

**Exhibit C-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,823,351**

| Claim 1 | Azul's Extrinsic and Intrinsic Evidence |
|---------|----------------------------------------|
|         | AZUL0115528-537; AZUL0115967-978; AZUL0115979-986; AZUL0116039-050; AZUL0115987-997; AZUL0115998-014; AZUL0116015-030; AZUL0116031-038; AZUL0115891-908; AZUL01150909-914; AZUL0115915-954; AZUL0115955-966; AZUL020891-896. |

**Intrinsic Evidence:**

- "A separate work queue, with two ends wherein entries can be pushed and popped from the first end and at least popped from the second end, is created for each thread." [Col. 4:26-28]
- "In accordance with the present invention, as shown in FIGS. 4a, 4b, 4c and 4d, each GC thread has a respective work queue 30 to keep track of these further tasks. As it dynamically identifies such tasks, the thread places into its work queue entries for each task." [Col. 6:16-20]
- "As will be discussed further below, a GC thread performs the tasks in its work queue until that queue is empty, and it then searches other threads' queues for tasks to steal and perform, as will be also explained in more detail." [Col. 6:30-33]
- "In any event, the processing often results in identification of new tasks to be performed, and a thread adds such tasks to its work queue by pushing an identifier of the newly identified task onto the bottom of its work queue." [Col. 6:60-63]
- Referencing FIG. 4b, the GC thread pushes newly found references 38 onto one end, which is arbitrarily refered to as the bottom, of its work queue 30 for later processing. When the thread is ready to perform a task from its queue, it will pop a reference 36 from the bottom of the queue and perform the represented tasks." [Col. 7:28-33]
- "Referenced objects not already marked live are marked, and pointers thereto are pushed onto the thread's work queue, to indicate the pending task of scanning that object for references to other objects." [Col. 15:40-44]

**Exhibit C-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,823,351**

| Claim 1 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| | **first end**—*The parties have agreed upon the construction of this term.*<br><br>**second end**—*The parties have agreed upon the construction of this term.*<br><br>**Additional Extrinsic Evidence**—*Azul may also rely on the following extrinsic evidence in support of its proposed constructions for terms in this claim element.*<br><br>Blumofe (CS-TR-98-13) [AZUL0115508-527, *See e.g.,* p. 3, 6]<br>Blumofe and Lieserson [AZUL0115669-697, *See e.g.,* p. 5]<br>Papadopoulos [AZUL0115724-812, *See e.g.,* 9]<br>Arora et al. [AZUL0115864-874, *See e.g.,* p. 121-122] |
| dividing the garbage-collection work tasks into identifiable task groups, | **identifiable task groups**<br><br>**Extrinsic Evidence:**<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115508-527; AZUL0115669-697; AZUL0115638-668; AZUL0115284-507; AZUL0115284-507; AZUL0115875-890; AZUL0115864-874; AZUL0115566-571; AZUL0115585-604; AZUL0115528-542; AZUL0115528-537; AZUL0115967-978; AZUL0115979-986; AZUL0116039-050; AZUL0115987-997; AZUL0115998-014; AZUL0116015-030; AZUL0116031-038; AZUL0115891-908; AZUL01150909-914; AZUL0115915-954; AZUL0115955-966; AZUL020891-896.<br><br>**Intrinsic Evidence:** |

**Exhibit C-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,823,351**

| Claim 1 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
|  | • "In the illustrated embodiment, the collector divides initial, statically identifiable tasks into task groups.  In the specific case in which the tasks are the processing of roots to find reachable objects, a convenient way to divide the tasks into groups is to group them in accordance with what their sources are.  With reference to FIG. 3, typical sources are:  JAVA™ classes (class statics), stack frames, and native language interface roots (JNI).  (JAVA is a trademark or registered trademark of Sun Microsystems, Inc. in the United States and other countries.)"  [Col. 5:62-Col. 6:4]<br><br>**dividing the garbage-collection work tasks into identifiable task groups**—*The parties have agreed upon the construction of this term.*<br><br>**task groups**—*The parties have agreed upon the construction of this term.*<br><br>**Additional Extrinsic Evidence**—*Azul may also rely on the following extrinsic evidence in support of its proposed constructions for terms in this claim element.*<br><br>Atlam and Montelius [AZUL0115638-668, *See e.g.,* p. 19, 21]<br>Endo et al. [AZUL0115875-890, *See e.g.,* Section 4.2]<br>Vandevoorde and Roberts [AZUL0115585-604, *See e.g.,* p. 347]<br>Newman and Woodward [AZUL0115566-571, *See e.g.,* p. 206] |
| assigning task groups to threads, | **assigning task groups to threads**—*The parties have agreed that this term does not require construction.* |
| and executing each thread by: |  |
| pushing onto the first end of that thread's work queue identifiers of garbage-collection work tasks identified by that thread, | **pushing [pushes]**—*The parties have agreed upon the construction of this term.*<br><br>**identifiers of garbage-collection work tasks**—*The parties have agreed upon the construction of this term.* |

**Exhibit C-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,823,351**

| Claim 1 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| popping identifiers of garbage-collection work tasks from the first end of the thread's work queue and performing the tasks that the thus-popped identifiers identify; and | **popping [pops]**—*The parties have agreed upon the construction of this term.* |
| when that thread's queue is empty, popping identifiers of garbage-collection work tasks from the second end of the work queue provided for another of the threads and performing the garbage-collection work task thereby identified. | |

| Claim 5 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| 5. The computer-implemented method as defined in claim 1, wherein the garbage-collection work tasks include scanning of live objects for references to other reachable objects. | **live objects**<br><br>**Extrinsic Evidence:**<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115508-527; AZUL0115669-697; AZUL0115638-668; AZUL0115284-507; AZUL0115284-507; AZUL0115875-890; AZUL0115864-874; AZUL0115566-571; AZUL0115585-604; AZUL0115528-542; AZUL0115528-537; AZUL0115967-978; AZUL0115979-986; AZUL0116039-050; AZUL0115987-997; AZUL0115998-014; AZUL0116015-030; AZUL0116031-038; AZUL0115891-908; AZUL01150909-914; AZUL0115915-954; AZUL0115955-966; AZUL020891-896. |

**Exhibit C-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,823,351**

| Claim 5 | Azul's Extrinsic and Intrinsic Evidence |
|---------|------------------------------------------|
| | **Intrinsic Evidence:**<br>• "For purposes of this discussion, the term object refers to a data structure represented in a computer system's memory. Other terms sometimes used for the same concept are record and structure." [Col. 1: 29-32]<br>• "The rules above imply that the storage mechanism's view of the liveness of the graph of objects in the heap is defined by *pointer reachability*. An object in the heap is live if its address is held in a root, or there is a pointer to it held in another live heap node." [Jones and Lins, p. 4, AZUL0120895]<br>• *See also* FIG. 7, Col. 1:54-58, Col. 5:8-9, Col. 16:2-7, Col. 15:28-35, Col. 15:36-38, Col. 16:48-51, Col. 15:49-54, Col. 15:61-64, Col. 17:50-53<br><br>**scanning of live objects**—*The parties have agreed upon the construction of this term.*<br><br>**reachable objects**<br><br>**Extrinsic Evidence:**<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term. *See* AZUL0115508-527; AZUL0115669-697; AZUL0115638-668; AZUL0115284-507; AZUL0115284-507; AZUL0115875-890; AZUL0115864-874; AZUL0115566-571; AZUL0115585-604; AZUL0115528-542; AZUL0115528-537; AZUL0115967-978; AZUL0115979-986; AZUL0116039-050; AZUL0115987-997; AZUL0115998-014; AZUL0116015-030; AZUL0116031-038; AZUL0115891-908; AZUL01150909-914; AZUL0115915-954; AZUL0115955-966; AZUL020891-896.<br><br>**Intrinsic Evidence:** |

**Exhibit C-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,823,351**

| Claim 5 | Azul's Extrinsic and Intrinsic Evidence |
|---------|------------------------------------------|
|         | • "Clearly, objects referred to in the execution threads' call stack are reachable as are the objects referred to by register contents. And an object referred to by any reachable object is also reachable." [Col. 2:9-12]<br>• "For purposes of this discussion, the term object refers to a data structure represented in a computer system's memory. Other terms sometimes used for the same concept are record and structure." [Col. 1: 29-32]<br>• "Garbage collectors vary as to which objects they consider reachable and unreachable. For the present discussion, though, an object will be considered "reachable" if it is referred to by a reference in a root. The root set includes, for instance, reference threads stored in the mutator's threads' garbage-collected heap. An object is also reachable if it is referred to by another reachable object." [Col. 3:1-8]<br>• "The rules above imply that the storage mechanism's view of the liveness of the graph of objects in the heap is defined by *pointer reachability*. An object in the heap is live if its address is held in a root, or there is a pointer to it held in another live heap node." [Jones and Lins, p. 4, AZUL0120895]<br>• *See also* Col. 2:12-13, Col. 3:2-4, Col. 3:7-8, Col. 3:12-18, Col. 3:26-27, Col. 3:33-35, Col. 3:40-47, Col. 6:11-15, Col. 6:20-28, Col. 5:51-53, Col. 5:56-61, Col. 5:63-67, Col. 7:1-5, Col. 7:19-23, Col. 7:46-50<br><br>**scan**—*The parties have agreed upon the construction of this term.*<br><br>**live**—*The parties have agreed that this term does not require construction.*<br><br>**Additional Extrinsic Evidence—***Azul may also rely on the following extrinsic evidence in support of its proposed constructions for terms in this claim element.*<br><br>Atlam and Montelius [AZUL0115638-668, *See e.g.,* p. 3, 11-15]<br>Montelius dissertation [AZUL0115284-507, *See e.g.,* Section 8.5]<br>Endo et al. [AZUL0115875-890, *See e.g.,* Sections 3 and 4]<br>Newman and Woodward [AZUL0115566-571, *See e.g.,* p. 206] |

**Exhibit C-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,823,351**

| Claim 6 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| 6. The computer-implemented method as defined in claim 1 further comprising the step of marking reachable objects live. | **marking reachable objects live**—*The parties have agreed upon the construction of this term.*<br><br>**marking**—*The parties have agreed that this term does not require construction.* |

| Claim 7 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| 7. The computer-implemented method as defined in claim 1 wherein the popping of identifiers of garbage-collection work tasks from another queue's second end is performed free of any locking mechanism. | **locking mechanism**<br><br>**Extrinsic Evidence:**<br>• locking—(2) A facility whereby a module is requested to guarantee exclusive access to addressed data, blocking other modules from accessing that data.  This allows indivisible operations to be performed on addressed resources.  [IEEE Dictionary, AZUL0120930]<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115508-527; AZUL0115669-697; AZUL0115638-668; AZUL0115284-507; AZUL0115284-507; AZUL0115875-890; AZUL0115864-874; AZUL0115566-571; AZUL0115585-604; AZUL0115528-542; AZUL0115528-537; AZUL0115967-978; AZUL0115979-986; AZUL0116039-050; AZUL0115987-997; AZUL0115998-014; AZUL0116015-030; AZUL0116031-038; AZUL0115891-908; AZUL01150909-914; AZUL0115915-954; AZUL0115955-966; AZUL020891-896.<br><br>**Intrinsic Evidence:** |

**Exhibit C-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,823,351**

| Claim 7 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| | • "When a thread has exhausted its own tasks (and any overflow tasks as described below) the thread steals work asynchronously from other threads' work queues by popping identifiers from the second ends thereof.  By using the second opposite queue end from the queue's 'owner' thread, the stealing thread minimizes interrupting or blocking of the owner's operation."  [Col. 2:39-45] <br> • *See also* Col. 11:39-41 <br><br> **performed free of any locking mechanism** <br><br> **Extrinsic Evidence:** <br> • Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term. <br> • Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115508-527; AZUL0115669-697; AZUL0115638-668; AZUL0115284-507; AZUL0115284-507; AZUL0115875-890; AZUL0115864-874; AZUL0115566-571; AZUL0115585-604; AZUL0115528-542; AZUL0115528-537; AZUL0115967-978; AZUL0115979-986; AZUL0116039-050; AZUL0115987-997; AZUL0115998-014; AZUL0116015-030; AZUL0116031-038; AZUL0115891-908; AZUL01150909-914; AZUL0115915-954; AZUL0115955-966; AZUL020891-896. <br><br> **Intrinsic Evidence:** <br> • "By using the second opposite queue end from the queue's 'owner' thread, the stealing thread minimizes interrupting or blocking of the owner's operation. Any contention that occurs is resolved, in a preferred embodiment of the invention, by using atomic instructions, i.e., instructions that represent operations that always run to completion without interruption by another instruction."  [Col. 4:42-49] |

**Exhibit C-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,823,351**

| Claim 7 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| | • "When a thread has exhausted its own tasks (and any overflow tasks as described below) the thread steals work asynchronously from other threads' work queues by popping identifiers from the second ends thereof.  By using the second opposite queue end from the queue's 'owner' thread, the stealing thread minimizes interrupting or blocking of the owner's operation."  [Col. 2:39-45]<br><br>**Additional Extrinsic Evidence—*Azul may also rely on the following extrinsic evidence in support of its proposed constructions for terms in this claim element.***<br><br>Blumofe (CS-TR-98-13) [AZUL0115508-527, *See e.g.,* p. 8-12]<br>Papadopoulos [AZUL0115724-812, *See e.g.,* p. 13-17]<br>Arora et al. [AZUL0115864-874, *See e.g.,* p. 121-122]<br>Atlam and Montelius [AZUL0115638-668, *See e.g.,* p. 22] |

| Claim 8 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| 8. A computer system configured by machine instructions as a garbage collector that executes in a plurality execution threads to perform garbage collection work tasks of which the performance of at least some includes identifying further work tasks, wherein the garbage collector: | **machine instructions—***The parties have agreed upon the construction of this term.*<br><br>**configured by machine instructions—***The parties have agreed that this term does not require construction.*<br><br>**garbage collector—***The parties have agreed upon the construction of this term.*<br><br>**executes in a plurality execution threads—***The parties have agreed upon the construction of this term.* |
| divides the garbage-collection work tasks into identifiable task groups, | |
| assigns task groups to threads, | |
| provides a double-ended work queue associated with each thread, each work | |

**Exhibit C-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,823,351**

| Claim 8 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| queue having first and second ends, and | |
| executes each thread, wherein such execution: | |
| pushes onto the first end of that thread's work queue identifiers of identified garbage-collection work tasks found by that thread | |
| pops identifiers of the work tasks from the first end of the thread's work queue and performs the tasks that the thus-popped identifiers identify; and | |
| when that thread's queue is empty, pops identifiers of garbage-collection work tasks from the second end of the work queue provided for another of the threads and performs the garbage-collection work tasks thereby identified. | **pops identifiers of garbage-collection work tasks from the second end**—*The parties have agreed that this term does not require construction.* |

| Claim 12 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| 12. The computer system as defined in claim 8 further comprising means for marking reachable objects as live. | **means for marking reachable objects as live**—*The parties have agreed that this term is subject to 35 U.S.C. § 112(6).* |

**Exhibit C-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,823,351**

| Claim 13 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| 13. The computer system as defined in claim 8 wherein the garbage collector scans live objects for references to other reachable objects. | |

| Claim 14 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| 14. The computer system as defined in claim 8 wherein the garbage collector executes each thread free of any locking mechanism. | |

# EXHIBIT C-3

**Exhibit C-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,823,351**

| Claim 1 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 1. For employing a number of execution threads to perform garbage-collection work tasks of which the performance of at least some includes identifying further work tasks, a computer-implemented method that includes: | |
| providing a double-ended work queue for each thread, each work queue having first and second ends, | **providing a double-ended work queue for each thread**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• A separate work queue, with two ends wherein entries can be pushed and popped from the first end and at least popped from the second end, is created for each thread.  ['351 Patent, Col. 4, ll. 26-28]<br>• In accordance with the present invention, as shown in FIGS. 4a, 4b, 4c and 4d, each GC thread has a respective work queue 30 to keep track of these further tasks.  ['351 Patent, Col. 6, ll. 16-18]<br>• Although the invention has been described with respect to various embodiments, it should be realized this invention is also capable of a wide variety of further and other embodiments within the spirit and scope of the appended claims.  ['351 Patent, Col. 19, ll. 16-19]<br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |
| dividing the garbage-collection work tasks | **identifiable task groups** |

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 6,823,351

**Exhibit C-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,823,351**

| Claim 1 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| into identifiable task groups, | Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• In the illustrated embodiment, the collector divides initial, statically identifiable tasks into task groups. In the specific case in which the tasks are the processing of roots to find reachable objects, a convenient way to divide the tasks into groups is to group them in accordance with what their sources are.  ['351 Patent, Col. 5, ll. 62-67]<br>• When these tasks have been divided into groups, the groups are assigned, in a manner presently to be described, to respective GC threads.  ['351 Patent, Col. 6, ll. 5-7]<br>• A competition is one preferred way of assigning groups to threads. That is, the GC threads can take turns claiming task groups that other threads have not yet claimed. For this purpose, the GC would maintain a flag associated with each task group to indicate whether that task group has been claimed.<br>A convenient way to synchronize task-group claiming is for the GC thread to use an atomic "test-and-set" operation. In an atomic test-and-set operation, a processor atomically reads an old value from a location and writes a new value into that location. For task-group claiming, the thread performs a "test-and-set" operation on the location of a task group's flag, and the new value to which the flag is set is one that indicates that the task group has been claimed. If the flag's old value indicated that the task group had although ready been claimed, then the thread concludes.that it was not successful in claiming the task group. Otherwise, it concludes that it was successful, and it will process that task group.  ['351 Patent, Col. 6, ll. 35-54]<br>• Although the invention has been described with respect to various embodiments, it should be realized this invention is also capable of a wide variety of further |

**Exhibit C-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,823,351**

| Claim 1 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | and other embodiments within the spirit and scope of the appended claims. ['351 Patent, Col. 19, ll. 16-19] **Extrinsic Evidence:** <ul><li>Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction.</li></ul> |
| assigning task groups to threads, and executing each thread by: | |
| pushing onto the first end of that thread's work queue identifiers of garbage-collection work tasks identified by that thread, | |
| popping identifiers of garbage-collection work tasks from the first end of the thread's work queue and performing the tasks that the thus-popped identifiers identify; and | |
| when that thread's queue is empty, popping identifiers of garbage-collection work tasks from the second end of the work queue provided for another of the threads and performing the garbage-collection work task thereby identified. | |

| Claim 5 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 5. The computer-implemented method as defined in claim 1, wherein the garbage-collection work tasks include scanning of live objects for references to other | **live objects** <br><br> Sun intends to rely on at least the following evidence in support of its claim construction. |

**Exhibit C-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,823,351**

| Claim 5 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---------|------------------------------------------------------------------------|
| reachable objects. | **Intrinsic Evidence:**<br>• Fig. 3.<br>• The garbage collector has control of and/or direct access and/or knowledge of the addresses, classes, roots, and other such detailed information about all live objects created in the system. ['351 Patent, Col. 1, ll. 54-58]<br>• With reference to FIG. 7, item 120 the GC in parallel marks all the live objects in the heap by statically partitioning the root set into a number of segments usually larger than the number of threads. The segments are assigned to the threads. The threads scan the segments for object references. Referenced objects not already marked live are marked, and pointers thereto are pushed onto the thread's work queue, to indicate the pending task of scanning that object for references to other objects. After pushing an object reference on the queue, the thread may immediately pop and process the scanning task (which may in turn identify more such tasks, and so on), or it may continue scanning the root for object references. This choice might be made dynamically, depending on how full the thread's work queue is. When the scanning of the root for references is complete, then, the threads' tasks are to pop each succeeding object from their respective queues, to mark the live objects by setting a bit in the objects' headers, and to scan the object for other references. When other references are found, those objects are marked and scanned for yet further objects. The thread continues until all the objects and their references along a reference chain are marked. ['351 Patent, Col. 15, ll. 36-57]<br>• Although the invention has been described with respect to various embodiments, it should be realized this invention is also capable of a wide variety of further and other embodiments within the spirit and scope of the appended claims. ['351 Patent, Col. 19, ll. 16-19]<br>**Extrinsic Evidence:**<br>• The values that a program can manipulate directly are those held in processor |

**Exhibit C-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,823,351**

| Claim 5 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | registers, those on the program stack (including local variables and temporaries), and those held in global variables.  Such locations holding references to heap data form the *roots* of the computation. . . .  An object in the heap is live if its address is held in a root, or there is a pointer to it held in another live heap node. [Garbage Collection, Jones and Lins, p. 4. (SUN 041390)]<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction.<br><br>**reachable objects**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Garbage collectors operate by reclaiming space that is no longer "reachable." Statically allocated objects represented by a program's global variables are normally considered reachable throughout a program's life. Such objects are not ordinarily stored in the garbage collector's managed memory space, but they may contain references to dynamically allocated objects that are, and such dynamically allocated objects are considered reachable, too. Clearly, objects referred to in the execution threads' call stack are reachable, as are the objects referred to by register contents. And an object referred to by any reachable object is also reachable.  ['351 Patent, Col. 4, ll. 4-13]<br>• For the present discussion, though, an object will be considered "reachable" if it is referred to by a reference in a root. The root set includes, for instance, reference values stored in the mutator's threads' call stacks, the CPU registers, and global variables outside the garbage-collected heap. An object is also reachable if it is referred to by another reachable object. Objects that are not reachable can no longer affect the program, so it is safe to re-allocate the |

**Exhibit C-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,823,351**

| Claim 5 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | memory spaces that they occupy.<br>A typical approach to garbage collection is therefore to identify all reachable objects and reclaim any previously allocated memory that the reachable objects do not occupy. A typical garbage collector may identify reachable objects by tracing objects pointed to from a root, tracing objects pointed to from those reachable objects, and so on until all the referenced or pointed to objects are found and are retained.  ['351 Patent, Col. 3, ll. 2-18]<br>• In the specific case in which the operation is that of young-generation reachable-object identification, the further tasks can be associated with respective reachable objects, because the tasks are following those objects' references to identify further reachable objects.  ['351 Patent, Col. 6, ll. 11-15]<br>• Although the invention has been described with respect to various embodiments, it should be realized this invention is also capable of a wide variety of further and other embodiments within the spirit and scope of the appended claims. ['351 Patent, Col. 19, ll. 16-19]<br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |

| Claim 6 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 6. The computer-implemented method as defined in claim 1 further comprising the step of marking reachable objects live. | |

| Claim 7 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 7. The computer-implemented method as defined in claim 1 wherein the popping of | **locking mechanism** |

**Exhibit C-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,823,351**

| | |
|---|---|
| identifiers of garbage-collection work tasks from another queue's second end is performed free of any locking mechanism. | Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• When a thread has exhausted its own tasks (and any overflow tasks as described below) the thread steals work asynchronously from other threads' work queues by popping identifiers from the second ends thereof. By using the second opposite queue end from the queue's "owner" thread, the stealing thread minimizes interrupting or blocking of the owner's operation.  ['351 Patent, Col. 4, ll. 39-45]<br>• The particular lock mechanism, several of which are known in the art and can be used for this purpose, is not critical.  ['351 Patent, Col. 11, ll. 39-41]<br>• Although the invention has been described with respect to various embodiments, it should be realized this invention is also capable of a wide variety of further and other embodiments within the spirit and scope of the appended claims. ['351 Patent, Col. 19, ll. 16-19]<br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction.<br><br>**performed free of any locking mechanism**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• When a thread has exhausted its own tasks (and any overflow tasks as described below) the thread steals work asynchronously from other threads' work queues by popping identifiers from the second ends thereof. By using the second |

**Exhibit C-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,823,351**

<table>
<tr>
<td></td>
<td>

opposite queue end from the queue's "owner" thread, the stealing thread minimizes interrupting or blocking of the owner's operation.   ['351 Patent, Col. 4, ll. 39-45]

- Col. 7, l. 58 – Col. 9, l. 40, *passim*.
- The particular lock mechanism, several of which are known in the art and can be used for this purpose, is not critical.  ['351 Patent, Col. 11, ll. 39-41]
- Although the invention has been described with respect to various embodiments, it should be realized this invention is also capable of a wide variety of further and other embodiments within the spirit and scope of the appended claims. ['351 Patent, Col. 19, ll. 16-19]

**Extrinsic Evidence:**
- Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction.

</td>
</tr>
</table>

| Claim 8 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 8. A computer system configured by machine instructions as a garbage collector that executes in a plurality execution threads to perform garbage collection work tasks of which the performance of at least some includes identifying further work tasks, wherein the garbage collector: | |
| divides the garbage-collection work tasks into identifiable task groups, | |
| assigns task groups to threads, | |
| provides a double-ended work queue associated with each thread, each work queue having first and second ends, and | |

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 6,823,351

**Exhibit C-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,823,351**

| Claim 8 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| executes each thread, wherein such execution: | |
| pushes onto the first end of that thread's work queue identifiers of identified garbage-collection work tasks found by that thread | |
| pops identifiers of the work tasks from the first end of the thread's work queue and performs the tasks that the thus-popped identifiers identify; and | |
| when that thread's queue is empty, pops identifiers of garbage-collection work tasks from the second end of the work queue provided for another of the threads and performs the garbage-collection work tasks thereby identified. | |

| Claim 12 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 12. The computer system as defined in claim 8 further comprising means for marking reachable objects as live. | |

| Claim 13 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 13. The computer system as defined in claim 8 wherein the garbage collector scans live objects for references to other reachable objects. | |

**Exhibit C-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,823,351**

| Claim 14 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 14. The computer system as defined in claim 8 wherein the garbage collector executes each thread free of any locking mechanism. | |

# EXHIBIT D-1

**Exhibit D-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,003,065**

| Claim Term(s) for '065 Patent | Sun's Proposed Construction | Azul's Proposed Construction | Joint Claim Construction |
|---|---|---|---|
| 1. A distributed data processing system having a host computer coupled by way of a network to one or more peripheral devices, the system comprising: | **Peripheral device -** Any device, including computers, used in a distributed computing environment. | **Peripheral devices -** Devices whose primary function is input/output as opposed to computation.  Examples include printers, stereos, scanners, televisions, cameras, telephones, terminals, tape drives, and disk drives. | **distributed data processing system** - A system that distributes the processing of virtual machine instructions of an application between a host computer and one or more peripheral devices coupled to the network.<br><br>**host computer** - a computer, as distinct from a peripheral |
| a peripheral device database coupled to the network, and containing information concerning a profile of the capabilities for each of the one or more peripheral devices coupled to the network; | | | **profile of capabilities -** Information concerning the capabilities of the particular peripheral device.<br><br>**capabilities -** The capacity to be used for a specific purpose. |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,003,065

**Exhibit D-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,003,065**

| Claim Term(s) for '065 Patent | Sun's Proposed Construction | Azul's Proposed Construction | Joint Claim Construction |
|---|---|---|---|
| a host computer comprising; | | | |
| a first network interface coupled to the network and suitable for bi-directional transmission of data between the host computer and the network; | | | **first network interface -** Communication technology used to couple the host computer to the network<br><br>**bi-directional transmission -** transmission to and from the device. |
| a first virtual machine instruction processor capable of executing one or more virtual machine instructions; | **a first virtual machine instruction processor -** Software and/or hardware on the host computer capable of executing one or more virtual machine instructions.<br><br>**virtual machine instructions -** instructions that control behavior and state of a virtual machine. A virtual machine is a self-contained operating environment that behaves as if it is a separate computer. | **a first virtual machine instruction processor -** a combination of hardware and software on the host computer that executes virtual machine instructions.<br><br>**virtual machine instructions -** instructions that control behavior and state of a virtual machine. A virtual machine is a self-contained operating environment that behaves as if it is a separate computer. In the context of a Java virtual machine, virtual machine instructions are Java bytecodes. | |
| a storage device coupled to the first virtual machine instruction | | | |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,003,065

**Exhibit D-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,003,065**

| Claim Term(s) for '065 Patent | Sun's Proposed Construction | Azul's Proposed Construction | Joint Claim Construction |
|---|---|---|---|
| processor; | | | |
| an application having one or more virtual machine instructions stored in the storage device; | **an application having one or more virtual machine instructions stored in the storage device -** One or more virtual machine instructions that are stored on the host computer. | **an application having one or more virtual machine instructions stored in the storage device -** A user program consisting of one or more virtual machine instructions, which is stored and initiates execution on the host computer. | |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,003,065

**Exhibit D-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,003,065**

| Claim Term(s) for '065 Patent | Sun's Proposed Construction | Azul's Proposed Construction | Joint Claim Construction |
|---|---|---|---|
| a determination mechanism embedded in the application stored on the storage device which queries the peripheral device database based upon a predetermined criteria and selects which peripheral device should execute at least a portion of the application wherein said at least a portion of the application includes at least one virtual machine instruction; and | **determination mechanism -** Mechanism which queries the peripheral device database based upon a predetermined criteria and selects which peripheral device should execute one or more virtual machine instructions.<br><br>**embedded in the application  -** To cause to be an integral part of the application.<br><br>**predetermined criteria -** Criteria to determine which peripheral device is best suited for performing the desired peripheral operation. | **a determination mechanism embedded in the application -** a set of software instructions contained entirely in the application, capable of choosing from among multiple options.<br><br><br>**predetermined criteria -** pre-set data used by the application to formulate a query. | **a portion of the application -** One or more virtual machine instructions. |
| a download mechanism coupled to the first network interface capable of transferring an application to one of the peripheral devices for execution; and | | | **download mechanism -** a mechanism for the transfer of data, such as instructions. |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,003,065

**Exhibit D-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,003,065**

| Claim Term(s) for '065 Patent | Sun's Proposed Construction | Azul's Proposed Construction | Joint Claim Construction |
|---|---|---|---|
| a peripheral device comprising: | | | |
| a second network interface coupled to the network and suitable for bi-directional transmission of data between the peripheral device and the network; and | | | **second network interface -** Communication technology used to couple the peripheral device to the network |
| a second virtual machine instruction processor coupled to the second network interface and capable of executing one or more virtual machine instructions wherein following receipt from said host computer of said least a portion of said application including at least one virtual machine instruction for said peripheral device, said virtual machine instruction processor executes said at least a portion of the application including | | | **second virtual machine instruction processor -** The second virtual machine instruction processor is on the peripheral device, and otherwise has the same meaning as first virtual machine instruction processor. The second virtual machine instruction processor does not have to be identical to the first virtual machine instruction processor. |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,003,065

**Exhibit D-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,003,065**

| Claim Term(s) for '065 Patent | Sun's Proposed Construction | Azul's Proposed Construction | Joint Claim Construction |
|---|---|---|---|
| said one virtual machine instruction. | | | |
| 8. The distributed data processing system of claim 1 wherein the virtual machine instruction processor is based upon the Java virtual machine. | **the virtual machine instruction processor -** Either the first or second virtual machine instruction processor or both. | **the virtual machine instruction processor –** This term is indefinite for lack of antecedent. | **Java virtual machine—**Software and/or hardware capable of executing one or more Java virtual machine instructions. |
| 10. A method of distributing the processing of an application between a host computer and one or more peripheral devices coupled to a network, the method comprising: | | | **distributing the processing of an application -** Distributing the processing of virtual machine instructions of an application between a host computer and one or more peripheral devices coupled to the network. |
| collecting information concerning the capabilities of each of the one or more peripheral devices coupled to the network; | | | |
| executing an application comprising one or more virtual instructions on a | **executing an application -** performing one or more virtual machine instructions. | **executing an application –** performing one or more virtual machine instructions of a user | |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,003,065

**Exhibit D-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,003,065**

| Claim Term(s) for '065 Patent | Sun's Proposed Construction | Azul's Proposed Construction | Joint Claim Construction |
|---|---|---|---|
| host computer having a first virtual machine instruction processor wherein the application has a predetermined criteria for one or more peripheral devices | **application has a predetermined criteria -** The application uses a criteria to determine which peripheral device is best suited for performing the desired peripheral operation. | program.<br><br>**application has a predetermined criteria -** The application uses pre-set criteria to determine which peripheral device is best suited for performing the desired peripheral operation. | **virtual instructions –** "virtual instructions" has the same meaning as "virtual machine instructions." |
| querying the collected information concerning the capabilities for each of the one or more peripheral devices using the predetermined criteria for one or more peripheral devices; | | | |
| selecting which peripheral device should execute at least a portion of the application based on information obtained | | | |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,003,065

**Exhibit D-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,003,065**

| Claim Term(s) for '065 Patent | Sun's Proposed Construction | Azul's Proposed Construction | Joint Claim Construction |
|---|---|---|---|
| in response to the query wherein said at least a portion of the application includes at least one virtual machine instruction; | | | |
| transferring said at least a portion of the application to the peripheral device selected for executing the application; | | | **transferring said at least a portion of the application to the peripheral device -** Transferring one or more virtual machine instructions to the peripheral device. |
| establishing a bi-directional communication between the selected peripheral device and the host computer for transmitting and receiving real-time information associated with the peripheral device and the host computer; and | **establishing a bi-directional communication between the selected peripheral device and the host computer for transmitting and receiving real-time information associated with the peripheral device and the host computer** – Real-time information, generated while the peripheral device and the host computer are operating, is communicated to and from the peripheral device and the host computer. | **establishing a bi-directional communication between the selected peripheral device and the host computer for transmitting and receiving real-time information associated with the peripheral device and the host computer** – Enabling communication to and from the peripheral device that permits transmitting and receiving of information on the current status of the peripheral device or the host computer. | |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,003,065

**Exhibit D-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 6,003,065**

| Claim Term(s) for '065 Patent | Sun's Proposed Construction | Azul's Proposed Construction | Joint Claim Construction |
|---|---|---|---|
| executing the at least a portion of the application on a second virtual machine instruction processor coupled to the selected peripheral device. | **executing the at least a portion of the application** -Executing one or more virtual machine instructions. | **executing the at least a portion of the application** - performing one or more of the virtual machine instructions of the user program | |
| 17. The method of claim 10 wherein the virtual machine instruction processor is based upon the Java virtual machine. | **the virtual machine instruction processor** - Either the first or second virtual machine instruction processor or both. | **the virtual machine instruction processor** - this term is indefinite for lack of antecedent. | |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,003,065

# EXHIBIT D-2

**Exhibit D-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 1 | Azul's Proposed Claim Construction |
|---|---|
| 1. A distributed data processing system having a host computer coupled by way of a network to one or more peripheral devices, the system comprising: | **peripheral device** <br><br> **Intrinsic Evidence:** <br><br> • Applications executed in a networked/distributed environment should also be able to interface with a wide variety of peripheral devices in an orthogonal and simple to use fashion. For example, users should be able to execute different application programs on multiple heterogeneous platforms and then print output from these applications on a variety of printer devices without concern over: device drivers; printer capabilities; or executing preprocessing data conversion routines. 2:56-64 <br><br> • Further, networked peripheral devices should be just as available for distributed processing as networked computers.  For example, if a printer is attached to an intranet or the Internet, a user should be able to print a job remotely from work or home as long as a communication signal can be established between the user's remote computing device and the printer device. Likewise, the user should be able to execute applications and access other peripheral devices such as digital image capture devices, telecommunication devices, display devices, or even a sound generation device in a similar fashion. Essentially, the user should be able to use a peripheral device based on the needs of an application and not the availability of a particular device driver. 2:65-3:9 <br><br> • Computer network 100 includes at least one host computer system such as a host computer 102A coupled to one or more peripheral devices such as a printer 102B, an image capture device such as a camera 102C, a telecommunication device such as a telephone 102D, an image display device such as an HDTV television 102E, an image input device such as a scanner 102F, and a sound generator device such as a stereo 102G. 5:53-59 <br><br> • In this context, peripheral engine interface 220 couples processing units such as processing unit 106B to a core engine central to the functioning of the peripheral device. For example, the core engine in a printer is considered a print engine |

**Exhibit D-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 1 | Azul's Proposed Claim Construction |
|---|---|
| | while the core engine in a television could be the CRT (cathode ray tube) and all the supporting circuitry needed to generate an image on the CRT. 7:58-64. |
| | • Next, once an appropriate peripheral device is selected, processing transfers from step 304 to step 306 where the portion of the application concerned with using the functions associated with the peripheral device is downloaded into the peripheral device. 19:23-27. |
| | • In yet another embodiment, peripheral devices are coupled together directly to process information and do not require intervention by a host computer or similar central processing device. For example, a printer device having a virtual machine instruction processor is coupled directly to a digital camera without using a host computer. 24:28-33 |
| | • 3:27-30; 3:52-5:10; 7:37-44; 7:49-57; 8:1-5; 8:25-28; 9:43-63; 10:23-18:31; 18:40-47; 20:18-29; 22:13-23:12; 197:1-198:60;  Figures 1-4 |
| | • Plaintiff Azul expects to rely on the prosecution file history of the patent. |
| | **Extrinsic Evidence:** |
| | • peripheral:  Any optional input or output device that connects to a computer's central processing unit. Mass-storage devices, printers, and modems are typical peripherals for personal computers.  [Prentice, AZUL0120976] |
| | • peripheral equipment: [ISO With respect to a particular processing unit, any equipment that provides the processing unit with outside communication. *Examples*: Input/output units; auxiliary storage.]  [Prentice, AZUL0120976-77] |
| | • Peripheral Equipment (IBM): In a computer system, with respect to a particular processing unit, any equipment that provides the processing unit with outside communication. Synonymous with *peripheral device.*   [Stallings, AZUL0120986] |
| | • Chapter 6 Input/Output: "An external device connected to an I/O module is often |

**Exhibit D-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 1 | Azul's Proposed Claim Construction |
|---|---|
| | referred to as a *peripheral device*, or, simply, a *peripheral.* We can broadly classify external devices into three categories: *Human-readable:* Suitable for communicating with the computer user; *Machine-readable:* Suitable for communicating with equipment; *Communication:* Suitable for communicating with remote devices. Examples of human-readable devices are video display terminals (VDTs) and printers. Examples of machine-readable devices are magnetic disk and tape systems, and sensors and actuators, such as are used in a robotics application…. Communication devices allow a computer to exchange data with a remote device, which may be a human-readable device, such as a terminal, a machine readable device, or even another computer." [Stallings, AZUL0120981-85]  <br><br> • [US Pat. 6,157,237 to Mitra, AZUL0121023-031]: "Likewise, the peripherals can be any type of peripheral such as, for example, displays, mass storage devices, keyboards or any other type of input or input-output device." <br><br> • [U.S. Pat. 5,944,808 to Penry, AZUL0120998-1012]: "Likewise, the peripherals can be any type of peripheral such as, for example, displays, mass storage devices, keyboards or any other type of input or input-output device." <br><br> • [US Pat. 5,812,816 to Parady, AZUL0120987-997] "The I/O bus 160 communicates information to at least one peripheral device in the computer system 100 including, but not limited to a display device 161 (e.g., cathode ray tube, liquid crystal display, flat panel display, etc.) for displaying images; an alphanumeric input device 162 (e.g., an alphanumeric keyboard, etc.) for communicating information and command selections to the processing unit 121; a cursor control device 163 (e.g., a mouse, trackball, touch pad, joystick, etc.) for controlling cursor movement; a mass storage device 164 (e.g., magnetic tapes, hard disk drive, floppy disk drive, etc.) for storing data; an information transceiver device 165 (fax machine, modem, scanner etc.) for transmitting information from the computer system 100 to another system and for receiving information from another system; and a hard copy device 166 (e.g., plotter, printer, etc.) for |

**Exhibit D-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 1 | Azul's Proposed Claim Construction |
|---|---|
| | providing a tangible, visual representation of the information." |
| | • [U.S. Pat. 5,996,075 to Matena, AZUL0121013-022] "Note that the system of the invention may be applied to other peripheral devices accessed by multiple nodes in a multiprocessor system. For instance, other I/O or memory devices may be substituted in place of the shared disks discussed above." |
| | • Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term. |
| | • Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115174-181; AZUL0115119-128; AZUL0115094-096; AZUL0115129-147; AZUL0115158-165; AZUL0121081-090; AZUL0115166-173; AZUL0121073-080; AZUL0121091-99; AZUL0121100-112; AZUL012113-115; AZUL0115061-085; AZUL0115148-157; AZUL0115097-108; AZUL0115047-060; AZUL015086-093; AZUL0115109-118; AZUL0115182-200. |
| a peripheral device database coupled to the network, and containing information concerning a profile of the capabilities for each of the one or more peripheral devices coupled to the network; | |
| a host computer comprising; | |
| a first network interface coupled to the network and suitable for bi-directional transmission of data between the host computer and the network; | |
| a first virtual machine instruction | **virtual machine instruction processor** |

**Exhibit D-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 1 | Azul's Proposed Claim Construction |
|---------|-----------------------------------|
| processor capable of executing one or more virtual machine instructions; | **Intrinsic Evidence**<br><br>• In part, this distributed data processing system has advantages over current technologies because executables running on a host device can also be downloaded and executed on a target peripheral device. A virtual machine instruction processor located in the host machine and the peripheral device run the same instruction set and therefore facilitate the sharing of executables. 5:20-26.<br><br>• In accordance with the principles of the present invention, host computer 102A and peripheral devices 102B-102G include a processing unit 106A-106G respectively. Typically, each processing unit 106A-106G implements a virtual machine instruction processor 108 for processing virtual machine instructions. 7:9-13.<br><br>• In general, the combination of a virtual machine instruction processor embedded in a peripheral device facilitates a level of distributed computing between peripheral devices and host computers which was previously unavailable in the art. This novel design enables the sharing of resources and the distribution of processing not only between two host computers coupled to a network but between peripheral devices and host computers as well. 7:37-44.<br><br>• The process typically begins when a user initiates execution of an application in which a portion of the application requests operation of a peripheral device. In accordance with principles of the present invention these instructions are usually virtual machine instructions generated using the JAVA programming language. 18:58-63<br><br>• 5:23-26; 7:9-14; 7:25-37; 8:25-9:2; 19:23-31; 21:6-10; U.S. Patent application Ser. No. 08/788,807 (incorporated by reference at 8:53-60); 197:1-198:60; Figures 1 – 4<br><br>• Plaintiff Azul expects to rely on the prosecution file history of the patent. |

**Exhibit D-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 1 | Azul's Proposed Claim Construction |
|---------|-----------------------------------|
|  | **Extrinsic evidence**<br><br>• virtual machine.  A functional simulation of a computer and its associated devices.[IEEE, AZUL01209007]<br><br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br><br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115174-181; AZUL0115119-128; AZUL0115094-096; AZUL0115129-147; AZUL0115158-165; AZUL0121081-090; AZUL0115166-173; AZUL0121073-080; AZUL0121091-99; AZUL0121100-112; AZUL012113-115; AZUL0115061-085; AZUL0115148-157; AZUL0115097-108; AZUL0115047-060; AZUL015086-093; AZUL0115109-118; AZUL0115182-200.<br><br>**virtual machine instructions**<br><br>**Intrinsic Evidence**<br><br>• This peripheral API enables executable computer programs 226 to access functionality associated with a peripheral device such as printer 102B using hardware independent and architecturally neutral system calls. These system calls correspond to specific virtual machine instructions which execute on virtual machine instruction processor 214 in the form of bytecodes and cause the peripheral device to operate in a specified manner. This is one important aspect of the present invention which provides features and capabilities previously unavailable in the art.  9:33-43<br><br>• Large complex drivers used to convert data formats and drive hardware signals on a peripheral device are replaced with general purpose virtual machine instruction applications written in languages such as JAVA. Typically, these general purpose virtual machine instruction applications are self-contained and |

**Exhibit D-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 1 | Azul's Proposed Claim Construction |
|---|---|
|  | therefore can be executed on almost any peripheral device or host device on the network for processing. 22:19-25 |
|  | • In one embodiment, the remote administration application is a JAVA enabled browser running the JAVA virtual machine and the applets downloaded from the peripheral device are written in JAVA virtual machine instruction bytecodes. 23:37-40. |
|  | • 5:23-26; 7:9-14; 7:25-37; 8:25-37; 19:23-31; 25:1-198:60; Figures 1-4. |
|  | • Plaintiff Azul expects to rely on the prosecution file history of the patent. |
|  | **Extrinsic evidence** |
|  | • virtual machine: A functional simulation of a computer and its associated devices. [IEEE, AZUL0120907] |
|  | • Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term. |
|  | • Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115174-181; AZUL0115119-128; AZUL0115094-096; AZUL0115129-147; AZUL0115158-165; AZUL0121081-090; AZUL0115166-173; AZUL0121073-080; AZUL0121091-99; AZUL0121100-112; AZUL012113-115; AZUL0115061-085; AZUL0115148-157; AZUL0115097-108; AZUL0115047-060; AZUL015086-093; AZUL0115109-118; AZUL0115182-200. |
| a storage device coupled to the first virtual machine instruction processor; |  |

**Exhibit D-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 1 | Azul's Proposed Claim Construction |
|---|---|
| an application having one or more virtual machine instructions stored in the storage device; | **an application having one or more virtual machine instructions stored in the storage device**<br><br>**Intrinsic evidence:**<br><br>• Applications executed in a networked/distributed environment should also be able to interface with a wide variety of peripheral devices in an orthogonal and simple to use fashion. For example, users should be able to execute different application programs on multiple heterogeneous platforms and then print output from these applications on a variety of printer devices without concern over: device drivers; printer capabilities; or executing preprocessing data conversion routines. 2:56-64<br><br>• For example, if a printer is attached to an intranet or the Internet, a user should be able to print a job remotely from work or home as long as a communication signal can be established between the user's remote computing device and the printer device. Likewise, the user should be able to execute applications and access other peripheral devices such as digital image capture devices, telecommunication devices, display devices, or even a sound generation device in a similar fashion. Essentially, the user should be able to use a peripheral device based on the needs of an application and not the availability of a particular device driver. For example, a desktop publishing application should be able to take pictures from different digital cameras located all over the world. 2:67-3:13.<br><br>• Applications written to work with one brand and make of peripheral device should also be able to function with another brand and make of a peripheral device without loading new drivers, new software, or new versions. Users should be able to use a wide range of peripheral devices and distribute processing over an intranet or the Internet to the peripheral devices most appropriate for the application. 5:10-15<br><br>• 5:20-47; 7:37-48; 10:24-18:31; 197:1-198:60; Figures 1-4.<br><br>• Plaintiff Azul expects to rely on the prosecution file history of the patent. |

**Exhibit D-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 1 | Azul's Proposed Claim Construction |
|---|---|
|  | **Extrinsic evidence:**<br><br>• application: A computer program (or suite of programs) used for a specific task, such as accounting purposes, medical or scientific analysis, or word processing. [Prentice, AZUL0120971]<br><br>• application software: Software designed to fulfill the specific needs of a user; for example, software for navigation, payroll, or process control. *Contrast with*: support software, system software.  [IEEE, AZUL0120899]<br><br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br><br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115174-181; AZUL0115119-128; AZUL0115094-096; AZUL0115129-147; AZUL0115158-165; AZUL0121081-090; AZUL0115166-173; AZUL0121073-080; AZUL0121091-99; AZUL0121100-112; AZUL012113-115; AZUL0115061-085; AZUL0115148-157; AZUL0115097-108; AZUL0115047-060; AZUL015086-093; AZUL0115109-118; AZUL0115182-200. |
| a determination mechanism embedded in the application stored on the storage device which queries the peripheral device database based upon a predetermined criteria and selects which peripheral device should execute at least a portion of the application wherein said at least a portion of the application includes at least one virtual machine instruction; and | **a determination mechanism embedded in the application**<br><br>**Intrinsic evidence**<br><br>• The system also includes a determination mechanism typically embedded in the application which queries the peripheral database based upon a predetermined criteria and selects which peripheral device should execute the application. Once the determination mechanism embedded in the application selects the proper peripheral device, a download mechanism, also coupled to the first network interface, transfers data and, optionally, a portion of the application to the selected peripheral devices for execution. 5:59-6:1 |

**Exhibit D-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 1 | Azul's Proposed Claim Construction |
|---|---|
|  | • 197:1-198:60; Figures 3-4 |
|  | • Plaintiff Azul expects to rely on the prosecution file history of the patent. |
|  | **Extrinsic evidence:** |
|  | • embed: 1.a. To fix securely in a surrounding mass. b. To enclose in a matrix. 2. To enclose firmly. 3. To make an integral part of.   [Webster, AZUL0121042] |
|  | • Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term. |
|  | • Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115174-181; AZUL0115119-128; AZUL0115094-096; AZUL0115129-147; AZUL0115158-165; AZUL0121081-090; AZUL0115166-173; AZUL0121073-080; AZUL0121091-99; AZUL0121100-112; AZUL012113-115; AZUL0115061-085; AZUL0115148-157; AZUL0115097-108; AZUL0115047-060; AZUL015086-093; AZUL0115109-118; AZUL0115182-200. |
|  | **predetermined criteria** |
|  | **Intrinsic evidence:** |
|  | • The system also includes a determination mechanism typically embedded in the application which queries the peripheral database based upon a predetermined criteria and selects which peripheral device should execute the application. Once the determination mechanism embedded in the application selects the proper peripheral device, a download mechanism, also coupled to the first network interface, transfers data and, optionally, a portion of the application to the selected peripheral devices for execution. 5:59-6:1 |
|  | • Next, the method executes an application composed of one or more virtual instructions on a host computer having a virtual machine instruction processor. |

**Exhibit D-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 1 | Azul's Proposed Claim Construction |
|---------|-----------------------------------|
|         | The application typically has a predetermined criteria for one or more peripheral devices. This predetermined criteria is then used by the method to query the information collected concerning the capabilities for each of the one or more peripheral devices. The query results are then used to select which peripheral device should execute the application. 6:15-24. |

| | |
|---------|-----------------------------------|
|         | • Referring to FIG. 3., a flow chart diagram illustrates the general steps used by one embodiment of the present invention to distribute processing of an application between a host computer and one or more peripheral devices. This technique is advantageous because it suggests a peripheral device for use by a user or application based upon a predetermined set of characteristics. For example, a user or application can automatically locate a printer device based on print speed and print capacity rather than the name of the printer. 18:34-44 |
|         | • 3:24-41; 4:19-37; 9:43-63; 16:19-30; 17:39-52; 18:58-19:23; 21:5-22; 21:57-22:10; 22:58-65; 23:66-24:2; 197:1-198:60; Figures 3-4 |
|         | • Plaintiff Azul expects to rely on the prosecution file history of the patent. |
|         | **Extrinsic evidence:** |
|         | • predetermine: To determine, decide, or established ahead of time.  [Webster, AZUL0121043] |
|         | • criterion: a standard upon which a judgment is based.  [Webster, AZUL0121044] |
|         | • Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term. |
|         | • Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115174-181; AZUL0115119-128; AZUL0115094-096; AZUL0115129-147; AZUL0115158-165; AZUL0121081-090; AZUL0115166-173; AZUL0121073-080; AZUL0121091-99; AZUL0121100-112; AZUL012113-115; AZUL0115061-085; AZUL0115148-157; AZUL0115097-108; |

**Exhibit D-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 1 | Azul's Proposed Claim Construction |
|---|---|
| | AZUL0115047-060; AZUL015086-093; AZUL0115109-118; AZUL0115182-200. |
| a download mechanism coupled to the first network interface capable of transferring an application to one of the peripheral devices for execution; and | |
| a peripheral device comprising: | |
| a second network interface coupled to the network and suitable for bi-directional transmission of data between the peripheral device and the network; and | |
| a second virtual machine instruction processor coupled to the second network interface and capable of executing one or more virtual machine instructions wherein following receipt from said host computer of said least a portion of said application including at least one virtual machine instruction for said peripheral device, said virtual machine instruction processor executes said at least a portion of the application including said one virtual machine instruction. | |

**Exhibit D-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 8 | |
|---|---|
| 8. The distributed data processing system of claim 1 wherein the virtual machine instruction processor is based upon the Java virtual machine. | |

| Claim 10 | |
|---|---|
| 10. A method of distributing the processing of an application between a host computer and one or more peripheral devices coupled to a network, the method comprising: | |
| collecting information concerning the capabilities of each of the one or more peripheral devices coupled to the network; | |
| executing an application comprising one or more virtual instructions on a host computer having a first virtual machine instruction processor wherein the application has a predetermined criteria for one or more peripheral devices; | **executing an application comprising one or more virtual instructions**<br><br>**Intrinsic Evidence:**<br><br>• Applications executed in a networked/distributed environment should also be able to interface with a wide variety of peripheral devices in an orthogonal and simple to use fashion. For example, users should be able to execute different application programs on multiple heterogeneous platforms and then print output from these applications on a variety of printer devices without concern over: device drivers; |

**Exhibit D-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 10 | |
|----------|---|
| | printer capabilities; or executing preprocessing data conversion routines. 2:56-64 |

| | |
|----------|---|
| | • For example, if a printer is attached to an intranet or the Internet, a user should be able to print a job remotely from work or home as long as a communication signal can be established between the user's remote computing device and the printer device. Likewise, the user should be able to execute applications and access other peripheral devices such as digital image capture devices, telecommunication devices, display devices, or even a sound generation device in a similar fashion. Essentially, the user should be able to use a peripheral device based on the needs of an application and not the availability of a particular device driver. For example, a desktop publishing application should be able to take pictures from different digital cameras located all over the world. 2:67-3:13. |
| | • Applications written to work with one brand and make of peripheral device should also be able to function with another brand and make of a peripheral device without loading new drivers, new software, or new versions. Users should be able to use a wide range of peripheral devices and distribute processing over an intranet or the Internet to the peripheral devices most appropriate for the application. 5:10-15 |
| | • 10:24-18:31; 197:1-198:60; Fig. 3-4. |
| | • Plaintiff Azul expects to rely on the prosecution file history of the patent. |
| | **Extrinsic evidence:** |
| | • execute ISO To perform the execution of an instruction or of a computer program. [Prentice, AZUL0120975] |
| | • execution ISO The process of carrying out an instruction or the instructions of a computer program by a computer. [Prentice, AZUL0120975] |
| | • execute To carry out an instruction, process, or computer program. [IEEE, AZUL0120904] |

**Exhibit D-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 10 | |
|---|---|
| | • execution The process of carrying out an instruction or the instructions of a computer program by a computer. [IEEE, AZUL0120904] |
| | • Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term. |
| | • Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term. *See* AZUL0115174-181; AZUL0115119-128; AZUL0115094-096; AZUL0115129-147; AZUL0115158-165; AZUL0121081-090; AZUL0115166-173; AZUL0121073-080; AZUL0121091-99; AZUL0121100-112; AZUL012113-115; AZUL0115061-085; AZUL0115148-157; AZUL0115097-108; AZUL0115047-060; AZUL015086-093; AZUL0115109-118; AZUL0115182-200. |
| | **application has a predetermined criteria** |
| | **Intrinsic Evidence** |
| | • Next, the method executes an application composed of one or more virtual instructions on a host computer having a virtual machine instruction processor. The application typically has a predetermined criteria for one or more peripheral devices. This predetermined criteria is then used by the method to query the information collected concerning the capabilities for each of the one or more peripheral devices. The query results are then used to select which peripheral device should execute the application. 6:15-24. |
| | • 3:24-41; 4:19-37; 5:59-6:14; 9:43-63; 16:19-30; 17:39-52; 18:58-19:23; 21:5-22; 21:57-22:10; 22:58-65; 23:66-24:2; 197:1-198:60; Figures 3-4 |
| | • Plaintiff Azul expects to rely on the prosecution file history of the patent. |
| | **Extrinsic evidence:** |
| | • predetermine: To determine, decide, or established ahead of time. [Webster, |

**Exhibit D-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 10 | |
|---|---|
| | AZUL0121043] |
| | • criterion: a standard upon which a judgment is based. [Webster, AZUL0121044] |
| | • Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term. |
| | • Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term. *See* AZUL0115174-181; AZUL0115119-128; AZUL0115094-096; AZUL0115129-147; AZUL0115158-165; AZUL0121081-090; AZUL0115166-173; AZUL0121073-080; AZUL0121091-99; AZUL0121100-112; AZUL012113-115; AZUL0115061-085; AZUL0115148-157; AZUL0115097-108; AZUL0115047-060; AZUL015086-093; AZUL0115109-118; AZUL0115182-200. |
| querying the collected information concerning the capabilities for each of the one or more peripheral devices using the predetermined criteria for one or more peripheral devices; | |
| selecting which peripheral device should execute at least a portion of the application based on information obtained in response to the query wherein said at least a portion of the application includes at least one virtual machine instruction; | |

**Exhibit D-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 10 | |
|---|---|
| | |
| transferring said at least a portion of the application to the peripheral device selected for executing the application; | |
| establishing a bi-directional communication between the selected peripheral device and the host computer for transmitting and receiving real-time information associated with the peripheral device and the host computer; and | **establishing a bi-directional communication between the selected peripheral device and the host computer for transmitting and receiving real-time information associated with the peripheral device and the host computer**<br><br>**Intrinsic evidence:**<br><br>• Accordingly, processing transfers from step 310 to step 312 if the processing on the peripheral device is not complete. Initially, step 312 establishes a bidirectional communication between the selected peripheral device and the host computer for transmitting and receiving real-time information generated while the peripheral device is operating. In one embodiment, this is accomplished using object oriented features of the JAVA programming language which allow for socket based communication protocols over TCP/IP to take place between a host computer and a peripheral device coupled to a network. Unlike prior art solutions, the bi-directional communication link of the present invention allows enhanced administration and managing of peripheral devices with a reduced amount of overhead and down time. Many typical causes of a peripheral device failing to operate or going down, such as out of paper or toner low, could be anticipated, reported, and corrected before they cause a major impact on a group of users. 19:65-20:14<br><br>• 21:49-56; 197:1-198:60; Figures 1-4<br><br>• Plaintiff Azul expects to rely on the prosecution file history of the patent.<br><br>**Extrinsic evidence:** |

**Exhibit D-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 10 | |
|---|---|
| | • Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term. |
| | • Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term. *See* AZUL0115174-181; AZUL0115119-128; AZUL0115094-096; AZUL0115129-147; AZUL0115158-165; AZUL0121081-090; AZUL0115166-173; AZUL0121073-080; AZUL0121091-99; AZUL0121100-112; AZUL012113-115; AZUL0115061-085; AZUL0115148-157; AZUL0115097-108; AZUL0115047-060; AZUL015086-093; AZUL0115109-118; AZUL0115182-200. |
| | • real time: 1. The actual time in which a physical process under computer study or control occurs. 2. The time required for a computer to solve a problem, measured from the time data are fed in to the time a solution is received. [Webster] |
| | • (3)(software) Pertaining to a system or mode of operation in which computation is performed during the actual time that an external process occurs, in order that the computation results can be used to control, monitor, or respond in a timely manner to the external process. [IEEE, AZUL0120906] |
| executing the at least a portion of the application on a second virtual machine instruction processor coupled to the selected peripheral device. | **executing the at least a portion of the application**<br><br>**Intrinsic evidence:**<br><br>• Applications executed in a networked/distributed environment should also be able to interface with a wide variety of peripheral devices in an orthogonal and simple to use fashion. For example, users should be able to execute different application programs on multiple heterogeneous platforms and then print output from these applications on a variety of printer devices without concern over: device drivers; printer capabilities; or executing preprocessing data conversion routines. 2:56-64<br><br>• For example, if a printer is attached to an intranet or the Internet, a user should be able to print a job remotely from work or home as long as a communication signal |

**Exhibit D-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 10 | |
|---|---|
| | can be established between the user's remote computing device and the printer device. Likewise, the user should be able to execute applications and access other peripheral devices such as digital image capture devices, telecommunication devices, display devices, or even a sound generation device in a similar fashion. Essentially, the user should be able to use a peripheral device based on the needs of an application and not the availability of a particular device driver. For example, a desktop publishing application should be able to take pictures from different digital cameras located all over the world. 2:67-3:13. |
| | • Applications written to work with one brand and make of peripheral device should also be able to function with another brand and make of a peripheral device without loading new drivers, new software, or new versions. Users should be able to use a wide range of peripheral devices and distribute processing over an intranet or the Internet to the peripheral devices most appropriate for the application. 5:10-15 |
| | • 10:24-18:31; 197:1-198:60; Fig. 3-4. |
| | • Plaintiff Azul expects to rely on the prosecution file history of the patent. |
| | **Extrinsic evidence:** |
| | • execute ISO To perform the execution of an instruction or of a computer program. [Prentice, AZUL0120975] |
| | • execution ISO The process of carrying out an instruction or the instructions of a computer program by a computer. [Prentice, AZUL0120975] |
| | • execute To carry out an instruction, process, or computer program. [IEEE, AZUL0120904] |
| | • execution The process of carrying out an instruction or the instructions of a computer program by a computer. [IEEE, AZUL0120904] |
| | • Plaintiff Azul expects to rely on expert testimony in support of its proposed |

**Exhibit D-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 10 | |
|----------|---|
| | construction of this claim term.<br><br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0115174-181; AZUL0115119-128; AZUL0115094-096; AZUL0115129-147; AZUL0115158-165; AZUL0121081-090; AZUL0115166-173; AZUL0121073-080; AZUL0121091-99; AZUL0121100-112; AZUL012113-115; AZUL0115061-085; AZUL0115148-157; AZUL0115097-108; AZUL0115047-060; AZUL015086-093; AZUL0115109-118; AZUL0115182-200. |

| Claim 17 | |
|----------|---|
| 17. The method of claim 10 wherein the virtual machine instruction processor is based upon the Java virtual machine. | |

# EXHIBIT D-3

**Exhibit D-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 1 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 1. A distributed data processing system having a host computer coupled by way of a network to one or more peripheral devices, the system comprising: | **peripheral device**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• According to principles of the invention, a distributed data processing system having a host computer coupled by way of a network to one or more peripheral devices is presented. In part, this distributed data processing system has advantages over current technologies because executables run on a host device can also be downloaded and executed on a target peripheral device.  ['065 Patent, Abstract]<br>• Figures 1-4 ['065 Patent]<br>• Further, networked peripheral devices should be just as available for distributed processing as networked computers.  ['065 Patent, Col. 2, ll.65-67]<br>• Users should be able to use a wide range of peripheral devices and distribute processing over an intranet or the Internet to the peripheral devices most appropriate for the application.  ['065 Patent, Col. 5, ll.10-13]<br>• According to principles of the invention, a distributed data processing system having a host computer coupled by way of a network to one or more peripheral devices is presented. In part, this distributed data processing system has advantages over current technologies because executables running on a host device can also be downloaded and executed on a target peripheral device.  ['065 Patent, Col. 5, ll. 18-23]<br>• In general, those skilled in the art will understand that the principles discussed above and associated with processing unit 106B (FIG. 1) as used in a printer 102B can also be applied to other peripheral devices such as peripheral devices 102C-102F as well as any other peripheral device used in a distributed computing environment.  ['065 Patent, Col. 10, ll. 18-23] |

**Exhibit D-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 1 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | • Further, it would be advantageous if processing required by these routines are off-loaded to the peripheral device thus freeing up processing on the host computer. ['065 Patent, Col. 13, ll. 1-3]<br>• Referring to FIG. 3., a flow chart diagram illustrates the general steps used by one embodiment of the present invention to distribute processing of an application between a host computer and one or more peripheral devices. ['065 Patent, Col. 18, ll. 34-37]<br>• Referring to FIG. 4., a flow chart illustrates the general steps used by an alternative embodiment of the present invention to distribute processing of an application between a host computer and one or more peripheral devices. ['065 Patent, Col. 20, ll. 54-57]<br>• Accordingly, the invention is not limited to the above described embodiments, but instead is defined by the appended claims in light of their full scope of equivalents. ['065 Patent, Col. 24, ll. 64-67]<br>• Castor explicitly discloses a plurality of computers (peripheral devices) … ['065 Patent File History, Office Action Summary, January 5, 1999, p. 4, Sun 000168]<br><br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |
| a peripheral device database coupled to the network, and containing information concerning a profile of the capabilities for each of the one or more peripheral devices coupled to the network; | |
| a first virtual machine instruction processor capable of executing one or | **virtual machine instruction processor** |

**Exhibit D-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 1 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| more virtual machine instructions; | Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-4 ['065 Patent]<br>• In one embodiment of the invention, the distributed data processing system includes a peripheral database, a number of host computers each including a first virtual machine instruction processor capable of executing one or more virtual machine instructions, and a number of peripheral devices each having a second virtual machine instruction processor capable of executing one or more virtual machine instructions. ['065 Patent, Col. 5, ll. 40-46]<br>• Preferably, virtual machine instruction processor 214 implements the JAVA virtual machine as specified in the "Java Virtual Machine Specification" in Appendix I. In one embodiment, virtual machine instruction processor 214 includes any of the JAVA based processors developed and marketed by Sun Microsystems, Inc. or JAVA compatible processors developed by other companies. ['065 Patent, Col. 8, ll. 46-52]<br>• Virtual machine instruction processor 214 can also be any of the SPARC or UltraSPARC compatible processors also available from Sun Microsystems, Inc. of Mountain View, California and other companies. Alternatively, virtual machine instruction processor 214 can be based on the PowerPC processor available from Motorola of Schaumburg, Ill., any of the Pentium or x86 compatible processors available from the Intel Corporation or other corporations such as AMD, and Cyrix, or any other proprietary processor capable of executing virtual machine instructions. ['065 Patent, Col. 8, l. 59 – Col. 9, l. 2]<br>• In one embodiment, the peripheral device is a "thin client" which includes only the minimum hardware and software necessary to execute JAVA applications. ['065 Patent, Col. 19, ll. 39-41]<br>• Accordingly, the invention is not limited to the above described embodiments, |

**Exhibit D-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 1 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | but instead is defined by the appended claims in light of their full scope of equivalents.  ['065 Patent, Col. 24, ll. 64-67]<br><br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction.<br><br>**virtual machine instructions**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-4 ['065 Patent]<br>• Next, the method executes an application composed of one or more virtual instructions on a host computer having a virtual machine instruction processor. ['065 Patent, Col. 6, ll. 15-18]<br>• Accordingly, the invention is not limited to the above described embodiments, but instead is defined by the appended claims in light of their full scope of equivalents.  ['065 Patent, Col. 24, ll. 64-67]<br><br>**Extrinsic Evidence:**<br>• virtual machine: a self-contained operating environment that behaves as if it is a separate computer.  [Random House Webster's Computer Internet Dictionary, 3rd Edition, 1999, p. 595, Sun 026681]<br>• instruction: an action statement in any computer language [Microsoft Press Computer Dictionary, 3rd Edition, 1997, p. 254, Sun 026764]<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony |

**Exhibit D-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 1 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |
| a storage device coupled to the first virtual machine instruction processor; | |
| an application having one or more virtual machine instructions stored in the storage device; | **an application having one or more virtual machine instructions stored in the storage device** |
| | Sun intends to rely on at least the following evidence in support of its claim construction. |
| | **Intrinsic Evidence:** |
| | • Figures 1-4 ['065 Patent] |
| | • Next, the method executes an application composed of one or more virtual instructions on a host computer having a virtual machine instruction processor. ['065 Patent, Col. 6, ll. 15-18] |
| | • A storage device coupled to the host computer is generally used to store an application which requires use of a peripheral device and is composed of one or more virtual machine instructions.  ['065 Patent, Col. 5, ll. 57-59] |
| | • Those skilled in the art will understand that primary storage 216 and secondary storage 218 can include any type of computer storage including, without limitation, randomly accessible memory (RAM), read-only-memory (ROM), application specific integrated circuits (ASIC) and storage devices which include magnetic and optical storage media such as CD-ROM.  ['065 Patent, Col. 8, ll. 40-46] |
| | • Accordingly, the invention is not limited to the above described embodiments, but instead is defined by the appended claims in light of their full scope of equivalents.  ['065 Patent, Col. 24, ll. 64-67] |

**Exhibit D-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 1 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
|  | **Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |
| a determination mechanism embedded in the application stored on the storage device which queries the peripheral device database based upon a predetermined criteria and selects which peripheral device should execute at least a portion of the application wherein said at least a portion of the application includes at least one virtual machine instruction; and | **a determination mechanism**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-4 ['065 Patent]<br>• The system also includes a determination mechanism typically embedded in the application which queries the peripheral database based upon a predetermined criteria and selects which peripheral device should execute the application. ['065 Patent, Col. 5, ll. 59-63]<br>• The application typically has a predetermined criteria for one or more peripheral devices. This predetermined criteria is then used by the method to query the information collected concerning the capabilities for each of the one or more peripheral devices. The query results are then used to select which peripheral device should execute the application. In one embodiment, the method then transfers data and at least a portion of the application to the selected peripheral device. Typically, this application then executes on the selected peripheral device using the transferred data. ['065 Patent, Col. 6, ll. 17-26]<br>• Referring to FIG. 3., a flow chart diagram illustrates the general steps used by one embodiment of the present invention to distribute processing of an application between a host computer and one or more peripheral devices. This technique is advantageous because it suggests a peripheral device for use by a user or application based upon a predetermined set of characteristics. ['065 |

**Exhibit D-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 1 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | Patent, Col. 18, ll. 34-40] |

- At step 302 in FIG. 3, the application uses a predetermined selection criteria to query the peripheral database 110 (FIG. 1) and determine which peripheral device is best suited for performing the desired peripheral operation. Processing transfers from step 302 to step 304, where the method automatically selects a peripheral device for performing the requested job based upon the predetermined selection criteria.  ['065 Patent, Col. 18, l. 63 – Col. 19, l. 3]
- If this latter choice is made, processing transfers from step 414 to step 416 where a predetermined selection criteria is used to query peripheral database 10 (FIG. 1) and determine which peripheral device is best suited for performing the desired peripheral operation. Processing then transfers from step 416 to step 402, where the method automatically selects a peripheral device for performing the requested job based upon the predetermined selection criteria.  ['065 Patent, Col. 21, l. 64- Col. 22, l. 5]
- Accordingly, the invention is not limited to the above described embodiments, but instead is defined by the appended claims in light of their full scope of equivalents.  ['065 Patent, Col. 24, ll. 64-67]

**Extrinsic Evidence:**
- Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction.

**embedded in the application**

Sun intends to rely on at least the following evidence in support of its claim construction.

**Intrinsic Evidence:**

**Exhibit D-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 1 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | • Figures 1-4 ['065 Patent] <br> • The system also includes a determination mechanism typically embedded in the application which queries the peripheral database based upon a predetermined criteria and selects which peripheral device should execute the application. Once the determination mechanism embedded in the application selects the proper peripheral device, a download mechanism, also coupled to the first network interface, transfers data and, optionally, a portion of the application to the selected peripheral devices for execution.  ['065 Patent, Col. 5, l. 59 – Col. 6, l. 1] <br> • Accordingly, the invention is not limited to the above described embodiments, but instead is defined by the appended claims in light of their full scope of equivalents.  ['065 Patent, Col. 24, ll. 64-67] <br><br> **Extrinsic Evidence:** <br> • embed: to cause to be an integral part of  [The American Heritage College Dictionary, 3rd Edition, 1997, p. 448, Sun 026755] <br> • Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. <br><br> **predetermined criteria** <br><br> Sun intends to rely on at least the following evidence in support of its claim construction. <br><br> **Intrinsic Evidence:** <br> • Figures 1-4 ['065 Patent] <br> • The system also includes a determination mechanism typically embedded in the application which queries the peripheral database based upon a predetermined |

**Exhibit D-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 1 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | criteria and selects which peripheral device should execute the application. ['065 Patent, Col. 5, ll. 59-63]<br><br>• The application typically has a predetermined criteria for one or more peripheral devices. This predetermined criteria is then used by the method to query the information collected concerning the capabilities for each of the one or more peripheral devices. The query results are then used to select which peripheral device should execute the application. In one embodiment, the method then transfers data and at least a portion of the application to the selected peripheral device. Typically, this application then executes on the selected peripheral device using the transferred data. ['065 Patent, Col. 6, ll. 17-26]<br><br>• Referring to FIG. 3., a flow chart diagram illustrates the general steps used by one embodiment of the present invention to distribute processing of an application between a host computer and one or more peripheral devices. This technique is advantageous because it suggests a peripheral device for use by a user or application based upon a predetermined set of characteristics. ['065 Patent, Col. 18, ll. 34-40]<br><br>• At step 302 in FIG. 3, the application uses a predetermined selection criteria to query the peripheral database 110 (FIG. 1) and determine which peripheral device is best suited for performing the desired peripheral operation. Processing transfers from step 302 to step 304, where the method automatically selects a peripheral device for performing the requested job based upon the predetermined selection criteria. ['065 Patent, Col. 18, l. 63 – Col. 19, l. 3]<br><br>• If this latter choice is made, processing transfers from step 414 to step 416 where a predetermined selection criteria is used to query peripheral database 10 (FIG. 1) and determine which peripheral device is best suited for performing the desired peripheral operation. Processing then transfers from step 416 to step 402, where the method automatically selects a peripheral device for performing the requested job based upon the predetermined selection criteria. ['065 Patent, Col. 21, l. 64- Col. 22, l. 5] |

**Exhibit D-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 1 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | • Accordingly, the invention is not limited to the above described embodiments, but instead is defined by the appended claims in light of their full scope of equivalents.  ['065 Patent, Col. 24, ll. 64-67]<br><br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |
| a download mechanism coupled to the first network interface capable of transferring an application to one of the peripheral devices for execution; and | |
| a peripheral device comprising: | |
| a second network interface coupled to the network and suitable for bi-directional transmission of data between the peripheral device and the network; and | |
| a second virtual machine instruction processor coupled to the second network interface and capable of executing one or more virtual machine instructions wherein following receipt from said host computer of said least a portion of said application including at least one virtual machine instruction for said peripheral | |

**Exhibit D-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 1 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| device, said virtual machine instruction processor executes said at least a portion of the application including said one virtual machine instruction. | |

| Claim 8 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 8. The distributed data processing system of claim 1 wherein the virtual machine instruction processor is based upon the Java virtual machine. | **the virtual machine instruction processor**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-4 ['065 Patent]<br>• It should be understood that virtual machine instruction processor 108 need not be identical in each processing unit 106A-106G as long the instructions executed on each virtual machine instruction processor are compatible based on a virtual machine instruction specification such as the "JAVA Virtual Machine Specification" included in Appendix I. ['065 Patent, Col. 7, ll. 16-22]<br>• Accordingly, the invention is not limited to the above described embodiments, but instead is defined by the appended claims in light of their full scope of equivalents. ['065 Patent, Col. 24, ll. 64-67]<br><br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |

**Exhibit D-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 10 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 10. A method of distributing the processing of an application between a host computer and one or more peripheral devices coupled to a network, the method comprising: | |
| collecting information concerning the capabilities of each of the one or more peripheral devices coupled to the network; | |
| executing an application comprising one or more virtual instructions on a host computer having a first virtual machine instruction processor wherein the application has a predetermined criteria for one or more peripheral devices; | **executing an application**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-4 ['065 Patent]<br>• A storage device coupled to the host computer is generally used to store an application which requires use of a peripheral device and is composed of one or more virtual machine instructions. ['491 Patent, Col. 5, ll. 56-60]<br>• Next, the method executes an application composed of one or more virtual instructions on a host computer having a virtual machine instruction processor. ['065 Patent, Col. 6, ll. 15-18]<br>• Accordingly, the invention is not limited to the above described embodiments, but instead is defined by the appended claims in light of their full scope of equivalents. ['065 Patent, Col. 24, ll. 64-67]<br><br>**Extrinsic Evidence:** |

**Exhibit D-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 10 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
|  | • execute: to perform an instruction. [Microsoft Press Computer Dictionary, 3rd Edition, 1997, pp. 182-183,(Sun 026761-62)<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction.<br><br>**application has a predetermined criteria**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-4 ['065 Patent]<br>• The system also includes a determination mechanism typically embedded in the application which queries the peripheral database based upon a predetermined criteria and selects which peripheral device should execute the application. ['065 Patent, Col. 5, ll. 59-63]<br>• The application typically has a predetermined criteria for one or more peripheral devices. This predetermined criteria is then used by the method to query the information collected concerning the capabilities for each of the one or more peripheral devices. The query results are then used to select which peripheral device should execute the application. In one embodiment, the method then transfers data and at least a portion of the application to the selected peripheral device. Typically, this application then executes on the selected peripheral device using the transferred data. ['065 Patent, Col. 6, ll. 17-26]<br>• Referring to FIG. 3., a flow chart diagram illustrates the general steps used by one embodiment of the present invention to distribute processing of an application between a host computer and one or more peripheral devices. This technique is advantageous because it suggests a peripheral device for use by a |

**Exhibit D-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 10 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
|  | user or application based upon a predetermined set of characteristics.  ['065 Patent, Col. 18, ll. 34-40] |
|  | • At step 302 in FIG. 3, the application uses a predetermined selection criteria to query the peripheral database 110 (FIG. 1) and determine which peripheral device is best suited for performing the desired peripheral operation. Processing transfers from step 302 to step 304, where the method automatically selects a peripheral device for performing the requested job based upon the predetermined selection criteria.  ['065 Patent, Col. 18, l. 63 – Col. 19, l. 3] |
|  | • If this latter choice is made, processing transfers from step 414 to step 416 where a predetermined selection criteria is used to query peripheral database 10 (FIG. 1) and determine which peripheral device is best suited for performing the desired peripheral operation. Processing then transfers from step 416 to step 402, where the method automatically selects a peripheral device for performing the requested job based upon the predetermined selection criteria.  ['065 Patent, Col. 21, l. 64- Col. 22, l. 5] |
|  | • Accordingly, the invention is not limited to the above described embodiments, but instead is defined by the appended claims in light of their full scope of equivalents.  ['065 Patent, Col. 24, ll. 64-67] |
|  | **Extrinsic Evidence:** |
|  | • Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |
| querying the collected information concerning the capabilities for each of the one or more peripheral devices using the predetermined criteria for one or more peripheral devices; |  |

**Exhibit D-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 10 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| selecting which peripheral device should execute at least a portion of the application based on information obtained in response to the query wherein said at least a portion of the application includes at least one virtual machine instruction; | |
| transferring said at least a portion of the application to the peripheral device selected for executing the application; | |
| establishing a bi-directional communication between the selected peripheral device and the host computer for transmitting and receiving real-time information associated with the peripheral device and the host computer; and | **establishing a bi-directional communication between the selected peripheral device and the host computer for transmitting and receiving real-time information associated with the peripheral device and the host computer**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-4 ['065 Patent]<br>• Further, a bidirectional communication between the selected peripheral device and the host computer is established. This bidirectional communication facilitates the transmitting and receiving of information associated with the selected peripheral device and the host computer. ['065 Patent, Col. 6, ll. 27-31]<br>• Initially, step 312 establishes a bidirectional communication between the selected peripheral device and the host computer for transmitting and receiving real-time information generated while the peripheral device is operating. ['065 Patent, Col. 19, l. 67 – Col. 20, l. 3] |

**Exhibit D-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 10 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | • Initially, step 412 establishes a bidirectional communication between the selected peripheral device and the host computer for transmitting and receiving real-time information generated while the peripheral device is operating.  ['065 Patent, Col. 21, ll. 51-54]<br>• Accordingly, the invention is not limited to the above described embodiments, but instead is defined by the appended claims in light of their full scope of equivalents.  ['065 Patent, Col. 24, ll. 64-67]<br><br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |
| executing the at least a portion of the application on a second virtual machine instruction processor coupled to the selected peripheral device. | **executing the at least a portion of the application**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-4 ['065 Patent]<br>• A storage device coupled to the host computer is generally used to store an application which requires use of a peripheral device and is composed of one or more virtual machine instructions.  ['065 Patent, Col. 5, ll. 56-60]<br>• Once the determination mechanism embedded in the application selects the proper peripheral device, a download mechanism, also coupled to the first network interface, transfers data and, optionally, a portion of the application to the selected peripheral devices for execution.  ['065 Patent, Col. 5, l. 63 – Col. 6, l. 1]<br>• Next, the method executes an application composed of one or more virtual |

**Exhibit D-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,003,065**

| Claim 10 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
|  | instructions on a host computer having a virtual machine instruction processor. ['065 Patent, Col. 6, ll. 15-18]<br>• In one embodiment, the method then transfers data and at least a portion of the application to the selected peripheral device.  ['065 Patent, Col. 6, ll. 23-25]<br>• Typically, the data will be transferred to the selected peripheral device along with a portion of the application consisting of virtual machine instructions. ['065 Patent, Col. 19, ll. 29-31]<br>• Accordingly, the invention is not limited to the above described embodiments, but instead is defined by the appended claims in light of their full scope of equivalents.  ['065 Patent, Col. 24, ll. 64-67]<br><br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |

| Claim 17 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 17. The method of claim 10 wherein the virtual machine instruction processor is based upon the Java virtual machine. |  |

# EXHIBIT E-1

**Exhibit E-1**
**Joint Claim Construction Chart for U.S. Patent No. 6,901,491**

| Claim Term(s) for '491 Patent | Sun's Proposed Construction | Azul's Proposed Construction | Proposed Joint Claim Construction |
|---|---|---|---|
| **1.** A server: | **server**—The preamble is not a limitation.<br><br>Alternatively in the event that "server" needs to be interpreted, Sun proposes the following definition:<br><br>A server includes multiple application processor chips. Each of the multiple application processor chips includes multiple processing cores. Multiple memories corresponding to the multiple processor chips are included. The multiple memories are configured such that one processor chip is associated with one memory. A plurality of fabric chips enabling each of the multiple application processor chips to access any of the multiple memories are included. The data associated with one of the multiple application processor chips is stored across each of the multiple memories. | **server**—a computer that responds to requests made by clients, terminals or peripheral devices. | |
| **A** – multiple application processor chips, each of the multiple application processor | | | **multiple application processor chips, each of the multiple processor chips having multiple** |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,901,491

**Exhibit E-1**
**Joint Claim Construction Chart for U.S. Patent No. 6,901,491**

| Claim Term(s) for '491 Patent | Sun's Proposed Construction | Azul's Proposed Construction | Proposed Joint Claim Construction |
|---|---|---|---|
| chips having multiple processing cores; | | | **processing cores**—Chips having multiple processing cores. **multiple processing cores**—two or more processor cores. |
| **B** – a cache memory region located on each of the multiple application processor chips; | | | **cache memory region**—region containing cache memory. |
| **C** – semiconductor based memory regions corresponding to each of the multiple application processor chips, the semiconductor based memory regions in direct communication with the corresponding application processor chip; | **direct communication**—The multiple memories are configured such that one processor chip is associated with one memory. **the semiconductor based memory regions in direct communication with the corresponding application processor chip**—The multiple | **direct communication**—communication without an intermediary. **the semiconductor based memory regions in direct communication with the corresponding application processor chip**— | **semiconductor based memory regions**—An area of semiconductor dedicated for memory. **semiconductor based memory**—Semiconductors dedicated for memory. **memory regions**—An area dedicated for memory. |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,901,491

**Exhibit E-1**
**Joint Claim Construction Chart for U.S. Patent No. 6,901,491**

| Claim Term(s) for '491 Patent | Sun's Proposed Construction | Azul's Proposed Construction | Proposed Joint Claim Construction |
|---|---|---|---|
| | memories are configured such that one processor chip is associated with one memory. | communication without an intermediary between semiconductor based memory regions and the corresponding application processor chip. | |
| **D** – and a plurality of fabric chips enabling each of the multiple application processor chips to access any of the semiconductor based memory regions, each of the plurality of fabric chips providing a redundant communication path between the multiple application processor chips wherein data associated with one of the multiple application processor chips is stored across each of the semiconductor based memory regions. | **fabric chips**—Communication links that enable a multiple application processor chip to communicate with any other multiple application processor chip or semiconductor based memory. | **fabric chips**—a semiconductor die with one or more input and one or more output links that provides data forwarding between the input and output links. | **redundant communication path**—an alternate communication path used in the event a path fails.<br><br>**data associated with one of the multiple application processor chips is stored across each of the semiconductor based memory regions**—data associated with one of the multiple application processor chips is distributed across each of the semiconductor based memory regions. |
| **3.** The server of claim 1, wherein one of the semiconductor based memory regions functions as a parity block for data recovery. | **parity block**—Enables the capability to reconstruct the data in the case of a failure. | **parity block**—a block formed as a result of performing an exclusive OR (XOR) operation on several blocks of binary data. | |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,901,491

Exhibit E-1
Joint Claim Construction Chart for U.S. Patent No. 6,901,491

| Claim Term(s) for '491 Patent | Sun's Proposed Construction | Azul's Proposed Construction | Proposed Joint Claim Construction |
|---|---|---|---|
| | | | **data recovery**—Reconstruction of data. |
| **4.** The server of claim 3, wherein the data in the parity block is recreated through an exclusive OR operation. | | | **exclusive OR operation**—Plain meaning; also known as XOR. |
| **7.** The server of claim 1 wherein the semiconductor based memory regions are dynamic random access memories. | | | **dynamic random access memories**—A form of semiconductor random access memory also known as DRAMs. |
| **10.** A method for allowing multiple processors to exchange information through horizontal scaling, comprising: | **horizontal scaling**—Adding one or more CPU/memory pairs as shown in Figures 1, 3, and 4 | **horizontal scaling**—subdividing a block of data into segments, and then storing each successive segment in a different memory. | **multiple processors**—Plain meaning; more than one processor. |
| **A.** providing multiple processor chips having multiple processing cores, each of the multiple processor chips associated with a semiconductor based memory, such that one processor chip is associated with one semiconductor based memory; | | | **multiple processor chips having multiple processing core**—Chips having multiple processing cores. |
| **B.** enabling each of the multiple processor chips to | **enabling each of the multiple processor chips to** | **enabling each of the multiple processor chips to** | |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,901,491

**Exhibit E-1**
**Joint Claim Construction Chart for U.S. Patent No. 6,901,491**

| Claim Term(s) for '491 Patent | Sun's Proposed Construction | Azul's Proposed Construction | Proposed Joint Claim Construction |
|---|---|---|---|
| communicate directly with each other over a plurality of redundant communication paths; | **communicate directly with each other over a plurality of redundant communication paths**—Enabling each of the multiple processor chips to communicate directly with each other over alternate communication links used in the event a link fails. | **communicate directly with each other over a plurality of redundant communication paths**—enabling each of the multiple processor chips to communicate with each other without an intermediary over two or more alternate communication paths, such that communication between each of the multiple processor chips is maintained even if one of the communication paths fails. | |
| **C.** identifying a block of data to be stored in the semiconductor based memory; | **block of data**—A unit of information that is processed or transferred. | **block of data**—A contiguous unit of information that is processed or transferred. | **identifying a block of data**—Plain meaning. |
| **D.** subdividing the block of data into segments; and | **segments**—Any of the parts into which something can be divided. | **segments**—a contiguous portion of a block. | **subdividing the block of data into segments**—dividing the block of data into smaller segments. |
| **E.** interleaving the segments across each semiconductor based memory associated with each processor chip. | | | **interleaving the segments**—Each adjacent segment of a block of data is stored in different semiconductor based memory regions. |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,901,491

**Exhibit E-1**
**Joint Claim Construction Chart for U.S. Patent No. 6,901,491**

| Claim Term(s) for '491 Patent | Sun's Proposed Construction | Azul's Proposed Construction | Proposed Joint Claim Construction |
|---|---|---|---|
| | | | **interleaving the segments across each semiconductor based memory**—Each adjacent segment of a block of data is stored in a different semiconductor based memory region. |
| **11.** The method of claim 10, wherein the method operation of interleaving the segments across each memory associated with each processor chip includes,<br><br>parity striping the segments to allow for data recovery. | **parity striping**—Storing data across multiple memories allowing for data recovery using a parity block. | **parity striping**—storing successive parity segments in physically separate semiconductor based memories. | |
| **12.** The method of claim 10, wherein the method operation of enabling each of the multiple processor chips to communicate directly with each other includes,<br><br>linking each of the multiple processor chips with a plurality of fabric chips. | **linking**—Connecting.<br><br><br>**linking each of the multiple processor chips with a plurality of fabric chips**—Connecting each of the multiple processor chips with fabric chips. | **linking**—connecting two devices through a physical channel that provides bidirectional transmission.<br><br>**linking each of the multiple processor chips with a plurality of fabric chips**—connecting each of the multiple processor chips with a plurality of fabric chips through a physical channel that provides bidirectional transmission | |
| **13.** The method of claim 12, wherein transaction requests can be independently sent out | | | **transaction requests**—a request to access memory. |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,901,491

**Exhibit E-1**
**Joint Claim Construction Chart for U.S. Patent No. 6,901,491**

| Claim Term(s) for '491 Patent | Sun's Proposed Construction | Azul's Proposed Construction | Proposed Joint Claim Construction |
|---|---|---|---|
| through the plurality of fabric chips. | **independently sent out**—Send out data packets independent of other communication links. | **independently sent out**—transaction requests can be sent without any dependence upon other transaction requests. | |
| **15.** The method of claim 10, wherein the method operation of interleaving the segments across each memory associated with each processor chip alleviates hot spot contention. | | | **hot spot contention**—memory access pattern that occurs when multiple memory accesses are directed to data that resides in a single memory module. |
| **16.** The method of claim 10, further including:<br><br>**A.** detecting an error when accessing data from the semiconductor based memory, the error rendering the data unavailable; and | | | **detecting an error when accessing data from the semiconductor based memory**—Detecting an error when accessing data stored in failed or failing DRAM. |
| **B.** recreating the unavailable data from a different semiconductor based memory. | | | **recreating the unavailable data**—Reconstructing the data lost in the case of a failure based on data in other semiconductor based memories.<br><br>**recreating the unavailable data from a different semiconductor based memory**—Reconstructing the data lost in the case of a failure based on data in other semiconductor based memories. |
| **17.** The method of claim 16, | | | |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,901,491

**Exhibit E-1**
**Joint Claim Construction Chart for U.S. Patent No. 6,901,491**

| Claim Term(s) for '491 Patent | Sun's Proposed Construction | Azul's Proposed Construction | Proposed Joint Claim Construction |
|---|---|---|---|
| wherein the method operation of recreating the unavailable data from a different semiconductor based memory includes, | | | |
| accessing the different semiconductor based memory through one of the plurality of redundant communication paths; | | | |
| performing an exclusive OR operation on data within the different semiconductor based memory; and | | | |
| recovering the unavailable data. | | | **recovering the unavailable data**—Reconstructing data that was stored on a failed or failing DRAM based on data in other DRAMs |
| **18.** The method of claim 16, wherein the different semiconductor based memory functions as a parity block. | | | **functions as a parity block**—Enables the capability to reconstruct the data in the case of a failure based on parity information |
| **20.** The method of claim 10, wherein the multiple processor chips are configured to execute a server application. | | | **server application**—Applications directed toward electronic commerce, web applications, database applications, etc., which execute on a server |

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,901,491

**Exhibit E-1**
**Joint Claim Construction Chart for U.S. Patent No. 6,901,491**

Proposed Joint Claim Construction Chart for
U.S. Patent No. 6,901,491

9

# EXHIBIT E-2

**Exhibit E-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| Claim 1 | Azul's Proposed Claim Construction |
|---|---|
| **1**.  A server: | **server**<br><br>**Intrinsic Evidence:**<br><br>• It will be apparent to one skilled in the art that server 110 may be configured to run serving applications directed toward electronic commerce, web applications, database applications, etc. 3:52-56.<br>• Server 110 is capable of communicating with numerous clients 116-1 through 116-n over distributed network 114, e.g., the Internet. 3:38-40.<br>• FIG. 2 is a simplified schematic diagram of a server including multiprocessor chips having multiple cores and an n+1 failure model in accordance with one embodiment of the invention. Here, server 110 includes multiple processor chips 112 where each processor chip includes multiple processing cores. 3:33-38<br>• In one embodiment, a server is provided. The server includes multiple application processor chips. Each of the multiple application processor chips includes multiple processing cores. Multiple memories corresponding to the multiple processor chips are included. The multiple memories are configured such that one processor chip is associated with one memory. A plurality of fabric chips enabling each of the multiple application processor chips to access any of the multiple memories are included. The data associated with one of the multiple application processor chips is stored across each of the multiple memories. 1:62-2:5<br>• This application claims priority from U.S. Provisional Patent Application No. 60/345,315 filed Oct. 22, 2001 and entitled "High Performance Web Server". This provisional application is herein incorporated by reference. 1:8-11.<br>• *See also, e.g.,* Fig. 2; 1:9-11; 2:38-41; Abstract.<br>• Plaintiff Azul expects to rely on the prosecution file history of the patent.<br><br>**Extrinsic Evidence:**<br><br>• **server**—(1) a computer that serves, through storage of data and execution of programs, a number of peripheral computers or terminals connected through a computer network.  [Laplante, AZUL0120959]<br>• **server**—(3) In a network, a device or computer system that is dedicated to providing specific facilities |

**Exhibit E-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| Claim 1 | Azul's Proposed Claim Construction |
|---|---|
| | to other devices attached to the network  [IEEE 100, AZUL0120947] <br>• **server**—(1) In a local area network (LAN) of computer workstations, such as a network of personal computers (PCs), the station that performs the operational, executive, and administrative functions for the network, such as recognizing user, recording usage data, and maintaining available online equipment inventories.  (2) In a local area network (LAN) of interconnected computers, the computer that maintains control over the resources of the network, i.e., the entire system, including the data, hardware, and software.  (3) A network device that provides service to the network users by managing shared resources, particularly in the context of a client-server architecture for a local area network (LAN).  [Weik, AZUL0121049] <br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term. <br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0116503-514; AZUL0116697-707; AZUL0116596-616; AZUL0116635-641; AZUL0116669-672; AZUL0116673-696; AZUL0116515-524; AZUL0116579-595; AZUL0116790-801; AZUL0116569-578; AZUL0116810-826; AZUL0116802-809; AZUL0116642-654; AZUL0116655-668. |
| **A** – multiple application processor chips, each of the multiple application processor chips having multiple processing cores; | |
| **B** – a cache memory region located on each of the multiple application processor chips; | |
| **C** – semiconductor based memory regions corresponding to each of | **direct communication** <br><br> **Intrinsic Evidence:** |

**Exhibit E-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| Claim 1 | Azul's Proposed Claim Construction |
|---|---|
| the multiple application processor chips, the semiconductor based memory regions in direct communication with the corresponding application processor chip; | <ul><li>Processing chips 122-1 through 122-4 are in communication with dynamic random access memory (DRAM) 126-1 through 126-4, respectively. In one embodiment, DRAM memory bandwidth is provided through four 128 bit wide double data rate memory ports. 4:56-61.</li><li>The multiple memories are configured such that one processor chip is associated with one memory. A plurality of fabric chips enabling each of the multiple application processor chips to access any of the multiple memories are included. The data associated with one of the multiple application processor chips is stored across each of the multiple memories. In one embodiment, the application processor chips include a remote direct memory access (RDMA) and striping engine. 1:65-2:7.</li><li>In one embodiment, the application processor chips include a remote direct memory access (RDMA) and striping engine. 2:5-7.</li><li>In another embodiment, a remote direct memory access (RDMA) mechanism is provided. The invention solves the problems associated with replication and hot spot contention by providing a redundant array of inexpensive disks (RAID) style memory aggregation. Here, a block of data is subdivided into smaller segments and the subdivided segments are interleaved across the nodes. In a particular implementation, parity striping across a number of nodes is included. 3:24-32.</li><li>FIG. 3 is a schematic diagram of multiple central processing unit (CPU) subsystems configured to share data through a remote direct memory access (RDMA) in accordance with one embodiment of the invention. 3:57-60.</li><li>*See also, e.g.,* Title; Abstract; Fig. 4; 2:7-9; 2:14-18.</li><li>Plaintiff Azul expects to rely on the prosecution file history of the patent.</li></ul><br>**Extrinsic Evidence:**<br><ul><li>Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.</li><li>Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0116503-514; AZUL0116697-707; AZUL0116596-616; AZUL0116635-641; AZUL0116669-672; AZUL0116673-696; AZUL0116515-524; AZUL0116579-595; AZUL0116790-801; AZUL0116569-578; AZUL0116810-826;</li></ul> |

**Exhibit E-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| Claim 1 | Azul's Proposed Claim Construction |
|---|---|
| | AZUL0116802-809; AZUL0116642-654; AZUL0116655-668. |

**semiconductor based memory regions in direct communication with the corresponding application processor chip**

**Intrinsic Evidence:**

- Processing chips 122-1 through 122-4 are in communication with dynamic random access memory (DRAM) 126-1 through 126-4, respectively. In one embodiment, DRAM memory bandwidth is provided through four 128 bit wide double data rate memory ports. 4:56-61.
- The multiple memories are configured such that one processor chip is associated with one memory. A plurality of fabric chips enabling each of the multiple application processor chips to access any of the multiple memories are included. The data associated with one of the multiple application processor chips is stored across each of the multiple memories. In one embodiment, the application processor chips include a remote direct memory access (RDMA) and striping engine. 1:65-2:7.
- In one embodiment, the application processor chips include a remote direct memory access (RDMA) and striping engine. 2:5-7.
- In another embodiment, a remote direct memory access (RDMA) mechanism is provided. The invention solves the problems associated with replication and hot spot contention by providing a redundant array of inexpensive disks (RAID) style memory aggregation. Here, a block of data is subdivided into smaller segments and the subdivided segments are interleaved across the nodes. In a particular implementation, parity striping across a number of nodes is included. 3:24-32.
- FIG. 3 is a schematic diagram of multiple central processing unit (CPU) subsystems configured to share data through a remote direct memory access (RDMA) in accordance with one embodiment of the invention.  3:57-60.
- *See also, e.g.,* Title; Abstract; Fig. 4; 2:7-9; 2:14-18.
- Plaintiff Azul expects to rely on the prosecution file history of the patent.

**Extrinsic Evidence:**

**Exhibit E-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| Claim 1 | Azul's Proposed Claim Construction |
|---|---|
|  | • Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0116503-514; AZUL0116697-707; AZUL0116596-616; AZUL0116635-641; AZUL0116669-672; AZUL0116673-696; AZUL0116515-524; AZUL0116579-595; AZUL0116790-801; AZUL0116569-578; AZUL0116810-826; AZUL0116802-809; AZUL0116642-654; AZUL0116655-668. |
| **D** – and a plurality of fabric chips enabling each of the multiple application processor chips to access any of the semiconductor based memory regions, each of the plurality of fabric chips providing a redundant communication path between the multiple application processor chips wherein data associated with one of the multiple application processor chips is stored across each of the semiconductor based memory regions. | **fabric chip**<br><br>**Intrinsic Evidence:**<br><br>• A plurality of fabric chips enabling each of the multiple application processor chips to access any of the multiple memories are included. 3:10-12<br>• In this embodiment, the links are connected to a set of up to 16 parallel fabric chips wherein each fabric chip is enabled to access each of the processor chips. In another embodiment, each processor chip has multiple paths to reach any of the other processor chips through a parallel crossbar, which provides scalability. Moreover, there are up to 15 redundant paths in the event a link or fabric chip fails when there are 16 high speed serial links. Of course, the number of fabric chips can be adjusted up or down to match the desired number of processors. It should be appreciated that the failure model is N+1, i.e., one extra fabric chip can cover any single point failure. In one embodiment, at least three fabric chips and links provide advantageous fault tolerance over a conventional crossbar which requires full duplication to cover any single point of failure. 3:10-24<br>• In addition, the fault tolerance is economically constructed since one extra fabric chip can cover any single point failure. 3:50-52<br>• Switch fabric chips 120-1 through 120-m provide the communication links associated with each CPU subsystem 118-1 through 118-n that enables each CPU subsystem to communicate with any other CPU subsystem. 3:60-64.<br>• It should be appreciated that the redundancy provided by the switch fabric and the data striping |

**Exhibit E-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| Claim 1 | Azul's Proposed Claim Construction |
|---------|-------------------------------------|
|  | eliminate the need for complete duplication for a standby system. 4:31-34. |

     • Switch fabric 120-1 through 120-16 provide access for each of the processor chips to each other. Thus, there are 15 redundant paths in the event a link or fabric chip fails. It should be appreciated that the number of fabric chips can be adjusted up or down to match the number of processor chips. 4:49-54.

     • Thus, the communication links, e.g., fabric chips, provide fault tolerance since other links will continue to work in case of a failure. 5:44-47.

     • One attempt to address this shortcoming for mission critical systems is to provide redundant fabric which operates on a standby basis. FIG. 1 is a simplified schematic of the architecture for redundant fabric configured to operate on a standby basis. Switch 100 connects multiple central processing units (CPU) 102a-102n. Each of the multiple central processing units (CPU) 102a-102n are associated with one of memories 104a-104n. Switch fabric 100 is configured to allow any one of CPUs 102a-102n to access any of memories 104a-104n. A second instance of the key components is provided through redundant fabric illustrated by switch 100', CPUs 102a'-102n' and memories 104a'-104n'. 1:29-42.

     • *See also, e.g.,* Abstract; Fig. 1; Fig. 3; Fig. 4; 5:22-26.

     • Plaintiff Azul expects to rely on the prosecution file history of the patent.

**Extrinsic Evidence:**

     • **fabric**—(2) A device or a collection of devices which provides a general routing capability, constructed from one or more switches using links.  [IEEE 100, AZUL0120927]

     • **chip**—(3) A small piece of silicon or other semiconductive material on which circuits can be placed. (4) A small unpackaged functional element made by subdividing a wafer of semiconducting material. Sometimes referred to as a die.  [IEEE 100, AZUL0120917]

     • **switch chip**—A VLSI integrated circuit with two or more link interfaces, between which it provides packet routing.  [IEEE 100, AZUL0120950]

     • Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.

     • Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0116503-514; AZUL0116697-707; AZUL0116596-616; AZUL0116635-641; AZUL0116669-672; AZUL0116673-696; AZUL0116515-524;

**Exhibit E-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| Claim 1 | Azul's Proposed Claim Construction |
|---|---|
| | AZUL0116579-595; AZUL0116790-801; AZUL0116569-578; AZUL0116810-826; AZUL0116802-809; AZUL0116642-654; AZUL0116655-668. |

| Claim 3 | Azul's Proposed Claim Construction |
|---|---|
| **3.** The server of claim 1, wherein one of the semiconductor based memory regions functions as a parity block for data recovery. | **parity block**<br><br>**Intrinsic Evidence:**<br><br>• In one embodiment, the interleaving is performed in a parity striping manner to allow for data recovery from a memory acting as a parity block. 2:21-23<br>• The invention solves the problems associated with replication and hot spot contention by providing a redundant array of inexpensive disks (RAID) style memory aggregation. Here, a block of data is subdivided into smaller segments and the subdivided segments are interleaved across the nodes. In a particular implementation, parity striping across a number of nodes is included. 3:26-32<br>• In another embodiment, the parity striping is used to stripe the data across memories in a similar fashion to a redundant array of inexpensive disks (RAID). Consequently, the striping allows for a large memory system to be built that is highly reliable and fault tolerant, thereby protecting against node failure, i.e., processor or memory failure.3:44-50.<br>• Accordingly, RDMA and striping engine 124-1 through 124-n include a mechanism for calculating a parity block. As is generally known with respect to RAID systems, the parity block enables the capability to reconstruct the data in the case of a failure. Thus, for a system requiring n memory modules to store the data, n+1 memory modules are needed for the embodiments described herein to accommodate the parity memory block. 4:24-31.<br>• As mentioned above, RDMA and striping engines enable memory aggregation for sharing memory across processor nodes through striped access with parity that protects against node failures. The striping allows data to be distributed across DRAMs 126-1 through 126-4 in a number of nodes, similar to a RAID configuration used for hard disk storage. Parity striping also allows for recovery of data from a failed or failing node. For illustrative purposes DRAM 126-4 is labeled as the parity block, however, |

**Exhibit E-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| Claim 3 | Azul's Proposed Claim Construction |
|---|---|
|  | any one of these memories can be designated as a parity block. In one embodiment, the parity block enables the recovery or reconstruction of data. The recovery of data from the parity block is achieved by performing an exclusive or operation and storing the data in the parity block to be used in case any systems fail. 4:65-12.<br>• *See also, e.g.,* 5:32-37.<br>• Plaintiff Azul expects to rely on the prosecution file history of the patent.<br><br>**Extrinsic Evidence:**<br><br>• **parity**—(3) The value, even or odd, of the sum of a string of binary digits.  For example, the parity of the string 0000111101001 is even.  [IEEE 100, AZUL0120911]<br>• **parity bit**—(4) An extra bit attached to a byte, character string or word, used to detect transmission errors.  [IEEE 100, AZUL0120933]<br>• **block**—(8) A group of data that is contiguous in nature.  [IEEE 100, AZUL0120913]<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0116503-514; AZUL0116697-707; AZUL0116596-616; AZUL0116635-641; AZUL0116669-672; AZUL0116673-696; AZUL0116515-524; AZUL0116579-595; AZUL0116790-801; AZUL0116569-578; AZUL0116810-826; AZUL0116802-809; AZUL0116642-654; AZUL0116655-668. |

| Claim 4 | Azul's Proposed Claim Construction |
|---|---|
| **4.** The server of claim 3, wherein the data in the parity block is recreated through an exclusive OR operation. |  |

Plaintiff Azul's Intrinsic and Extrinsic Evidence for
U.S. Patent No. 6,901,491

**Exhibit E-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| Claim 7 | Azul's Proposed Claim Construction |
|---|---|
| **7.** The server of claim 1 wherein the semiconductor based memory regions are dynamic random access memories. | |

| Claim 10 | Azul's Proposed Claim Construction |
|---|---|
| **10.** A method for allowing multiple processors to exchange information through horizontal scaling, comprising: | **horizontal scaling**<br><br>**Intrinsic Evidence:**<br><br>• In one embodiment, multiple processor chips 112 support memory aggregation for sharing memory across processor nodes using horizontal scaling. As will be explained further below, the data is striped across memories associated with the multiple processor chips. 3:40-44.<br>• In one embodiment, rather than storing data vertically in each memory, the data is stored horizontally across the memories. As used herein, storing data vertically in a memory refers to storing the data associated with a particular CPU subsystem within the memory associated with that CPU subsystem. For example, the data for CPU subsystem 118-1 would be stored in memory 126-1, i.e., one entire memory block, where the data is stored vertically. Alternatively, storing the data horizontally refers to the data for CPU 118-1 being stored in segments across memories 126-1 through 126-n. 4:6-16.<br>• FIG. 5 is a flowchart diagram of the method operations for allowing multiple processors to exchange information through horizontal scaling in accordance with one embodiment of the invention.  5:13-16.<br>• Additionally, the RDMA and striping engine distributes data across memories associated with different processor chips, i.e., horizontally, and supports data striping similar to a RAID implementation. 5:48-51.<br>• In view of the forgoing, there is a need define a communication system within a multi-chip processor that allows the multiple processors to exchange information through horizontal scaling without using shared memory.1:47-50.<br>• *See also, e.g.,* Abstract; 1:10-23; 3:1-4; Fig. 5.<br>• Plaintiff Azul expects to rely on the prosecution file history of the patent. |

Plaintiff Azul's Intrinsic and Extrinsic Evidence for
U.S. Patent No. 6,901,491

**Exhibit E-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| Claim 10 | Azul's Proposed Claim Construction |
|---|---|
| | **Extrinsic Evidence:**<br><br>• **horizontal fragmentation**—in object oriented databases, fragmenting the attributes of an object into more than one storage structure.  [Laplante, AZUL0120957]<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0116503-514; AZUL0116697-707; AZUL0116596-616; AZUL0116635-641; AZUL0116669-672; AZUL0116673-696; AZUL0116515-524; AZUL0116579-595; AZUL0116790-801; AZUL0116569-578; AZUL0116810-826; AZUL0116802-809; AZUL0116642-654; AZUL0116655-668. |
| **A.**  providing multiple processor chips having multiple processing cores, each of the multiple processor chips associated with a semiconductor based memory, such that one processor chip is associated with one semiconductor based memory; | |
| **B.**  enabling each of the multiple processor chips to communicate directly with each other over a plurality of redundant communication paths; | **enabling each of the multiple processor chips to communicate directly with each other over a plurality of redundant communication paths**<br><br>**Intrinsic Evidence:**<br><br>• FIG. 3 is a schematic diagram of multiple central processing unit (CPU) subsystems configured to share data through a remote direct memory access (RDMA) in accordance with one embodiment of the invention. Switch fabric chips 120-1 through 120-m provide the communication links associated with |

**Exhibit E-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| Claim 10 | Azul's Proposed Claim Construction |
|---|---|
| | each CPU subsystem 118-1 through 118-n that enables each CPU subsystem to communicate with any other CPU subsystem. CPU.sub.1 122-1 includes RDMA and striping engine 124-1. RDMA and striping engine is configured to enable communication between CPU subsystems. That is, CPU subsystem 118-1 has access to CPU subsystem 118-n and more particularly memory 126-n of CPU subsystem 118-n. Of course, each CPU subsystem is enabled to communicate with any other CPU subsystem. 3:57-64 |
| | • Level 1 cache memories 130-1 through 130-4 are included for each processor chip 122-1 through 122-4, respectively. Processing chips 122-1 through 122-4 are in communication with dynamic random access memory (DRAM) 126-1 through 126-4, respectively. In one embodiment, DRAM memory bandwidth is provided through four 128 bit wide double data rate memory ports. 4:54-61. |
| | • In one embodiment, each of the cores include an RDMA and striping engine as described with reference to FIG. 3. Of course, a single RDMA and striping engine may be shared by all of the cores. In another embodiment, integrated onto each subsystem 118-1 through 118-4 are 16 high speed serial communication links. Switch fabric 120-1 through 120-16 provide access for each of the processor chips to each other. Thus, there are 15 redundant paths in the event a link or fabric chip fails. 4:44-52. |
| | • The method then advances to operation 142 where each of the multiple processor chips are enabled to communicate with each other. In one embodiment, multiple switch fabrics can accommodate this communication as illustrated with reference to FIGS. 3 and 4. 5:20-24. |
| | • *See also, e.g.,* Fig. 4; 3:1-32. |
| | • Plaintiff Azul expects to rely on the prosecution file history of the patent. |
| | **Extrinsic Evidence:** |
| | • **redundant**—(3) serving as a duplicate for preventing failure of an entire system (as a spacecraft) upon failure of a single component.  [Webster's, AZUL0121036] |
| | • **redundant equipment**—A piece of equipment or a system that duplicates the essential function of another piece of equipment or system to the extent that either may perform the required function, regardless of the state of operation or failure of the other. *Notes:* 1. Duplication of essential functions can be accomplished by use of identical equipment, equipment diversity, or functional diversity. 2. Redundancy can be accomplished by use of identical equipment, equipment diversity, or functional diversity. *Synonym:* redundant system.  [IEEE 100, AZUL0120941] |

**Exhibit E-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| Claim 10 | Azul's Proposed Claim Construction |
|---|---|
|  | • **redundant link** (local area networks)—A second link from an end node or from the cascade port of a repeater that provides an alternative path to maintain network connectivity in case of a repeater or link failure.  [IEEE 100, AZUL0120941 <br> • Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term. <br> • Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0116503-514; AZUL0116697-707; AZUL0116596-616; AZUL0116635-641; AZUL0116669-672; AZUL0116673-696; AZUL0116515-524; AZUL0116579-595; AZUL0116790-801; AZUL0116569-578; AZUL0116810-826; AZUL0116802-809; AZUL0116642-654; AZUL0116655-668. |
| **C.** identifying a block of data to be stored in the semiconductor based memory; | **block of data** <br><br> **Intrinsic Evidence:** <br><br> • Next, a block of data to be stored in memory is identified. Then, the block of data is subdivided into segments. 2:19-21. <br> • For example, the data for CPU subsystem 118-1 would be stored in memory 126-1, i.e., one entire memory block, where the data is stored vertically. Alternatively, storing the data horizontally refers to the data for CPU 118-1 being stored in segments across memories 126-1 through 126-n. 4:11-16. <br> • The method then to operation 144 where a block of data to be stored in memory is identified. The block of data to be stored in memory is then subdivided into segments in operation 146. In one embodiment, the block of data is 4 kilobytes (KB) and is subdivided into 128 byte segments. It should be appreciated that any suitable block size and segment size may be implemented and that the embodiment having 4 KB blocks and 128 byte segments is exemplary, i.e., not meant to be limiting. 5:24-33. <br> • *See also, e.g.,* 3:29-32; Fig. 5. <br> • Plaintiff Azul expects to rely on the prosecution file history of the patent. <br><br> **Extrinsic Evidence:** <br><br> • **block**—(8) A group of data that is contiguous in nature.  [IEEE 100, AZUL0120913] |

**Exhibit E-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| Claim 10 | Azul's Proposed Claim Construction |
|---|---|
| | • Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term. *See* AZUL0116503-514; AZUL0116697-707; AZUL0116596-616; AZUL0116635-641; AZUL0116669-672; AZUL0116673-696; AZUL0116515-524; AZUL0116579-595; AZUL0116790-801; AZUL0116569-578; AZUL0116810-826; AZUL0116802-809; AZUL0116642-654; AZUL0116655-668. |
| **D.** subdividing the block of data into segments; and | **segments**<br><br>**Intrinsic Evidence:**<br><br>• Next, a block of data to be stored in memory is identified. Then, the block of data is subdivided into segments. Next, the segments are interleaved across each memory associated with each processor chip. 2:17-21.<br>• Alternatively, storing the data horizontally refers to the data for CPU 118-1 being stored in segments across memories 126-1 through 126-n. 4:14-16.<br>• The block of data to be stored in memory is then subdivided into segments in operation 146. In one embodiment, the block of data is 4 kilobytes (KB) and is subdivided into 128 byte segments. It should be appreciated that any suitable block size and segment size may be implemented and that the embodiment having 4 KB blocks and 128 byte segments is exemplary, i.e., not meant to be limiting. 5:26-34.<br>• *See also, e.g.,* 3:29-32; Fig. 5.<br>• Plaintiff Azul expects to rely on the prosecution file history of the patent.<br><br>**Extrinsic Evidence:**<br>• **block**—(8) A group of data that is contiguous in nature. [IEEE 100, AZUL0120913]<br>• **segment**—(9) On a magnetic drum or disk, one of a series of addressable segments within a track or a band on which information is stored. [IEEE 100, AZUL0120944]<br>• **segmenting**—A technique used in memory mapping whereby the address space is broken into several various-size blocks; physical addresses are obtained by biasing each of the individual segments. [IEEE |

Plaintiff Azul's Intrinsic and Extrinsic Evidence for
U.S. Patent No. 6,901,491

**Exhibit E-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| Claim 10 | Azul's Proposed Claim Construction |
|---|---|
|  | 100, AZUL0120945]<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term. *See* AZUL0116503-514; AZUL0116697-707; AZUL0116596-616; AZUL0116635-641; AZUL0116669-672; AZUL0116673-696; AZUL0116515-524; AZUL0116579-595; AZUL0116790-801; AZUL0116569-578; AZUL0116810-826; AZUL0116802-809; AZUL0116642-654; AZUL0116655-668. |
| **E.** interleaving the segments across each semiconductor based memory associated with each processor chip. |  |

| Claim 11 | Azul's Proposed Claim Construction |
|---|---|
| **11.** The method of claim 10, wherein the method operation of interleaving the segments across each memory associated with each processor chip includes,<br><br>parity striping the segments to allow for data recovery. | **parity striping**<br><br>**Intrinsic Evidence:**<br><br>• In one embodiment, the interleaving is performed in a parity striping manner to allow for data recovery from a memory acting as a parity block. 2:21-23<br>• The invention solves the problems associated with replication and hot spot contention by providing a redundant array of inexpensive disks (RAID) style memory aggregation. Here, a block of data is subdivided into smaller segments and the subdivided segments are interleaved across the nodes. In a particular implementation, parity striping across a number of nodes is included. 3:26-32.<br>• In another embodiment, the parity striping is used to stripe the data across memories in a similar fashion to a redundant array of inexpensive disks (RAID). Consequently, the striping allows for a large memory system to be built that is highly reliable and fault tolerant, thereby protecting against node failure, i.e., processor or memory failure.3:44-50. |

Plaintiff Azul's Intrinsic and Extrinsic Evidence for
U.S. Patent No. 6,901,491

**Exhibit E-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| Claim 11 | Azul's Proposed Claim Construction |
|---|---|
| | <ul><li>Accordingly, RDMA and striping engine 124-1 through 124-n include a mechanism for calculating a parity block. As is generally known with respect to RAID systems, the parity block enables the capability to reconstruct the data in the case of a failure. Thus, for a system requiring n memory modules to store the data, n+1 memory modules are needed for the embodiments described herein to accommodate the parity memory block. 4:24-31.</li><li>As mentioned above, RDMA and striping engines enable memory aggregation for sharing memory across processor nodes through striped access with parity that protects against node failures. The striping allows data to be distributed across DRAMs 126-1 through 126-4 in a number of nodes, similar to a RAID configuration used for hard disk storage. Parity striping also allows for recovery of data from a failed or failing node. For illustrative purposes DRAM 126-4 is labeled as the parity block, however, any one of these memories can be designated as a parity block. In one embodiment, the parity block enables the recovery or reconstruction of data. The recovery of data from the parity block is achieved by performing an exclusive or operation and storing the data in the parity block to be used in case any systems fail. 4:65-12.</li><li>*See also, e.g.,* 5:32-37.</li><li>Plaintiff Azul expects to rely on the prosecution file history of the patent.</li></ul>**Extrinsic Evidence:**<ul><li>**parity**—(3) The value, even or odd, of the sum of a string of binary digits.  For example, the parity of the string 0000111101001 is even.  [IEEE 100, AZUL0120933]</li><li>**parity bit**—(4) An extra bit attached to a byte, character string or word, used to detect transmission errors.  [IEEE 100, AZUL0120933]</li><li>**striping**—the spreading of data across several disks in order to improve performance.  [Laplante, AZUL0120960]</li><li>Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.</li><li>Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0116503-514; AZUL0116697-707; AZUL0116596-616; AZUL0116635-641; AZUL0116669-672; AZUL0116673-696; AZUL0116515-524;</li></ul> |

**Exhibit E-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| Claim 11 | Azul's Proposed Claim Construction |
|---|---|
| | AZUL0116579-595; AZUL0116790-801; AZUL0116569-578; AZUL0116810-826; AZUL0116802-809; AZUL0116642-654; AZUL0116655-668. |

| Claim 12 | Azul's Proposed Claim Construction |
|---|---|
| **12.** The method of claim 10, <br><br> wherein the method operation of enabling each of the multiple processor chips to communicate directly with each other includes, <br><br> linking each of the multiple processor chips with a plurality of fabric chips. | **linking** <br><br> **Intrinsic Evidence:** <br><br> • Title: Method And Apparatus For Integration Of Communication Links With A Remote Direct Memory Access Protocol <br> • FIG. 4 is simplified schematic of four multi-core application processing chips where each processing chip includes 16 high speed serial links configured to send out data packets independently of other links in accordance with one embodiment of the invention. 2-46:50. <br> • In one embodiment, the invention includes 16 high speed serial links on each processor chip where each of the links are configured to send out packets independently of other links. In this embodiment, the links are connected to a set of up to 16 parallel fabric chips wherein each fabric chip is enabled to access each of the processor chips. 3-7:12. <br> • Moreover, there are up to 15 redundant paths in the event a link or fabric chip fails when there are 16 high speed serial links. 3:15-17. <br> • In one embodiment, at least three fabric chips and links provide advantageous fault tolerance over a conventional crossbar which requires full duplication to cover any single point of failure. 3:21-24. <br> • Switch fabric chips 120-1 through 120-m provide the communication links associated with each CPU subsystem 118-1 through 118-n that enables each CPU subsystem to communicate with any other CPU subsystem. 3:60-64. <br> • FIG. 4 is simplified schematic of four multi-core application processing chips where each processing chip includes 16 high speed serial links configured to send out data packets independently of other links in accordance with one embodiment of the invention. 4:35-39. <br> • In another embodiment, integrated onto each subsystem 118-1 through 118-4 are 16 high speed serial communication links. 4:47-51. |

Plaintiff Azul's Intrinsic and Extrinsic Evidence for
U.S. Patent No. 6,901,491

**Exhibit E-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| Claim 12 | Azul's Proposed Claim Construction |
|---|---|
| | • In one embodiment, each communication link can independently send out transaction requests. Thus, the communication links, e.g., fabric chips, provide fault tolerance since other links will continue to work in case of a failure. 5:43-47. <br> • *See also, e.g.,* 5:57-61. <br> • Plaintiff Azul expects to rely on the prosecution file history of the patent. <br><br> **Extrinsic Evidence:** <br><br> • **link**—(2) (data transmission) A channel or circuit designed to be connected in tandem with other channels or circuits.  In automatic switching, a link is a path between two units of switching apparatus within a central office.  (9) A means of communicating digital information bidirectionally in serial format between two devices or subsystems.  A link comprises two link interfaces connected by an appropriate medium (or media, for connections between boards or cabinets), such the link output of each interface is connected to the link input of the other.  (10) A channel or a point-to-point line.  [IEEE 100, AZUL0121118] <br> • Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term. <br> • Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0116503-514; AZUL0116697-707; AZUL0116596-616; AZUL0116635-641; AZUL0116669-672; AZUL0116673-696; AZUL0116515-524; AZUL0116579-595; AZUL0116790-801; AZUL0116569-578; AZUL0116810-826; AZUL0116802-809; AZUL0116642-654; AZUL0116655-668. <br><br><br> **linking each of the multiple processor chips with a plurality of fabric chips** <br><br> **Intrinsic Evidence:** |

**Exhibit E-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| Claim 12 | Azul's Proposed Claim Construction |
|---|---|
| | <ul><li>Title: Method And Apparatus For Integration Of Communication Links With A Remote Direct Memory Access Protocol</li><li>FIG. 4 is simplified schematic of four multi-core application processing chips where each processing chip includes 16 high speed serial links configured to send out data packets independently of other links in accordance with one embodiment of the invention. 2-46:50.</li><li>In one embodiment, the invention includes 16 high speed serial links on each processor chip where each of the links are configured to send out packets independently of other links. In this embodiment, the links are connected to a set of up to 16 parallel fabric chips wherein each fabric chip is enabled to access each of the processor chips. 3-7:12.</li><li>Moreover, there are up to 15 redundant paths in the event a link or fabric chip fails when there are 16 high speed serial links. 3:15-17.</li><li>In one embodiment, at least three fabric chips and links provide advantageous fault tolerance over a conventional crossbar which requires full duplication to cover any single point of failure. 3:21-24.</li><li>Switch fabric chips 120-1 through 120-m provide the communication links associated with each CPU subsystem 118-1 through 118-n that enables each CPU subsystem to communicate with any other CPU subsystem. 3:60-64.</li><li>FIG. 4 is simplified schematic of four multi-core application processing chips where each processing chip includes 16 high speed serial links configured to send out data packets independently of other links in accordance with one embodiment of the invention.  4:35-39.</li><li>In another embodiment, integrated onto each subsystem 118-1 through 118-4 are 16 high speed serial communication links.  4:47-51.</li><li>In one embodiment, each communication link can independently send out transaction requests. Thus, the communication links, e.g., fabric chips, provide fault tolerance since other links will continue to work in case of a failure. 5:43-47.</li><li>*See also, e.g.,* 5:57-61.</li><li>Plaintiff Azul expects to rely on the prosecution file history of the patent.</li></ul><br>**Extrinsic Evidence:** |

**Exhibit E-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| Claim 12 | Azul's Proposed Claim Construction |
|---|---|
|  | • **link**—(2) (data transmission) A channel or circuit designed to be connected in tandem with other channels or circuits.  In automatic switching, a link is a path between two units of switching apparatus within a central office.  (9) A means of communicating digital information bidirectionally in serial format between two devices or subsystems.  A link comprises two link interfaces connected by an appropriate medium (or media, for connections between boards or cabinets), such the link output of each interface is connected to the link input of the other.  (10) A channel or a point-to-point line.  [IEEE 100, AZUL0121118]<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0116503-514; AZUL0116697-707; AZUL0116596-616; AZUL0116635-641; AZUL0116669-672; AZUL0116673-696; AZUL0116515-524; AZUL0116579-595; AZUL0116790-801; AZUL0116569-578; AZUL0116810-826; AZUL0116802-809; AZUL0116642-654; AZUL0116655-668. |

| Claim 13 | Azul's Proposed Claim Construction |
|---|---|
| **13.**  The method of claim 12, wherein transaction requests can be independently sent out through the plurality of fabric chips. | **independently sent out**—transaction requests can be sent without any dependence upon other transaction requests<br><br>**Intrinsic Evidence:**<br><br>• In one embodiment, each communication link can independently send out transaction requests. Thus, the communication links, e.g., fabric chips, provide fault tolerance since other links will continue to work in case of a failure. 5:43-47.<br>• In one embodiment, the invention includes 16 high speed serial links on each processor chip where each of the links are configured to send out packets independently of other links. 3:7-10.<br>• FIG. 4 is simplified schematic of four multi-core application processing chips where each processing chip includes 16 high speed serial links configured to send out data packets independently of other links in accordance with one embodiment of the invention. 2:46-50. |

**Exhibit E-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| Claim 13 | Azul's Proposed Claim Construction |
|---|---|
| | • In one embodiment, the invention includes 16 high speed serial links on each processor chip where each of the links are configured to send out packets independently of other links. 3:7-10.<br>• *See also, e.g.,* Fig. 4; 4:35-39.<br>• Plaintiff Azul expects to rely on the prosecution file history of the patent.<br><br>**Extrinsic Evidence:**<br><br>• **independent**—(1) not dependent (a)(1) not subject to the control of others (b)(1) not requiring or relying on something else  [Webster's, AZUL0121035]<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0116503-514; AZUL0116697-707; AZUL0116596-616; AZUL0116635-641; AZUL0116669-672; AZUL0116673-696; AZUL0116515-524; AZUL0116579-595; AZUL0116790-801; AZUL0116569-578; AZUL0116810-826; AZUL0116802-809; AZUL0116642-654; AZUL0116655-668. |

| Claim 15 | Azul's Proposed Claim Construction |
|---|---|
| **15.**  The method of claim 10, wherein the method operation of interleaving the segments across each memory associated with each processor chip alleviates hot spot contention. | |

| Claim 16 | Azul's Proposed Claim Construction |
|---|---|

Plaintiff Azul's Intrinsic and Extrinsic Evidence for
U.S. Patent No. 6,901,491

**Exhibit E-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| Claim 16 | Azul's Proposed Claim Construction |
|---|---|
| **16.** The method of claim 10, further including: | |
| **A.** detecting an error when accessing data from the semiconductor based memory, the error rendering the data unavailable; and | |
| **B.** recreating the unavailable data from a different semiconductor based memory. | |

| Claim 17 | Azul's Proposed Claim Construction |
|---|---|
| **17.** The method of claim 16, wherein the method operation of recreating the unavailable data from a different semiconductor based memory includes, | |
| accessing the different semiconductor based memory through one of the plurality of redundant communication paths; | |
| performing an exclusive OR operation on data | |

Plaintiff Azul's Intrinsic and Extrinsic Evidence for
U.S. Patent No. 6,901,491

**Exhibit E-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| Claim 17 | Azul's Proposed Claim Construction |
|---|---|
| within the different semiconductor based memory; and | |
| recovering the unavailable data. | |

| Claim 18 | Azul's Proposed Claim Construction |
|---|---|
| **18.** The method of claim 16, wherein the different semiconductor based memory functions as a parity block. | |

| Claim 19 | Azul's Proposed Claim Construction |
|---|---|
| **19.** The method of claim 10, wherein the semiconductor based memory is dynamic random access memory. | |

| Claim 20 | Azul's Proposed Claim Construction |
|---|---|
| **20.** The method of claim 10, wherein the multiple processor chips are configured to execute a | |

Plaintiff Azul's Intrinsic and Extrinsic Evidence for
U.S. Patent No. 6,901,491

**Exhibit E-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| Claim 20 | Azul's Proposed Claim Construction |
|---|---|
| server application. | |

Plaintiff Azul's Intrinsic and Extrinsic Evidence for
U.S. Patent No. 6,901,491

23

# EXHIBIT E-3

**Exhibit E-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| Claim 1 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---------|------------------------------------------------------------------------|
| **1**. A server: | <u>server</u><br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-5 ['491 Patent]<br>• The server includes multiple application processor chips. Each of the multiple application processor chips includes multiple processing cores. Multiple memories corresponding to the multiple processor chips are included. The multiple memories are configured such that one processor chip is associated with one memory. A plurality of fabric chips enabling each of the multiple application processor chips to access any of the multiple memories are included. The data associated with one of the multiple application processor chips is stored across each of the multiple memories.  ['491 Patent, Abstract]<br>• The server includes multiple application processor chips. Each of the multiple application processor chips includes multiple processing cores. Multiple memories corresponding to the multiple processor chips are included. The multiple memories are configured such that one processor chip is associated with one memory. A plurality of fabric chips enabling each of the multiple application processor chips to access any of the multiple memories are included. The data associated with one of the multiple application processor chips is stored across each of the multiple memories.  ['491 Patent, Col. 1, l. 62 – Col. 2, l. 1]<br>• Although the foregoing invention has been described in some detail for purposes of clarity of understanding, it will be apparent that certain changes and modifications may be practiced within the scope of the appended claims. Accordingly, the present embodiments are to be considered as illustrative and not restrictive, and the invention is not to be limited to the details given herein, but may be modified within the scope and equivalents of the appended claims. |

**Exhibit E-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| Claim 1 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | [Col. 6, ll. 27-35] <br><br> **Extrinsic Evidence:** <br> • Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |
| **A** – multiple application processor chips, each of the multiple application processor chips having multiple processing cores; | |
| **B** – a cache memory region located on each of the multiple application processor chips; | |
| **C** – semiconductor based memory regions corresponding to each of the multiple application processor chips, the semiconductor based memory regions in direct communication with the corresponding application processor chip; | **direct communication** <br><br> Sun intends to rely on at least the following evidence in support of its claim construction. <br><br> **Intrinsic Evidence:** <br> • Figures 1-5 ['491 Patent] <br> • Multiple memories corresponding to the multiple processor chips are included. The multiple memories are configured such that one processor chip is associated with one memory. ['491 Patent, Abstract] <br> • Multiple memories corresponding to the multiple processor chips are included. The multiple memories are configured such that one processor chip is associated with one memory. ['491 Patent, Col. 1, l. 65 – Col. 2, l. 1] <br> • Each of the multiple processor chips is associated with a memory, such that one processor chip is associated with one memory. ['491 Patent, Col. 2, ll. 13-15] <br> • As will be explained further below, the data is striped across memories |

**Exhibit E-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| Claim 1 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | associated with the multiple processor chips.  ['491 Patent, Col. 3, ll. 42-44]<br>• Although the foregoing invention has been described in some detail for purposes of clarity of understanding, it will be apparent that certain changes and modifications may be practiced within the scope of the appended claims. Accordingly, the present embodiments are to be considered as illustrative and not restrictive, and the invention is not to be limited to the details given herein, but may be modified within the scope and equivalents of the appended claims. [Col. 6, ll. 27-35]<br><br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction.<br><br>**the semiconductor based memory regions in direct communication with the corresponding application processor chip**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-5 ['491 Patent]<br>• Multiple memories corresponding to the multiple processor chips are included. The multiple memories are configured such that one processor chip is associated with one memory.  ['491 Patent, Abstract]<br>• Multiple memories corresponding to the multiple processor chips are included. The multiple memories are configured such that one processor chip is associated with one memory.  ['491 Patent, Col. 1, l. 65 – Col. 2, l. 1]<br>• Each of the multiple processor chips is associated with a memory, such that one |

**Exhibit E-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| Claim 1 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | processor chip is associated with one memory. ['491 Patent, Col. 2, ll. 13-15]<br>• As will be explained further below, the data is striped across memories associated with the multiple processor chips. ['491 Patent, Col. 3, ll. 42-44]<br>• Although the foregoing invention has been described in some detail for purposes of clarity of understanding, it will be apparent that certain changes and modifications may be practiced within the scope of the appended claims. Accordingly, the present embodiments are to be considered as illustrative and not restrictive, and the invention is not to be limited to the details given herein, but may be modified within the scope and equivalents of the appended claims. [Col. 6, ll. 27-35]<br><br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |
| **D** – and a plurality of fabric chips enabling each of the multiple application processor chips to access any of the semiconductor based memory regions, each of the plurality of fabric chips providing a redundant communication path between the multiple application processor chips wherein data associated with one of the multiple application processor chips is stored across each of the semiconductor based memory regions. | **fabric chips**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-5 ['491 Patent]<br>• A plurality of fabric chips enabling each of the multiple application processor chips to access any of the multiple memories are included. ['491 Patent, Abstract]<br>• A plurality of fabric chips enabling each of the multiple application processor chips to access any of the multiple memories are included. ['491 Patent, Col. 2, ll. 1-3] |

**Exhibit E-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| Claim 1 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | • Then, each of the multiple processor chips is enabled to communicate with each other. ['491 Patent, Col. 2, ll. 16-17]<br>• FIG. 1 is a simplified schematic of the architecture for redundant fabric configured to operate on a standby basis. ['491 Patent, Col. 2, ll. 35-36]<br>• Switch fabric chips 120-1 through 120-m provide the communication links associated with each CPU subsystem 118-1 through 118-n that enables each CPU subsystem to communicate with any other CPU subsystem. ['491 Patent, Col. 3, ll. 60-64]<br>• Switch fabric 120-1 through 120-16 provide access for each of the processor chips to each other. Thus, there are 15 redundant paths in the event a link or fabric chip fails. ['491 Patent, Col. 4, ll. 49-52]<br>• In one embodiment, each communication link can independently send out transaction requests. Thus, the communication links, e.g., fabric chips, provide fault tolerance since other links will continue to work in case of a failure. ['491 Patent, Col. 5, ll. 43-47]<br>• Although the foregoing invention has been described in some detail for purposes of clarity of understanding, it will be apparent that certain changes and modifications may be practiced within the scope of the appended claims. Accordingly, the present embodiments are to be considered as illustrative and not restrictive, and the invention is not to be limited to the details given herein, but may be modified within the scope and equivalents of the appended claims. [Col. 6, ll. 27-35]<br><br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |

**Exhibit E-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| Claim 3 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| **3.** The server of claim 1, wherein one of the semiconductor based memory regions functions as a parity block for data recovery. | **parity block**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-5 ['491 Patent]<br>• Next, the segments are interleaved across each memory associated with each processor chip. In one embodiment, the interleaving is performed in a parity striping manner to allow for data recovery from a memory acting as a parity block.  ['491 Patent, Col. 2, ll. 19-24]<br>• As is generally known with respect to RAID systems, the parity block enables the capability to reconstruct the data in the case of a failure.  ['491 Patent, Col. 4, ll. 25-28]<br>• For illustrative purposes DRAM 126-4 is labeled as the parity block, however, any one of these memories can be designated as a parity block. In one embodiment, the parity block enables the recovery or reconstruction of data. ['491 Patent, Col. 5, ll. 5-8]<br>• Although the foregoing invention has been described in some detail for purposes of clarity of understanding, it will be apparent that certain changes and modifications may be practiced within the scope of the appended claims. Accordingly, the present embodiments are to be considered as illustrative and not restrictive, and the invention is not to be limited to the details given herein, but may be modified within the scope and equivalents of the appended claims. [Col. 6, ll. 27-35]<br><br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support |

**Exhibit E-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| Claim 3 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | Sun's claim construction. |

| Claim 4 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| **4.** The server of claim 3, wherein the data in the parity block is recreated through an exclusive OR operation. | |
| **7.** The server of claim 1 wherein the semiconductor based memory regions are dynamic random access memories. | |

| Claim 10 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| **10.** A method for allowing multiple processors to exchange information through horizontal scaling, comprising: | **horizontal scaling**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1, 3, 4 ['491 Patent]<br>• In one embodiment, rather than storing data vertically in each memory, the data is stored horizontally across the memories.  ['491 Patent, Col. 4, ll. 6-8]<br>• Although the foregoing invention has been described in some detail for purposes of clarity of understanding, it will be apparent that certain changes and modifications may be practiced within the scope of the appended claims. Accordingly, the present embodiments are to be considered as illustrative and not restrictive, and the invention is not to be limited to the details given herein, |

**Exhibit E-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| Claim 10 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | but may be modified within the scope and equivalents of the appended claims. [Col. 6, ll. 27-35]<br><br>**Extrinsic Evidence:**<br>• Scale horizontally – To scale horizontally or scale out means to add more nodes to a system [Wikipedia, Sun 041400]<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |
| **A.** providing multiple processor chips having multiple processing cores, each of the multiple processor chips associated with a semiconductor based memory, such that one processor chip is associated with one semiconductor based memory; | |
| **B.** enabling each of the multiple processor chips to communicate directly with each other over a plurality of redundant communication paths; | **enabling each of the multiple processor chips to communicate directly with each other over a plurality of redundant communication paths**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-5 ['491 Patent]<br>• In one embodiment, the invention includes 16 high speed serial links on each processor chip where each of the links are configured to send out packets independently of other links. In this embodiment, the links are connected to a set of up to 16 parallel fabric chips wherein each fabric chip is enabled to access |

**Exhibit E-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| Claim 10 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | each of the processor chips. In another embodiment, each processor chip has multiple paths to reach any of the other processor chips through a parallel crossbar, which provides scalability. Moreover, there are up to 15 redundant paths in the event a link or fabric chip fails when there are 16 high speed serial links.  ['491 Patent, Col. 3, ll. 7-12]<br>• In another embodiment, integrated onto each subsystem 118-1 through 118-4 are 16 high speed serial communication links. Switch fabric 120-1 through 120-16 provide access for each of the processor chips to each other. Thus, there are 15 redundant paths in the event a link or fabric chip fails.  ['491 Patent, Col. 4, ll. 47-52]<br>• Although the foregoing invention has been described in some detail for purposes of clarity of understanding, it will be apparent that certain changes and modifications may be practiced within the scope of the appended claims. Accordingly, the present embodiments are to be considered as illustrative and not restrictive, and the invention is not to be limited to the details given herein, but may be modified within the scope and equivalents of the appended claims. [Col. 6, ll. 27-35]<br><br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |
| **C.** identifying a block of data to be stored in the semiconductor based memory; | **block of data**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:** |

**Exhibit E-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| Claim 10 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | • Figures 1-5 ['491 Patent]<br>• Next, a block of data to be stored in memory is identified. Then, the block of data is subdivided into segments. ['491 Patent, Col. 2, ll. 17-19]<br>• Here, a block of data is subdivided into smaller segments and the subdivided segments are interleaved across the nodes. ['491 Patent, Col 3, ll. 29-31]<br>• Although the foregoing invention has been described in some detail for purposes of clarity of understanding, it will be apparent that certain changes and modifications may be practiced within the scope of the appended claims. Accordingly, the present embodiments are to be considered as illustrative and not restrictive, and the invention is not to be limited to the details given herein, but may be modified within the scope and equivalents of the appended claims. [Col. 6, ll. 27-35]<br><br>**Extrinsic Evidence:**<br>• block – a unit of information that is processed or transferred. [Webster's New World Computer Dictionary, Ninth Edition, 2001, p. 48, Sun 041393]<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |
| **D.** subdividing the block of data into segments; and | <u>**segments**</u><br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-5 ['491 Patent]<br>• Next, a block of data to be stored in memory is identified. Then, the block of data is subdivided into segments. ['491 Patent, Col. 2, ll. 17-19] |

**Exhibit E-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| Claim 10 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | • Here, a block of data is subdivided into smaller segments and the subdivided segments are interleaved across the nodes.  ['491 Patent, Col 3, ll. 29-31]<br>• Although the foregoing invention has been described in some detail for purposes of clarity of understanding, it will be apparent that certain changes and modifications may be practiced within the scope of the appended claims. Accordingly, the present embodiments are to be considered as illustrative and not restrictive, and the invention is not to be limited to the details given herein, but may be modified within the scope and equivalents of the appended claims. [Col. 6, ll. 27-35]<br><br>**Extrinsic Evidence:**<br>• segments – Any of the parts into which something can be divided.  [The American Heritage College Dictionary, Fourth Edition, 2002, p. 1256, Sun 041397]<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |
| **E.** interleaving the segments across each semiconductor based memory associated with each processor chip. | |

| Claim 11 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| **11.** The method of claim 10, wherein the method operation of interleaving the segments across each memory associated with each processor chip includes, parity striping the segments to allow for | **parity striping**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction. |

**Exhibit E-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| data recovery. | **Intrinsic Evidence:** |
|---|---|
| | • In one embodiment, the interleaving is performed in a parity striping manner to allow for data recovery from a memory acting as a parity block. ['065 Patent, Col. 2, ll.. 21-23] |
| | • As will be explained further below, the data is striped across memories associated with the multiple processor chips. ['491 Patent, Col. 3, ll. 42-44] |
| | • As will be explained further below, the data is striped across memories associated with the multiple processor chips. In another embodiment, the parity striping is used to stripe the data across memories in a similar fashion to a redundant array of inexpensive disks (RAID). ['491 Patent, Col. 3, ll. 42-47] |
| | • As mentioned above, RDMA and striping engines enable memory aggregation for sharing memory across processor nodes through striped access with parity that protects against node failures. The striping allows data to be distributed across DRAMs 126-1 through 126-4 in a number of nodes, similar to a RAID configuration used for hard disk storage. Parity striping also allows for recovery of data from a failed or failing node. For illustrative purposes DRAM 126-4 is labeled as the parity block, however, any one of these memories can be designated as a parity block. In one embodiment, the parity block enables the recovery or reconstruction of data. ['491 Patent, Col. 4, l. 65 – Col. 5, l. 9] |
| | • Although the foregoing invention has been described in some detail for purposes of clarity of understanding, it will be apparent that certain changes and modifications may be practiced within the scope of the appended claims. Accordingly, the present embodiments are to be considered as illustrative and not restrictive, and the invention is not to be limited to the details given herein, but may be modified within the scope and equivalents of the appended claims. [Col. 6, ll. 27-35] |
| | **Extrinsic Evidence:** |
| | • Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support |

**Exhibit E-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

|  | Sun's claim construction. |
| --- | --- |

| Claim 12 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
| --- | --- |
| **12.** The method of claim 10, wherein the method operation of enabling each of the multiple processor chips to communicate directly with each other includes, linking each of the multiple processor chips with a plurality of fabric chips. | **linking**<br><br>   Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Figures 1-5 ['491 Patent]<br>• In this embodiment, the links are connected to a set of up to 16 parallel fabric chips wherein each fabric chip is enabled to access each of the processor chips. ['491 Patent, Col. 3, ll. 10-12]<br>• Although the foregoing invention has been described in some detail for purposes of clarity of understanding, it will be apparent that certain changes and modifications may be practiced within the scope of the appended claims. Accordingly, the present embodiments are to be considered as illustrative and not restrictive, and the invention is not to be limited to the details given herein, but may be modified within the scope and equivalents of the appended claims. [Col. 6, ll. 27-35]<br><br>**Extrinsic Evidence:**<br>• linking – To connect [The American Heritage College Dictionary, Fourth Edition, 2002, p. 806, Sun 014396]<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction.<br><br>**linking each of the multiple processor chips with a plurality of fabric chips** |

**Exhibit E-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

<table>
<tr>
<td></td>
<td>

Sun intends to rely on at least the following evidence in support of its claim construction.

**Intrinsic Evidence:**
- Figures 1-5 ['491 Patent]
- In this embodiment, the links are connected to a set of up to 16 parallel fabric chips wherein each fabric chip is enabled to access each of the processor chips. ['491 Patent, Col. 3, ll. 10-12]
- Although the foregoing invention has been described in some detail for purposes of clarity of understanding, it will be apparent that certain changes and modifications may be practiced within the scope of the appended claims. Accordingly, the present embodiments are to be considered as illustrative and not restrictive, and the invention is not to be limited to the details given herein, but may be modified within the scope and equivalents of the appended claims. [Col. 6, ll. 27-35]

**Extrinsic Evidence:**
- linking – To connect [The American Heritage College Dictionary, Fourth Edition, 2002, p. 806, Sun 014396]
- Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction.

</td>
</tr>
</table>

| Claim 13 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| **13.** The method of claim 12, wherein transaction requests can be independently sent out through the plurality of fabric chips. | **independently sent out** <br><br> Sun intends to rely on at least the following evidence in support of its claim construction. |

**Exhibit E-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

**Intrinsic Evidence:**
- Figures 1-5 ['491 Patent]
- FIG. 4 is simplified schematic of four multi-core application processing chips where each processing chip includes 16 high speed serial links configured to send out data packets independently of other links in accordance with one embodiment of the invention.  ['491 Patent, Col. 2, ll. 46-50]
- In one embodiment, the invention includes 16 high speed serial links on each processor chip where each of the links are configured to send out packets independently of other links.  ['491 Patent, Col. 3, ll. 7-10]
- In one embodiment, each communication link can independently send out transaction requests.  ['491 Patent, Col. 5, ll. 43-44]
- Although the foregoing invention has been described in some detail for purposes of clarity of understanding, it will be apparent that certain changes and modifications may be practiced within the scope of the appended claims. Accordingly, the present embodiments are to be considered as illustrative and not restrictive, and the invention is not to be limited to the details given herein, but may be modified within the scope and equivalents of the appended claims. [Col. 6, ll. 27-35]

**Extrinsic Evidence:**
- Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction.

| Claim 15 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| **15.** The method of claim 10, wherein the method operation of interleaving the segments across each memory associated | |

**Exhibit E-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

| | |
|---|---|
| with each processor chip alleviates hot spot contention. | |

| Claim 16 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| **16.** The method of claim 10, further including:<br>**A.** detecting an error when accessing data from the semiconductor based memory, the error rendering the data unavailable; and | |
| **B.** recreating the unavailable data from a different semiconductor based memory. | |

| Claim 17 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| **17.** The method of claim 16, wherein the method operation of recreating the unavailable data from a different semiconductor based memory includes, | |
| accessing the different semiconductor based memory through one of the plurality of redundant communication paths; | |
| performing an exclusive OR operation on data within the different semiconductor based memory; and | |
| recovering the unavailable data. | |

**Exhibit E-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 6,901,491**

|  |  |
|---|---|
|  |  |

| Claim 18 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| **18.** The method of claim 16, wherein the different semiconductor based memory functions as a parity block. |  |

| Claim 20 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| **20.** The method of claim 10, wherein the multiple processor chips are configured to execute a server application. |  |

# EXHIBIT F-1

**Exhibit F-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 7,013,454**

| Claim 15 | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Joint Claim Construction |
|---|---|---|---|
| 15. A method of suspending a mutator at a safe point, the method comprising: | | | **mutator**—user thread that changes the state of or utilizes dynamically-allocated (heap-allocated) storage.<br><br>**suspending a mutator**— stopping a mutator's progress in a manner that allows it to be resumed at a later time<br><br>**suspending**—*no need for construction* |
| | **safe point**—A place in the mutator code (*e.g.*, calls, returns, and/or branches (including backward branches)) where the root set of pointers to dynamically allocated memory locations referenceable by the mutator is available. | **safe point**—location in code where a thread can be suspended and information required by functions external to the thread, such as garbage collectors, is available. | |
| executing mutator code including an instance of an instruction coinciding with the safe point, wherein the instruction instance references storage encodable with an exception triggering value to trigger an exception for | | | **mutator code**—instructions of the mutator<br><br>**executing mutator code**—*no need for construction*<br><br>**instance of an instruction**— specific encoding of an |

**Exhibit F-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 7,013,454**

| Claim 15 | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Joint Claim Construction |
|---|---|---|---|
| suspending the mutator at the safe point; | | | instruction at a specific location in the code<br><br>**instance of an instruction coinciding with the safe point**—a specific encoding of an instruction at a specific location in mutator code that corresponds to a safe point |
| | **storage**—A device in or on which information can be kept, such as registers, stack locations, fields, and memory. | **storage**—locations accessible by mutators for retention and retrieval of instructions and data values | |
| | | | **exception**—an event that causes suspension of normal program execution. |
| | **exception triggering value**—A value that causes an exception to be triggered. | **exception triggering value**—information in storage that when accessed causes suspension of normal program execution. | |
| | | | **instruction instance**—an instance of an instruction |

**Exhibit F-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 7,013,454**

| Claim 15 | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Joint Claim Construction |
|---|---|---|---|
| | | | **storage encodable with an exception triggering value**—*no need for construction.* <br><br> **the instruction instance references storage encodable with an exception triggering value**—the instance of an instruction identifies and accesses storage that is capable of holding an exception triggering value <br><br> **trigger an exception for suspending the mutator at the safe point**—*no need for construction.* |
| executing the instruction instance without the exception triggering value encoded in the storage; | | | **executing the instruction instance**—*no need for construction* <br><br> **executing the instruction instance without the exception triggering value encoded in the storage**—*no need for construction* |

Proposed Joint Claim Construction Chart             3
for U.S. Patent No. 7,013,454

**Exhibit F-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 7,013,454**

| Claim 15 | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Joint Claim Construction |
|---|---|---|---|
| in response to a start garbage collection event, encoding the storage with the exception triggering value, and thereafter executing the instruction instance, thereby triggering the exception; and | | | **garbage collection—** reclamation of memory dynamically allocated to objects that are no longer reachable <br><br> **start garbage collection event—**An action or occurrence that indicates or causes garbage collection. <br><br> **encoding the storage with the exception triggering value—** placing an exception triggering value into the storage. <br><br> **triggering the exception—** causing an exception to occur |
| in response to the exception, suspending the mutator at the safe point. | | | |

**Exhibit F-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 7,013,454**

| Claim 16 | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Joint Claim Construction |
|---|---|---|---|
| 16. A method of suspending a mutator at a safe point, as recited in claim 15, | | | |
| wherein the instruction instance coinciding with the safe point is encoded in an otherwise unused instruction position. | **instruction position**—a position in a sequence of mutator instructions<br><br>**otherwise unused instruction position**—an instruction position that would not contain an instruction were it not for the instruction instance referencing storage encodable with an exception triggering value. | **instruction position**—a specific instruction location in a sequence of mutator instructions<br><br>**otherwise unused instruction position**—a delay slot of a delayed control transfer instruction | **the instruction instance coinciding with the safe point is encoded in an otherwise unused instruction position**—an instance of an instruction coinciding with the safe point is stored in an otherwise unused instruction position. |

**Exhibit F-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 7,013,454**

| Claim 25 | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Joint Claim Construction |
|---|---|---|---|
| 25. A computer-implemented method of providing mutator code with support for suspension of at least one execution thread thereof at a safe point, the method comprising: | | | **thread(s)/execution thread—** an executing sequence of instructions, such as a process<br><br>**suspension of at least one execution thread**—stopping at least one thread's progress in a manner that allows it to be resumed at a later time<br><br>**providing mutator code with support for suspension of at least one execution thread thereof at a safe point**—*no construction is necessary* |
| encoding information accessible to a collector process to identify at least a portion of a root set of storage locations at a safe point in the execution sequence of instructions; and | **root set of storage locations—** References that are in processor registers, thread stacks, and in global variables. | **root set of storage locations—** the set of register, stack and global variable locations that contain addresses (pointers) of some of the reachable objects | **encoding information accessible to a collector process**—providing information the garbage collector is able to access. |

**Exhibit F-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 7,013,454**

| Claim 25 | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Joint Claim Construction |
|---|---|---|---|
| | | | **root set**—*no need for construction*<br><br>**identify at least a portion**—specify, or determine, at least a subset<br><br>**execution sequence of instructions**—the sequence of instructions executed |
| encoding in an otherwise unused operation position of an instruction instance that coincides with the safe point, a conditional trap operation that references storage encodable with an exception triggering value to trigger an exception for suspending execution of the mutator code at the safe point. | **operation position**—Part of an instruction or sequence of instructions that may contain an operation.<br><br>**otherwise unused operation position**—An operation position that would not contain an operation were it not for the conditional trap operation. | **operation position**—the position or slot number for an operation within a multi-operation instruction.<br><br>**otherwise unused operation position**— an operation position that would be unused but for the garbage collection operation. | **conditional trap operation**—a trap operation that causes suspension of normal program execution only if a particular condition is present. |

**Exhibit F-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 7,013,454**

| Claim 25 | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Joint Claim Construction |
|---|---|---|---|
|  | **a conditional trap operation that references storage encodable with an exception triggering value to trigger an exception for suspending execution of the mutator code at the safe point**—The trap operation will trigger an exception that suspends the mutator based on whether or not the storage is set to the exception triggering value. | **a conditional trap operation that references storage encodable with an exception triggering value to trigger an exception for suspending execution of the mutator code at the safe point**—a trap operation suspends normal program execution at a safe point if it accesses an exception triggering value in storage. |  |

**Exhibit F-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 7,013,454**

| Claim 26 | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Joint Claim Construction |
|---|---|---|---|
| 26. A computer-implemented method as recited in claim 25, | | | |
| wherein the identified portion of the root set includes zero or more registers and stack locations containing pointers in use by the mutator process at the safe point. | **register(s)**—A set of bits of high-speed memory within a microprocessor or other electronic device. | **register(s)**—locations internal to a processor that can be directly specified in an instruction as a source or destination operand | **stack locations**—individually accessible storage locations in a stack<br><br>**pointers**—address of a memory location.<br><br>**mutator process**—mutator |

**Exhibit F-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 7,013,454**

| Claim 29 | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Joint Claim Construction |
|---|---|---|---|
| 29. A computer-implemented method as recited in claim 25, further comprising: | | | |
| supplying the execution sequence of instructions via at least one computer readable medium selected from the set of a disk, tape or other magnetic, optical, electronic or semiconductor storage medium and a network, wired, wireless or other communications medium. | **computer readable medium—** A substance in which signals can be transmitted, such as a network, wired, wireless or other communications medium; the physical material, such as disk, tape or other magnetic, optical, electronic or semiconductor storage medium, used for storing computer-based information. | **computer readable medium—**material used to store information in a form readable by a computer. | **[computer readable medium] selected from the set of a disk, tape or other magnetic, optical, electronic or semiconductor storage medium and a network, wired, wireless or other communications medium—***no need for construction.* |

**Exhibit F-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 7,013,454**

| Claim 35 | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Joint Claim Construction |
|---|---|---|---|
| 35. A method of advancing plural threads to coordination points in respective execution paths thereof, the method comprising: | | | **coordination points**—places where a thread can be safely suspended.<br><br>**execution paths**—the sequence of instructions executed.<br><br>**advancing plural threads to coordination points in respective execution paths thereof**—allowing two or more threads to execute until they each reach coordination points in their respective execution paths.<br><br>**advancing plural threads**—*no need for construction*<br><br>**plural threads**—two or more threads. |
| encoding an exception triggering value in storage referenced by respective instances of one or more operations encoded in respective otherwise unused | | | **encoding an exception triggering value**—placing an exception triggering value into the storage. |

**Exhibit F-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 7,013,454**

| Claim 35 | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Joint Claim Construction |
|---|---|---|---|
| operation positions in each of the plural threads; | | | |
| for each of the plural threads, suspending execution thereof in response to execution of a respective operation instance, the respective operation instance coinciding with one of the coordination points therein<br><br>. | | | **operation instance**—a specific encoding of an operation in a specific operation position<br><br>**suspending execution thereof in response to execution of a respective operation instance**—executing an operation that causes the suspension of the thread.<br><br>**coinciding with one of the coordination points therein**—*no need for construction.* |

Proposed Joint Claim Construction Chart
for U.S. Patent No. 7,013,454

12

**Exhibit F-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 7,013,454**

| Claim 39 | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Joint Claim Construction |
|---|---|---|---|
| 39. A method, as recited in claim 35, wherein the coordination points include synchronization points for thread state synchronization amongst the plural threads. | | | **synchronization points**—*no need for construction*<br><br>**thread state synchronization**—*no need for construction*<br><br>**synchronization points for thread state synchronization**—places in code where the state of two or more threads can be synchronized |

**Exhibit F-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 7,013,454**

| Claim 40 | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Joint Claim Construction |
|---|---|---|---|
| 40. A method, as recited in claim 35, wherein the coordination points include safe points at which respective of the plural threads have a consistent state. | **consistent state**—A state in which the root set of pointers to dynamically allocated memory locations referenceable by the thread is available to a garbage collector. | **consistent state**—a state where information required by functions external to the thread, such as garbage collectors, is available. | **consistent**—*no need for construction* |

**Exhibit F-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 7,013,454**

| Claim 41 | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Joint Claim Construction |
|---|---|---|---|
| 41. A method, as recited in claim 35, wherein the coordination points include safe points at which information descriptive of those temporary storage locations containing references to dynamically-allocated memory in the context of each function in a calling hierarchy of functions of a respective of the plural threads is ascertainable by a memory reclamation component for use in defining a root set of references to the dynamically-allocated memory. | **temporary storage locations**—Transient storage accessible by the thread, *e.g.*, registers and/or stack locations.<br><br>**dynamically-allocated memory**—Memory that is allocated at run time.<br><br><br><br><br><br>**memory reclamation component**—A process component that defines a root set. | **temporary storage locations**—locations apart from dynamically-allocated memory where the mutator temporarily saves information.<br><br>**dynamically-allocated memory**—memory that is allocated and released during mutator execution<br><br><br><br><br><br>**memory reclamation component**—a portion of a garbage collector | **calling hierarchy of functions**—the currently invoked functions<br><br>**in the context of each function in a calling hierarchy of functions**—the temporary storage locations used by each function in the calling hierarchy of functions |

**Exhibit F-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 7,013,454**

| Claim 41 | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Joint Claim Construction |
|---|---|---|---|
| | | | **ascertainable by a memory reclamation component—** determinable by a memory reclamation component. |

**Exhibit F-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 7,013,454**

| Claim 42 | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Joint Claim Construction |
|---|---|---|---|
| 42. A method of coordinating garbage collection with execution of a multi-threaded mutator, wherein the garbage collection is performed at safe points in an execution trajectory of the multi-threaded mutator, and wherein potentially inconsistent threads of the multi-threaded mutator are suspended at the safe points to facilitate the garbage collection, the method comprising: | | | **coordinating garbage collection**—*no need for construction.*<br><br>**multi-threaded mutator**—a mutator consisting of two or more threads.<br><br>**execution trajectory of the multi-threaded mutator**—the collection of execution paths of the threads in the multi-threaded mutator<br><br>**execution trajectory**—*no need for construction*<br><br>**potentially inconsistent threads of the multi-threaded mutator**—threads of the multi-threaded mutator that may not always be in a consistent state<br><br>**potentially inconsistent**—*no need for construction*<br><br>**suspended**—*no need for construction* |

**Exhibit F-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 7,013,454**

| Claim 42 | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Joint Claim Construction |
|---|---|---|---|
| | | | |
| upon a start garbage collection event, encoding an exception triggering value in storage referenced by exception triggering instructions in otherwise unused operation slots of instruction encodings that coincide with the safe points; | **exception triggering instruction**—An instruction that may trigger an exception.<br><br>**operation slot**—Part of an instruction or sequence of instructions that may contain an operation.<br><br>**unused operation slot**—An operation slot that contains an empty operation, such as a NOP, or does not contain an operation.<br><br>**otherwise unused operation slots**—An operation slot that would either contain an empty operation (such as a NOP) or would not contain an operation were it not for the exception triggering instruction. | **exception triggering instructions**—instructions that can cause an exception if they receive an exception triggering value as an operand<br><br>**operation slots**—slots for specifying operations within a multi-operation instruction.<br><br>**unused operation slots**—slots in a multi-operation instruction where no operation is encoded<br><br>**otherwise unused operation slots**— operation slots that would be unused but for the garbage collection operations | |
| thereafter, upon execution of the exception triggering instructions, suspending the | | | |

**Exhibit F-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 7,013,454**

| Claim 42 | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Joint Claim Construction |
|---|---|---|---|
| corresponding one of the threads; and | | | |
| performing the garbage collection after each of the threads is suspended. | | | |

**Exhibit F-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 7,013,454**

| Claim 44 | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Joint Claim Construction |
|---|---|---|---|
| 44. A method, as recited in claim 42, wherein each of the threads is consistent when suspended at its corresponding safe point. | | | |

**Exhibit F-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 7,013,454**

| Claim 45 | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Joint Claim Construction |
|---|---|---|---|
| 45. A method, as recited in claim 42, wherein the multi-threaded mutator is prepared such that dynamically allocated storage locations reachable by a particular of the threads are identifiable at the safe point thereof. | **multi-threaded mutator is prepared**—The multi-threaded mutator is made ready to identify dynamically allocated storage locations reachable by a particular of the threads at a safe point thereof.<br><br>**dynamically allocated storage locations**—Storage locations that are allocated at run time. | **multi-threaded mutator is prepared**—the multi-threaded mutator code is structured<br><br>**dynamically allocated storage locations**—storage that is allocated and released during mutator execution | **dynamically allocated storage locations reachable by a particular of the threads are identifiable at the safe point**—dynamically allocated storage accessible by a mutator thread can be determined at the safe point. |

**Exhibit F-1**
**Proposed Joint Claim Construction Chart for U.S. Patent No. 7,013,454**

| Claim 46 | Sun's Proposed Claim Construction | Azul's Proposed Claim Construction | Joint Claim Construction |
|---|---|---|---|
| 46. A method, as recited in claim 42, wherein the multi-threaded mutator is compiled and includes storage maps emitted by a compiler, the storage maps identifying dynamically allocated storage locations reachable by the multi-threaded mutator at the safe points. | **the multi-threaded mutator is compiled**—The mutator is produced by a compiler.<br><br>**storage maps**—Information descriptive of registers, heap storage locations, and/or stack locations containing live pointers. | **the multi-threaded mutator is compiled**—the multi-threaded mutator is translated into a machine language<br><br>**storage maps**—information identifying the locations that contain pointers (references) to dynamically-allocated storage. | **emitted by a compiler**—*no need for construction.* |

# EXHIBIT F-2

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 15 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| 15. A method of suspending a mutator at a safe point, the method comprising: | **mutator—***The parties have agreed upon the construction of this term.*<br><br>**suspending a mutator—***The parties have agreed upon the construction of this term.*<br><br>**suspending—***The parties have agreed that this term does not require construction.*<br><br>**safe point**<br><br>   **Extrinsic Evidence:**<br>  • Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>  • Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0116075-082; AZUL0116083-90; AZUL0116091-102; AZUL0116103-125 AZUL0116219-244; AZUL0116317-324; AZUL0116479-489; AZUL0116490-495; AZUL0116496-502; AZUL0116268-316; AZUL0116325-391; AZUL0116065-075; AZUL01161126-133; AZUL0116166-218; AZUL0116053-061; AZUL0116245-286; AZUL0115967-978; AZUL0115979-986; AZUL0116039-050; AZUL0115987-997; AZUL05115998-014; AZUL0116015-030; AZUL0116031-038; AZUL0115891-908; AZUL0115909-914; AZUL0115915-954; AZUL0115955-966; AZUL020891-896.<br><br>   **Intrinsic Evidence:**<br>  • "Compilers therefore identify safe points in the code, places in the code where the compiler emits information describing which registers and stack locations contain pointers."<br>  • "When a mutator is suspended at a safe point it is consistent and hence garbage collection can proceed."  [Col. 2:14-20]<br>  • In Sun's infringement contentions, it equates both GC safe points and consistent |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 15 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
|  | state with code locations where there is precise knowledge about register and stack locations. [p. 5, 9] |
|  | • *See also*, Figure 4, Figure 5, Figure 6, Col. 1:37-40, Col. 2:15-20, Col. 2:24-26, Col. 2:37-48, Col. 2:52-57, Col. 2:58-64, Col. 3:28-35, Col. 3:42-65, Col. 4:52-5:11, Col. 5:18-2, Col. 5:27-32, Col. 5:40-66, Col. 6:66-7:3, Col. 7:10-13, Col. 7:34-39, Col. 7:44-48, Col. 7:61-64, Col. 8:48-53, Col. 9:3-8, Col. 9:14-16, Col. 10:13-16, Col. 10:28-32, Col. 10:35-40, Col. 10:55-61, Col. 10:67-11:2, Col. 12:66-13:11, Col. 15:66-16:2, Col. 16:9-14, Col. 16:24-27 |
|  | • *See also* U. S. Patent No. 6,842,853 at Col. 2:14-19, Col. 2:23-25, Col. 1:36-39, Col. 2:58-3:3, Col. 3:7-10, Col. 4:10, Col. 3:25-29, Col. 3:41-56, Col. 4:51-5:6, Col. 3:57-66, Col. 6:62-67, Col. 8:6-15, Col. 8:56-63, Col. 9:7-12, Col. 10:20-25, Col. 11:1-5 |
|  | **Additional Extrinsic Evidence—*Azul may also rely on the following extrinsic evidence in support of its proposed constructions for terms in this claim element.*** |
|  | Agesen [AZUL0116103-125, *See e.g.,* p. 2]<br>EP 0881576A1 [AZUL0116219-244, *See e.g.,* Col. 1, Col. 12:5-11]<br>Wilson [AZUL0116325-391, *See e.g.,* p. 53-54]<br>Cramer et al. [AZUL0116083-102, *See e.g.,* p. 42]<br>Azagury [AZUL0116075-082, *See e.g.,* p. 7]<br>White [AZUL0116268-316, *See e.g.,* p. 6]<br>Holzle [AZUL0116091-102, *See e.g.,* p. 37] |
| executing mutator code including an instance of an instruction coinciding with the safe point, wherein the instruction instance references storage encodable with an exception triggering value to trigger an exception for suspending the mutator at | **mutator code**—*The parties have agreed upon the construction of this term.*<br><br>**executing mutator code**—*The parties have agreed upon the construction of this term.*<br><br>**instance of an instruction**—*The parties have agreed upon the construction of this term.* |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 15 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| the safe point; | **instance of an instruction coinciding with the safe point**—*The parties have agreed upon the construction of this term.*<br><br>**storage**<br><br>    **Extrinsic Evidence:**<br>    • Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>    • Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0116075-082; AZUL0116083-90; AZUL0116091-102; AZUL0116103-125 AZUL0116219-244; AZUL0116317-324; AZUL0116479-489; AZUL0116490-495; AZUL0116496-502; AZUL0116268-316; AZUL0116325-391; AZUL0116065-075; AZUL01161126-133; AZUL0116166-218; AZUL0116053-061; AZUL0116245-286; AZUL0115967-978; AZUL0115979-986; AZUL0116039-050; AZUL0115987-997; AZUL05115998-014; AZUL0116015-030; AZUL0116031-038; AZUL0115891-908; AZUL0115909-914; AZUL0115915-954; AZUL0115955-966; AZUL020891-896.<br><br>    **Intrinsic Evidence:**<br>    • "Depending on the execution environment in which mutator process 301 executes, trapping value storage may include a register, stack location, field or memory location such as a global register G1 (see e.g., FIG. 2) accessible to both threads 310 and 320.  Alternatively, trapping value storage may include multiple instances of a register, stack location, field or memory location such as a condition code register field (described above), where each instance is associated with a particular thread (or subset of threads).  In either case, when collection is desired or necessary, storage is set with a trapping value (or trapping values) by |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 15 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| | suspension exception and trap handling mechanism 340." [Col. 11:3-14]<br>• "FIG. 4 illustrates interactions between threads 410 of a mutator process and a suspension exception and trap handling mechanism 440 wherein instances of trapping value storage are associated with the threads.  In one embodiment in accordance with FI/G. 4, trapping value storage includes gcc fields of condition code register states associated with thread contexts (as described above), although other trapping value stores are also suitable." [Col. 11:40-47]<br>• *See also* Figure 3, Figure 4, Figure 6, Col. 1:17-22, Col. 1:27-33, Col. 1:41-44, Col. 1:54-58, Col. 2:1-5, Col. 2:37-42, Col. 2:58-62, Col. 3:19-23. Col. 3:28-35, Col. 7:50-54, Col. 8:60-65, Col. 9:10-14, Col. 10:46-49, Col. 10:64-67, Col. 10:67-11:18, Col. 11:26-34, Col. 11:40-59, Col. 12:25-29, Col. 12:38-43, Col. 13:4-9<br>• *See also* U. S. Patent No. 6,842,853 at Col. 2:1-5, Col. 1:26-29, Col. 1:40-43, Col. 1:54-58, Col. 4:29-31, Col. 5:28-31, Col. 7:39-42, Col. 9:1-6<br><br>**exception**—*The parties have agreed upon the construction of this term.*<br><br>**exception triggering value**<br><br>**Extrinsic Evidence:**<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0116075-082; AZUL0116083-90; AZUL0116091-102; AZUL0116103-125 AZUL0116219-244; AZUL0116317-324; AZUL0116479-489; AZUL0116490-495; AZUL0116496-502; AZUL0116268-316; AZUL0116325-391; AZUL0116065-075; AZUL01161126-133; AZUL0116166-218; AZUL0116053-061; AZUL0116245-286; AZUL0115967-978; AZUL0115979-986; AZUL0116039-050; |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 15 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| | AZUL0115987-997; AZUL05115998-014; AZUL0116015-030; AZUL0116031-038; AZUL0115891-908; AZUL0115909-914; AZUL0115915-954; AZUL0115955-966; AZUL020891-896.<br><br>**Intrinsic Evidence:**<br>• "Normally, i.e., when garbage collection is not pending, global register G1 contains a value that, when referenced by an exception triggering instruction (e.g., 212 or 222), does not trigger an exception or invoke a thread suspension trap handler.  On the other hand, when garbage collection is desired or becomes necessary, a trapping value is set in global register G1.  Thereafter, when thread 210 encounters an exception triggering instruction referencing the trapping value in global register G1, an exception is triggered and thread suspension trap handler 240 is invoked."  [Col. 6:17-26]<br>• *See also* Col. 2:37-42, Col. 6:5-8, Col. 16:27-30<br><br>**instruction instance**—*The parties have agreed upon the construction of this term.*<br><br>**storage encodable with an exception triggering value**—*The parties have agreed that this term does not require construction.*<br><br>**the instruction instance references storage encodable with an exception triggering value**—*The parties have agreed upon the construction of this term.*<br><br>**trigger an exception for suspending the mutator at the safe point**—*The parties have agreed that this term does not require construction.*<br><br>**Additional Extrinsic Evidence—***Azul may also rely on the following extrinsic evidence in support of its proposed constructions for terms in this claim element.*<br><br>Agesen [AZUL0116103-125, *See e.g.,* p. 7, 8-11, 16-18] |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 15 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
|  | EP 0881576A1 [AZUL0116219-244, *See e.g.,* Col. 12]<br>Wilson [AZUL0116325-391, *See e.g.,* p. 53-54]<br>Cramer et al. [AZUL0116083-102, *See e.g.,* p. 42]<br>Azagury [AZUL0116075-082, *See* p. 7]<br>White [AZUL0116268-316, *See e.g.,* p. 6]<br>Holzle [AZUL0116091-102, *See e.g.,* p. 37]<br>Johnson [AZUL0116317-324, *See e.g.,* p. 80-81]<br>Gudeman [AZUL0116126-133, *See e.g.,* p. 31-32]<br>Appel et al. [AZUL0116065-075, *See e.g.,* p. 13] |
| executing the instruction instance without the exception triggering value encoded in the storage; | **executing the instruction instance—***The parties have agreed that this term does not require construction.*<br><br>**executing the instruction instance without the exception triggering value encoded in the storage—***The parties have agreed that this term does not require construction.* |
| in response to a start garbage collection event, encoding the storage with the exception triggering value, and thereafter executing the instruction instance, thereby triggering the exception; and | **garbage collection—***The parties have agreed upon the construction of this term.*<br><br>**start garbage collection event—***The parties have agreed upon the construction of this term.*<br><br>**encoding the storage with the exception triggering value—***The parties have agreed upon the construction of this term.*<br><br>**triggering the exception—***The parties have agreed upon the construction of this term.*<br><br>**Additional Extrinsic Evidence—***Azul may also rely on the following extrinsic evidence in support of its proposed constructions for terms in this claim element.*<br><br>Agesen [AZUL0116103-125, *See e.g.,* p. 8, 16]<br>EP 0881576A1 [AZUL0116219-244, *See e.g.,* Col. 11-12] |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 15 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| | Wilson [AZUL0116325-391, *See e.g.,* p. 53-54]<br>Cramer et al. [AZUL0116083-102, *See e.g.,* p. 42]<br>Azagury [AZUL0116075-082, *See* p. 7]<br>White [AZUL0116268-316, *See e.g.,* p. 6]<br>Holzle [AZUL0116091-102, *See* p. 37]<br>Johnson [AZUL0116317-324, *See e.g.,* p. 80-81]<br>Gudeman [*See e.g.,* p. 31-32, AZUL0116126-133]<br>Appel et al. [AZUL0116065-075] |
| in response to the exception, suspending the mutator at the safe point. | |

| Claim 16 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| 16. A method of suspending a mutator at a safe point, as recited in claim 15, | |
| wherein the instruction instance coinciding with the safe point is encoded in an otherwise unused instruction position. | **instruction position**<br><br>**Extrinsic Evidence:**<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0116075-082; AZUL0116083-90; AZUL0116091-102; AZUL0116103-125 AZUL0116219-244; AZUL0116317-324; AZUL0116479-489; AZUL0116490-495; AZUL0116496-502; AZUL0116268-316; AZUL0116325-391; AZUL0116065-075; AZUL01161126-133; AZUL0116166-218; AZUL0116053-061; AZUL0116245-286; |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 16 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| | AZUL0115967-978; AZUL0115979-986; AZUL0116039-050; AZUL0115987-997; AZUL05115998-014; AZUL0116015-030; AZUL0116031-038; AZUL0115891-908; AZUL0115909-914; AZUL0115915-954; AZUL0115955-966; AZUL020891-896.<br><br>**Intrinsic Evidence:**<br>• "Encoding an exception triggering value in storage referenced by an instruction in an otherwise unused slot (e.g., the delay slot of a delayed control transfer instruction or an unused instruction position in a VLIW-based architecture) coinciding with a safe point provides an efficient coordination mechanism for multi-threaded code." [Col. 2:37-42]<br>• "Similarly, while delay slots of delayed control transfer instructions provide one suitable implementation, more generally, other unused instruction positions may be exploited in other implementations. For example, in variations adapted for very long instruction word-type (VLIW) architectures or more generally for processor architectures that explicitly encode instruction level parallelism, unused horizontally-encoded instruction positions may be similarly employed. As a general matter, in such explicitly parallel exploitations, a trapping instruction can be encoded as an operation executable in parallel with one or more operations that coincide with a safe point. In general, the technique may be somewhat more flexible in processor architectures that explicitly encode instruction level parallelism since suitable unused instruction positions do not presuppose a delayed control transfer instruction or delay slot." [Col. 15:57-16:6]<br>• "As before, a trapping instruction can be encoded in a position that coincides with a safe point and, based on a state settable under control of a coordination facility, such as for a garbage collector, the trapping instruction selectively vectors to a thread suspension facility such as a trap handler." [Col. 16:9-14]<br>• *See also* Col. 2:37-42, Col. 15:57-65, Col. 16:2-6 |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 16 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| | **otherwise unused instruction position**<br><br>**Extrinsic Evidence:**<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term. *See* AZUL0116075-082; AZUL0116083-90; AZUL0116091-102; AZUL0116103-125 AZUL0116219-244; AZUL0116317-324; AZUL0116479-489; AZUL0116490-495; AZUL0116496-502; AZUL0116268-316; AZUL0116325-391; AZUL0116065-075; AZUL0161126-133; AZUL0116166-218; AZUL0116053-061; AZUL0116245-286; AZUL0115967-978; AZUL0115979-986; AZUL0116039-050; AZUL0115987-997; AZUL05115998-014; AZUL0116015-030; AZUL0116031-038; AZUL0115891-908; AZUL0115909-914; AZUL0115915-954; AZUL0115955-966; AZUL020891-896.<br><br>**Intrinsic Evidence:**<br>• "Encoding an exception triggering value in storage referenced by an instruction in an otherwise unused slot (e.g., the delay slot of a delayed control transfer instruction or an unused instruction position in a VLIW-based architecture coinciding with a safe point provides an efficient coordination mechanism for multi-threaded code." [Col. 2:37-42]<br>• *See also* Col. 2:37-42, Col. 15:57-65, Col. 16:2-6<br><br>**the instruction instance coinciding with the safe point is encoded in an otherwise unused instruction position**—*The parties have agreed upon the construction of this term.*<br><br>**Additional Extrinsic Evidence—***Azul may also rely on the following extrinsic* |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 16 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| | *evidence in support of its proposed constructions for terms in this claim element.*<br><br>Agesen [AZUL0116103-125, *See e.g.,* p. 7, 8-11, 16-18]<br>EP 0881576A1 [AZUL0116219-244, *See e.g.,* Col. 12]<br>Wilson [AZUL0116325-391, *See e.g.,* p. 53-54]<br>Cramer et al. [AZUL0116083-102, *See e.g.,* p. 42]<br>Azagury [AZUL0116075-082, *See* p. 7]<br>White [AZUL0116268-316, *See e.g.,* p. 6]<br>Holzle [AZUL0116091-102, *See e.g.,* p. 37]<br>Su and Despain [AZUL0116479-489, *See e.g.,* p. 130, 132]<br>Egan et al. [AZUL0116490-495, *See e.g.,* p. 267, 269]<br>Song [AZUL0116496-502, *See e.g.,* p. 3-4] |

| Claim 25 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| 25. A computer-implemented method of providing mutator code with support for suspension of at least one execution thread thereof at a safe point, the method comprising: | **thread(s)/execution thread**—*The parties have agreed upon the construction of this term.*<br><br>**suspension of at least one execution thread**—*The parties have agreed upon the construction of this term.*<br><br>**providing mutator code with support for suspension of at least one execution thread thereof at a safe point**—*The parties have agreed that this term does not require construction.*<br><br>**Additional Extrinsic Evidence**—*Azul may also rely on the following extrinsic evidence in support of its proposed constructions for terms in this claim element.*<br><br>Agesen [AZUL0116103-125, *See e.g.,* p. 2] |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 25 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
|  | EP 0881576A1 [AZUL0116219-244, *See e.g.,* Col. 1, Col. 12:5-11]<br>Wilson [AZUL0116325-391, *See e.g.,* p. 53-54]<br>Cramer [AZUL0116083-102, *See e.g.,* p. 42]<br>Azagury [AZUL0116075-082, *See e.g.,* p. 7]<br>White [AZUL0116268-316, *See e.g.,* p. 6]<br>Holzle [AZUL0116091-102, *See e.g.,* p. 37] |
| encoding information accessible to a collector process to identify at least a portion of a root set of storage locations at a safe point in the execution sequence of instructions; and | **encoding information accessible to a collector process**—*The parties have agreed upon the construction of this term.*<br><br>**root set of storage locations**<br><br>**Extrinsic Evidence:**<br>• "The values that a program can manipulate directly are those held in processor registers, those on the program stack (including local variables and temporaries), and those held in global variables.  Such locations holding references to heap data form the *roots* of the computation.  [Jones and Lins, p. 4, AZUL0120895]<br>• "Dynamically allocated data should only be accessible to the user program through the roots, or by following chains of pointers from these roots."  [Jones and Lins, p. 4, AZUL0120895]<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0116075-082; AZUL0116083-90; AZUL0116091-102; AZUL0116103-125 AZUL0116219-244; AZUL0116317-324; AZUL0116479-489; AZUL0116490-495; AZUL0116496-502; AZUL0116268-316; AZUL0116325-391; AZUL0116065-075; AZUL01161126-133; AZUL0116166-218; AZUL0116053-061; AZUL0116245-286; AZUL0115967-978; AZUL0115979-986; AZUL0116039-050; AZUL0115987-997; AZUL05115998-014; AZUL0116015-030; |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 25 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
|  | AZUL0116031-038; AZUL0115891-908; AZUL0115909-914; AZUL0115915-954; AZUL0115955-966; AZUL020891-896.<br><br>**Intrinsic Evidence:**<br>• "Typically, a compiler for a garbage-collected language supports the collector by generating code that allocates objects, by describing storage locations that make up the root set, and by describing the layout of objects allocated from the heap. For efficiency, compilers typically generate code that uses registers and/or stack locations provided by a target processor architecture.  As a result, execution of compiled code puts pointers in such registers or stack locations.  Unfortunately, a mutator running such code is generally inconsistent, because the exact set of registers and/or stack locations containing pointers can change with every instruction.  The overhead of exactly maintaining a root set description at each instruction tends to defeat the purpose of using registers and stack locations in the first place.  Compilers therefore identify safe points in the code, places in the code where the compiler emits information describing which registers and stack locations contain pointers."  [Col. 2:1-18]<br>• *See also* Col. 1:27-30, Col. 1:63-66, Col. 2:1-5, Col. 2:12-15, Col. 3:7-9, Col. 3:28-35, Col. 4:42-52, Col. 12:38-43, Col. 13:4-9<br>• *See also* U. S. Patent No. 6,842,853 at Col. 2:1-5, Col. 2:9-14, Col. 1:26-29, Col. 1:63-66, Col. 3:20-22, Col. 4:39-51<br><br>**root set**—*The parties have agreed that this term does not require construction.*<br><br>**identify at least a portion**—*The parties have agreed upon the construction of this term.*<br><br>**execution sequence of instructions**—*The parties have agreed upon the construction of this term.*<br><br>**Additional Extrinsic Evidence**—*Azul may also rely on the following extrinsic* |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 25 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| | *evidence in support of its proposed constructions for terms in this claim element.*<br><br>Agesen  [AZUL0116103-125, *See e.g.,* p. 9]<br>EP 0881576A1 [AZUL0116219-244, *See* Col. 14]<br>Wilson [AZUL0116325-391, *See,* p. 53]<br>Cramer et al. [AZUL0116083-102, *See e.g.,* p. 42]<br>Azagury [AZUL0116075-082, *See e.g.,* p. 7]<br>White [AZUL0116268-316, *See e.g.,* p. 6] |
| encoding in an otherwise unused operation position of an instruction instance that coincides with the safe point, a conditional trap operation that references storage encodable with an exception triggering value to trigger an exception for suspending execution of the mutator code at the safe point. | **operation position**<br><br>**Extrinsic Evidence:**<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0116075-082; AZUL0116083-90; AZUL0116091-102; AZUL0116103-125 AZUL0116219-244; AZUL0116317-324; AZUL0116479-489; AZUL0116490-495; AZUL0116496-502; AZUL0116268-316; AZUL0116325-391; AZUL0116065-075; AZUL01161126-133; AZUL0116166-218; AZUL0116053-061; AZUL0116245-286; AZUL0115967-978; AZUL0115979-986; AZUL0116039-050; AZUL0115987-997; AZUL05115998-014; AZUL0116015-030; AZUL0116031-038; AZUL0115891-908; AZUL0115909-914; AZUL0115915-954; AZUL0115955-966; AZUL020891-896.<br><br>**Intrinsic Evidence:**<br><br>**otherwise unused operation position**<br><br>**Extrinsic Evidence:** |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 25 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| | • Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0116075-082; AZUL0116083-90; AZUL0116091-102; AZUL0116103-125 AZUL0116219-244; AZUL0116317-324; AZUL0116479-489; AZUL0116490-495; AZUL0116496-502; AZUL0116268-316; AZUL0116325-391; AZUL0116065-075; AZUL01161126-133; AZUL0116166-218; AZUL0116053-061; AZUL0116245-286; AZUL0115967-978; AZUL0115979-986; AZUL0116039-050; AZUL0115987-997; AZUL05115998-014; AZUL0116015-030; AZUL0116031-038; AZUL0115891-908; AZUL0115909-914; AZUL0115915-954; AZUL0115955-966; AZUL020891-896.<br><br>**Intrinsic Evidence:**<br><br>**conditional trap operation**—*The parties have agreed upon the construction of this term.*<br><br>**a conditional trap operation that references storage encodable with an exception triggering value to trigger an exception for suspending execution of the mutator code at the safe point**<br><br>**Extrinsic Evidence:**<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0116075-082; AZUL0116083-90; AZUL0116091-102; AZUL0116103-125 AZUL0116219-244; AZUL0116317-324; AZUL0116479-489; |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 25 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| | AZUL0116490-495; AZUL0116496-502; AZUL0116268-316; AZUL0116325-391; AZUL0116065-075; AZUL0116126-133; AZUL0116166-218; AZUL0116053-061; AZUL0116245-286; AZUL0115967-978; AZUL0115979-986; AZUL0116039-050; AZUL0115987-997; AZUL05115998-014; AZUL0116015-030; AZUL0116031-038; AZUL0115891-908; AZUL0115909-914; AZUL0115915-954; AZUL0115955-966; AZUL020891-896.<br><br><br>**Intrinsic Evidence:**<br>• "In an illustrative variation suitable for processor architectures such as the MAJC™ microprocessor architecture, a conditional trap instruction may be employed.  For example in the MAJC architecture, a trap instruction is defined that will trap to a trap handler based on whether or not a bit is set in a processor status register (PSR)." [Col. 16:15-20]<br><br>**Additional Extrinsic Evidence—***Azul may also rely on the following extrinsic evidence in support of its proposed constructions for terms in this claim element.*<br><br>Agesen [AZUL0116103-125, *See e.g.,* p. 7-11, 16-18]<br>EP 0881576A1 [AZUL0116219-244, *See e.g.,* Col. 12]<br>Wilson [AZUL0116325-391*See e.g.,* p. 53-54]<br>Cramer et al. [AZUL0116083-102, *See e.g.,* p. 42]<br>Azagury [AZUL0116075-082, *See e.g.,* p. 7]<br>White [AZUL0116268-316, *See e.g.,* p. 6]<br>Holzle [AZUL0116091-102, *See e.g.,* p. 3,7]<br>Johnson [AZUL0116317-324, *See e.g.,* p. 80-81]<br>Gudeman [AZUL0116126-133, *See e.g.,* p. 31-32]<br>Appel et al. [AZUL0116065-075, *See e.g.,* p. 13]<br>Su and Despain [AZUL0116479-489, *See e.g.,* p. 130, 132] |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 25 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| | Egan et al. [AZUL0116490-495, *See e.g.,* p. 267, 269]<br>Song [AZUL0116496-502, *See e.g.,* 3-4] |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 26 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| 26. A computer-implemented method as recited in claim 25, | |
| wherein the identified portion of the root set includes zero or more registers and stack locations containing pointers in use by the mutator process at the safe point. | **register(s)**<br><br>**Extrinsic Evidence:**<br>• register—a row of flip-flops used to store a group of binary digits while the computer is processing them. (*See* FLIP-FLIP.) A flip-flop can be in either of two states, so one flip-flop can store 1 bit. A register consisting of 16 flip-flops can store words that are 16 bits long. [Barron's, AZUL0120889]<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term. *See* AZUL0116075-082; AZUL0116083-90; AZUL0116091-102; AZUL0116103-125 AZUL0116219-244; AZUL0116317-324; AZUL0116479-489; AZUL0116490-495; AZUL0116496-502; AZUL0116268-316; AZUL0116325-391; AZUL0116065-075; AZUL01161126-133; AZUL0116166-218; AZUL0116053-061; AZUL0116245-286; AZUL0115967-978; AZUL0115979-986; AZUL0116039-050; AZUL0115987-997; AZUL05115998-014; AZUL0116015-030; AZUL0116031-038; AZUL0115891-908; AZUL0115909-914; AZUL0115915-954; AZUL0115955-966; AZUL020891-896.<br><br>**Intrinsic Evidence:**<br>• "For efficiency, compilers typically generate code that uses registers and/or stack locations provided by a target processor architecture." [Col. 2:5-7]<br>• *See also* Figure 1, Figure 2, Figure 5, Figure 6, Col. 2:5-18, Col. 3:7-14, Col. 3:24-27, Col. 3:28-35, Col. 4:20-24, Col. 4:26-34, Col. 4:38-42, Col. 4:49-52, |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 26 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
|  | Col. 4:61-63, Col. 6:10-12, Col. 6:17-28, Col. 7:13-33, Col. 7:34-39, Col. 7:42-44, Col. 7:50-54, Col. 8:30-33, Col. 8:60-65, Col. 9:19-22, Col. 9:39-41, Col. 9:45-52, Col. 9:54-10:1, Col. 10:16-19, Col. 11:3-11, Col. 11:43-47, Col. 12:11-16, Col. 13:4-9, Col. 14:26-15:6, Col. 16:17-24<br>• *See also* U. S. Patent No. 6,842,853 at FIG. 3, FIG. 4, Col. 2:5-17, Col. 2:35-51, Col. 4:17-21, Col. 3:20-29, Col. 4:21-31, Col. 4:35-39, Col. 4:48-51, Col. 4:60-63, Col. 4:66-5:6, Col. 6:5-33, Col. 5:28-32, Col. 5:42-46, Col. 6:44-58, Col. 5:49-6:2, Col. 6:67-7:12, Col. 8:2-6, Col. 7:13-16, Col. 8:15-21, Col. 7:24-27, Col. 8:22-41, Col. 7:28-31, Col. 7:33-35, Col. 7:42-51, Col. 8:42-50, Col. 7:52-55, Col. 7:56-59, Col. 7:62-65, Col. 8:64-9:3, Col. 10:15-18, Col. 9:16-41, Col. 10:20-25, Col. 9:45-10:11<br><br>**stack locations**—*The parties have agreed upon the construction of this term.*<br><br>**pointers**—*The parties have agreed upon the construction of this term.*<br><br>**mutator process**—*The parties have agreed upon the construction of this term.*<br><br>**Additional Extrinsic Evidence**—*Azul may also rely on the following extrinsic evidence in support of its proposed constructions for terms in this claim element.*<br><br>Agesen [AZUL0116103-125, *See e.g.,* p. 9]<br>EP 0881576A1 [AZUL0116219-244, *See* Col. 14]<br>Wilson [AZUL0116325-391, *See,* p. 53]<br>Cramer et al. [AZUL0116083-102, *See e.g.,* p. 42,]<br>Azagury [AZUL0116075-082, *See e.g.,* p. 7]<br>White [AZUL0116268-316, *See e.g.,* p. 6] |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 29 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| 29. A computer-implemented method as recited in claim 25, further comprising: | |
| supplying the execution sequence of instructions via at least one computer readable medium selected from the set of a disk, tape or other magnetic, optical, electronic or semiconductor storage medium and a network, wired, wireless or other communications medium. | **computer readable medium**<br><br>**Extrinsic Evidence:**<br>• medium—1. material used for storage of information.  Magnetic disks, tapes, and optical disks are examples of storage media.  [Barron's, AZUL0120885]<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0116075-082; AZUL0116083-90; AZUL0116091-102; AZUL0116103-125 AZUL0116219-244; AZUL0116317-324; AZUL0116479-489; AZUL0116490-495; AZUL0116496-502; AZUL0116268-316; AZUL0116325-391; AZUL0116065-075; AZUL01161126-133; AZUL0116166-218; AZUL0116053-061; AZUL0116245-286; AZUL0115967-978; AZUL0115979-986; AZUL0116039-050; AZUL0115987-997; AZUL05115998-014; AZUL0116015-030; AZUL0116031-038; AZUL0115891-908; AZUL0115909-914; AZUL0115915-954; AZUL0115955-966; AZUL020891-896.<br><br>**Intrinsic Evidence:**<br>• "In some embodiments, source language encoding 620 includes instructions encoded in computer readable media or received incrementally or in to via communication media such as a local area, wide area or telecommunications network."  [Col. 12:61-65] |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 29 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
|  | **[computer readable medium] selected from the set of a disk, tape or other magnetic, optical, electronic or semiconductor storage medium and a network, wired, wireless or other communications medium—***The parties have agreed that this term does not require construction.*<br><br>**Additional Extrinsic Evidence—***Azul may also rely on the following extrinsic evidence in support of its proposed constructions for terms in this claim element.*<br><br>Agesen [AZUL0116103-125]<br>EP 0881576A1 [AZUL0116219-244]<br>Wilson [AZUL0116325-391]<br>Cramer et al. [AZUL0116083-102]<br>Azagury [AZUL0116075-082]<br>White [AZUL0116268-316]<br>Holzle [AZUL0116091-102]<br>Johnson [AZUL0116317-324]<br>Gudeman [AZUL0116126-133]<br>Appel et al. [AZUL0116065-075]<br>Su and Despain [AZUL0116479-489]<br>Egan et al. [AZUL0116490-495]<br>Song [AZUL0116496-502] |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 35 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| 35. A method of advancing plural threads to coordination points in respective execution paths thereof, the method comprising: | **coordination points**—*The parties have agreed upon the construction of this term.*<br><br>**execution paths**—*The parties have agreed upon the construction of this term.*<br><br>**advancing plural threads to coordination points in respective execution paths thereof**—*The parties have agreed upon the construction of this term.*<br><br>**advancing plural threads**—*The parties have agreed that this term does not require construction.*<br><br>**plural threads**—*The parties have agreed upon the construction of this term.* |
| encoding an exception triggering value in storage referenced by respective instances of one or more operations encoded in respective otherwise unused operation positions in each of the plural threads; | **encoding an exception triggering value**—*The parties have agreed upon the construction of this term.* |
| for each of the plural threads, suspending execution thereof in response to execution of a respective operation instance, the respective operation instance coinciding with one of the coordination points therein . | **operation instance**—*The parties have agreed upon the construction of this term.*<br><br>**suspending execution thereof in response to execution of a respective operation instance**—*The parties have agreed upon the construction of this term.*<br><br>**coinciding with one of the coordination points therein**—*The parties have agreed that this term does not require construction.* |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 39 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| 39. A method, as recited in claim 35, wherein the coordination points include synchronization points for thread state synchronization amongst the plural threads. | **synchronization points**—*The parties have agreed that this term does not require construction.*<br><br>**thread state synchronization**—*The parties have agreed that this term does not require construction.*<br><br>**synchronization points for thread state synchronization**—*The parties have agreed upon the construction of this term.* |

| Claim 40 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| 40. A method, as recited in claim 35, wherein the coordination points include safe points at which respective of the plural threads have a consistent state. | **consistent state**<br><br>**Extrinsic Evidence:**<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term. *See* AZUL0116075-082; AZUL0116083-90; AZUL0116091-102; AZUL0116103-125 AZUL0116219-244; AZUL0116317-324; AZUL0116479-489; AZUL0116490-495; AZUL0116496-502; AZUL0116268-316; AZUL0116325-391; AZUL0116065-075; AZUL01161126-133; AZUL0116166-218; AZUL0116053-061; AZUL0116245-286; AZUL0115967-978; AZUL0115979-986; AZUL0116039-050; AZUL0115987-997; AZUL05115998-014; AZUL0116015-030; AZUL0116031-038; AZUL0115891-908; AZUL0115909-914; AZUL0115915-954; AZUL0115955-966; AZUL020891-896. |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 40 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
|  | **Intrinsic Evidence:**<br>• "In such implementations, garbage collection is performed when the 'root set' of pointers to dynamically allocated memory locations referenceable by the mutator is available to the garbage collector.  A mutator in this state is called 'consistent,' and one that is not is 'inconsistent.'"  [Col. 1:63-67]<br>• *See also* Col. 1:58-67, Col. 2:18-20, Col. 7:17-24, Col. 7:58-8:1, Col. 8:3-7<br>• *See also* U. S. Patent No. 6,842,853 at Col. 1:58-67, Col. 2:17-19, Col. 1:58-67, Col. 6:62-67, Col. 7:39-42, Col. 9:7-12, Col. 3:66-4:3, Col. 3:5-7, Col. 9:29-31<br><br>**consistent**—*The parties have agreed that this term does not require construction.*<br><br>**Additional Extrinsic Evidence**—*Azul may also rely on the following extrinsic evidence in support of its proposed constructions for terms in this claim element.*<br><br>Agesen [AZUL0116103-125, *See e.g.,* p. 2, 7-8, 16]<br>EP 0881576A1 [AZUL0116219-244, *See e.g.,* Col. 12]<br>Wilson [AZUL0116325-391, *See e.g.,* p. 53-54]<br>Cramer et al.[AZUL0116083-102, *See e.g.,* p. 42]<br>Azagury [AZUL0116075-082, *See* p. 7]<br>White [AZUL0116268-316, *See e.g.,* p. 6]<br>Holzle [AZUL0116091-102, *See* p. 37] |

| Claim 41 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| 41. A method, as recited in claim 35, wherein the coordination points include safe points at which information descriptive of those temporary storage locations containing references to | **temporary storage locations**<br><br>**Extrinsic Evidence:**<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.  *See* AZUL0116075-082; AZUL0116083-90; |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 41 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| dynamically-allocated memory in the context of each function in a calling hierarchy of functions of a respective of the plural threads is ascertainable by a memory reclamation component for use in defining a root set of references to the dynamically-allocated memory. | AZUL0116091-102; AZUL0116103-125 AZUL0116219-244; AZUL0116317-324; AZUL0116479-489; AZUL0116490-495; AZUL0116496-502; AZUL0116268-316; AZUL0116325-391; AZUL0116065-075; AZUL01161126-133; AZUL0116166-218; AZUL0116053-061; AZUL0116245-286; AZUL0115967-978; AZUL0115979-986; AZUL0116039-050; AZUL0115987-997; AZUL05115998-014; AZUL0116015-030; AZUL0116031-038; AZUL0115891-908; AZUL0115909-914; AZUL0115915-954; AZUL0115955-966; AZUL020891-896. <br> • Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term. <br><br> **Intrinsic Evidence:** <br> • *See* U. S. Patent No. 6,842,853 at Col. 7:38-43 <br><br> **dynamically-allocated memory** <br><br> **Extrinsic Evidence:** <br> • Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term. <br> • Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term. *See* AZUL0116075-082; AZUL0116083-90; AZUL0116091-102; AZUL0116103-125 AZUL0116219-244; AZUL0116317-324; AZUL0116479-489; AZUL0116490-495; AZUL0116496-502; AZUL0116268-316; AZUL0116325-391; AZUL0116065-075; AZUL01161126-133; AZUL0116166-218; AZUL0116053-061; AZUL0116245-286; AZUL0115967-978; AZUL0115979-986; AZUL0116039-050; AZUL0115987-997; AZUL05115998-014; AZUL0116015-030; AZUL0116031-038; AZUL0115891-908; AZUL0115909-914; |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 41 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| | AZUL0115915-954; AZUL0115955-966; AZUL020891-896.<br><br>**Intrinsic Evidence:**<br>• "Traditionally, most programming languages have placed responsibility for dynamic allocation and deallocation of memory on the programmer.  For example, in the C programming language, memory is allocated from the heap by the malloc procedure (or its variants).  Given a pointer variable, p, execution of machine instructions corresponding to the statement p=malloc (sizeof (SomeStruct)) causes pointer variable p to point to newly allocated storage for a memory object of size necessary for representing a SomeStruct data structure.  After use, the memory object identified by pointer variable p can be deallocated, or freed, by calling free (p).  Pascal and C++ languages provide analogous facilities for explicit allocation and deallocation of memory."  [Col. 1:13-26]<br>• *See also* Col. 1:13-17, Col. 1:30-37, Col. 1:41-44, Col. 1:58-66, Col. 4:24-31, Col. 4:35-38<br>• *See* U. S. Patent No. 6,842,853 at Col. 1:12-14, Col. 1:58-66, Col. 4:32-35<br><br>**calling hierarchy of functions**—*The parties have agreed upon the construction of this term.*<br><br>**in the context of each function in a calling hierarchy of functions**—*The parties have agreed upon the construction of this term.*<br><br>**memory reclamation component**<br><br>**Extrinsic Evidence:**<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0116075-082; |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 41 | Azul's Extrinsic and Intrinsic Evidence |
|----------|------------------------------------------|
|          | AZUL0116083-90; AZUL0116091-102; AZUL0116103-125 AZUL0116219-244; AZUL0116317-324; AZUL0116479-489; AZUL0116490-495; AZUL0116496-502; AZUL0116268-316; AZUL0116325-391; AZUL0116065-075; AZUL01161126-133; AZUL0116166-218; AZUL0116053-061; AZUL0116245-286; AZUL0115967-978; AZUL0115979-986; AZUL0116039-050; AZUL0115987-997; AZUL05115998-014; AZUL0116015-030; AZUL0116031-038; AZUL0115891-908; AZUL0115909-914; AZUL0115915-954; AZUL0115955-966; AZUL020891-896.<br><br>**Intrinsic Evidence:**<br>• "Because of this difficulty, garbage collection, i.e., automatic reclamation of heap-allocated storage after its last use by a program, can be an attractive alternative model of dynamic memory management.  Garbage collection is particularly attractive for languages such as the Java™ language (Java and all Java-based marks and logos are trademarks or registered trademarks of Sun Microsystems, Inc. in the united States and other countries), Prolog, Lisp, Smalltalk, Scheme, Eiffel, Dylan, ML, Haskell, Miranda, etc.  See generally, Jones & Lins, *Garbage Collection:  Algorithms for Automatic Dynamic Memory Management*, pp. 1-41, Wiley (1996) for a discussion of garbage collection and of various classical algorithms for performing garbage collection."  [Col. 1:41-53]<br><br>**ascertainable by a memory reclamation component—***The parties have agreed upon the construction of this term.*<br><br>**Additional Extrinsic Evidence—***Azul may also rely on the following extrinsic evidence in support of its proposed constructions for terms in this claim element.*<br><br>Agesen [AZUL0116103-125, *See e.g.*, p. 2, 7-9, 16]<br>EP 0881576A1 [AZUL0116219-244, *See* Col. 12, 14] |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 41 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
|  | Wilson [AZUL0116325-391, *See e.g.,* p. 53-54]<br>Cramer et al. [AZUL0116083-102, *See e.g.,* p. 42]<br>Azagury [AZUL0116075-082, *See e.g.,* p. 7]<br>White [AZUL0116268-316, *See e.g.,* p. 6]<br>Holzle [AZUL0116091-102, *See* p. 37] |

| Claim 42 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| 42. A method of coordinating garbage collection with execution of a multi-threaded mutator, wherein the garbage collection is performed at safe points in an execution trajectory of the multi-threaded mutator, and wherein potentially inconsistent threads of the multi-threaded mutator are suspended at the safe points to facilitate the garbage collection, the method comprising: | **coordinating garbage collection**—*The parties have agreed that this term does not require construction.*<br><br>**multi-threaded mutator**—*The parties have agreed upon the construction of this term.*<br><br>**execution trajectory of the multi-threaded mutator**—*The parties have agreed upon the construction of this term.*<br><br>**execution trajectory**—*The parties have agreed that this term does not require construction.*<br><br>**potentially inconsistent threads of the multi-threaded mutator**—*The parties have agreed upon the construction of this term.*<br><br>**potentially inconsistent**—*The parties have agreed that this term does not require construction.*<br><br>**suspended**—*The parties have agreed that this term does not require construction.* |
| upon a start garbage collection event, encoding an exception triggering value in | **exception triggering instructions** |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 42 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| storage referenced by exception triggering instructions in otherwise unused operation slots of instruction encodings that coincide with the safe points; | **Extrinsic Evidence:**<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term. *See* AZUL0116075-082; AZUL0116083-90; AZUL0116091-102; AZUL0116103-125 AZUL0116219-244; AZUL0116317-324; AZUL0116479-489; AZUL0116490-495; AZUL0116496-502; AZUL0116268-316; AZUL0116325-391; AZUL0116065-075; AZUL01161126-133; AZUL0116166-218; AZUL0116053-061; AZUL0116245-286; AZUL0115967-978; AZUL0115979-986; AZUL0116039-050; AZUL0115987-997; AZUL05115998-014; AZUL0116015-030; AZUL0116031-038; AZUL0115891-908; AZUL0115909-914; AZUL0115915-954; AZUL0115955-966; AZUL020891-896.<br><br>**Intrinsic Evidence:**<br>• *See* Figure 2, Figure 6, Col. 2:37-42, Col. 2:58-62, Col. 3:10-14, Col. 3:28-35, Col. 5:20-27, Col. 5:46-50, Col. 5:60-66, Col. 6:3-26, Col. 6:66-7:3, Col. 8:34-48, Col. 8:60-65, Col. 9:23-27, Col. 11:14-18, Col. 12:66-13:4<br><br>**operation slots**<br><br>**Extrinsic Evidence:**<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term. *See* AZUL0116075-082; AZUL0116083-90; AZUL0116091-102; AZUL0116103-125 AZUL0116219-244; AZUL0116317-324; AZUL0116479-489; |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 42 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| | AZUL0116490-495; AZUL0116496-502; AZUL0116268-316; AZUL0116325-391; AZUL0116065-075; AZUL0161126-133; AZUL0116166-218; AZUL0116053-061; AZUL0116245-286; AZUL0115967-978; AZUL0115979-986; AZUL0116039-050; AZUL0115987-997; AZUL05115998-014; AZUL0116015-030; AZUL0116031-038; AZUL0115891-908; AZUL0115909-914; AZUL0115915-954; AZUL0115955-966; AZUL020891-896.<br><br>**Intrinsic Evidence:**<br>"As before, a mutator includes an instance of a trapping instruction (namely an instance of the trap instruction) in a position coinciding with a safe point (e.g., in an otherwise unused VLIW position or slot)."  [Col. 16:24-28]<br><br>**unused operation slots**<br><br>**Extrinsic Evidence:**<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0116075-082; AZUL0116083-90; AZUL0116091-102; AZUL0116103-125 AZUL0116219-244; AZUL0116317-324; AZUL0116479-489; AZUL0116490-495; AZUL0116496-502; AZUL0116268-316; AZUL0116325-391; AZUL0116065-075; AZUL0161126-133; AZUL0116166-218; AZUL0116053-061; AZUL0116245-286; AZUL0115967-978; AZUL0115979-986; AZUL0116039-050; AZUL0115987-997; AZUL05115998-014; AZUL0116015-030; AZUL0116031-038; AZUL0115891-908; AZUL0115909-914; AZUL0115915-954; AZUL0115955-966; AZUL020891-896. |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 42 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| | **Intrinsic Evidence:**<br>• "As before, a mutator includes an instance of a trapping instruction (namely an instance of the trap instruction) in a position coinciding with a safe point (e.g., in an otherwise unused VLIW position or slot)." [Col. 16:24-28]<br><br>**otherwise unused operation slots**<br><br>**Extrinsic Evidence:**<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term. *See* AZUL0116075-082; AZUL0116083-90; AZUL0116091-102; AZUL0116103-125 AZUL0116219-244; AZUL0116317-324; AZUL0116479-489; AZUL0116490-495; AZUL0116496-502; AZUL0116268-316; AZUL0116325-391; AZUL0116065-075; AZUL01161126-133; AZUL0116166-218; AZUL0116053-061; AZUL0116245-286; AZUL0115967-978; AZUL0115979-986; AZUL0116039-050; AZUL0115987-997; AZUL05115998-014; AZUL0116015-030; AZUL0116031-038; AZUL0115891-908; AZUL0115909-914; AZUL0115915-954; AZUL0115955-966; AZUL020891-896.<br><br>**Intrinsic Evidence:**<br>• "As before, a mutator includes an instance of a trapping instruction (namely an instance of the trap instruction) in a position coinciding with a safe point (e.g., in an otherwise unused VLIW position or slot)." [Col. 16:24-28]<br>• *See also* Col. 2:37-42, Col. 16:24-27<br><br>**Additional Extrinsic Evidence—***Azul may also rely on the following extrinsic* |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 42 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
|  | *evidence in support of its proposed constructions for terms in this claim element.*<br><br>Agesen [AZUL0116103-125, *See e.g.,* p. 8-11]<br>EP 0881576A1 [AZUL0116219-244, *See e.g.,* Col. 12]<br>Wilson [AZUL0116325-391, *See e.g.,* p. 53-54]<br>Cramer et al. [AZUL0116083-102, *See e.g.,* p. 42]<br>Azagury [AZUL0116075-082, *See e.g.,* p. 7]<br>White [AZUL0116268-316, *See e.g.,* p. 6]<br>Holzle [AZUL0116091-102, See e.g., p. 37]<br>Johnson [AZUL0116317-324, *See e.g.,* p. 80-81]<br>Gudeman [AZUL0116126-133, *See e.g.,* p. 31-32]<br>Appel et al. [AZUL0116065-075, *See e.g.,* p. 13]<br>Su and Despain [AZUL0116479-489, *See e.g.,* p. 130, 132]<br>Egan et al. [AZUL0116490-495, *See e.g.,* 267, 269]<br>Song [AZUL0116496-502, *See e.g.,* 3-4] |
| thereafter, upon execution of the exception triggering instructions, suspending the corresponding one of the threads; and |  |
| performing the garbage collection after each of the threads is suspended. |  |

| Claim 44 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| 44. A method, as recited in claim 42, wherein each of the threads is consistent when suspended at its corresponding safe |  |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 44 | Azul's Extrinsic and Intrinsic Evidence |
|----------|------------------------------------------|
| point. | |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 45 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| 45. A method, as recited in claim 42, wherein the multi-threaded mutator is prepared such that dynamically allocated storage locations reachable by a particular of the threads are identifiable at the safe point thereof. | **multi-threaded mutator is prepared**<br><br>**Extrinsic Evidence:**<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0116075-082; AZUL0116083-90; AZUL0116091-102; AZUL0116103-125 AZUL0116219-244; AZUL0116317-324; AZUL0116479-489; AZUL0116490-495; AZUL0116496-502; AZUL0116268-316; AZUL0116325-391; AZUL0116065-075; AZUL01161126-133; AZUL0116166-218; AZUL0116053-061; AZUL0116245-286; AZUL0115967-978; AZUL0115979-986; AZUL0116039-050; AZUL0115987-997; AZUL05115998-014; AZUL0116015-030; AZUL0116031-038; AZUL0115891-908; AZUL0115909-914; AZUL0115915-954; AZUL0115955-966; AZUL020891-896.<br><br>**Intrinsic Evidence:**<br>• "Mutator Code Preparation<br>   A variety of execution environments and mutator code instruction selections have been described herein.  FIG. 6 depicts a flowchart illustrating preparation by a compiler of mutator object code and interaction of such code, collector code and suspension trap handler code with root set storage and trapping value storage 690, in accordance with various exemplary embodiments of the present invention.  Compiler 610 is illustrative of functions performed by mutator code preparation facilities including traditional batch mode compiler implementations as well as just-in-time (JIT) compiler implementations, though JIT compiler implementations may omit some functions, such as lexical analysis, and also include a tighter coupling |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 45 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
|  | with actual execution of compiled code.  Other mutator code preparation facilities, including other compilers, may implement differing sets and/or sequences of operations while still providing mutator code with thread suspension facilities in accordance with the various embodiments described herein.<br><br>    In any case, compiler 610 (as an exemplary mutator code preparation facility) takes a source language encoding 620 of mutator process instructions (e.g., Java language staetments, "C" or "C++" source code, etc.) and performs operations to generate executable mutator code 630 (e.g., SPARC machine code, other processor object code, Java virtual machine bytecodes, etc.).  In some embodiments, source language encoding 620 includes instructions encoded in computer readable media or received incrementally or in to via communication media such as a local area, wide area or telecommunications network."  [Col. 12:36-65]<br><br><br>**dynamically allocated storage locations reachable by a particular of the threads are identifiable at the safe point**—*The parties have agreed upon the construction of this term.*<br><br>**dynamically allocated storage locations**<br><br>    **Extrinsic Evidence:**<br>    • Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>    • Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0116075-082; AZUL0116083-90; AZUL0116091-102; AZUL0116103-125 AZUL0116219-244; AZUL0116317-324; AZUL0116479-489; AZUL0116490-495; AZUL0116496-502; AZUL0116268-316; |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 45 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| | AZUL0116325-391; AZUL0116065-075; AZUL01161126-133; AZUL0116166-218; AZUL0116053-061; AZUL0116245-286; AZUL0115967-978; AZUL0115979-986; AZUL0116039-050; AZUL0115987-997; AZUL05115998-014; AZUL0116015-030; AZUL0116031-038; AZUL0115891-908; AZUL0115909-914; AZUL0115915-954; AZUL0115955-966; AZUL020891-896. <br><br> **Intrinsic Evidence:** <br> • "Compilers therefore identify safe points in the code, places in the code where the compiler emits information describing which registers and stack locations contain pointers."[Col.  2:14-17] <br> • *See also* Col. 1:13-17, Col. 1:30-37, Col. 1:41-44, Col. 1:58-66, Col. 4:24-31, Col. 4:35-38 <br> • *See* U. S. Patent No. 6,842,853 at Col. 1:12-14, Col. 1:58-66, Col. 4:32-35 <br><br> **Additional Extrinsic Evidence—***Azul may also rely on the following extrinsic evidence in support of its proposed constructions for terms in this claim element.* <br><br> Agesen [AZUL0116103-125, *See e.g.,* p. 9] <br> EP 0881576A1 [AZUL0116219-244, *See* Col. 14] <br> Wilson [AZUL0116325-391, *See,* p. 53] <br> Cramer et al. [AZUL0116083-102, *See e.g.,* p. 42] <br> Azagury [AZUL0116075-082, *See e.g.,* p. 7] <br> White [AZUL0116268-316, *See e.g.,* p. 6] |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 46 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| 46. A method, as recited in claim 42, wherein the multi-threaded mutator is compiled and includes storage maps emitted by a compiler, the storage maps identifying dynamically allocated storage locations reachable by the multi-threaded mutator at the safe points. | **the multi-threaded mutator is compiled**<br><br>**Extrinsic Evidence:**<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0116075-082; AZUL0116083-90; AZUL0116091-102; AZUL0116103-125 AZUL0116219-244; AZUL0116317-324; AZUL0116479-489; AZUL0116490-495; AZUL0116496-502; AZUL0116268-316; AZUL0116325-391; AZUL0116065-075; AZUL01161126-133; AZUL0116166-218; AZUL0116053-061; AZUL0116245-286; AZUL0115967-978; AZUL0115979-986; AZUL0116039-050; AZUL0115987-997; AZUL05115998-014; AZUL0116015-030; AZUL0116031-038; AZUL0115891-908; AZUL0115909-914; AZUL0115915-954; AZUL0115955-966; AZUL020891-896.<br><br>**Intrinsic Evidence:**<br>• "Typically, a compiler for a garbage-collected language supports the collector by generating code that allocates objects, by describing storage locations that make up the root set, and by describing the layout of objects allocated from the heap. For efficiency, compilers typically generate code that uses registers and/or stack locations provided by a target processor architecture."  [Col. 2:1-7]<br>• "Some embodiments in accordance with the present invention include compiler techniques and implementations to generate suitable execution sequences of instructions."  [Col. 2:64-67]<br>• "Compiler 610 is illustrative of functions performed by mutator code preparation facilities including traditional batch mode compiler implementations as well as |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 46 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| | just-in-time (JIT) compiler implementations, though JIT compiler implementations may omit some functions, such as lexical analysis, and also include a tighter coupling with actual execution of compiled code.  Other mutator code preparation facilities, including other compilers, may implement differing sets and/or sequences of operations while still providing mutator code with thread suspension facilities in accordance with the various embodiments described herein.<br><br>In any case, compiler 610 (as an exemplary mutator code preparation facility) takes a source language encoding 620 of mutator process instructions (e.g., Java language statements, "C" or "C++" source code, etc.) and performs operations to generate executable mutator code 630 (e.g., SPARC machine code, other processor object code, Java virtual machine bytecodes, etc.).  In some embodiments, source language encoding 620 includes instructions encoded in computer readable media or received incrementally or in to via communication media such as a local area, wide area or telecommunications network."   [Col. 12:43-65]<br><br>**storage maps**<br><br>**Extrinsic Evidence:**<br>• map—2 : something that represents with a clarity suggestive of a map.  [Merriam Webster Dictionary, AZUL0120885]<br>• Plaintiff Azul expects to rely on expert testimony in support of its proposed construction of this claim term.<br>• Plaintiff Azul expects to rely on previously produced prior art in support of its proposed construction of this claim term.  *See* AZUL0116075-082; AZUL0116083-90; AZUL0116091-102; AZUL0116103-125 AZUL0116219-244; AZUL0116317-324; AZUL0116479-489; AZUL0116490-495; AZUL0116496-502; AZUL0116268-316; AZUL0116325-391; AZUL0116065-075; AZUL01161126-133; |

**Exhibit F-2**
**Plaintiff Azul's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 46 | Azul's Extrinsic and Intrinsic Evidence |
|---|---|
| | AZUL0116166-218; AZUL0116053-061; AZUL0116245-286; AZUL0115967-978; AZUL0115979-986; AZUL0116039-050; AZUL0115987-997; AZUL05115998-014; AZUL0116015-030; AZUL0116031-038; AZUL0115891-908; AZUL0115909-914; AZUL0115915-954; AZUL0115955-966; AZUL020891-896.<br><br>**Intrinsic Evidence:**<br>• "The saved trap location can then be used by a garbage collector to select the proper map of registers and/or stack locations containing pointers."  [Col. 8:30-33]<br><br>**emitted by a compiler**—*The parties have agreed that this term does not require construction.*<br><br>**Additional Extrinsic Evidence**—*Azul may also rely on the following extrinsic evidence in support of its proposed constructions for terms in this claim element.*<br><br>Agesen [AZUL0116103-125, *See e.g.,* p. 6]<br>EP 0881576A1 [AZUL0116219-244, *See e.g.,* Col. 1-2]<br>Wilson [AZUL0116325-391, *See,* p. 53]<br>Cramer [AZUL0116083-102, *See e.g.,* p. 42]<br>White [AZUL0116268-316, *See e.g.,* p. 6]<br>Holzle [AZUL0116091-102, *See e.g.,* p. 37] |

# EXHIBIT F-3

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 15 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 15. A method of suspending a mutator at a safe point, the method comprising: | **safe point**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Fig. 3.<br>• Fig. 4.<br>• Fig. 5.<br>• In such implementations, garbage collection is performed when the "root set" of pointers to dynamically allocated memory locations referenceable by the mutator is available to the garbage collector. A mutator in this state is called "consistent," and one that is not is "inconsistent." ['454 Patent, Col. 1, ll. 63-67]<br>• Compilers therefore identify safe points in the code, places in the code where the compiler emits information describing which registers and stack locations contain pointers. When a mutator is suspended at a safe point it is consistent and hence garbage collection can proceed. ['454 Patent, Col. 2, ll. 15-20]<br>• FIG. 3 depicts a flowchart of operations by illustrative threads of a mutator, a suspension exception and trap handling mechanism, and a collector, all in accordance with an exemplary embodiment of the present invention.<br>FIG. 4 depicts a flowchart of operations by a suspension exception and trap handling mechanism utilizing storage within the context of each potentially inconsistent thread in accordance with an exemplary embodiment of the present invention.<br>FIG. 5 depicts a flowchart of operations by a suspension exception and trap handling mechanism utilizing a global register in accordance with an exemplary embodiment of the present invention. ['454 Patent, Col. 3, ll. 15-27]<br>• If predefined safe points are utilized, attractive safe points must be identified and a mechanism for suspending a mutator thread (or threads) at such safe points is |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 15 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | needed. When a thread is suspended, all the stack frames except the most recently entered (i.e., all the calling functions in the calling hierarchy) must be at call sites, hence every call site must be a safe point.  ['454 Patent, Col. 4, ll. 54-61]<br><br>• In addition, other safe points may be defined to reduce the period during which a thread executes with garbage collection pending. For example, returns from functions or methods are another likely safe point site. To ensure that a thread will not run long with garbage collection pending, backward branches can also be designated as safe points. In general, backward branches define loops, and safe points at backward branches allow loops to be interrupted for garbage collection. A compiler may elect to place safe points elsewhere in the code it generates, for example in a method's prolog to prevent recursive code from holding up garbage collection indefinitely. In some embodiments in accordance with the present invention, safe points are defined at call sites, return sites and backward branches using an exception triggering instruction.  ['454 Patent, Col. 4, l. 64 – Col. 5, l. 11]<br><br>• In an exemplary embodiment in accordance with the present invention, safe points are defined at selected sites coinciding with delayed control transfer instructions in potentially inconsistent threads of a mutator computation. Exception triggering instructions are encoded in delay slots of the delayed control transfer instructions. In embodiments suitable for certain processor architectures (including for processors conforming to the SPARC.RTM. V9 architecture), calls, returns, and backward branches are all implementable using delayed control transfer instructions. As a result, safe points can be defined in mutator code to coincide with each type of delayed control transfer instruction and thread suspension can be provided for each such safe point using suspension exception and trap handling mechanisms described herein.  ['454 Patent, Col. 5, ll. 18-32]<br><br>• In other embodiments, including those suitable for other processor architectures, different sets of safe points may be defined. For example, and without limitation, |

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 7,013,454

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 15 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | call-site only or call-site and backward branch safe point only strategies may be employed. In addition to the safe point location described above, safe points may be defined within method prologs and/or within memory allocators. Additionally, safe point sets may be implemented where some of the safe points are supported using delay slot encoding of exception triggering instructions and others are supported using other thread suspension mechanisms.  ['454 Patent, Col. 5, ll. 40-50]<br>• Focusing illustratively on an exemplary embodiment in accordance with the present invention, safe points are defined at call sites, return sites and backward branches and exception triggering instructions are encoded in delay slots of delayed branch instructions providing a call, return, or backward branch for potentially inconsistent threads of a mutator computation.  ['454 Patent, Col. 5, ll. 60-66]<br>• Those instruction pairs including delay slot instructions selected to reference trapping value storage coincide with safe points in the mutator code.  ['454 Patent, Col. 10, l. 67 – Col. 11, l. 2]<br>• More generally, structures and functionality presented as hardware in the exemplary embodiment may be implemented as software, firmware, or microcode in alternative embodiments. These and other variations, modifications, additions, and improvements may fall within the scope of the invention as defined in the claims that follow.  ['454 Patent, Col. 16, ll. 38-44]<br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |
| executing mutator code including an instance of an instruction coinciding with the safe point, wherein the instruction instance references storage encodable with | **storage**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction. |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 15 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| an exception triggering value to trigger an exception for suspending the mutator at the safe point; | **Intrinsic Evidence:**<br><br>• In the embodiment of FIG. 2, exception triggering instruction 212 references a value (potentially an exception triggering value) from global register G1. ['454 Patent, Col. 6, ll. 5-8]<br>• A garbage collected execution environment, such as that implemented by a Java virtual machine, can be configured to set a global register accessible to each mutator thread and referenced by the tagged arithmetic instructions (e.g., global register G1) with a trapping value (e.g., xxx . . . x01 for the TADDccTV instruction) when collection is required or desired and to configure the Trap Table entry (tt=023.sub.16) corresponding to the tag_overflow exception to invoke a thread suspension trap handler. ['454 Patent, Col. 7, ll. 25-33]<br>• For example, and without limitation, trap instructions referencing a condition code associated with thread context and settable in response to a garbage collection desired or necessary event may be utilized in delay slots to similarly suspend mutator threads at safe points. ['454 Patent, Col. 9, ll. 4-8]<br>• By using the storage local to a mutator thread for an exception triggering value, trap instruction based embodiments can avoid dedication of a global register to thread suspension. ['454 Patent, Col. 9, ll. 20-23]<br>• The SPARC architecture defines a Condition Codes Register (CCR) and a Trap on condition codes (Tcc) instruction. As presently defined, the condition codes register includes an integer condition codes field (icc) and an extended integer condition codes field (xcc). A selection field in valid Tcc instructions selects between the icc and the xcc fields for evaluation of a specified trap condition. See generally, Weaver and Germond, The SPARC Architecture Manual Version 9, Prentice-Hall, Inc. (1994), pp.237 238. In one embodiment in accordance with the present invention, an extra 4-bit garbage collection condition code field (gcc) is defined in the condition codes register (bits 0 3 are currently used for the integer condition codes and bits 4 7 for the extended condition codes) and a |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 15 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | selection value is defined for selection of gcc for evaluation of a trap condition specified in a Tcc instruction. In this way, a trap on garbage collection condition code facility is provided in the context of an augmented Tcc instruction. Unlike a global register, the state of a condition codes register is maintained on a per-thread basis, with per-thread values residing in machine registers when that thread is executing.  ['454 Patent, Col. 9, ll. 37-57]<br>• Depending on the execution environment in which mutator process 301 executes, trapping value storage may include a register, stack location, field or memory location such as a global register G1 (see e.g., FIG. 2) accessible to both threads 310 and 320. Alternatively, trapping value storage may include multiple instances of a register, stack location, field or memory location such as a condition code register field (described above), where each instance is associated with a particular thread (or subset of threads).  ['454 Patent, Col. 11, ll. 3-11]<br>• In one embodiment in accordance with FIG. 4, trapping value storage includes gcc fields of condition code register states associated with thread contexts (as described above), although other trapping value stores are also suitable. Instruction sequence detail of mutator threads 410 is similar to that depicted in FIG. 3 and has been omitted for clarity.<br>When collection is desired or necessary, storage is set with a trapping value (or trapping values).  ['454 Patent, Col. 11, ll. 43-51]<br>• In one embodiment in accordance with FIG. 5, trapping value store 550 includes a global register, stack or memory location (e.g., global register G1, as described above with reference to FIG. 2), although other trapping value stores are also suitable. Instruction sequence detail of mutator threads 510 is similar to that depicted in FIG. 3 and has been omitted for clarity.<br>When collection is desired or necessary, trapping value store 550 is set with a trapping value.  ['454 Patent, Col. 12, ll. 11-20]<br>• Accordingly, in an exemplary MAJC architecture exploitation, a trap instruction is used in place of a tagged arithmetic instruction and a PSR bit (e.g., PSR. tce) |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 15 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | may be employed in place of a global register. ['454 Patent, Col. 16, ll. 20-24] |
| | • More generally, structures and functionality presented as hardware in the exemplary embodiment may be implemented as software, firmware, or microcode in alternative embodiments. These and other variations, modifications, additions, and improvements may fall within the scope of the invention as defined in the claims that follow. ['454 Patent, Col. 16, ll. 38-44] |
| | **Extrinsic Evidence:** |
| | • storage – In computing, any device in or on which information can be kept. [Microsoft Press Computer Dictionary, 4th Edition, 1999, p. 424 (SUN 026703)] |
| | • Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |
| | **exception triggering value** |
| | Sun intends to rely on at least the following evidence in support of its claim construction. |
| | **Intrinsic Evidence:** |
| | • Fig. 2. |
| | • Fig. 3. |
| | • Fig. 4. |
| | • Fig. 5. |
| | • Encoding an exception triggering value in storage referenced by an instruction in an otherwise unused slot (e.g., the delay slot of a delayed control transfer instruction or an unused instruction position in a VLIW-based architecture) coinciding with a safe point provides an efficient coordination mechanism for multi-threaded code. ['454 Patent, Col. 2, ll. 37-42] |
| | • FIG. 2 depicts interactions between a global register and two illustrative threads |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 15 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
|  | of a mutator, each including an exception triggering instruction in a delay slot of a delayed control transfer instruction in accordance with an exemplary embodiment of the present invention. FIG. 3 depicts a flowchart of operations by illustrative threads of a mutator, a suspension exception and trap handling mechanism, and a collector, all in accordance with an exemplary embodiment of the present invention. FIG. 4 depicts a flowchart of operations by a suspension exception and trap handling mechanism utilizing storage within the context of each potentially inconsistent thread in accordance with an exemplary embodiment of the present invention. FIG. 5 depicts a flowchart of operations by a suspension exception and trap handling mechanism utilizing a global register in accordance with an exemplary embodiment of the present invention.  ['454 Patent, Col. 3, ll. 10-27] <br><br> • Normally, i.e., when garbage collection is not pending, global register G1 contains a value that, when referenced by an exception triggering instruction (e.g., 212 or 222), does not trigger an exception or invoke a thread suspension trap handler. On the other hand, when garbage collection is desired or becomes necessary, a trapping value is set in global register GI. Thereafter, when thread 210 encounters an exception triggering instruction referencing the trapping value in global register G1, an exception is triggered and thread suspension trap handler 240 is invoked. After all potentially inconsistent threads are suspended, the value in global register G1 may be reset to a non-triggering value.  ['454 Patent, Col. 6, ll. 17-28] <br><br> • A garbage collected execution environment, such as that implemented by a Java virtual machine, can be configured to set a global register accessible to each mutator thread and referenced by the tagged arithmetic instructions (e.g., global register G1) with a trapping value (e.g., xxx . . . x01 for the TADDccTV instruction) when collection is required or desired and to configure the Trap Table entry (tt=023.sub.16) corresponding to the tag_overflow exception to invoke a thread suspension trap handler.  ['454 Patent, Col. 7, ll. 25-33] |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 15 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
|  | • In one embodiment in accordance with the present invention, an extra 4-bit garbage collection condition code field (gcc) is defined in the condition codes register (bits 0 3 are currently used for the integer condition codes and bits 4 7 for the extended condition codes) and a selection value is defined for selection of gcc for evaluation of a trap condition specified in a Tcc instruction. ['454 Patent, Col. 9, ll. 45-52]<br>• A garbage collected execution environment, such as a Java virtual machine, can be configured to set the gcc field for each mutator thread with a trapping value (e.g., xxx1 for a Tcc instruction trapping on the lowest order, or "c", bit of the gcc field) when collection is required or desired and to configure (typically on startup or process creation) the Trap Table entry corresponding to the trap_instruction exception for the specified gcc condition to invoke a thread suspension trap handler. ['454 Patent, Col. 10, ll. 20-28]<br>• For example, in the MAJC architecture, a trap instruction is defined that will trap to a trap handler based on whether or not a bit is set in a processor status register (PSR). ['454 Patent, Col. 16, ll. 17-20]<br>• More generally, structures and functionality presented as hardware in the exemplary embodiment may be implemented as software, firmware, or microcode in alternative embodiments. These and other variations, modifications, additions, and improvements may fall within the scope of the invention as defined in the claims that follow. ['454 Patent, Col. 16, ll. 38-44]<br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |
| executing the instruction instance without the exception triggering value encoded in the storage; |  |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 15 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| in response to a start garbage collection event, encoding the storage with the exception triggering value, and thereafter executing the instruction instance, thereby triggering the exception; and | |
| in response to the exception, suspending the mutator at the safe point. | |

| Claim 16 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 16. A method of suspending a mutator at a safe point, as recited in claim 15, wherein the instruction instance coinciding with the safe point is encoded in an otherwise unused instruction position. | **instruction position**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br><ul><li>Fig. 2.</li><li>Fig. 3.</li><li>Fig. 4.</li><li>Fig. 5.</li><li>Encoding an exception triggering value in storage referenced by an instruction in an otherwise unused slot (e.g., the delay slot of a delayed control transfer instruction or an unused instruction position in a VLIW-based architecture) coinciding with a safe point provides an efficient coordination mechanism for multi-threaded code.  ['454 Patent, Col. 2, ll. 37-42]</li><li>FIG. 2 depicts interactions between a global register and two illustrative threads of a mutator, each including an exception triggering instruction in a delay slot of a delayed control transfer instruction in accordance with an exemplary embodiment of the present invention.<br>FIG. 3 depicts a flowchart of operations by illustrative threads of a mutator, a</li></ul> |

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 7,013,454

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 16 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
|  | suspension exception and trap handling mechanism, and a collector, all in accordance with an exemplary embodiment of the present invention. FIG. 4 depicts a flowchart of operations by a suspension exception and trap handling mechanism utilizing storage within the context of each potentially inconsistent thread in accordance with an exemplary embodiment of the present invention. FIG. 5 depicts a flowchart of operations by a suspension exception and trap handling mechanism utilizing a global register in accordance with an exemplary embodiment of the present invention. ['454 Patent, Col. 3, ll. 10-27] <br>• For example, in one exemplary embodiment now more completely described, the exception triggering instruction may be encoded in a delay slot of a delayed branch instruction providing the call, return, or backward branch. ['454 Patent, Col. 5, ll. 11-15] <br>• Exception triggering instructions are encoded in delay slots of the delayed control transfer instructions. ['454 Patent, Col. 5, ll. 22-23] <br>• Focusing illustratively on an exemplary embodiment in accordance with the present invention, safe points are defined at call sites, return sites and backward branches and exception triggering instructions are encoded in delay slots of delayed branch instructions providing a call, return, or backward branch for potentially inconsistent threads of a mutator computation. ['454 Patent, Col. 5, ll. 60-66] <br>• The instruction following a delayed control transfer instruction is said to be in the delay slot of the control transfer instruction and is executed (unless the control transfer instruction annuls it) before control is transferred to the target instruction. ['454 Patent, Col. 6, ll. 55-59] <br>• Similarly, while delay slots of delayed control transfer instructions provide one suitable implementation, more generally, other unused instruction positions may be exploited in other implementations. For example, in variations adapted for very long instruction word-type (VLIW) architectures or more generally for |

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 7,013,454

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 16 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | *processor architectures that explicitly encode instruction level parallelism, unused horizontally-encoded instruction positions may be similarly employed. As a general matter, in such explicitly parallel exploitations, a trapping instruction can be encoded as an operation executable in parallel with one or more operations that coincide with a safe point. In general, the technique may be somewhat more flexible in processor architectures that explicitly encode instruction level parallelism since suitable unused instruction positions do not presuppose a delayed control transfer instruction or delay slot. Persons of ordinary skill in the art will appreciate suitable adaptation of techniques described herein for exploitation in such processor architectures.* ['454 Patent, Col. 15, l. 58 – Col. 16, l. 9]<br><br>• In an illustrative variation suitable for processor architectures such as the MAJC.TM. microprocessor architecture, a conditional trap instruction may be employed. For example, in the MAJC architecture, a trap instruction is defined that will trap to a trap handler based on whether or not a bit is set in a processor status register (PSR). Accordingly, in an exemplary MAJC architecture exploitation, a trap instruction is used in place of a tagged arithmetic instruction and a PSR bit (e.g., PSR. tce) may be employed in place of a global register. As before, a mutator includes an instance of a trapping instruction (namely an instance of the trap instruction) in a position coinciding with a safe point (e.g., in an otherwise unused VLIW position or slot). An execution environment that attempts to coordinate operation of multiple threads (e.g., for garbage collection) encodes an exception triggering value in an appropriate location. MAJC is a trademark of Sun Microsystems, Inc. in the United States and other countries. Based on the techniques described herein, persons of ordinary skill in the art will appreciate exploitations suitable for a wide variety of processor architectures including pipelined, VLIW, single instruction multiple data (SIMD), multiple instruction multiple data (MIMD), and explicitly parallel instruction processor architectures. More generally, structures and functionality presented as hardware in the exemplary embodiment may be implemented as software, firmware, or |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 16 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | microcode in alternative embodiments. These and other variations, modifications, additions, and improvements may fall within the scope of the invention as defined in the claims that follow.  ['454 Patent, Col. 16, ll. 15-44] <br><br> **Extrinsic Evidence:** <br> • Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. <br><br> **otherwise unused instruction position** <br><br>    Sun intends to rely on at least the following evidence in support of its claim construction. <br><br> **Intrinsic Evidence:** <br> • Fig. 2. <br> • Fig. 3. <br> • Fig. 4. <br> • Fig. 5. <br> • Encoding an exception triggering value in storage referenced by an instruction in an otherwise unused slot (e.g., the delay slot of a delayed control transfer instruction or an unused instruction position in a VLIW-based architecture) coinciding with a safe point provides an efficient coordination mechanism for multi-threaded code.  ['454 Patent, Col. 2, ll. 37-42] <br> • FIG. 2 depicts interactions between a global register and two illustrative threads of a mutator, each including an exception triggering instruction in a delay slot of a delayed control transfer instruction in accordance with an exemplary embodiment of the present invention. <br> FIG. 3 depicts a flowchart of operations by illustrative threads of a mutator, a suspension exception and trap handling mechanism, and a collector, all in |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 16 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | accordance with an exemplary embodiment of the present invention. FIG. 4 depicts a flowchart of operations by a suspension exception and trap handling mechanism utilizing storage within the context of each potentially inconsistent thread in accordance with an exemplary embodiment of the present invention. FIG. 5 depicts a flowchart of operations by a suspension exception and trap handling mechanism utilizing a global register in accordance with an exemplary embodiment of the present invention. ['454 Patent, Col. 3, ll. 10-27]<br><br>• For example, in one exemplary embodiment now more completely described, the exception triggering instruction may be encoded in a delay slot of a delayed branch instruction providing the call, return, or backward branch. ['454 Patent, Col. 5, ll. 11-15]<br><br>• Exception triggering instructions are encoded in delay slots of the delayed control transfer instructions. ['454 Patent, Col. 5, ll. 22-23]<br><br>• Focusing illustratively on an exemplary embodiment in accordance with the present invention, safe points are defined at call sites, return sites and backward branches and exception triggering instructions are encoded in delay slots of delayed branch instructions providing a call, return, or backward branch for potentially inconsistent threads of a mutator computation. ['454 Patent, Col. 5, ll. 60-66]<br><br>• The instruction following a delayed control transfer instruction is said to be in the delay slot of the control transfer instruction and is executed (unless the control transfer instruction annuls it) before control is transferred to the target instruction. ['454 Patent, Col. 6, ll. 55-59]<br><br>• Similarly, while delay slots of delayed control transfer instructions provide one suitable implementation, more generally, other unused instruction positions may be exploited in other implementations. For example, in variations adapted for very long instruction word-type (VLIW) architectures or more generally for processor architectures that explicitly encode instruction level parallelism, |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 16 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | *unused horizontally-encoded instruction positions may be similarly employed. As a general matter, in such explicitly parallel exploitations, a trapping instruction can be encoded as an operation executable in parallel with one or more operations that coincide with a safe point. In general, the technique may be somewhat more flexible in processor architectures that explicitly encode instruction level parallelism since suitable unused instruction positions do not presuppose a delayed control transfer instruction or delay slot. Persons of ordinary skill in the art will appreciate suitable adaptation of techniques described herein for exploitation in such processor architectures.* ['454 Patent, Col. 15, l. 58 – Col. 16, l. 9]<br><br>• *In an illustrative variation suitable for processor architectures such as the MAJC.TM. microprocessor architecture, a conditional trap instruction may be employed. For example, in the MAJC architecture, a trap instruction is defined that will trap to a trap handler based on whether or not a bit is set in a processor status register (PSR). Accordingly, in an exemplary MAJC architecture exploitation, a trap instruction is used in place of a tagged arithmetic instruction and a PSR bit (e.g., PSR. tce) may be employed in place of a global register. As before, a mutator includes an instance of a trapping instruction (namely an instance of the trap instruction) in a position coinciding with a safe point (e.g., in an otherwise unused VLIW position or slot). An execution environment that attempts to coordinate operation of multiple threads (e.g., for garbage collection) encodes an exception triggering value in an appropriate location. MAJC is a trademark of Sun Microsystems, Inc. in the United States and other countries. Based on the techniques described herein, persons of ordinary skill in the art will appreciate exploitations suitable for a wide variety of processor architectures including pipelined, VLIW, single instruction multiple data (SIMD), multiple instruction multiple data (MIMD), and explicitly parallel instruction processor architectures. More generally, structures and functionality presented as hardware in the exemplary embodiment may be implemented as software, firmware, or microcode in alternative embodiments. These and other variations,* |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 16 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | modifications, additions, and improvements may fall within the scope of the invention as defined in the claims that follow.  ['454 Patent, Col. 16, ll. 15-44]<br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |

| Claim 25 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 25. A computer-implemented method of providing mutator code with support for suspension of at least one execution thread thereof at a safe point, the method comprising: | |
| encoding information accessible to a collector process to identify at least a portion of a root set of storage locations at a safe point in the execution sequence of instructions; and | **root set of storage locations**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Fig. 1.<br>• In such implementations, garbage collection is performed when the "root set" of pointers to dynamically allocated memory locations referenceable by the mutator is available to the garbage collector. A mutator in this state is called "consistent," and one that is not is "inconsistent."  ['454 Patent, Col. 1, ll. 63-67]<br>• FIG. 1 depicts a referencing graph for an illustrative mutator having a root set of pointers at least partially represented in registers or stack locations.  ['454 Patent, Col. 3, ll. 7-9]<br>• Individual memory objects (e.g., objects 150, 151, 131, 132, 133, 134, 135 and |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 25 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
|  | 141) are dynamically allocated from heap 102 and, in the referencing graph of FIG. 1, are currently reachable by a set of pointers including local variable L1, external or outer variable E1, and contents of registers R3 and R6 of register context 120. Register context 120 may include a portion organized as a stack. ['454 Patent, Col. 4, ll. 26-32] |
|  | • Referencing graphs for pointers represented in other stack frames in the calling hierarchy (e.g., stack frame 113) or represented in other register contexts are omitted for clarity and only the partial referencing graph associated with the current function is shown. However, based on the description herein, persons of ordinary skill in the art will appreciate that at any given point in the execution and calling sequence of the mutator thread, a complete set of reachable objects in heap 102 and a root set of pointers thereto can be defined by combining the contributions for each function in the calling hierarchy. As described above, a root set of pointers at least partially represented in registers or stack locations necessitates some method of tracking of those registers or stack locations containing valid pointers. ['454 Patent, Col. 4, ll. 38-52] |
|  | • More generally, structures and functionality presented as hardware in the exemplary embodiment may be implemented as software, firmware, or microcode in alternative embodiments. These and other variations, modifications, additions, and improvements may fall within the scope of the invention as defined in the claims that follow. ['454 Patent, Col. 16, ll. 38-44] |
|  | **Extrinsic Evidence:** |
|  | • The values that a program can manipulate directly are those held in processor registers, those on the program stack (including local variables and temporaries), and those held in global variables. Such locations holding references to heap data form the *roots* of the computation. [Garbage Collection, Jones and Lins, p. 4. (SUN 041390)] |
|  | • Sun reserves the right to rely on expert testimony to rebut expert testimony |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 25 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |
| encoding in an otherwise unused operation position of an instruction instance that coincides with the safe point, a conditional trap operation that references storage encodable with an exception triggering value to trigger an exception for suspending execution of the mutator code at the safe point. | **operation position**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Fig. 2.<br>• Fig. 3.<br>• Fig. 4.<br>• Fig. 5.<br>• Encoding an exception triggering value in storage referenced by an instruction in an otherwise unused slot (e.g., the delay slot of a delayed control transfer instruction or an unused instruction position in a VLIW-based architecture) coinciding with a safe point provides an efficient coordination mechanism for multi-threaded code. ['454 Patent, Col. 2, ll. 37-42]<br>• FIG. 2 depicts interactions between a global register and two illustrative threads of a mutator, each including an exception triggering instruction in a delay slot of a delayed control transfer instruction in accordance with an exemplary embodiment of the present invention.<br>FIG. 3 depicts a flowchart of operations by illustrative threads of a mutator, a suspension exception and trap handling mechanism, and a collector, all in accordance with an exemplary embodiment of the present invention.<br>FIG. 4 depicts a flowchart of operations by a suspension exception and trap handling mechanism utilizing storage within the context of each potentially inconsistent thread in accordance with an exemplary embodiment of the present invention. |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 25 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
|  | FIG. 5 depicts a flowchart of operations by a suspension exception and trap handling mechanism utilizing a global register in accordance with an exemplary embodiment of the present invention. ['454 Patent, Col. 3, ll. 10-27]<br><br>• For example, in one exemplary embodiment now more completely described, the exception triggering instruction may be encoded in a delay slot of a delayed branch instruction providing the call, return, or backward branch. ['454 Patent, Col. 5, ll. 11-15]<br><br>• Exception triggering instructions are encoded in delay slots of the delayed control transfer instructions. ['454 Patent, Col. 5, ll. 22-23]<br><br>• Focusing illustratively on an exemplary embodiment in accordance with the present invention, safe points are defined at call sites, return sites and backward branches and exception triggering instructions are encoded in delay slots of delayed branch instructions providing a call, return, or backward branch for potentially inconsistent threads of a mutator computation. ['454 Patent, Col. 5, ll. 60-66]<br><br>• The instruction following a delayed control transfer instruction is said to be in the delay slot of the control transfer instruction and is executed (unless the control transfer instruction annuls it) before control is transferred to the target instruction. ['454 Patent, Col. 6, ll. 55-59]<br><br>• Similarly, while delay slots of delayed control transfer instructions provide one suitable implementation, more generally, other unused instruction positions may be exploited in other implementations. For example, in variations adapted for very long instruction word-type (VLIW) architectures or more generally for processor architectures that explicitly encode instruction level parallelism, unused horizontally-encoded instruction positions may be similarly employed. As a general matter, in such explicitly parallel exploitations, a trapping instruction can be encoded as an operation executable in parallel with one or more operations that coincide with a safe point. In general, the technique may be somewhat more flexible in processor architectures that explicitly encode |

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 7,013,454

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 25 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | instruction level parallelism since suitable unused instruction positions do not presuppose a delayed control transfer instruction or delay slot. Persons of ordinary skill in the art will appreciate suitable adaptation of techniques described herein for exploitation in such processor architectures. ['454 Patent, Col. 15, l. 58 – Col. 16, l. 9]<br>• In an illustrative variation suitable for processor architectures such as the MAJC.TM. microprocessor architecture, a conditional trap instruction may be employed. For example, in the MAJC architecture, a trap instruction is defined that will trap to a trap handler based on whether or not a bit is set in a processor status register (PSR). Accordingly, in an exemplary MAJC architecture exploitation, a trap instruction is used in place of a tagged arithmetic instruction and a PSR bit (e.g., PSR. tce) may be employed in place of a global register. As before, a mutator includes an instance of a trapping instruction (namely an instance of the trap instruction) in a position coinciding with a safe point (e.g., in an otherwise unused VLIW position or slot). An execution environment that attempts to coordinate operation of multiple threads (e.g., for garbage collection) encodes an exception triggering value in an appropriate location. MAJC is a trademark of Sun Microsystems, Inc. in the United States and other countries. Based on the techniques described herein, persons of ordinary skill in the art will appreciate exploitations suitable for a wide variety of processor architectures including pipelined, VLIW, single instruction multiple data (SIMD), multiple instruction multiple data (MIMD), and explicitly parallel instruction processor architectures. More generally, structures and functionality presented as hardware in the exemplary embodiment may be implemented as software, firmware, or microcode in alternative embodiments. These and other variations, modifications, additions, and improvements may fall within the scope of the invention as defined in the claims that follow. ['454 Patent, Col. 16, ll. 15-44]<br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 25 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
|  | Sun's claim construction. |
|  | **otherwise unused operation position** |
|  | Sun intends to rely on at least the following evidence in support of its claim construction. |
|  | **Intrinsic Evidence:** |
|  | • Fig. 2. |
|  | • Fig. 3. |
|  | • Fig. 4. |
|  | • Fig. 5. |
|  | • Encoding an exception triggering value in storage referenced by an instruction in an otherwise unused slot (e.g., the delay slot of a delayed control transfer instruction or an unused instruction position in a VLIW-based architecture) coinciding with a safe point provides an efficient coordination mechanism for multi-threaded code.  ['454 Patent, Col. 2, ll. 37-42] |
|  | • FIG. 2 depicts interactions between a global register and two illustrative threads of a mutator, each including an exception triggering instruction in a delay slot of a delayed control transfer instruction in accordance with an exemplary embodiment of the present invention. |
|  | FIG. 3 depicts a flowchart of operations by illustrative threads of a mutator, a suspension exception and trap handling mechanism, and a collector, all in accordance with an exemplary embodiment of the present invention. |
|  | FIG. 4 depicts a flowchart of operations by a suspension exception and trap handling mechanism utilizing storage within the context of each potentially inconsistent thread in accordance with an exemplary embodiment of the present invention. |
|  | FIG. 5 depicts a flowchart of operations by a suspension exception and trap |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 25 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
|  | handling mechanism utilizing a global register in accordance with an exemplary embodiment of the present invention.  ['454 Patent, Col. 3, ll. 10-27] |
|  | • For example, in one exemplary embodiment now more completely described, the exception triggering instruction may be encoded in a delay slot of a delayed branch instruction providing the call, return, or backward branch.  ['454 Patent, Col. 5, ll. 11-15] |
|  | • Exception triggering instructions are encoded in delay slots of the delayed control transfer instructions.  ['454 Patent, Col. 5, ll. 22-23] |
|  | • Focusing illustratively on an exemplary embodiment in accordance with the present invention, safe points are defined at call sites, return sites and backward branches and exception triggering instructions are encoded in delay slots of delayed branch instructions providing a call, return, or backward branch for potentially inconsistent threads of a mutator computation.  ['454 Patent, Col. 5, ll. 60-66] |
|  | • The instruction following a delayed control transfer instruction is said to be in the delay slot of the control transfer instruction and is executed (unless the control transfer instruction annuls it) before control is transferred to the target instruction.  ['454 Patent, Col. 6, ll. 55-59] |
|  | • Similarly, while delay slots of delayed control transfer instructions provide one suitable implementation, more generally, other unused instruction positions may be exploited in other implementations. For example, in variations adapted for very long instruction word-type (VLIW) architectures or more generally for processor architectures that explicitly encode instruction level parallelism, unused horizontally-encoded instruction positions may be similarly employed. As a general matter, in such explicitly parallel exploitations, a trapping instruction can be encoded as an operation executable in parallel with one or more operations that coincide with a safe point. In general, the technique may be somewhat more flexible in processor architectures that explicitly encode instruction level parallelism since suitable unused instruction positions do not |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 25 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | presuppose a delayed control transfer instruction or delay slot. Persons of ordinary skill in the art will appreciate suitable adaptation of techniques described herein for exploitation in such processor architectures.  ['454 Patent, Col. 15, l. 58 – Col. 16, l. 9]<br>• In an illustrative variation suitable for processor architectures such as the MAJC.TM. microprocessor architecture, a conditional trap instruction may be employed. For example, in the MAJC architecture, a trap instruction is defined that will trap to a trap handler based on whether or not a bit is set in a processor status register (PSR). Accordingly, in an exemplary MAJC architecture exploitation, a trap instruction is used in place of a tagged arithmetic instruction and a PSR bit (e.g., PSR. tce) may be employed in place of a global register. As before, a mutator includes an instance of a trapping instruction (namely an instance of the trap instruction) in a position coinciding with a safe point (e.g., in an otherwise unused VLIW position or slot). An execution environment that attempts to coordinate operation of multiple threads (e.g., for garbage collection) encodes an exception triggering value in an appropriate location. MAJC is a trademark of Sun Microsystems, Inc. in the United States and other countries. Based on the techniques described herein, persons of ordinary skill in the art will appreciate exploitations suitable for a wide variety of processor architectures including pipelined, VLIW, single instruction multiple data (SIMD), multiple instruction multiple data (MIMD), and explicitly parallel instruction processor architectures. More generally, structures and functionality presented as hardware in the exemplary embodiment may be implemented as software, firmware, or microcode in alternative embodiments. These and other variations, modifications, additions, and improvements may fall within the scope of the invention as defined in the claims that follow.  ['454 Patent, Col. 16, ll. 15-44]<br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 7,013,454

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 25 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | **a conditional trap operation that references storage encodable with an exception triggering value to trigger an exception for suspending execution of the mutator code at the safe point**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Fig. 2.<br>• Fig. 3.<br>• Fig. 4.<br>• Fig. 5.<br>• Encoding an exception triggering value in storage referenced by an instruction in an otherwise unused slot (e.g., the delay slot of a delayed control transfer instruction or an unused instruction position in a VLIW-based architecture) coinciding with a safe point provides an efficient coordination mechanism for multi-threaded code. ['454 Patent, Col. 2, ll. 37-42]<br>• FIG. 2 depicts interactions between a global register and two illustrative threads of a mutator, each including an exception triggering instruction in a delay slot of a delayed control transfer instruction in accordance with an exemplary embodiment of the present invention.<br>FIG. 3 depicts a flowchart of operations by illustrative threads of a mutator, a suspension exception and trap handling mechanism, and a collector, all in accordance with an exemplary embodiment of the present invention.<br>FIG. 4 depicts a flowchart of operations by a suspension exception and trap handling mechanism utilizing storage within the context of each potentially inconsistent thread in accordance with an exemplary embodiment of the present |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 25 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | invention.<br>FIG. 5 depicts a flowchart of operations by a suspension exception and trap handling mechanism utilizing a global register in accordance with an exemplary embodiment of the present invention.  ['454 Patent, Col. 3, ll. 10-27]<br>• For example, in one exemplary embodiment now more carefully described, the exception triggering instruction may be encoded in a delay slot of a delayed branch instruction providing the call, return, or backward branch.  ['454 Patent, Col. 5, ll. 11-15]<br>• In the embodiment of FIG. 2, exception triggering instruction 212 references a value (potentially an exception triggering value) from global register G1.  ['454 Patent, Col. 6, ll. 5-8]<br>• Normally, i.e., when garbage collection is not pending, global register G1 contains a value that, when referenced by an exception triggering instruction (e.g., 212 or 222), does not trigger an exception or invoke a thread suspension trap handler. On the other hand, when garbage collection is desired or becomes necessary, a trapping value is set in global register GI. Thereafter, when thread 210 encounters an exception triggering instruction referencing the trapping value in global register G1, an exception is triggered and thread suspension trap handler 240 is invoked. After all potentially inconsistent threads are suspended, the value in global register G1 may be reset to a non-triggering value.  ['454 Patent, Col. 6, ll. 17-28]<br>• A garbage collected execution environment, such as that implemented by a Java virtual machine, can be configured to set a global register accessible to each mutator thread and referenced by the tagged arithmetic instructions (e.g., global register G1) with a trapping value (e.g., xxx . . . x01 for the TADDccTV instruction) when collection is required or desired and to configure the Trap Table entry (tt=023.sub.16) corresponding to the tag_overflow exception to invoke a thread suspension trap handler.<br>In an exemplary Java virtual machine implemented on a SPARC processor, the |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 25 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
|  | Java virtual machine clears, typically on startup or process creation, global register G1 which is referenced by tagged arithmetic instructions placed by a Java compiler into delay slots of control transfer instructions coinciding with safe points in mutator code. In addition and typically on startup or process creation, the Java virtual machine associates thread suspension trap handler 240 with the tag_overflow exception. When garbage collection is desired or necessary, the Java virtual machine sets a tag bit in global register G1. Thereafter, when mutator threads (e.g., threads 210 and 220) encounter safe points (e.g., at backward branches, calls, returns, etc.) execution of the delay slot tagged arithmetic instructions triggers a tag_overflow exception and invokes thread suspension trap handler 240. Thread suspension trap handler 240, in turn, suspends the trapping mutator thread. Once all mutator threads are suspended, the Java virtual machine can clear the tag bit (or bits) set in global register G1 and can perform garbage collection in accordance with any suitable automatic storage management system implemented thereby.  ['454 Patent, Col. 7, ll. 25-54]<br><br>• For example, and without limitation, trap instructions referencing a condition code associated with thread context and settable in response to a garbage collection desired or necessary event may be utilized in delay slots to similarly suspend mutator threads at safe points.  ['454 Patent, Col. 9, ll. 4-8]<br><br>• However, trap instructions rather than tagged arithmetic instructions are encoded in delay slots of the delayed control transfer instructions and a corresponding exception is employed for triggering a thread suspension trap handler.  ['454 Patent, Col. 9, ll. 17-20]<br><br>• As a thread executes, the trapping value storage is referenced by the trapping delay slot instructions (e.g., tagged arithmetic instructions, trap on condition code instructions, or other instructions selected to trigger an exception). If a trapping value has been set, then suspension exception and trap handling mechanism 340 suspends the trapping thread.  ['454 Patent, Col. 11, ll. 14-20] |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 25 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | • Execution of a trapping delay slot instruction 414 referencing the trapping value store causes an exception that is handled by a suspension trap handler (not separately shown) of suspension exception and trap handling mechanism 440 . . . ['454 Patent, Col. 11, ll. 62-66]<br>• When collection is desired or necessary, trapping value store 550 is set with a trapping value. Execution of a trapping delay slot instruction 514 referencing trapping value store 550 causes an exception that is handled by a suspension trap handler (not separately shown) of suspension exception and trap handling mechanism 540, whereupon the trapping thread is suspended. ['454 Patent, Col. 12, ll. 20-25]<br>• As before, a trapping instruction can be encoded in a position that coincides with a safe point and, based on a state settable under control of a coordination facility, such as for a garbage collector, the trapping instruction selectively vectors to a thread suspension facility such as a trap handler.<br>In an illustrative variation suitable for processor architectures such as the MAJC.TM. microprocessor architecture, a conditional trap instruction may be employed. For example, in the MAJC architecture, a trap instruction is defined that will trap to a trap handler based on whether or not a bit is set in a processor status register (PSR). ['454 Patent, Col. 16, ll. 9-20]<br>• More generally, structures and functionality presented as hardware in the exemplary embodiment may be implemented as software, firmware, or microcode in alternative embodiments. These and other variations, modifications, additions, and improvements may fall within the scope of the invention as defined in the claims that follow. ['454 Patent, Col. 16, ll. 38-44]<br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 26 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 26. A computer-implemented method as recited in claim 25, wherein the identified portion of the root set includes zero or more registers and stack locations containing pointers in use by the mutator process at the safe point. | **register(s)**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• More generally, structures and functionality presented as hardware in the exemplary embodiment may be implemented as software, firmware, or microcode in alternative embodiments. These and other variations, modifications, additions, and improvements may fall within the scope of the invention as defined in the claims that follow.  ['454 Patent, Col. 16, ll. 38-44]<br>**Extrinsic Evidence:**<br>• register – A set of bits of high-speed memory within a microprocessor or other electronic device, used to hold data for a particular purpose.  [Microsoft Press Computer Dictionary, 4th Edition, 1999, p. 379 (SUN 026702)]<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |

| Claim 29 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 29. A computer-implemented method as recited in claim 25, further comprising: supplying the execution sequence of instructions via at least one computer readable medium selected from the set of a disk, tape or other magnetic, optical, electronic or semiconductor storage medium and a network, wired, wireless or | **computer readable medium**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• In some embodiments, source language encoding 620 includes instructions encoded in computer readable media or received incrementally or in to via |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| other communications medium. | communication media such as a local area, wide area or telecommunications network. ['454 Patent, Col. 12, ll. 61-65]<br>• More generally, structures and functionality presented as hardware in the exemplary embodiment may be implemented as software, firmware, or microcode in alternative embodiments. These and other variations, modifications, additions, and improvements may fall within the scope of the invention as defined in the claims that follow. ['454 Patent, Col. 16, ll. 38-44]<br>**Extrinsic Evidence:**<br>• media – The physical material, such as paper, disk, and tape, used for storing computer-based information. [Microsoft Press Computer Dictionary, 4th Edition, 1999, p. 285 (SUN 026700)]<br>• medium – A substance in which signals can be transmitted, such as a wire or fiber-optic cable. [Microsoft Press Computer Dictionary, 4th Edition, 1999, p. 285 (SUN 026700)]<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |

| Claim 35 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 35. A method of advancing plural threads to coordination points in respective execution paths thereof, the method comprising: | |
| encoding an exception triggering value in storage referenced by respective instances of one or more operations encoded in respective otherwise unused operation positions in each of the plural threads; | |
| for each of the plural threads, suspending | |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 35 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| execution thereof in response to execution of a respective operation instance, the respective operation instance coinciding with one of the coordination points therein. | |

| Claim 39 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 39. A method, as recited in claim 35, wherein the coordination points include synchronization points for thread state synchronization amongst the plural threads. | |

| Claim 40 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 40. A method, as recited in claim 35, wherein the coordination points include safe points at which respective of the plural threads have a consistent state. | **consistent state**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• In such implementations, garbage collection is performed when the "root set" of pointers to dynamically allocated memory locations referenceable by the mutator is available to the garbage collector. A mutator in this state is called "consistent," and one that is not is "inconsistent." ['454 Patent, Col. 1, ll. 63-67]<br>• Unfortunately, a mutator running such code is generally inconsistent, because the exact set of registers and/or stack locations containing pointers can change with every instruction. The overhead of exactly maintaining a root set description at each instruction tends to defeat the purpose of using registers and stack locations in the first place. Compilers therefore identify safe points in the code, places in the code where the compiler emits information describing which registers and stack locations contain pointers. When a mutator is suspended at a safe point it is |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 40 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | consistent and hence garbage collection can proceed. ['454 Patent, Col. 2, ll. 10-20]<br>• More generally, structures and functionality presented as hardware in the exemplary embodiment may be implemented as software, firmware, or microcode in alternative embodiments. These and other variations, modifications, additions, and improvements may fall within the scope of the invention as defined in the claims that follow. ['454 Patent, Col. 16, ll. 38-44]<br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |

| Claim 41 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 41. A method, as recited in claim 35, wherein the coordination points include safe points at which information descriptive of those temporary storage locations containing references to dynamically-allocated memory in the context of each function in a calling hierarchy of functions of a respective of the plural threads is ascertainable by a memory reclamation component for use in defining a root set of references to the dynamically-allocated memory. | **temporary storage locations**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Fig. 1.<br>• For efficiency, compilers typically generate code that uses registers and/or stack locations provided by a target processor architecture. ['454 Patent, Col. 2, ll. 5-7]<br>• FIG. 1 depicts a referencing graph for an illustrative mutator having a root set of pointers at least partially represented in registers or stack locations. ['454 Patent, Col. 3, ll. 7-9]<br>• FIG. 1 depicts a partial referencing graph for an illustrative mutator thread executing on a processor having memory referenceable as address space 101. |

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 7,013,454

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 41 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
|  | The mutator thread is at a current function corresponding to stack frame 111 in a calling hierarchy represented as activation record stack 110. Activation record stack 110 and stack frame 111 are described in greater detail below. A register context 120 is associated with the current function. Register context 120 may be a full set of machine registers available to the mutator thread or a window into a subset of machine registers allocated to the current function. A portion of address space 101 is dynamically allocable as heap 102. Individual memory objects (e.g., objects 150, 151, 131, 132, 133, 134, 135 and 141) are dynamically allocated from heap 102 and, in the referencing graph of FIG. 1, are currently reachable by a set of pointers including local variable L1, external or outer variable E1, and contents of registers R3 and R6 of register context 120. Register context 120 may include a portion organized as a stack. In some configurations, a register context and frame for a particular function may be combined in a unified storage arrangement.  ['454 Patent, Col. 4, ll. 14-34]<br>• As described above, a root set of pointers at least partially represented in registers or stack locations necessitates some method of tracking of those registers or stack locations containing valid pointers.  ['454 Patent, Col. 4, ll. 49-52]<br>• Therefore, mutator code should include information describing the registers and stack locations, if any, containing pointers at call sites.  ['454 Patent, Col. 4, ll. 61-63]<br>• More generally, structures and functionality presented as hardware in the exemplary embodiment may be implemented as software, firmware, or microcode in alternative embodiments. These and other variations, modifications, additions, and improvements may fall within the scope of the invention as defined in the claims that follow.  ['454 Patent, Col. 16, ll. 38-44]<br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 41 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | Sun's claim construction. |
| | **dynamically-allocated memory** |
| | Sun intends to rely on at least the following evidence in support of its claim construction. |
| | **Intrinsic Evidence:** |
| | • Traditionally, most programming languages have placed responsibility for dynamic allocation and deallocation of memory on the programmer. For example, in the C programming language, memory is allocated from the heap by the malloc procedure (or its variants). Given a pointer variable, p, execution of machine instructions corresponding to the statement p=malloc (sizeof (SomeStruct)) causes pointer variable p to point to newly allocated storage for a memory object of size necessary for representing a SomeStruct data structure. After use, the memory object identified by pointer variable p can be deallocated, or freed, by calling free (p). Pascal and C++ languages provide analogous facilities for explicit allocation and deallocation of memory.  ['454 Patent, Col. 1, ll. 13-26] |
| | • More generally, structures and functionality presented as hardware in the exemplary embodiment may be implemented as software, firmware, or microcode in alternative embodiments. These and other variations, modifications, additions, and improvements may fall within the scope of the invention as defined in the claims that follow.  ['454 Patent, Col. 16, ll. 38-44] |
| | **Extrinsic Evidence:** |
| | • dynamic memory allocation – The allocation of memory to a process or program at run time.  [Microsoft Press Computer Dictionary, 4th Edition, 1999, p. 159 (SUN 026698)] |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 41 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | • Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction.<br><br>**memory reclamation component**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• In such implementations, garbage collection is performed when the "root set" of pointers to dynamically allocated memory locations referenceable by the mutator is available to the garbage collector. A mutator in this state is called "consistent," and one that is not is "inconsistent." ['454 Patent, Col. 1, ll. 63-67]<br>• Typically, a compiler for a garbage-collected language supports the collector by generating code that allocates objects, by describing storage locations that make up the root set, and by describing the layout of objects allocated from the heap. For efficiency, compilers typically generate code that uses registers and/or stack locations provided by a target processor architecture. As a result, execution of compiled code puts pointers in such registers or stack locations. Unfortunately, a mutator running such code is generally inconsistent, because the exact set of registers and/or stack locations containing pointers can change with every instruction. The overhead of exactly maintaining a root set description at each instruction tends to defeat the purpose of using registers and stack locations in the first place. Compilers therefore identify safe points in the code, places in the code where the compiler emits information describing which registers and stack locations contain pointers. When a mutator is suspended at a safe point it is consistent and hence garbage collection can proceed. ['454 Patent, Col. 2, ll. 1-20] |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 41 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | • The saved trap location can then be used by a garbage collector to select the proper map of registers and/or stack locations containing pointers.  ['454 Patent, Col. 8, ll. 30-33]<br>• More generally, structures and functionality presented as hardware in the exemplary embodiment may be implemented as software, firmware, or microcode in alternative embodiments. These and other variations, modifications, additions, and improvements may fall within the scope of the invention as defined in the claims that follow.  ['454 Patent, Col. 16, ll. 38-44]<br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |

| Claim 42 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 42. A method of coordinating garbage collection with execution of a multi-threaded mutator, wherein the garbage collection is performed at safe points in an execution trajectory of the multi-threaded mutator, and wherein potentially inconsistent threads of the multi-threaded mutator are suspended at the safe points to facilitate the garbage collection, the method comprising: | |
| upon a start garbage collection event, encoding an exception triggering value in storage referenced by exception triggering instructions in otherwise unused operation | **exception triggering instruction**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction. |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 42 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| slots of instruction encodings that coincide with the safe points; | **Intrinsic Evidence:**<br>• Fig. 2.<br>• Fig. 3.<br>• Fig. 4.<br>• Fig. 5.<br>• Encoding an exception triggering value in storage referenced by an instruction in an otherwise unused slot (e.g., the delay slot of a delayed control transfer instruction or an unused instruction position in a VLIW-based architecture) coinciding with a safe point provides an efficient coordination mechanism for multi-threaded code. ['454 Patent, Col. 2, ll. 37-42]<br>• FIG. 2 depicts interactions between a global register and two illustrative threads of a mutator, each including an exception triggering instruction in a delay slot of a delayed control transfer instruction in accordance with an exemplary embodiment of the present invention.<br>FIG. 3 depicts a flowchart of operations by illustrative threads of a mutator, a suspension exception and trap handling mechanism, and a collector, all in accordance with an exemplary embodiment of the present invention.<br>FIG. 4 depicts a flowchart of operations by a suspension exception and trap handling mechanism utilizing storage within the context of each potentially inconsistent thread in accordance with an exemplary embodiment of the present invention.<br>FIG. 5 depicts a flowchart of operations by a suspension exception and trap handling mechanism utilizing a global register in accordance with an exemplary embodiment of the present invention. ['454 Patent, Col. 3, ll. 10-27]<br>• For example, in one exemplary embodiment now more completely described, the exception triggering instruction may be encoded in a delay slot of a delayed branch instruction providing the call, return, or backward branch. ['454 Patent, Col. 5, ll. 11-15] |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 42 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | • In the embodiment of FIG. 2, exception triggering instruction 212 references a value (potentially an exception triggering value) from global register G1. ['454 Patent, Col. 6, ll. 5-8]<br>• Normally, i.e., when garbage collection is not pending, global register G1 contains a value that, when referenced by an exception triggering instruction (e.g., 212 or 222), does not trigger an exception or invoke a thread suspension trap handler. On the other hand, when garbage collection is desired or becomes necessary, a trapping value is set in global register GI. Thereafter, when thread 210 encounters an exception triggering instruction referencing the trapping value in global register G1, an exception is triggered and thread suspension trap handler 240 is invoked. After all potentially inconsistent threads are suspended, the value in global register G1 may be reset to a non-triggering value. ['454 Patent, Col. 6, ll. 17-28]<br>• A garbage collected execution environment, such as that implemented by a Java virtual machine, can be configured to set a global register accessible to each mutator thread and referenced by the tagged arithmetic instructions (e.g., global register G1) with a trapping value (e.g., xxx . . . x01 for the TADDccTV instruction) when collection is required or desired and to configure the Trap Table entry (tt=023.sub.16) corresponding to the tag_overflow exception to invoke a thread suspension trap handler.<br>In an exemplary Java virtual machine implemented on a SPARC processor, the Java virtual machine clears, typically on startup or process creation, global register G1 which is referenced by tagged arithmetic instructions placed by a Java compiler into delay slots of control transfer instructions coinciding with safe points in mutator code. In addition and typically on startup or process creation, the Java virtual machine associates thread suspension trap handler 240 with the tag_overflow exception. When garbage collection is desired or necessary, the Java virtual machine sets a tag bit in global register G1. Thereafter, when mutator threads (e.g., threads 210 and 220) encounter safe points (e.g., at backward branches, calls, returns, etc.) execution of the delay slot |

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 7,013,454

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 42 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
|  | tagged arithmetic instructions triggers a tag_overflow exception and invokes thread suspension trap handler 240. Thread suspension trap handler 240, in turn, suspends the trapping mutator thread. Once all mutator threads are suspended, the Java virtual machine can clear the tag bit (or bits) set in global register G1 and can perform garbage collection in accordance with any suitable automatic storage management system implemented thereby.  ['454 Patent, Col. 7, ll. 25-54]<br>• For example, and without limitation, trap instructions referencing a condition code associated with thread context and settable in response to a garbage collection desired or necessary event may be utilized in delay slots to similarly suspend mutator threads at safe points.  ['454 Patent, Col. 9, ll. 4-8]<br>• However, trap instructions rather than tagged arithmetic instructions are encoded in delay slots of the delayed control transfer instructions and a corresponding exception is employed for triggering a thread suspension trap handler.  ['454 Patent, Col. 9, ll. 17-20]<br>• As a thread executes, the trapping value storage is referenced by the trapping delay slot instructions (e.g., tagged arithmetic instructions, trap on condition code instructions, or other instructions selected to trigger an exception). If a trapping value has been set, then suspension exception and trap handling mechanism 340 suspends the trapping thread.  ['454 Patent, Col. 11, ll. 14-20]<br>• Execution of a trapping delay slot instruction 414 referencing the trapping value store causes an exception that is handled by a suspension trap handler (not separately shown) of suspension exception and trap handling mechanism 440 . . . ['454 Patent, Col. 11, ll. 62-66]<br>• When collection is desired or necessary, trapping value store 550 is set with a trapping value. Execution of a trapping delay slot instruction 514 referencing trapping value store 550 causes an exception that is handled by a suspension trap handler (not separately shown) of suspension exception and trap handling mechanism 540, whereupon the trapping thread is suspended.  ['454 Patent, Col. |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 42 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
|  | 12, ll. 20-25] <br> • As before, a trapping instruction can be encoded in a position that coincides with a safe point and, based on a state settable under control of a coordination facility, such as for a garbage collector, the trapping instruction selectively vectors to a thread suspension facility such as a trap handler. <br> In an illustrative variation suitable for processor architectures such as the MAJC.TM. microprocessor architecture, a conditional trap instruction may be employed. For example, in the MAJC architecture, a trap instruction is defined that will trap to a trap handler based on whether or not a bit is set in a processor status register (PSR).  ['454 Patent, Col. 16, ll. 9-20] <br> • More generally, structures and functionality presented as hardware in the exemplary embodiment may be implemented as software, firmware, or microcode in alternative embodiments. These and other variations, modifications, additions, and improvements may fall within the scope of the invention as defined in the claims that follow.  ['454 Patent, Col. 16, ll. 38-44] <br> **Extrinsic Evidence:** <br> • Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. <br><br> **operation slot** <br><br> Sun intends to rely on at least the following evidence in support of its claim construction. <br><br> **Intrinsic Evidence:** <br> • Fig. 2. <br> • Fig. 3. <br> • Fig. 4. |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 42 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | <ul><li>Fig. 5.</li><li>Encoding an exception triggering value in storage referenced by an instruction in an otherwise unused slot (e.g., the delay slot of a delayed control transfer instruction or an unused instruction position in a VLIW-based architecture) coinciding with a safe point provides an efficient coordination mechanism for multi-threaded code.  ['454 Patent, Col. 2, ll. 37-42]</li><li>FIG. 2 depicts interactions between a global register and two illustrative threads of a mutator, each including an exception triggering instruction in a delay slot of a delayed control transfer instruction in accordance with an exemplary embodiment of the present invention.<br>FIG. 3 depicts a flowchart of operations by illustrative threads of a mutator, a suspension exception and trap handling mechanism, and a collector, all in accordance with an exemplary embodiment of the present invention.<br>FIG. 4 depicts a flowchart of operations by a suspension exception and trap handling mechanism utilizing storage within the context of each potentially inconsistent thread in accordance with an exemplary embodiment of the present invention.<br>FIG. 5 depicts a flowchart of operations by a suspension exception and trap handling mechanism utilizing a global register in accordance with an exemplary embodiment of the present invention.  ['454 Patent, Col. 3, ll. 10-27]</li><li>For example, in one exemplary embodiment now more completely described, the exception triggering instruction may be encoded in a delay slot of a delayed branch instruction providing the call, return, or backward branch.  ['454 Patent, Col. 5, ll. 11-15]</li><li>Exception triggering instructions are encoded in delay slots of the delayed control transfer instructions.  ['454 Patent, Col. 5, ll. 22-23]</li><li>Focusing illustratively on an exemplary embodiment in accordance with the present invention, safe points are defined at call sites, return sites and backward branches and exception triggering instructions are encoded in delay slots of</li></ul> |

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 7,013,454

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 42 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | delayed branch instructions providing a call, return, or backward branch for potentially inconsistent threads of a mutator computation.  ['454 Patent, Col. 5, ll. 60-66] |
| | • The instruction following a delayed control transfer instruction is said to be in the delay slot of the control transfer instruction and is executed (unless the control transfer instruction annuls it) before control is transferred to the target instruction.  ['454 Patent, Col. 6, ll. 55-59] |
| | • Similarly, while delay slots of delayed control transfer instructions provide one suitable implementation, more generally, other unused instruction positions may be exploited in other implementations. For example, in variations adapted for very long instruction word-type (VLIW) architectures or more generally for processor architectures that explicitly encode instruction level parallelism, unused horizontally-encoded instruction positions may be similarly employed. As a general matter, in such explicitly parallel exploitations, a trapping instruction can be encoded as an operation executable in parallel with one or more operations that coincide with a safe point. In general, the technique may be somewhat more flexible in processor architectures that explicitly encode instruction level parallelism since suitable unused instruction positions do not presuppose a delayed control transfer instruction or delay slot. Persons of ordinary skill in the art will appreciate suitable adaptation of techniques described herein for exploitation in such processor architectures.  ['454 Patent, Col. 15, l. 58 – Col. 16, l. 9] |
| | • In an illustrative variation suitable for processor architectures such as the MAJC.TM. microprocessor architecture, a conditional trap instruction may be employed. For example, in the MAJC architecture, a trap instruction is defined that will trap to a trap handler based on whether or not a bit is set in a processor status register (PSR). Accordingly, in an exemplary MAJC architecture exploitation, a trap instruction is used in place of a tagged arithmetic instruction and a PSR bit (e.g., PSR. tce) may be employed in place of a global register. As before, a mutator includes an instance of a trapping instruction (namely an |

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 7,013,454

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 42 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | instance of the trap instruction) in a position coinciding with a safe point (e.g., in an otherwise unused VLIW position or slot). An execution environment that attempts to coordinate operation of multiple threads (e.g., for garbage collection) encodes an exception triggering value in an appropriate location. MAJC is a trademark of Sun Microsystems, Inc. in the United States and other countries. Based on the techniques described herein, persons of ordinary skill in the art will appreciate exploitations suitable for a wide variety of processor architectures including pipelined, VLIW, single instruction multiple data (SIMD), multiple instruction multiple data (MIMD), and explicitly parallel instruction processor architectures. More generally, structures and functionality presented as hardware in the exemplary embodiment may be implemented as software, firmware, or microcode in alternative embodiments. These and other variations, modifications, additions, and improvements may fall within the scope of the invention as defined in the claims that follow.  ['454 Patent, Col. 16, ll. 15-44] <br><br> **Extrinsic Evidence:** <br> • Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. <br><br> **unused operation slot** <br><br> Sun intends to rely on at least the following evidence in support of its claim construction. <br><br> **Intrinsic Evidence:** <br> • Fig. 2. <br> • Fig. 3. <br> • Fig. 4. <br> • Fig. 5. |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 42 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | • Encoding an exception triggering value in storage referenced by an instruction in an otherwise unused slot (e.g., the delay slot of a delayed control transfer instruction or an unused instruction position in a VLIW-based architecture) coinciding with a safe point provides an efficient coordination mechanism for multi-threaded code.  ['454 Patent, Col. 2, ll. 37-42]<br>• FIG. 2 depicts interactions between a global register and two illustrative threads of a mutator, each including an exception triggering instruction in a delay slot of a delayed control transfer instruction in accordance with an exemplary embodiment of the present invention.<br>FIG. 3 depicts a flowchart of operations by illustrative threads of a mutator, a suspension exception and trap handling mechanism, and a collector, all in accordance with an exemplary embodiment of the present invention.<br>FIG. 4 depicts a flowchart of operations by a suspension exception and trap handling mechanism utilizing storage within the context of each potentially inconsistent thread in accordance with an exemplary embodiment of the present invention.<br>FIG. 5 depicts a flowchart of operations by a suspension exception and trap handling mechanism utilizing a global register in accordance with an exemplary embodiment of the present invention.  ['454 Patent, Col. 3, ll. 10-27]<br>• For example, in one exemplary embodiment now more completely described, the exception triggering instruction may be encoded in a delay slot of a delayed branch instruction providing the call, return, or backward branch.  ['454 Patent, Col. 5, ll. 11-15]<br>• Exception triggering instructions are encoded in delay slots of the delayed control transfer instructions.  ['454 Patent, Col. 5, ll. 22-23]<br>• Focusing illustratively on an exemplary embodiment in accordance with the present invention, safe points are defined at call sites, return sites and backward branches and exception triggering instructions are encoded in delay slots of delayed branch instructions providing a call, return, or backward branch for |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 42 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | potentially inconsistent threads of a mutator computation.  ['454 Patent, Col. 5, ll. 60-66] |
| | • The instruction following a delayed control transfer instruction is said to be in the delay slot of the control transfer instruction and is executed (unless the control transfer instruction annuls it) before control is transferred to the target instruction.  ['454 Patent, Col. 6, ll. 55-59] |
| | • Similarly, while delay slots of delayed control transfer instructions provide one suitable implementation, more generally, other unused instruction positions may be exploited in other implementations. For example, in variations adapted for very long instruction word-type (VLIW) architectures or more generally for processor architectures that explicitly encode instruction level parallelism, unused horizontally-encoded instruction positions may be similarly employed. As a general matter, in such explicitly parallel exploitations, a trapping instruction can be encoded as an operation executable in parallel with one or more operations that coincide with a safe point. In general, the technique may be somewhat more flexible in processor architectures that explicitly encode instruction level parallelism since suitable unused instruction positions do not presuppose a delayed control transfer instruction or delay slot. Persons of ordinary skill in the art will appreciate suitable adaptation of techniques described herein for exploitation in such processor architectures.  ['454 Patent, Col. 15, l. 58 – Col. 16, l. 9] |
| | • In an illustrative variation suitable for processor architectures such as the MAJC.TM. microprocessor architecture, a conditional trap instruction may be employed. For example, in the MAJC architecture, a trap instruction is defined that will trap to a trap handler based on whether or not a bit is set in a processor status register (PSR). Accordingly, in an exemplary MAJC architecture exploitation, a trap instruction is used in place of a tagged arithmetic instruction and a PSR bit (e.g., PSR. tce) may be employed in place of a global register. As before, a mutator includes an instance of a trapping instruction (namely an instance of the trap instruction) in a position coinciding with a safe point (e.g., in |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 42 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
|  | an otherwise unused VLIW position or slot). An execution environment that attempts to coordinate operation of multiple threads (e.g., for garbage collection) encodes an exception triggering value in an appropriate location. MAJC is a trademark of Sun Microsystems, Inc. in the United States and other countries. Based on the techniques described herein, persons of ordinary skill in the art will appreciate exploitations suitable for a wide variety of processor architectures including pipelined, VLIW, single instruction multiple data (SIMD), multiple instruction multiple data (MIMD), and explicitly parallel instruction processor architectures. More generally, structures and functionality presented as hardware in the exemplary embodiment may be implemented as software, firmware, or microcode in alternative embodiments. These and other variations, modifications, additions, and improvements may fall within the scope of the invention as defined in the claims that follow.  ['454 Patent, Col. 16, ll. 15-44]<br><br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction.<br><br>**otherwise unused operation slot**<br><br> Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Fig. 2.<br>• Fig. 3.<br>• Fig. 4.<br>• Fig. 5.<br>• Encoding an exception triggering value in storage referenced by an instruction in |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 42 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | an otherwise unused slot (e.g., the delay slot of a delayed control transfer instruction or an unused instruction position in a VLIW-based architecture) coinciding with a safe point provides an efficient coordination mechanism for multi-threaded code.  ['454 Patent, Col. 2, ll. 37-42] |
| | • FIG. 2 depicts interactions between a global register and two illustrative threads of a mutator, each including an exception triggering instruction in a delay slot of a delayed control transfer instruction in accordance with an exemplary embodiment of the present invention. |
| | FIG. 3 depicts a flowchart of operations by illustrative threads of a mutator, a suspension exception and trap handling mechanism, and a collector, all in accordance with an exemplary embodiment of the present invention. |
| | FIG. 4 depicts a flowchart of operations by a suspension exception and trap handling mechanism utilizing storage within the context of each potentially inconsistent thread in accordance with an exemplary embodiment of the present invention. |
| | FIG. 5 depicts a flowchart of operations by a suspension exception and trap handling mechanism utilizing a global register in accordance with an exemplary embodiment of the present invention.  ['454 Patent, Col. 3, ll. 10-27] |
| | • For example, in one exemplary embodiment now more completely described, the exception triggering instruction may be encoded in a delay slot of a delayed branch instruction providing the call, return, or backward branch.  ['454 Patent, Col. 5, ll. 11-15] |
| | • Exception triggering instructions are encoded in delay slots of the delayed control transfer instructions.  ['454 Patent, Col. 5, ll. 22-23] |
| | • Focusing illustratively on an exemplary embodiment in accordance with the present invention, safe points are defined at call sites, return sites and backward branches and exception triggering instructions are encoded in delay slots of delayed branch instructions providing a call, return, or backward branch for potentially inconsistent threads of a mutator computation.  ['454 Patent, Col. 5, |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 42 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | ll. 60-66] |
| | • The instruction following a delayed control transfer instruction is said to be in the delay slot of the control transfer instruction and is executed (unless the control transfer instruction annuls it) before control is transferred to the target instruction.  ['454 Patent, Col. 6, ll. 55-59] |
| | • Similarly, while delay slots of delayed control transfer instructions provide one suitable implementation, more generally, other unused instruction positions may be exploited in other implementations. For example, in variations adapted for very long instruction word-type (VLIW) architectures or more generally for processor architectures that explicitly encode instruction level parallelism, unused horizontally-encoded instruction positions may be similarly employed. As a general matter, in such explicitly parallel exploitations, a trapping instruction can be encoded as an operation executable in parallel with one or more operations that coincide with a safe point. In general, the technique may be somewhat more flexible in processor architectures that explicitly encode instruction level parallelism since suitable unused instruction positions do not presuppose a delayed control transfer instruction or delay slot. Persons of ordinary skill in the art will appreciate suitable adaptation of techniques described herein for exploitation in such processor architectures.  ['454 Patent, Col. 15, l. 58 – Col. 16, l. 9] |
| | • In an illustrative variation suitable for processor architectures such as the MAJC.TM. microprocessor architecture, a conditional trap instruction may be employed. For example, in the MAJC architecture, a trap instruction is defined that will trap to a trap handler based on whether or not a bit is set in a processor status register (PSR). Accordingly, in an exemplary MAJC architecture exploitation, a trap instruction is used in place of a tagged arithmetic instruction and a PSR bit (e.g., PSR. tce) may be employed in place of a global register. As before, a mutator includes an instance of a trapping instruction (namely an instance of the trap instruction) in a position coinciding with a safe point (e.g., in an otherwise unused VLIW position or slot). An execution environment that |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 42 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | attempts to coordinate operation of multiple threads (e.g., for garbage collection) encodes an exception triggering value in an appropriate location. MAJC is a trademark of Sun Microsystems, Inc. in the United States and other countries. Based on the techniques described herein, persons of ordinary skill in the art will appreciate exploitations suitable for a wide variety of processor architectures including pipelined, VLIW, single instruction multiple data (SIMD), multiple instruction multiple data (MIMD), and explicitly parallel instruction processor architectures. More generally, structures and functionality presented as hardware in the exemplary embodiment may be implemented as software, firmware, or microcode in alternative embodiments. These and other variations, modifications, additions, and improvements may fall within the scope of the invention as defined in the claims that follow.  ['454 Patent, Col. 16, ll. 15-44]<br><br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |
| thereafter, upon execution of the exception triggering instructions, suspending the corresponding one of the threads; and | |
| performing the garbage collection after each of the threads is suspended. | |

| Claim 44 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 44. A method, as recited in claim 42, wherein each of the threads is consistent when suspended at its corresponding safe point. | |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 45 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 45. A method, as recited in claim 42, wherein the multi-threaded mutator is prepared such that dynamically allocated storage locations reachable by a particular of the threads are identifiable at the safe point thereof. | **the multi-threaded mutator is prepared**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Fig. 6.<br>• Typically, a compiler for a garbage-collected language supports the collector by generating code that allocates objects, by describing storage locations that make up the root set, and by describing the layout of objects allocated from the heap. ['454 Patent, Col. 2, ll. 1-5]<br>• Compilers therefore identify safe points in the code, places in the code where the compiler emits information describing which registers and stack locations contain pointers. When a mutator is suspended at a safe point it is consistent and hence garbage collection can proceed.  ['454 Patent, Col. 2, ll. 15-20]<br>• FIG. 6 depicts a flowchart illustrating preparation by a compiler of mutator object code (including data layout descriptions at safe points and exception triggering instructions) and interaction of such code, collector code and suspension trap handler code with root set storage (including data registers and heap storage) and suspension triggering value storage, all in accordance with an exemplary embodiment of the present invention.  ['454 Patent, Col. 3, ll. 29-35]<br>• A variety of execution environments and mutator code instruction selections have been described herein. FIG. 6 depicts a flowchart illustrating preparation by a compiler of mutator object code and interaction of such code, collector code and suspension trap handler code with root set storage and trapping value storage 690, in accordance with various exemplary embodiments of the present invention. Compiler 610 is illustrative of functions performed by mutator code |

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 7,013,454

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 45 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | *preparation facilities including traditional batch mode compiler implementations as well as just-in-time (JIT) compiler implementations, though JIT compiler implementations may omit some functions, such as lexical analysis, and also include a tighter coupling with actual execution of compiled code. Other mutator code preparation facilities, including other compilers, may implement differing sets and/or sequences of operations while still providing mutator code with thread suspension facilities in accordance with the various embodiments described herein.* |
| | *In any case, compiler 610 (as an exemplary mutator code preparation facility) takes a source language encoding 620 of mutator process instructions (e.g., Java language statements, "C" or "C++" source code, etc.) and performs operations to generate executable mutator code 630 (e.g., SPARC machine code, other processor object code, Java virtual machine bytecodes, etc.).* ['454 Patent, Col. 12, ll. 37-61] |
| | • As described above, compiler 610 emits information descriptive of those registers 680, heap 670 storage locations and/or, in some embodiments, stack locations (not shown) containing live pointers at safe points in mutator code 630, such that collector code 640 can ascertain the root set of pointers. ['454 Patent, Col. 13, ll. 4-9] |
| | • Col. 14, ll. 26-65. |
| | • …where, for example, the stack map corresponding to a sparcPC value of 100 indicates that output register 0 (%o0), local register 2 (%l2), and input registers 0, 1 and 3 (%i0 %i1 %i3) contain pointers and where the information encoded in the sparcPC indexed stack maps is particular to a SPARC processor embodiment of a Java virtual machine. ['454 Patent, Col. 15, ll. 1-6] |
| | • More generally, structures and functionality presented as hardware in the exemplary embodiment may be implemented as software, firmware, or microcode in alternative embodiments. These and other variations, modifications, additions, and improvements may fall within the scope of the |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 45 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | invention as defined in the claims that follow.  ['454 Patent, Col. 16, ll. 38-44] |

**Extrinsic Evidence:**
- Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction.

**dynamically allocated storage locations**

Sun intends to rely on at least the following evidence in support of its claim construction.

**Intrinsic Evidence:**
- Traditionally, most programming languages have placed responsibility for dynamic allocation and deallocation of memory on the programmer. For example, in the C programming language, memory is allocated from the heap by the malloc procedure (or its variants). Given a pointer variable, p, execution of machine instructions corresponding to the statement p=malloc (sizeof (SomeStruct)) causes pointer variable p to point to newly allocated storage for a memory object of size necessary for representing a SomeStruct data structure. After use, the memory object identified by pointer variable p can be deallocated, or freed, by calling free (p). Pascal and C++ languages provide analogous facilities for explicit allocation and deallocation of memory.  ['454 Patent, Col. 1, ll. 13-26]
- More generally, structures and functionality presented as hardware in the exemplary embodiment may be implemented as software, firmware, or microcode in alternative embodiments. These and other variations, modifications, additions, and improvements may fall within the scope of the invention as defined in the claims that follow.  ['454 Patent, Col. 16, ll. 38-44]

**Extrinsic Evidence:**

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 45 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | • dynamic memory allocation – The allocation of memory to a process or program at run time.  [Microsoft Press Computer Dictionary, 4th Edition, 1999, p. 159 (SUN 026698)]<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |

| Claim 46 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| 46. A method, as recited in claim 42, wherein the multi-threaded mutator is compiled and includes storage maps emitted by a compiler, the storage maps identifying dynamically allocated storage locations reachable by the multi-threaded mutator at the safe points. | **the multi-threaded mutator is compiled**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Fig. 6.<br>• Typically, a compiler for a garbage-collected language supports the collector by generating code that allocates objects, by describing storage locations that make up the root set, and by describing the layout of objects allocated from the heap.  ['454 Patent, Col. 2, ll. 1-5]<br>• Compilers therefore identify safe points in the code, places in the code where the compiler emits information describing which registers and stack locations contain pointers. When a mutator is suspended at a safe point it is consistent and hence garbage collection can proceed.  ['454 Patent, Col. 2, ll. 15-20]<br>• FIG. 6 depicts a flowchart illustrating preparation by a compiler of mutator object code (including data layout descriptions at safe points and exception triggering instructions) and interaction of such code, collector code and suspension trap handler code with root set storage (including data registers and |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 46 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | heap storage) and suspension triggering value storage, all in accordance with an exemplary embodiment of the present invention.  ['454 Patent, Col. 3, ll. 29-35] <br> • A variety of execution environments and mutator code instruction selections have been described herein. FIG. 6 depicts a flowchart illustrating preparation by a compiler of mutator object code and interaction of such code, collector code and suspension trap handler code with root set storage and trapping value storage 690, in accordance with various exemplary embodiments of the present invention. Compiler 610 is illustrative of functions performed by mutator code preparation facilities including traditional batch mode compiler implementations as well as just-in-time (JIT) compiler implementations, though JIT compiler implementations may omit some functions, such as lexical analysis, and also include a tighter coupling with actual execution of compiled code. Other mutator code preparation facilities, including other compilers, may implement differing sets and/or sequences of operations while still providing mutator code with thread suspension facilities in accordance with the various embodiments described herein. <br> In any case, compiler 610 (as an exemplary mutator code preparation facility) takes a source language encoding 620 of mutator process instructions (e.g., Java language statements, "C" or "C++" source code, etc.) and performs operations to generate executable mutator code 630 (e.g., SPARC machine code, other processor object code, Java virtual machine bytecodes, etc.).  ['454 Patent, Col. 12, ll. 37-61] <br> • As described above, compiler 610 emits information descriptive of those registers 680, heap 670 storage locations and/or, in some embodiments, stack locations (not shown) containing live pointers at safe points in mutator code 630, such that collector code 640 can ascertain the root set of pointers.  ['454 Patent, Col. 13, ll. 4-9] <br> • Col. 14, ll. 26-65. <br> • …where, for example, the stack map corresponding to a sparcPC value of 100 |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 46 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
|  | indicates that output register 0 (%o0), local register 2 (%l2), and input registers 0, 1 and 3 (%i0 %i1 %i3) contain pointers and where the information encoded in the sparcPC indexed stack maps is particular to a SPARC processor embodiment of a Java virtual machine.  ['454 Patent, Col. 15, ll. 1-6]<br>• More generally, structures and functionality presented as hardware in the exemplary embodiment may be implemented as software, firmware, or microcode in alternative embodiments. These and other variations, modifications, additions, and improvements may fall within the scope of the invention as defined in the claims that follow.  ['454 Patent, Col. 16, ll. 38-44]<br>**Extrinsic Evidence:**<br>• Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction.<br><br>**storage maps**<br><br>Sun intends to rely on at least the following evidence in support of its claim construction.<br><br>**Intrinsic Evidence:**<br>• Fig. 6.<br>• Typically, a compiler for a garbage-collected language supports the collector by generating code that allocates objects, by describing storage locations that make up the root set, and by describing the layout of objects allocated from the heap. ['454 Patent, Col. 2, ll. 1-5]<br>• Compilers therefore identify safe points in the code, places in the code where the compiler emits information describing which registers and stack locations contain pointers. When a mutator is suspended at a safe point it is consistent and hence garbage collection can proceed.  ['454 Patent, Col. 2, ll. 15-20] |

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 46 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|---|---|
| | • FIG. 6 depicts a flowchart illustrating preparation by a compiler of mutator object code (including data layout descriptions at safe points and exception triggering instructions) and interaction of such code, collector code and suspension trap handler code with root set storage (including data registers and heap storage) and suspension triggering value storage, all in accordance with an exemplary embodiment of the present invention.  ['454 Patent, Col. 3, ll. 29-35] <br><br> • The saved trap location can then be used by a garbage collector to select the proper map of registers and/or stack locations containing pointers.  ['454 Patent, Col. 8, ll. 30-33] <br><br> • As described above, compiler 610 emits information descriptive of those registers 680, heap 670 storage locations and/or, in some embodiments, stack locations (not shown) containing live pointers at safe points in mutator code 630, such that collector code 640 can ascertain the root set of pointers.  ['454 Patent, Col. 13, ll. 4-9] <br><br> • Col. 14, ll. 26-65. <br><br> • …where, for example, the stack map corresponding to a sparcPC value of 100 indicates that output register 0 (%o0), local register 2 (%l2), and input registers 0, 1 and 3 (%i0 %i1 %i3) contain pointers and where the information encoded in the sparcPC indexed stack maps is particular to a SPARC processor embodiment of a Java virtual machine.  ['454 Patent, Col. 15, ll. 1-6] <br><br> • More generally, structures and functionality presented as hardware in the exemplary embodiment may be implemented as software, firmware, or microcode in alternative embodiments. These and other variations, modifications, additions, and improvements may fall within the scope of the invention as defined in the claims that follow.  ['454 Patent, Col. 16, ll. 38-44] <br><br> **Extrinsic Evidence:** <br><br> • Sun reserves the right to rely on expert testimony to rebut expert testimony offered by Azul in support of its proposed claim construction and to support Sun's claim construction. |

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 7,013,454

**Exhibit F-3**
**Defendant Sun's Intrinsic and Extrinsic Evidence for U.S. Patent No. 7,013,454**

| Claim 46 | Sun's Intrinsic and Extrinsic Evidence in support of Claim Construction |
|----------|------------------------------------------------------------------------|
|          |                                                                        |

Defendant Sun's Intrinsic and Extrinsic Evidence
U.S. Patent No. 7,013,454

# EXHIBIT G

<center>**Curriculum Vitae**

**William J. Dally**</center>

Computer Systems Laboratory
Stanford University
Stanford, California 94305-9030

1068 Vernier Place
Stanford, California 94305

## Education:

| California Institute of Technology | Ph.D. | Computer Science | 1986 |
| Stanford University | MS. | Electrical Engineering | 1981 |
| Virginia Polytechnic Institute | BS. | Electrical Engineering | 1980 |

## Experience:

**Stanford University,**
Willard R. and Inez Kerr Bell Professor of Engineering *2004-present*
Professor *9/97-present*
I direct a research group that develops digital system architecture and design technology and teach courses on computer architecture, digital systems engineering,and VLSI. Our Imagine project has introduced the concepts of stream processing and partitioned register organization to achieve performance (20GFLOPS on a single chip) comparable to special purpose processors but with the flexibility of a programmable engine. Over the years, we have developed most of the architecture used in modern interconnection networks including wire-efficient topologies, wormhole routing, virtual channel flow control, express channels, and pipelined router organization. Most recently we have developed flit-reservation flow control, which gives dynamic routers an efficiency approaching that of static routing, speculative router organization, that substantially reduces router latency, and a pipelined router model, that facilitates accurate network performance prediction. Our work on high-speed signaling has pioneered simultaneous bi-directional signaling, equalized high-speed links, and low-power high-density signaling methods. I co-founded Velio Communications, Inc. to apply these signaling technologies to emerging communications applications.

**Massachusetts Institute of Technology,**
Professor *7/96-9/97*, Associate Professor *7/89-6/96*, Assistant Professor *7/86-6/89*.
Before coming to Stanford in 1997, I directed a research group at MIT that developed multicomputer hardware and software and taught courses on computer architecture, concurrent computing, and VLSI. Our M-Machine project demonstrated methods to push single-processor performance beyond the limits of superscalar architectures by combining several ALU clusters on a chip with processor coupled control and register-based communication and synchronization. Our J-Machine project, introduced the concept of *message-driven* computing, and of providing *mechanisms* that can support many parallel models of computation. Its message-driven processor provides general purpose mechanisms for communication that reduce message handling overhead by two orders of magnitude enabling the execution of fine-grain concurrent programs. Several 1024-processor J-Machines were constructed and deployed and supported programming models including shared memory, dataflow, and message passing. Also at MIT we developed technology for constructing fast direct interconnection networks and demonstrated these ideas in several prototype routing chips. Our routing chips have also served as a vehicle to demonstrate novel circuit techniques for signalling and synchronization. We developed a concurrent programming system (compiler and operating system) incorporating distributed objects, a construct that can be used to construct abstractions for concurrency.

**California Institute of Technology,** Research Assistant, Research Fellow, *6/83-7/86*.
My Ph.D. thesis developed concurrent data structures. In the area of architecture, I developed a method for performing deadlock-free routing in arbitrary interconnection networks, showed the advantages of low-dimensional mesh networks, and built the Torus Routing Chip to demonstrate these technologies. In the VLSI area, I developed the MOSSIM Simulation Engine, a special purpose processor for switch-level simulation of VLSI circuits.

## Research Statement:

My specialty is VLSI architecture: developing methods of applying VLSI technology to solve information processing problems. For the past 20 years, my work has focused on solving problems of communication in digital systems. I have developed interconnection networks for parallel computer systems and network routers and processor architectures that achieve high performance by breaking communication bottlenecks. The mechanism-based architectures for parallel computers that I pioneered reduce the overhead of communication and synchronization.

My approach is to start with a sound theory and to carry an idea through to a working prototype system. Only by physically realizing a system are many of the truly hard problems exposed and solved. Chips and systems I have built include: the Mossim Simulation Engine, the Torus Routing Chip, the MARS Accelerator, the Message-Driven Processor, the J-Machine, the Reliable Router, the M-Machine, and Imagine.

My work on multicomputer interconnection networks has led to networks that approach physical and information theoretic bounds on performance. The methods I introduced to design and analyze these networks are now widely used. My group has developed and analyzed topologies ($k$-ary $n$-cubes and express cubes), flow control methods (wormhole routing, virtual channels, speculative, and flit-reservation), deadlock avoidance methods, router architectures, modeling methods, and adaptive routing algorithms. We have demonstrated these technologies in several prototype routing chips. I have worked with Intel and Cray Research to apply this technology to commercial parallel computers and with Avici Systems to develop Internet routers using these interconnection networks.

Since the early 1990s my group has been developing processor architectures that eliminate the bottlenecks of global communication. This work is becoming increasingly important as VLSI chips become interconnect limited. Our Imagine project introduced a stream programming model to expose locality in applications, a distributed register organization to eliminate implicit global communication, and a three-level register hierarchy to exploit producer-consumer locality. The result is a single chip with a peak performance of 20GFLOPS that sustains over 10GFLOPS on key applications. By exposing and exploiting locality Imagine reduces the memory bandwidth demands of these applications by more than an order of magnitude. Our M-Machine project pioneered clustered ALU organization to reduce global communication and processor coupling to allow multiple ALUs to exploit both thread-level and instruction-level parallelism. To allow threads to rapidly context switch the M-Machine incorporates a fast method for capability based addressing - a long standing problem in computer systems.

We have pioneered the development of parallel computers based on mechanisms for communication, synchronization, and naming that are independent of any one programming model. This approach, which we first reported in 1988, is now common in the parallel architecture community. To demonstrate this approach, we collaborated with Intel Corp. to build a message-driven processor (MDP) that contains a processor, memory, network interface, and router. The MDP's mechanisms reduce the overhead of parallel operations such as message send by two orders of magnitude. The J-Machine, a fine-grain concurrent computer constructed from MDPs, has been operational since June 1991. Two 1024-processor J-Machines as well as several "small" 64-processor machines were built and used by researchers around the world. Mechanisms pioneered in the J-Machine can be found in many machines including the Cray T3D, Cray T3E, and the Stanford FLASH project.

In building our prototype chips and systems, my group has developed a great deal of circuit and design technology. In particular we have developed efficient semi-custom VLSI design methods, fast synchronizers, and high-speed (5Gb/s) signaling technology. We pioneered simultaneous bi-directional signaling, equalized high-speed signaling, and dense, low-power high-speed I/O designs. I co-founded Velio Communications, Inc. to apply this high-speed signaling technology to emerging communications markets.

My teaching reflects my vertically integrated view of computer systems design. I have taught courses ranging from circuits through logic and architecture to software systems. I have written a book and developed a course to introduce system-level electrical design to the computer engineering curriculum at MIT, Stanford, and elsewhere. My former Ph.D. students have done well in both academic and industrial sectors.

**Honors:**
IEEE IPDS Charles Babbage Award, 2006
IEEE Seymour Cray Award, 2004
Willard R. and Inez Kerr Bell Professor of Engineering, 2004
ACM Fellow, 2002
IEEE Fellow, 2001
ACM Maurice Wilkes Award, 2000
IEEE Meritorious Service Award, 1990, 1998
NSF Presidential Young Investigator, 1987.
ITT Career Development Assistant Professor of EECS at MIT, 1987-1989
Winner of the Clauser Prize for the outstanding Ph.D. dissertation at Caltech in 1986.


**Memberships:**
Tau Beta Pi, Eta Kappa Nu, Phi Kappa Phi, IEEE (Senior Member), ACM.


**Personal:**
happily married with three children,
excellent health,
United States Citizen,
hobbies: auto racing, flying (commercial instrument pilot), cycling, backpacking, skiing

## Publications:

### Books:

1. William J. Dally and Brian Towles *Principles and Practices of Interconnection Networks*, Morgan Kaufmann, 2004.

2. William J. Dally and John Poulton, *Digital Systems Engineering,* Cambridge University Press, 1998.

3. William J. Dally, *A VLSI Architecture for Concurrent Data Structures*, Kluwer Academic Publishers, 1987.

### Videos:

4. William J. Dally, *"Parallel Processing, Architecture and Directions,"* IEEE Computer Society Press, 1989.

### Journal Articles and Book Chapters:

5. Jung Ho Ahn and William J. Dally, "Data Parallel Address Architecture," *Computer Architecture Letters,* Volume 4, October 2005.

6. A. K. Gupta and W. J. Dally, "Topology Optimization of Interconnection Networks," *Computer Architecture Letters*, 2005.

7. Patrick Chiang, William J. Dally, Ming-Ju Edward Lee, Ramesh Senthinathan, Yangjin Oh, and Mark Horowitz. "A 20Gb/s 0.13um CMOS Serial Link Transmitter Using an LC-PLL to Directly Drive the Output Multiplexer," *IEEE Journal of Solid State Circuits,* Vol. 4, No. 4, April 2005, pp. 1004-1011.

8. A. Singh, W. J. Dally. "Buffer and Delay Bounds in High Radix Interconnection Networks," *Computer Architecture Letters*, Volume 3, Dec. 2004

9. Farjad-Rad, R., Nguyen, A., Tran, J.M., Greer, T., Poulton, J., Dally, W.J., Edmondson, J.H., Senthinathan, R., Rathi, R., Lee, M.-J.E., Hiok-Tiaq Ng, "A 33-mW 8-Gb/s CMOS clock multiplier and CDR for highly integrated I/Os," *IEEE Journal of Solid State Circuits (JSSC)*, Vol 39, No 9, Sept. 2004, pp.1553 - 1561.

10. Dally, William J., Kapasi, Ujval J., Khailany, Brucek, Ahn, Jung Ho, and Das, Abhishek, "Stream Processors: Programmability with Efficiency," *ACM Queue*, Vol 2, No 1, March 2004, pp. 52-62.

11. Singh, Arjun, Dally, William J., Towles, Brian, and Gupta, Amit K., "Globally Adaptive Load-Balanced Routing on Tori," *IEEE Computer Architecture Letters*, Volume 3, March 2004.

12. Hiok-Tiaq Ng, Farjad-Rad, R., Lee, M.-J.E., Dally, W.J., Greer, T., Poulton, J., Edmondson, J.H., Rathi, R., Senthinathan, R., "A second-order semidigital clock recovery circuit based on injection locking", *IEEE Journal of Solid State Circuits (JSSC)* Vol 38, No 12, Dec 2003, pp. 2101 - 2110.

13. Kapasi, Ujval, J., Rixner, Scott, Dally, William J., Kahailany, Brucek, Ahn, Jung Ho, Mattson, Peter, Owens, John D., "Programmable Stream Processors," *IEEE Computer*, August, 2003, pages 54-62.

14. Towles, Brian and Dally, William J., "Guaranteed Scheduling for Switches with Configuration Overhead", *IEEE Transactions on Networking*, Vol 11, No 5, October 2003, pp. 835-847.

15. Lee, M.-J. Edward, Dally, William J., Greer, Trey, Ng, Hiok-Tiaq, Farjad-Rad, Ramin, Poulton, John, Senthinathan, Ramesh. "Jitter transfer characteristics of delay-locked loops - theories and design techniques", *IEEE Journal of Solid-State Circuits*, Vol 38, No 4, April, 2003, pp. 614-621.

16. Farjad-rad, Ramin, Dally, William, Ng, Hoik-Tiaq, Senthinathan, Ramesh, Poulton, John, Lee, Edward, Rathi, Rohit, "A Low-Power Multiplying DLL for Low-jitter Multigigahertz Clock Generation in Highly-Integrated Data Communication Chips," *IEEE Journal of Solid State Circuits,* Vol 37, No 12, December, 2002, pp. 1804-1812.

17. Shaw, Kelly A., and Dally William J., "Migration in Single Chip Multiprocessors." *Computer Architecture Letters,* Volume 1, Nov. 2002.

18. Chang, Andrew., Dally, William J., Chinnery, David., Keutzer, Kurt.., and Zlatanovici, Radu, "High-Speed Logic, Libraries, and Layout", Chapter 4 in *Closing the Gap Between ASIC and Custom* KAP, May 2002. pp. 101-144.

19. Chang, Andrew and Dally, William J., "Exploiting Structure and Managing Wires to Increase Density and Performance", Chapter 11 in *Closing the Gap Between ASIC and Custom* KAP, May 2002. pp. 269-288

20. Towles, Brian and Dally, William J., "Worst-case Traffic for Oblivious Routing Functions", *Computer Architecture Letters,* Vol. 1, Feb. 2002.

21. Peh, Li-Shiuan and Dally, William J., "A Delay Model for Router Micro-architectures," *IEEE Micro Magazine,* Jan/Feb 2001, pp. 26-34.

22. Khailany, Brucek, Dally, William J., Rixner, Scott, Kapasi, Ujval J., Mattson, Peter, Namkoong, Jin, Owens, John D., and Towles, Brian. "Imagine: Signal and Image Processing Using Streams," *IEEE Micro Magazine,* Mar/Apr 2001, pp. 35-46.

23. Ming-Ju Edward Lee, William J. Dally, and Patrick Chiang, "Low-Power, Area-Efficient, High-Speed I/O Circuit Techniques," *IEEE Journal of Solid State Circuits,* November 2000, pp. 1591-1599.

24. Stephen W. Keckler, Andrew Chang, Whay S. Lee, Sandeep Chatterjee, and William J. Dally, "Concurrent Event Handling Through Multithreading", *IEEE Transactions on Computers,* Vol. 48, No. 9, November 1999, pp. 903-916.

25. Whay Sing Lee, William J. Dally, Stephen W. Keckler, Nicholas P. Carter, Andrew Chang, "Efficient, Protected Message Interface in the MIT M-Machine", *IEEE Computer,* November 1998, pp. 69-75.

26. William J. Dally, Andrew Chang, Andrew Chien, Stuart Fiske, Waldemar Horwat, John Keen, Richard Lethin, Michael Noakes, Peter Nuth, Ellen Spertus, Deborah Wallach, and D. Scott Wills, "The J-Machine," in *25 Years of the International Symposium on Computer Architecture: Selected Papers,* Gurindar Sohi ed., pp. 54-58, 1998.

27. John Poulton, William J. Dally, and Steve Tell, "A Tracking Clock-Recovery Receiver for 4Gbps Signaling," *IEEE Micro,* Vol. 18, No. 1, Jan-Feb 1998, pp. 25-26.

28. Marco Fillo, Stephen W. Keckler, William J. Dally, Nicholas P. Carter, Andrew Chang, Yevgeny Gurevich, and Whay S. Lee, "The M-Machine Multicomputer," *International Journal of Parallel Processing,* Vol. 25, No. 3, June 1997, pp. 183-213.

29. John Keen and William J. Dally, "Extended Ephemeral Logging: Log Storage management for Applications with Long Lived Transactions," *ACM Transactions on Database Systems,* Volume 22, Number 1, March 1997, pp. 1-42.

30. William J. Dally and John Poulton, "Transmiter Equalization for 4Gbps Signalling," *IEEE Micro,* Vol. 17, No. 1, Jan/Feb 1997, pp. 48-56.

31. J.A. Stuart Fiske and William J. Dally, "Thread Prioritization: A Thread Scheduling Mechanism For Multiple-Context Parallel Processors," *Future Generation Computer Systems,* Vol. 11, No. 6, October 1995, pp. 503-518.

32. Peter R. Nuth and William J. Dally, "Named State and Efficient Context Switching," Chapter Nine in *Multithreading: A Summary of the State of the Art.* Edited by Robert Ianucci. Kluwer Academic Publishers, 1994

33. William J. Dally, "Issues in the Design and Implementation of Instruction Processors for Multicomputers", Chapter Three in *Multithreaded Computer Architecture A Summary of the State of the Art.* Edited by Robert Ianucci. Kluwer Academic Publishers, 1994.

34. William J. Dally, "A Universal Parallel Computer Architecture," *New Generation Computing*, vol. 11, pp. 227-249, 1993.

35. William J. Dally and Hiromichi Aoki, "Deadlock-Free Adaptive Routing in Multicomputer Networks Using Virtual Channels," *IEEE Transactions on Parallel and Distributed Systems*, Vol. 4, No. 4, April 1993, pp. 547-553 .

36. Kathleen Knobe and William J. Dally, "Subspace Optimizations," *Automatic Parallelization – New Approaches to Code Generation, Data Distribution, and Performance Prediction,*, Edited by C.W. Kessler, Vieweg Advanced Studies in Computer Science, Verlag Vieweg, Wiesbaden, Germany, 1993, pp. 153-176.

37. William J. Dally, J.A. Stuart Fiske, John S. Keen, Richard A. Lethin, Michael D. Noakes, Peter R. Nuth, Roy E. Davison, and Gregory A. Fyler, "The Message-Driven Processor: A Multicomputer Processing Node with Efficient Mechanisms," *IEEE Micro*, vol. 12, No. 2, April 1992, pp. 23-39.

38. William J. Dally, "Virtual-Channel Flow Control", *IEEE Transactions on Parallel and Distributed Systems*, Vol. 3, No. 2, March 1992, pp. 194-205.

39. William J. Dally, "A Fast Translation Method for Paging on top of Segmentation", *IEEE Transactions on Computers*, Vol. 41, No. 2, February 1992, pp. 247-249.

40. William J. Dally, "Express Cubes: Improving the Performance of the $k$-ary $n$-cube Interconnection Networks", *IEEE Transactions on Computers*, September, 1991, pp. 1016-1023.

41. Prathima Agrawal and William J. Dally, "A Hardware Logic Simulation System", *IEEE Transactions on Computer-Aided Design of Integrated Circuits and Systems*, January, 1990, pp. 19-29.

42. William J. Dally "Network and Processor Architecture for Message-Driven Computers," *VLSI and Parallel Computation*, Morgan Kaufmann Publishers, 1990.

43. William J. Dally "Fine-Grain Concurrent Computing," *Research Directions in Computer Science: an MIT Perspective*, edited by Albert R. Meyer, John V. Guttag, Ronald L. Rivest, and Peter Szolovits, MIT Press, 1991.

44. William J. Dally, "Performance Analysis of $k$-ary $n$-cube Interconnection Networks," *IEEE Transactions on Computers*, Vol. 39, No. 6, June 1990, pp. 775-785. Also appearing in *Artificial Intelligence at MIT; Expanding Frontiers*, edited by Patrick H. Winston with Sarah A. Shellard, MIT Press, 1990, Vol. 1, Chap. 20, pp. 508-535.

45. William J. Dally, "The J-Machine: System Support for Actors," *Towards Open Information Science*, Carl Hewitt and Gul Agha editors, MIT Press, 1992.

46. William J. Dally, "The J-Machine System," *Artificial Intelligence at MIT; Expanding Frontiers*, edited by Patrick H. Winston with Sarah A. Shellard, MIT Press, 1990, Vol. 1, Chap. 21, pp. 536-569.

47. William J. Dally, "A Hardware Logic Simulation System," *IEEE Transactions on Computer-Aided Design*, Vol. 9, No. 1, January 1990, pp. 19-29.

48. William J. Dally, "A Fine-Grain, Message-Passing Processing Node," *Concurrent Computations: Algorithms, Architecture and Technology*, edited by Stuart K. Tewksbury and Bradley W. Dickinson and Stuart C. Schwartz, Plenum Publishing, 1988, pp. 375-389.

49. P. Agrawal, W.J. Dally, W.C. Fischer, H.V. Jagadish and A.S. Krishnakumar, and R. Tutundjian, "Logic Simulation Algorithms for Pipelined Hardware Accelerators," *Hardware Accelerators for Electrical CAD*, Edited by T. Ambler, P. Agrawal, and W. Moore, Adam Hilger, Bristol, UK, 1988, pp. 90-99.

50. William J. Dally, "Concurrent Computer Architecture," *Parallel Computations and Their Impact on Mechanics*, The American Society of Mechanical Engineers, Vol. 86, 1987, pp. 3-29.

51. P. Agrawal, W.J. Dally, W.C. Fischer, H.V. Jagadish and A.S. Krishnakumar, and R. Tutundjian, "MARS: A Multiprocessor-Based Programmable Accelerator," *Design and Test of Computers*, vol. 4, no. 5, October 1987, pp. 28-36.

52. William J. Dally and Charles L. Seitz, "Deadlock Free Routing in Multiprocessor Interconnection Networks," *IEEE Transactions on Computers*, Vol. C-36, No. 5, May 1987, pp. 547-553.

53. William J. Dally and Charles L. Seitz, "The Torus Routing Chip," *Distributed Computing*, Vol. 1, No. 3, 1986, pp. 187-196.

54. William J. Dally and Randall E. Bryant, "A Hardware Architecture for Switch-Level Simulation," *IEEE Transactions on Computer-Aided Design of Integrated Circuits and Systems*, Vol. CAD-4, No. 3, July 1985, pp. 239-249.

55. William J. Dally, "Audio Processing With a Microprocessor," *BYTE*, December 1979, pp. 54-76.

**Refereed Conference Papers:**

56. Kim, John, Dally, William J., Towles, Brian, and Gupta, Amit, "Microarchitecture of a High-Radix Router," *Proceedings. 32nd Annual International Symposium on Computer Architecture(ISCA)*, June 2005, pp. 420-431.

57. Mattan Erez, Nuwan Jayasena, Timothy J. Knight, William J. Dally, "Fault Tolerance Techniques for the Merrimac Streaming Supercomputer," *SC—05*, November 2005.

58. Chang, A., and Dally, W.J., "Explaining the gap between ASIC and custom power: a custom perspective," *42nd Design Automation Conference*, June 2005, pp 281 - 284.

59. J. Kim, W. J. Dally, B. Towles, and A. K. Gupta, "Microarchitecture of a High-Radix Router," *32st International Symposium on Computer Architecture (ISCA)*, Madison, Wisconsin, June 2005, pp. 420-431.

60. Jung Ho Ahn, Mattan Erez and William J. Dally. "Scatter-Add in Data Parallel Architectures," *11th International Symposium on High Performance Computer Architecture (HPCA)*, San Francisco, CA. February 2005, pp. 132-142.

61. Mattan Erez, Jung Ho Ahn, Ankit Garg, William J. Dally, and Eric Darve, "Analysis and Performance Results of a Molecular Modeling Application on Merrimac," Supercomputing 2004, Pittsburgh, PA, November 2004.

62. Jayasena, Nuwan, and Dally, William J., "Streams and Vectors: A Memory System Perspective," *Media and Stream Processor Workshop,* December 2004.

63. Chiang, P., Dally, W.J., Lee, M-J. E., Senthinathan, R., Oh, Y., and Horowitz, M., "A 20Gb/s 0.13$\mu$m CMOS Serial Link Transmitter Using an LC-PLL to Directly Drive the Output Multiplexer," *VLSI Circuits Symposium*, Honoluly, HI, June 2004.

64. Singh, Arjun, Dally, William J., Gupta, Amit, and Towles, Brian, "Adaptive Channel Queue Routing on k-ary n-cubes," *ACM Symposium on Parallel Algorithms and Architectures (SPAA)*, Barcelona Spain, June 2004.

65. Ahn, Jung Ho, Dally, William J., Khailany Brucek, Kapasi, Ujval, Das Abhishek, "Evaluating the Imagine Stream Architecture," *International Symposium on Computer Architecture (ISCA)*, Munich, Germany, June 2004.

66. Jayasena, Nuwan, Erez, Mattan, Ahn, Jung Ho, and Dally, William J., "Stream Register Files with Indexed Access," *10th International Symposium on High Performance Computer Architecture (HPCA)*, Madrid, Spain, February 2004, pp. 60-72.

67. Horowitz, Mark, and Dally, William J., "How Scaling Will Change Processor Architecture," *International Solid State Circuits Conference,* San Francisco, February 2004, pp. 7.1.

68. William J. Dally, Patrick Hanrahan, Mattan Erez, Timothy J. Knight, Franois Labont, Jung-Ho Ahn, Nuwan Jayasena, Ujval J. Kapasi, Abhishek Das, Jayanth Gummaraju, and Ian Buck. "Merrimac: Supercomputing with Streams." *Proceedings of the Supercomputing Conference,* Phoenix, November 2003.

    M.-J. Edward Lee, William J. Dally, Ramin Farjad-Rad, Hiok-Tiaq Ng, Ramesh Senthinathan, John H. Edmondson, John Poulton, "CMOS High-Speed I/Os - Present and Future," *Proceedings of the IEEE International Conference on Computer Design (ICCD),* 2003, pp. 454-461.

69. Ng, H-T., Lee, M-J E., Farjad-Rad R., Senthinathan R., Dally, W. J, Ngueyen, A., Rathi, R., Greer T., Poulton, J. Edmondson, J., Tran, J., "A 33mW 8Gb/s CMOS Clock Multiplier and CDR for Highly Integrated I/Os," *Custom Integrated Circuits Conference,* San Jose, September 2003.

70. B. Towles, W. J. Dally, S. P. Boyd, "Throughput-centric routing algorithm design," *ACM Symposium on Parallel Algorithms and Architectures (SPAA),* pp. 200-209, San Diego, CA, June, 2003.

71. Farjad-Rad, R., Ng H-T., Lee M-J. E., Senthinathan, R., Dally, W.J., Nguyen, A., Rathi, R., Poulton, J., Edmondson, J., Tran, J., and Yazdanmehr, H., "0.622-8.0Gbps 150mW Serial IO Macrocell with Fully Flexible Premphasis and Equalization," *VLSI Circuits Symposium,* Honolulu HI, June 2003.

72. Arjun Singh, William J. Dally, Amit K. Gupta and Brian Towles,"GOAL: A Load-Balanced Adaptive Routing Algorithm for Torus Networks", International Symposium on Computer Architecture (ISCA), San Diego, California, USA, June, 2003.

73. M.-J. Edward Lee, William J. Dally, John Poulton, Trey Greer, John Edmondson, Ramin Farjad-Rad, Hiok-Tiaq Ng, Rohit Rathi, Ramesh Senthinathan., "A Second-Order Semi-Digital Clock Recovery Circuit Based on Injection Locking", *2003 IEEE International Solid State Circuits Conference Digest of Technical Papers,* San Francisco, CA, February, 2003.

74. Brucek Khailany, William J. Dally, Scott Rixner, Ujval J. Kapasi, John D. Owens, and Brian Towles "Exploring the VLSI Scalability of Stream Processors," *Proceedings of the Ninth Symposium on High Performance Computer Architecture,* February 8-12, 2003, Anaheim, California, USA.

75. Ujval J. Kapasi, William J. Dally, Scott Rixner, John D. Owens, and Brucek Khailany "The Imagine Stream Processor," *Proceedings of the IEEE International Conference on Computer Design,* Freiburg, Germany, September 16-18, 2002, pp. 282-288.

76. John D. Owens, Scott Rixner, Ujval J. Kapasi, Peter Mattson, Brian Towles, Ben Serebrin, and William J. Dally "Media Processing Applications on the Imagine Stream Processor," *Proceedings of the IEEE International Conference on Computer Design,* Freiburg, Germany, September 16-18, 2002, pp. 295-302.

77. Ben Serebrin, William J. Dally, John D. Owens, Chen H. Chen, Stephen P. Crago, Ujval J. Kapasi, Brucek Khailany, Peter Mattson, Jinyung Namkoong, and Scott Rixner "A Stream Processor Development Platform," *Proceedings of the IEEE International Conference on Computer Design,* Freiburg, Germany, September 16-18, 2002, pp. 303-308.

78. Brucek Khailany, William J. Dally, Andrew Chang, Ujval J. Kapasi, Jinyung Namkoong, and Brian Towles "VLSI Design and Verification of the Imagine Processor," *Proceedings of the IEEE International Conference on Computer Design,* Freiburg, Germany, September 16-18, 2002, pp. 289-296.

79. Owens, John D., Khailany, Brucek, Towles, Brian, and Dally, William J., "Comparing Reyes and OpenGL on a Stream Architecture" *Proceedings of the 2002 SIGGRAPH/Eurographics Workshop on Graphics Hardware,* Saarbrcken, Germany, September 1-2, 2002, pp. 47-56

80. Amit K. Gupta, William J. Dally, Arjun Singh, and Brian Towles, "Scalable Opto-Eletrical Network (SOENet)," *Hot Interconnects X,* Stanford, CA, August 2002.

81. Patrick Chiang, William J. Dally, M.-J. Edward Lee, "A 20Gb/s 0.13mm CMOS serial link," in *Proc. Hotchips*, Aug. 2002.

82. Towles, Brian and Dally, William J., "Worst-case Traffic for Oblivious Routing Functions," *ACM Symposium on Parallel Algorithms and Architectures (SPAA)*, Winnipeg, Manitoba, Canada, August, 2002.

83. Singh, Arjun, Dally, William J., Towles, Brian, and Gupta, Amit, "Locality-Preserving Randomized Oblivious Routing on Torus Networks," *ACM Symposium on Parallel Algorithms and Architectures (SPAA)*, Winnipeg, Manitoba, Canada, August, 2002.

84. Towles, Brian and Dally, William J., "Guaranteed Scheduling for Switches with Configuration Overhead," *INFOCOM 2002*, New York, NY, June 2002.

85. Farjad-rad, Ramin, Dally, William, Ng, Hoik-Tiaq, Poulton, John, Stone, Teva, Rathi, Rohit, Lee, Edward, Huang, David, and Senthinathan, Ramesh, "A 0.2-2GHz 12mW Multiplying DLL for Low-jitter Clock Synthesis in Highly-Integrated Data Communication Chips," *2002 IEEE International Solid State Circuits Conference Digest of Technical Papers*, San Francisco, CA, February, 2002, pp. 76-77.

86. Kapasi, Ujval J., Mattson, Peter, Dally, William J., Owens, John D., and Towles, Brian. "Stream Scheduling," *Proceedings of the 3rd Workshop on Media and Streaming Processors* Austin, TX, Dec. 2, 2001, pp. 101-106.

87. Dally, William J., Dettloff, Wayne, Eyles, John, Greer, Trey, Heaton, Fred, Poulton, John, Stone, Teva, and Tell Steve, "A Single-Chip Terabit Switch," *Proceedings of Hot Chips 13*, Stanford, CA, August 19-21, 2001.

88. Ming-Ju Edward Lee, William J. Dally, John w. Poulton, Patrick Chiang, Stephen F. Greenwood. "An 84-mW 4Gb/s Clock and Data Recovery Circuit for Serial Link Applications." *VLSI Circuits Symposium*, Kyoto, Japan, June 2001.

89. Dally, William J., and Towles, Brian, "Route Packets, Not Wires: On-Chip Interconnection Networks," *Proceedings of the 38th Design Automation Conference*, Las Vegas, NV, June 2001, pp. 684-689.

90. Chiang, Patrick, Dally, William J., and Lee, Ming-Ju, "A Monolithic Communications System", *2001 IEEE International Symposium on Circuits and Systems*, Sydney, Australia, May 6-9, 2001, paper 2145.

91. Mizuno, Masayuki and Dally, William J., "Elastic Interconnects: Repeater-Inserted Long Wiring Capable of Compressing and Decompressing Data," *2001 IEEE International Solid-State Circuits Conference, Digest of Technical Papers*, San Francisco, CA, February, 2001, pp. 346-347.

92. Peh, Li-Shiuan and Dally, William J., "A Delay Model and Speculative Architecture for Pipelined Routers," *7th International Symposium on High-Performance Computer Architecture*, Jan. 22-24, 2001, Monterrey, Mexico. pp. 255-266.

93. Kapasi, Ujval J., Dally, William J., Rixner, Scott, Mattson, Peter R., Owens, John D., and Khailany, Brucek. "Efficient Conditional Operations for Data-parallel Architectures," *Proceedings of the 33rd International Symposium on Microarchitecture, Micro-33*, Monterey CA, December 2000. pp. 159-170.

94. Mattson, Peter, Dally, William J., Rixner, Scott, Kapasi, Ujval J., and Owens, John D, "Communication Scheduling," *2000 International Conference on Architectural Support for Programming Languages and Operating Systems (ASPLOS)*, Boston, November 2000. pp. 82-92.

95. Carter, Nicholas P., Dally, William J., Lee, Whay Sing, Keckler, Stephen, and Chang, Andrew, "Processor Mechanisms for Software Shared Memory", *International Symposium on High-Performance Computing*, October, 2000, pp. 120-133.

96. Peh, Li-Shiuan and Dally, William J., "A Delay Model for Router Micro-Architectures," *Proceedings of Hot Interconnects 8*, Stanford, CA, August 2000.

97. Khailany, Brucek, Dally, William J., Rixner, Scott, Kapasi, Ujval J., Mattson, Peter, Namkoong, Jin, Owens, John D., and Towles, Brian. "Imagine: Signal and Image Processing Using Streams," *Proceedings of Hot Chips 12*, Stanford, CA, August 2000.

98. Owens, John D., Dally, William J., Kapasi, Ujval J., Rixner, Scott, Mattson, Peter, and Mowery, Ben, "Polygon Rendering on a Stream Architecture," *2000 SIGGRAPH / Eurographics Workshop on Graphics Hardware*, August 2000. pp. 23-32.

99. Dally, William J., and Chang, Andrew, "The Role of Custom Design in ASIC Chips", *Proceedings of the 37th Design Automation Conference*, Los Angeles, CA. June 2000, pp. 643-647.

100. K. Mai, T. Paaske, N. Jayasena, R. Ho, W. Dally, M. Horowitz, "Smart Memories: A Modular Reconfigurable Architecture," *Proceedings of the 27th International Symposium on Computer Architecture (ISCA-27)*, Vancouver, British Columbia, June 2000, pp. 161-171.

101. Scott Rixner and William J. Dally, "Memory Access Scheduling", *Proceedings of the 27th International Symposium on Computer Architecture*, Vancouver, British Columbia, June 2000, pp 128-138.

102. Ming-Ju Edward Lee, William J. Dally, and Patrick Chiang, "A 90mW 4Gb/s Equalized I/O Circuit with Input Offset Cancellation," *2000 IEEE International Solid State Circuits Conference, Digest of Technical Papers*, San Francisco, CA, February 2000, pp. 252-253.

103. Scott Rixner, William J. Dally, Brucek Khailany, Peter Mattson, Ujval J. Kapasi, and John D. Owens, "Register Organization for Media Processing", *Proceedings of the Sixth International Symposium on High-Performance Computer Architecture*, Toulouse, France, January 2000, pp. 375-386.

104. Li-Shiuan Peh and William J. Dally, "Flit-Reservation Flow Control", *Proceedings of the Sixth International Symposium on High-Performance Computer Architecture*, Toulouse, France, January 2000, pp. 73-84.

105. William Ellersick, Chih-Kong Ken Yang, Mark Horowitz, and William J. Dally, "GAD: A 12-GS/s CMOS 4-bit A/D Converter for an Equalized Multi-Level Link", *1999 Symposium on VLSI Circuits* Kyoto, Japan, June 1999, pp 49-52.

106. Scott Rixner, William J. Dally, Ujval J. Kapasi, Brucek Khailany, Abelardo Lòpez-Lagunas, Peter R. Mattson, and John D. Owens, "Media Processors Using Streams," *Proceedings of IS&T/SPIE's Symposium on Electronic Imaging: Science and Technology*, San Jose, California, January 1999, pp 122-134.

107. Scott Rixner, William J. Dally, Ujval Kapasi, John Owens, and Brucek Khailany, "A Bandwidth-Efficient Architecture for Media Processing" *Proceedings of the 31st International Symposium on Microarchitecture, MICRO-31*, Dallas, Texas, November 1998, pp 3-13.

108. Andrew Chang, William J. Dally, Stephen Keckler, Nicholas Carter, and Whay Lee, "The Effects of Explicitly Parallel Mechanisms on the Multi-ALU Processor Cluster Pipeline", *Proceedings of the International Conference on Computer Design, ICCD*, Austin, Texas, October 1998, pp 474-481.

109. William J. Dally, Philip P. Carvey, and Larry R. Dennison, "Architecture of the Avici Terabit Switch/Router," *Proceedings of Hot-Interconnects VI*, Stanford, California, August 1998, pp. 41-50.

110. J.P. Grossman and William J. Dally, "Point Sample Rendering", *Proceedings of the 9th Eurographics Workshop on Rendering*, Vienna, Austria, July 1998, pp 181-192.

111. Stephen W. Keckler, William J. Dally, Daniel Maskit, Nicholas P. Carter, Andrew Chang, Whay S. Lee, "Exploiting Fine–Grain Thread Level Parallelism on the MIT Multi-ALU Processor" *Proceedings of the 25th International Symposium on Computer Architecture*, Barcelona, Spain, June 1998, pp. 306-317.

112. William J. Dally, "Communication-Oriented Computer Architecture: Data Choreography," *Proceedings, Innovative Architecture for Future High-Performance Processors and Systems*, Maui, Hawaii, October 1997, p. 93.

113. Stephen W. Keckler, William J. Dally, Andrew Chang, Nicholas P. Carter, and Whay S. Lee, "The MIT Multi-ALU Processor," *Hot Chips IX*, 1997, pp. 1-8.

114. John Poulton, William J. Dally, and Steve Tell, "A Tracking Clock-Recovery Receiver for 4Gbps Signaling," *Hot Interconnects V*, 1997.

115. Thucydides Xanthopoulos, Anantha P. Chandrakasan, Charles G. Sodini and William J. Dally, "A Data-Driven IDCT Architecture for Low Power Video Applications," *The European Solid State Circuits Conference (ESSCIRC '96)*, Neuchatel Switzerland, September 1996, pp. 196-199.

116. William J. Dally and John Poulton, "Transmitter Equalization for 4Gb/s Signalling," *Hot Interconnects Symposium '96*, Palo Alto, August 1996, pp. 29-39.

117. Marco Fillo, Stephen W. Keckler, William J. Dally, Nicholas P. Carter, Andrew Chang, Yevgeny Gurevich, and Whay S. Lee, "The M-Machine Multicomputer," *The 28th Annual IEEE/ACM International Symposium on Microarchitecture (Micro-28)*, Ann-Arbor, December, 1995, pp. 146-156.

118. Ellen Spertus and William J. Dally, "Evaluating the Locality Benefits of Active Messages," *Proceedings of Principles and Practice of Parallel Programming (PPOPP)*, Santa Barbara, CA, July 19-21, 1995, pp. 189-198.

119. Kathleen Knobe and William J. Dally, "The Subspace Model: A Theory of Shapes for Parallel Systems," *Proceedings of The Fifth Annual Workshop on Compilers for Parallel Computers*, Malaga, Spain, June 1995, pp. 324-341.

120. William J. Dally, Larry R. Dennison and Thucydides Xanthopoulos, "Low-Latency Plesiochronous Data Retiming," *Proceedings of the 16th Conference on Advanced Research in VLSI*, Chapel Hill, NC, pp. 304-315, March 27-29, 1995.

121. J.A. Stuart Fiske and William J. Dally, "Thread Prioritization: A Thread Scheduling Mechanism for Multiple-Context Parallel Processors," *Proceedings of the First International Symposium on High-Performance Computer Architecture (HPCA)*, Raleigh, NC, pp. 210-221, January 22-25, 1995.

122. Peter R. Nuth and William J. Dally, "The Named-State Register File: Implementation and Performance," *Proceedings of the First International Symposium on High-Performance Computer Architecutre (HPCA)*, Raleigh, NC, pp. 4-13, January 22-25, 1995.

123. William J. Dally and John S. Keen, "XEL: Extended Ephemeral Logging for Log Storage Management," *Association for Computing Machinery Third International Conference on Information and Knowledge Management (ACM CIKM'94)*, Gaithersburg, MD, pp. 312-321, November 29-December 2, 1994.

124. William J. Dally, Larry R. Dennison, David Harris, Kinhong Kan and Thucydides Xanthopoulos, "Architecture and Implementation of the Reliable Router," *Proceedings of Hot Interconnects II*, Stanford, CA, pp. 122-133, August 11-13, 1994.

125. Nicholas P. Carter, William J. Dally and Stephen W. Keckler, "Hardware Support for Fast Capability-based Addressing," *Proceedings of the 6th International Conference on Architectural Support for Programming Languages and Operating Systems (ASPLOS VI)*, San Jose, CA, pp. 319-327, October 4-7, 1994.

126. William J. Dally, Larry R. Dennison, David Harris, Kinhong Kan and Thucydides Xanthopoulos, "The Reliable Router: A Reliable and High-Performance Communication Substrate for Parallel Computers," *Proceedings of Parallel Computer Routing and Communication Workshop*, Seattle, WA, pp. 241-255, May 1994.

127. Noakes, Michael D. and Deborah A. Wallach and William J. Dally, "The J-Machine Multicomputer: An Architectural Evaluation," *The 20th International Symposium on Computer Architecture,* San-Diego, CA, pp. 224-235, May 1993.

128. Spertus, Ellen, Seth Copen Goldstein, Klaus Erik Schauser, Thorstein von Eiken, David E. Culler, and William J. Dally, "Evaluation of Mechanisms for Fine-Grained Parallel Programs in the J-Machine and the CM-5," *Proceedings of the 20th Annual International Symposium on Computer Architecture,* San Diego, CA, May 1993, pp. 302-313.

129. Keen, John S. and William J. Dally, "Performance Evaluation of Ephemeral Logging," *Proceedings of the 1993 ACM SIGMOD International Conference on Management of Data,* Washington, D.C., pp. 187-196, May 1993.

130. Dennison, Larry R., Whay S. Lee and William J. Dally, "High Performance Bidirectional Signalling in VLSI Systems," *Proceedings of the Symposium on Integrated Systems,* MIT Press, Seattle, WA, March 1993, pp. 301-319.

131. Knobe, Kathleen and William J. Dally, "Subspace Optimizations", *AP'93: International Workshop on Automatic Distributed Memory Parallelization, Automatic Data Distribution and Automatic Parallel Performance Prediction,* Saarbruecken Germany, March 1993, pp. 124-140.

132. Dally, William J., John S. Keen and Michael D. Noakes, "The J-Machine Multicomputer: Architecture and Evaluation", *Compcon Spring 93,* IEEE Computer Society Press, San Francisco, CA, pp. 183-188, February 1993.

133. Keen, John S. and William J. Dally, "Ephemeral Logging: Disk Management without Checkpointing," *ISMM Internation Conference on Information and Knowledge Management,* Baltimore, MD, November 1992, p. 638.

134. Keen, John S. and William J. Dally, "Management of Precommitted Transactions in a Concurrent DBMS," *ISMM International Conference on Information and Knowledge Management,* Baltimore, MD, November 1992, pp. 387-394.

135. Wills, D. Scott and William J. Dally, "Pi: A Parallel Architecture Interface," *Proceedings of the Fourth Symposium on the Frontiers of Massively Parallel Computation,* MacLean, VA, October 1992, pp. 345-352.

136. William J. Dally, Andrew Chien, J.A. Stuart Fiske, Greg Fyler, Waldemar Horwat, John S. Keen, Richard A. Lethin, Michael Noakes, Peter R. Nuth, and D. Scott Wills, "The Message Driven Processor: An Integrated Multicomputer Processing Element," *the Proceedings of the International Conference on Computer Design: VLSI in Computers and Processors,* Cambridge, MA, October 1992, pp. 416-419.

137. Nuth, Peter R. and William J. Dally, "The J-Machine Network" *Proceedings of the International Conference on Computer Design: VLSI in Computers and Processors,* Cambridge, MA, October 1992, pp. 420-423.

138. Lethin, Richard and William J. Dally, "MDP Design Tools and Methods," *Proceedings of the International Conference on Computer Design: VLSI in Computers and Processors,* Cambridge, MA October 1992, pp. 424-428.

139. William J. Dally, Salim Ahmed, Paul Carrick, Andrew Chien, Roy Davison, J.A. Stuart Fiske, Greg Fyler, Waldemar Horwat, John S. Keen, Steve Lear, Richard A. Lethin, Mark Vestrich, Ted Nguyen, Michael Noakes, Peter R. Nuth, D. Scott Wills, "Design and Implementation of the Message-Driven Processor," *Proceedings of the 1992 Brown/MIT Advanced Research in VLSI and Parallel Systems Conference,* Providence, RI, March 1992, pp. 5-25.

140. Nuth, Peter R. and William J. Dally, "A Mechanism for Efficient Context Switching," *Proceedings of IEEE International Conference on Computer Design,* Cambridge, MA, October, 1991, pp. 301-304.

141. Spertus, Ellen and William J. Dally, "Dataflow on a General-Purpose Parallel Computer", *Proceedings of the International Conference on Parallel Processing*, Austin, TX, August 1991, pp. II231-II235.

142. William J. Dally, J.A. Stuart Fiske, John S. Keen, Richard A. Lethin, Michael D. Noakes, Peter R. Nuth, Roy E. Davison, and Gregory A. Fyler, "The Message Driven Processor", *Proceedings of Hot Chips III Symposium*, Palo Alto, CA, August 1991, pp. 2.11-2.21.

143. Lam, Kevin, Larry Dennison, and William J. Dally, "Simultaneous Bidirectional Signalling for IC Systems," *ICCD '90*, Cambridge, MA, September 1990, pp. 430-433.

144. Chien, Andrew and William J. Dally, "Concurrent Aggregates (CA)," *Proceedings of the Second ACM SIGPLAN Symposium on Principles and Practice of Parallel Programming*, May 1990, Seattle, WA, pp. 187-196.

145. Chien, Andrew and William J. Dally, "Experience with Concurrent Aggregates (CA): Implementation and Programming," *Proceedings of the Fifth Distributed Memory Computing Conference*, Charleston, SC, April, 1990, pp. 1040-1049.

146. Noakes, Michael and William J. Dally, "System Design of the J-Machine," *Proceedings of the Sixth MIT Conference on Advanced Research in VLSI*, Cambridge, MA, pp. 179-194, April 1990.

147. William J. Dally "Virtual-Channel Flow Control," *17th Annual Symposium on Computer Architecture*, IEEE Computer Society Press, Seattle, WA, pp. 60-68, May 1990.

148. William J. Dally, "Processor Design for Concurrent Computers," *Proceedings of the Canadian Conference on VLSI*, Vancouver, BC., October 1989, pp. 15-16.

149. William J. Dally, Andrew Chien, Stuart Fiske, Waldemar Horwat, John Keen, Michael Larivee, Rich Lethin, Peter Nuth, Scott Wills, "The J-Machine: A Fine-Grain Concurrent Computer," *Information Processing 89*, Elsevier Science Publishers, IFIP, San Francisco, CA, August 1989, pp. 1147-1153.

150. Agrawal, Prathima, Raffi Tutundjian, and William J. Dally, "Algorithms for Accuracy Enhancement in a Hardware Logic Simulator," *Proceedings of the 26th ACM/IEEE Design Automation Conference*, Las Vegas, NV, June, 1989, pp. 645-648.

151. Horwat, Waldemar, Andrew A. Chien, and William J. Dally, "Experience with CST: Programming and Implementation," *Proceedings of the ACM SIGPLAN '89 Conference on Programming Language Design and Implementation*, Portland, OR, June 1989, pp. 101-109.

152. William J. Dally, "Micro-Optimization of Floating-Point Operations," *Proceedings of the Third International Conference on Architectural Support for Programming Languages and Operating Systems*, Boston, MA, April 1989, pp. 283-289.

153. Fiske, J.A. Stuart and William J. Dally, "The Reconfigurable Arithmetic Processor," *Proceedings of the 15th Annual International Symposium on Computer Architecture,* Honolulu, HI, pp. 30-36. May - June 1988.

154. William J. Dally and Andrew A. Chien, "Object-Oriented Concurrent Programming in CST," *Workshop on Object-Based Concurrent Programming at OOPSLA '88*, Edited by P. Wegner and T. Leung, ACM SIGPLAN Notices 24:4, April 1989.

155. William J. Dally and Andrew A. Chien, "Object-Oriented Concurrent Programming in CST," *Proceedings of Third Conference on Hypercube Concurrent Computers and Applications*, Pasadena, CA, pp. 434-439, January 1988.

156. William J. Dally, "A High-Performance VLSI Quaternary Serial Multiplier," *Proceedings of the International Conference on Computer Design, ICCD-87*, Rye, NY, October 1987, pp. 649-653.

157. William J. Dally and Paul Song, "Design of a Self-Timed VLSI Multicomputer Communication Controller," *Proceedings of the International Conference on Computer Design, ICCD-87*, Rye, NY, October 1987, pp. 230-234.

158. Agrawal, Prathima, William J. Dally, and Raffi Tutundjian, "Logic Simulation Algorithms for Pipelined Hardware Architectures," *Proceedings International Workshop on Hardware Accelerators,* Bristol, UK, September-October, 1987, pp. 90-99.

159. Agrawal,Prathima, William J. Dally, A.K. Ezzat, W.C. Fischer, H.V. Jagadish, and A.S. Krishnakumar, "Architecture and Design of the MARS Hardware Accelerator," *Proceedings of the 24th ACM/IEEE Design Automation Conference,* Miami, FL, June-July 1987, pp. 101-107.

160. William J. Dally, Linda Chao, Andrew Chien, Soha Hassoun, Waldemar Horwat, Jon Kaplan, Paul Song, Brian Totty, and Scott Wills, "Architecture of a Message-Driven Processor," *Proceedings of the 14th International Symposium on Computer Architecture,* Pittsburgh, PA, June 1987, pp. 189-196.

161. William J. Dally, "Wire-Efficient VLSI Multiprocessor Communication Networks," *Proceedings of Stanford Conference on Advanced Research in VLSI,* MIT Press, Palo Alto, March 1987, pp. 391-415.

162. William J. Dally, "Directions in Concurrent Computing," *Proceedings of the International Conference on Computer Design, ICCD-86,* Rye, NY, October 1986, pp. 102-106.

163. William J. Dally and James T. Kajiya, "An Object Oriented Architecture," *Proceedings of the 12th International Symposium on Computer Architecture,* Boston, MA, June 1985, pp. 154-161.

164. William J. Dally and Randall E. Bryant, "A Special Purpose Processor for Switch-Level Simulation," *Proceedings of IEEE International Conference on Computer-Aided Design,* Santa Clara, CA, November 1984, pp. 242-244.

165. William J. Dally and W. P. Hayes, "A Large Scale Symmetric Multiprocessor, BNC/SM," *IEEE Southeastcon,* 1980.

**Other Conference Papers:**

166. William J. Dally, "Interconnection-Oriented Computer Architecture", *Proceedings of the 1999 International Interconnect Technology Conference,* San Francisco, California, May 1999.

167. William J. Dally and Stephen Lacy, "VLSI Architecture: Past, Present, and Future", *Proceedings of the Advanced Research in VLSI Conference,* Atlanta, Georgia, March 1999, pp 232-241.

168. William J. Dally, Ming-Ju Edward Lee, Fu-Tai An, John Poulton, and Steve Tell, "High-Performance Electrical Signaling," *Proceedings of the Fifth International Conference on Massively Parallel Processing using Optical Interconnects,* Las Vegas, Nevada, June 1998, pp. 11-16.

169. William J. Dally, Ming-Ju Edward Lee, Fu-Tai An, and John Poulton, "A Small, Low-Power, High-Speed Link," *Proceedings of Ninth Annual Workshop on Interconnections Within High-Speed Digital Systems,* Santa-Fe, New Mexico, May, 1998

170. William J. Dally, "Bandwidth, Granularity, and Mechanisms: Key Issues in the Design of Parallel Computers," *Natural and Artificial Parallel Computation: Proceedings of the Fifth NEC Research Conference,* Princeton, November 1995.

171. Kathleen Knobe and William J. Dally, "The Subspace Model: A Theory of Shapes for Parallel Systems," *Workshop on Automatic Data Layout and Performance Prediction,* CRPC, Rice University, Houston, Texas, April, 1995.

172. William J. Dally, Andrew Chien, Roy Davison, J.A. Stuart Fiske, Scott Furman, Greg Fyler, D. Brennan Gaunce, Waldemar Horwat, Shaun Kaneshiro, John S. Keen, Richard A. Lethin, Michael Noakes, Peter R. Nuth, Ellen Spertus, Brian Totty, Deborah Wallach, D. Scott Wills, "The J-Machine: A Fine-Grain Parallel Computer," *Proceedings of the Symposium on High-Performance Computing for Flight Vehicles,* Washington, D.C., pp. 7-15, December 1992.

173. Knobe, Kathleen, Joan D. Lukas and William J. Dally, "Dynamic Alignment on Distributed Memory Systems," invited paper at *The Third Workshop on Compilers for Parallel Computers*, Vienna, Austria, July 1992, pp. 394-404.

174. William J. Dally, "A Universal Parallel Computer Architecture," *Proceedings of the International Conference on Fifth Generation Computer Systems*, Tokyo, Japan, June 1992, pp. 746-758.

175. William J. Dally, D. Scott Wills, and Richard Lethin, "Mechanisms for Parallel Computers," *Proceedings of the NATO Advanced Study Institute on "Parallel Computing on Distributed Memory Multiprocessors"*, Ankara, Turkey, Springer, July 1991.

176. William J. Dally and D. Scott Wills, "Universal Mechanisms for Concurrency," *PARLE '89, Parallel Architectures and Languages Europe*, edited by G. Goos and J. Harmanis, published by Springer-Verlag, Eindhoven, The Netherlands, Vol. 1, 1989, pp.19-33.

177. William J. Dally, "Mechanisms for Concurrent Computing," *Proceedings of the International Conference on Fifth Generation Computer Systems*, edited by ICOT, Vol. 1, Tokyo, Japan, pp. 154-156. November 1988.

178. William J. Dally, "Fine-Grain Message-Passing Concurrent Computers," *Proceedings of Third Conference on Hypercube Concurrent Computers and Applications,* Pasadena, CA, pp. 2-12, January 1988.

179. William J. Dally, "Contrasts in Parallelism," *SHARE European Association Spring Meeting*, Montpellier, France, April 1987, pp. 7-14.

180. William J. Dally, "A Digital Electronic Instrument for Measuring Fatigue Damage in Metals," *JSHS*, 1976.

**Technical Reports:**

158. Marco Fillo, Stephen W. Keckler, William J. Dally, Nicholas P. Carter, Andrew Chang, Yevgeny Gurevich, Whay S. Lee, "The M-Machine Multicomputer," Artificial Intelligence Laboratory, Massachusetts Institute of Technology, Technical Report AIM-1532, May 1995.

159. William J. Dally and Hiromichi Aoki, *Adaptive Routing using Virtual Channels*, Massachusetts Institute of Technology, VLSI Memo, 1991.

160. William J. Dally, *Virtual-Channel Flow Control*, Massachusetts Institute of Technology, VLSI Memo 90-608, January 1991.

161. Chien, Andrew A. and William J. Dally, *Experience with Concurrent Aggregates (CA): Implementation and Programming*, Massachusetts Institute of Technology, VLSI Memo 90-609, January 1991.

162. Agrawal, Prathima and William J. Dally, *A Hardware Logic Simulation System*, Massachusetts Institute of Technology, VLSI Memo 90-578, June 1990.

163. William J. Dally, *Express Cubes: Improving the Performance of the k-ary n-cube Interconnection Networks*, Massachusetts Institute of Technology, VLSI Memo 89-564, October 1989.

164. William J. Dally, *Mechanisms for Concurrent Computing,* Massachusetts Institute of Technology, VLSI Memo 89-572, October 1989.

165. Agrawal, Prathima and William J. Dally, *Algorithms For Accuracy Enhancement In A Hardware Logic Simulator,* Massachusetts Institute of Technology, VLSI Memo 89-573, October 1989.

166. Horwat, Waldemar and Andrew Chien and William J. Dally, *Experience with CST: Programming and Implementation,* Massachusetts Institute of Technology, VLSI Memo 89-530, May 1989.

167. William J. Dally et al, *The J-Machine: A Fine-Grain Concurrent Computer,* Massachusetts Institute of Technology, VLSI Memo 89-532, May 1989.

168. William J. Dally, *A Fast Translation Method for Paging on Top of Segmentation,* Massachusetts Institute of Technology, VLSI Memo 89-502, January 1989.

169. William J. Dally, *Fine Grain Message-Passing Concurrent Computers,* Massachusetts Institute of Technology, VLSI Memo 88-454, August 1988.

170. Agrawal, Prathima and William J. Dally and Raffi Tutundjian, *Logic Simulation Algorithms for Pipelined Hardware Architectures,* Massachusetts Institute of Technology, VLSI Memo 88-457, August 1988.

171. William J. Dally et al, *Message-Driven Processor Architecture,* Massachusetts Institute of Technology, VLSI Memo 88-468, August 1988.

172. William J. Dally, *Micro-Optimization of Floating-Point Operations,* Massachusetts Institute of Technology, VLSI Memo 88-470, August 1988.

173. Fiske, J.A. Stuart and William J. Dally, *The Reconfigurable Arithmetic Processor,* Massachusetts Institute of Technology, VLSI Memo 88-449, June 1988.

174. William J. Dally, *The J-Machine: A System Support for Actors,* Massachusetts Institute of Technology, VLSI Memo 88-491, December 1988.

175. William J. Dally, *Performance Analysis of K-ary N-cube Interconnection Networks,* Massachusetts Institute of Technology, VLSI Memo 87-424, November 1987.

176. William J. Dally and Paul Song, *Design of a Self-Timed VLSI Multicomputer Communication Controller,* Massachusetts Institute of Technology, VLSI Memo 87-423, November 1987.

177. William J. Dally, *Concurrent Computer Architecture,* Massachusetts Institute of Technology, VLSI Memo 87-422, November 1987.

178. William J. Dally, *A Fine-Grain, Message-Passing Processing Node,* Massachusetts Institute of Technology, VLSI Memo 87-421, November 1987.

179. William J. Dally et al., *Architecture of a Message-Driven Processor,* Massachusetts Institute of Technology, VLSI Memo 87-420, November 1987.

180. William J. Dally et al, *Architecture and Design of the MARS Hardware Accelerator,* Massachusetts Institute of Technology, VLSI Memo 87-419, November 1987.

181. William J. Dally, *A High-Performance VLSI Quaternary Serial Multiplier,* Massachusetts Institute of Technology, VLSI Memo 87-418, November 1987.

182. William J. Dally and Charles L. Seitz, *Deadlock-Free Message Routing in Multiprocessor Interconnection Networks,* Massachusetts Institute of Technology, VLSI Memo 87-417, November 1987.

183. William J. Dally, *Lazy Event-Driven Simulation,* Massachusetts Institute of Technology, VLSI Memo 86-346, October 1986.

184. William J. Dally, *Wire-Efficient VLSI Multiprocessor Communication Networks,* Massachusetts Institute of Technology, VLSI Memo 86-345, October 1986.

185. William J. Dally, *A High-Performance VLSI Quaternary Serial Multiplier,* Massachusetts Institute of Technology, VLSI Memo 86-344, October 1986.

186. William J. Dally, *On the Performance of k-ary n-cube Interconnection Networks,* Department of Computer Science, California Institute of Technology, Technical Report 5228:TR:86, June 1986.

187. William J. Dally, *A VLSI Architecture for Concurrent Data Structures,* Ph.D. thesis, Department of Computer Science, California Institute of Technology, Technical Report 5209:TR:86, March 1986.

188. William J. Dally and Charles L. Seitz, *The Torus Routing Chip,* Department of Computer Science, California Institute of Technology, Technical Report 5208:TR:86, January 1986.

189. William J. Dally and Charles L. Seitz, *Deadlock-Free Routing in Multiprocessor Interconnection Networks*, Department of Computer Science, California Institute of Technology, Technical Report 5206:TR:86, January 1986.

190. William J. Dally and Charles L. Seitz, *The Balanced Cube: A Concurrent Data Structure*, Department of Computer Science, California Institute of Technology, Technical Report 5174:TR:85, June 1985..

191. William J. Dally and James T. Kajiya, *An Object Oriented Architecture*, Department of Computer Science, California Institute of Technology, Technical Report 5168:TR:84, December 1984.

192. William J. Dally, *The Mossim Simulation Engine, Architecture and Design*, Department of Computer Science, California Institute of Technology, Technical Report 5123:TR:84, April 1984.

**Internal Reports relevant to Research Interests:**

193. William J. Dally, *The Torus Routing Chip Design Documentation*, Department of Computer Science, California Institute of Technology, Display File 5218:DF:86, March 1986.

194. William J. Dally, *Concurrent Algorithms for the Max-Flow Problem*, Department of Computer Science, California Institute of Technology, Display File 5191:DF:85, July 1985.

195. William J. Dally, *Locality and Concurrency in Heaps*, Department of Computer Science, California Institute of Technology, Display File 5187:DF:85, June 1985.

196. William J. Dally, *Minimum Time Broadcast in a Boolean N-Cube Using Folding Trees*, Department of Computer Science, California Institute of Technology, Display File 5173:DF:85, January 1985.

197. William J. Dally, *Concurrent Shortest Path Algorithms*, Department of Computer Science, California Institute of Technology, Display File 5156:DF:84, August 1984.

198. William J. Dally, *The Mossim Simulation Engine, Design Documentation*, Department of Computer Science, California Institute of Technology, Display File 5152:DF:84, August 1984.

199. William J. Dally and Douglas Whiting, *An Architecture for Systolic Reed-Solomon Encoder/Decoders*, Department of Computer Science, California Institute of Technology, Display File 5145:DF:84, June 1984.

200. William J. Dally, *The Mossim Simulation Engine Programmer's Manual*, Department of Computer Science, California Institute of Technology, Display File 5138:DF:84, May 1984.

201. William J. Dally, *QSM-1 A Fast Quaternary Multiplier in CMOS/SOS*, Department of Computer Science, California Institute of Technology, Display File 5108:DF:83, December 1983.

202. William J. Dally, *The DSIM Functional Simulation System Preliminary User's Manual*, Department of Computer Science, California Institute of Technology, Display File 5109:DF:83, December 1983.

203. William J. Dally and Randy Bryant *The Mossim Simulation Engine: Preliminary Architecture*, Department of Computer Science, California Institute of Technology, Display File 5100:DF:83, August 1983.

204. William J. Dally, "A Design Methodology for Hierarchical Control Structures," 1981.

205. William J. Dally and C. Rowen, "VLSI Implementation of a Stack Based Microprocessor: STAMP-12," 1980.

**Bell Laboratories Memoranda:**

206. *A Logic Simulation System Using the MARS Hardware Accelerator*, (with P. Agrawal, and R. Tutundjian).

207. *MARS: A Microprogrammable Accelerator for Rapid Simulation,* (with P. Agrawal, A. Ezzat, W. Fischer, and A. Krishnakumar).

208. *Paper Design of a VLSI Cache.*

209. *DATUM - Delay Analysis Tool Using Motis.* (with P. Agrawal and S. Adelfio).

210. *Minimization of Finite State Machines Implemented as PLAs.*

## Theses Supervised:

**Doctoral Theses**

1. Chien, Andrew, "Concurrent Aggregates - an approach for Programming Fine-Grain Concurrent Computers," May 1990.

2. Wills, D. Scott, "A Fine-Grain, Message Passing Substrate for Multi-Model Execution," May 1990.

3. Nuth, Peter, "The Named-State Register File," August 1993.

4. Telichevsky, Ricardo, "A Numerical Engine for Distributed Sparse Structures," December 1993.

5. Horwat, Waldemar, "Active Abstractions," May 1994.

6. Keen, John, "Logging and Recovery in a Highly Concurrent Database," May 1994.

7. Fiske, Stuart, "Thread Scheduling Mechansims for Multiple-Context Parallel processors," May 1995.

8. Dennison, Larry, "The VLSI Design of the Reliable Router for Two-D Mesh Design Networks," May 1996.

9. Knobe, Kathleen, "Subspace Optimization," October 1996.

10. Lethin, Richard, "Message-Driven Dynamics," January 1997.

11. Keckler, Stephen, "Fast Thread Communication and Synchronization Mechanisms for a Scalable Single Chip Multiprocessor," June 1998.

12. Lee, Whay Sing, "Mechanisms for Efficient, Protected Messaging", February 1999.

13. Carter, Nicholas P., "Processor Mechanisms for Software Shared Memory," February 1999.

14. Rixner, Scott, "A Bandwidth-Efficient Architecture for Streaming Media Processing," November 2000.

15. Peh, Li-Shiuan, "Flit-Reservation Flow Control," June 2001

16. Lee, Ming-Ju Ed, "Low-Power High-Speed Signaling Techniques," June 2001.

17. Mattson, Peter, "Communication Scheduling," March 2002.

18. Owens, John, "Graphics Rendering on a Stream Processor," expected August 2002.

19. Khailany, Brucek, "The VLSI Implementation and Evaluation of Area- and Energy-Efficient Streaming Media Processors," 2003.

20. Kapasi, Ujval, "Conditional Techniques for Stream Processing Kernels," 2004.

21. Towles, Brian, "Distributed Router Fabrics," 2005.

22. Harris, Sarah, "Synergistic Caching in Single-Chip Multiprocessors," 2005.

23. Shaw, Kelly, "Resource Management in Single-Chip Multiprocessors," 2005.

24. Chang, Andrew, "Nucleation Structures," expected 2005.

25. Singh, Arjun, "Load-Balanced Routing in Interconnection Networks," May 2005.

26. Jayasena, Nuwan, "Memory Hierarchy Design for Steram Computing," May 2005.

27. Chiang, Patrick, "" Expected 2006.

28. Erez, Mattan, "", Expected 2006.

**S.M. Theses**

1. Heyda, Russell L., "A Message-Passing System for a Fault Tolerant Processor," May 1987. Also used for S.B. Degree.

2. Hassoun, Soha M.N., "A Memory Design for a Message-Driven Processor," May 1988.

3. Smith, Slade E., "A Novel Broadband Digital Concentrator and VLSI Implementation," May 1988.

4. Song, Paul Y., "Design of a Network for Concurrent Message Passing Systems," May 1988.

5. Abler, Todd A., "A Network Element Based Fault Tolerant Processor," June 1988. Also used for S.B. Degree.

6. Fiske, J.A. Stuart, "A Reconfigurable Arithmetic Processor," December 1988.

7. Horwat, Waldemar, "Concurrent Smalltalk on the Message-Driven Processor," May 1989.

8. Lethin, Richard, "A Simulator for the Message-Driven Processor," February 1991.

9. Dennison, Larry R., "A Design of a Programmable Router for Reliable Multiprocessor Interconnect," May 1991.

10. Carter, Nicholas P., "Improving the Performance of Cache Memories Without Increasing Size or Associativity", June 1991.

11. Keckler, Stephen W., "A Threaded Multi-Alu Processing Node for a Highly Parallel Computer," May 1992.

12. Spertus, Ellen, "Execution of Dataflow Programs on General-Purpose Hardware," August, 1992.

13. Wallach, Deborah A., "PHD: A Hierarchical Cache Coherence Protocol," September 1992.

14. Brown, Christopher, "Software Orientated Hardware Performance Modeling," May 1993.

15. Gaunce, David Brennan, "Design and Implementation of Distributed FL," May 1993.

16. von Kapff, Marcus Alexander, "Industry Assessment and Market Analysis of Massively Parallel Computers," May 1993.

17. Kaneshiro, Shaun Y., "Branch-and-Bound Search on the J-Machine," September 1993.

18. Tse, Clifford, "Linear Janus: A Concurrent Programming Language," February 1994.

19. Wong, Diana, "The Design of a High Performance SPARC Bus Interface," February 1994.

20. Harris, David, "VLSI Design for Freshmen and Sophomores," April 1994.

21. Kan, Kin Hong, "The Implementation of a Reliable Router Chip," April 1994.

22. Dampier, Todd, "A Subspace Optimizing Data Parallel Compiler," May 1994.

23. Lee, Whay Sing, "Efficient Message Subsystem Design," May 1994.

24. Xanthopoulos, Thucydides, "Fault-tolerant Adaptive Routing in Multicomputer Networks," January 1995.

25. McDonald, Eric, "A Video Controller and Distributed Frame Buffer for the J-Machine," January 1995.

26. Gurevich, Yevgeny, "The M-Machine Operating System," August 1995.

27. Gupta, Parag, "Design and Implementation of the Integer Unit Datapath of the MAP Cluster of the M-Machine," June 1996.

28. Hartman, Daniel, "M-Machine Floating Point Multiplier Datapath," June 1996.

29. Chatterjee, Sandeep, "Asynchronous Event Handling," May 1996.

30. Chen, Andrew, expected June 1997.

31. Ma, Albert, "An I/O Controller for the MAP Chip", May 1997.

32. Klaymam, Keith, "Design of the Configuration and Diagnostic Units of the MAP Chip", May 1997.

33. Shultz, Andrew, "Advances in the M-Machine Runtime System," May 1997.

34. Chang, Andrew, "VLSI Datapath Choices: Cell-Based Versus Full-Custom", February 1998.

35. Grossman, J.P., "Point Sample Rendering", August 1998.

**Government Committees, Service, etc.:**

1. Member of JASON, April 1993-Present.

2. Member of NRC Computer Science and Telecommunications Board (CSTB), 2004-Present.

3. Member of NSF CISE Advisory Board, 2004-Present.

4. Member of IDA CCS Program Review Group, 1999-Present.

5. Member of NRC Panel on the Future of Supercomputing, 2003-Present.

6. Member of Visiting Committee, Caltech Division of Engineering & Applied Science, 2000-Present.

7. Member of Defense Science Board Panel on Critical Technologies, 2004-2005.

8. Member of ISAT, 2000-2003. Red Team 2004-2005.

9. Member of Packard Foundation Interdiciplinary Science Panel, 1999-2002

10. Member of Defense Science Board Panel on Supercomputing, 2000-2001.

11. Member of Visiting Committee, University of Maryland Department of Electrical and Computer Engineering, 2002.

12. Member of Defense Science Study Group, February 1992-November 1993.

13. Editor, IEEE Transactions on Parallel and Distributed Systems, June 1994-1997.

14. Editor, Future Generation Computing Systems, 1987-2001.

15. Program Chair, International Symposium on Computer Architecture, May 1999.

16. Program Chair, Hot Interconnects, August 1997.

17. General Chair, Seventh International Conference on Architectural Support for Programming Languages and Operating Systems, October 1996.

18. Program Chair, Conference on Advanced Research in VLSI, March 1995.

19. Program Chair, Sixth MIT Conference on Advanced Research in VLSI, April 1989-April 1990.

20. Chairman for Architecture, Technical Program Committee, International Conference on Computer Design, October 1987-October 1988.

21. Chairman for Architecture, Technical Program Committee, International Conference on Computer Design, October 1988-October 1989.

22. Vice-Chairman for Architecture, Technical Program Committee, International Conference on Computer Design, October 1986-October 1987.

23. Member of DARPA/NASA Fellowship Review Committee, December 1988-April 1989.

24. Member of DARPA/NASA Fellowship Review Committee, December 1989-April 1990.

25. Member of DARPA/NASA Fellowship Review Committee, December 1990-April 1991.

**Patents and Patent Applications Pending:**

1. David A. Wallace, Steven E. Feldon, Gary Mezack, Douglas L. Whiting, William J. Dally, and Scott A. Karns, "Digital Ultrasonic Instrument for Ophthalmic Use," U.S. Patent 4,817,432, Apr. 4, 1989.

2. William J. Dally and Charles E. Seitz, "Torus Routing Chip," U.S. Patent 4,933,933, Jun. 12, 1990.

3. Prathima Agrawal, William J. Dally, and Anjur S. Krishnakumar, " Programmable processing elements interconnected by a communication network including field operation unit for performing field operations," U.S. Patent 5,093,920, March 1992.

4. William J. Dally, et.al., "Message-Driven Processor in a Concurrent Computer," U.S. Patent 5,212,778, May 1993.

5. William J. Dally, "System of Express Channels in an Interconnection Network that Automatically Bypasses Local Channel Addressable Nodes," U.S. Patent 5,367,642, November 1994.

6. William J. Dally, "Express Channels For Diminishing Latency and Increasing Throughput in an Interconnection Network," U.S. Patent 5,475,857, December 1995.

7. Stepen W. Keckler and William J. Dally, "Multiprocessor Coupling System With Integrated Compile and Run Time Scheduling for Parallelism," U.S. Patent 5,574,939, November 1996.

8. Nick Carter, Stephen W. Keckler and William J. Dally, "Memory System Including Guarded Pointers," U.S. Patent 5,845,331, December 1998.

9. Nick Carter, Stephen W. Keckler and William J. Dally, "Memory System with Global Address Translation," U.S. Patent 6,003,123, December 1999.

10. William J. Dally, Scott W. Rixner, Jeffrey P. Grossman, and Christopher J. Buehler, "System and Method for Performing Compound Vector Operations," U.S. Patent 6,192,384, February 2001.

11. Phil Carvey and Wiliam J. Dally, "Apparatus and Methods for Connecting Modules Using Remote Switching," U.S. Patent 6,205,532, March 2001.

12. William J. Dally, "Digital Transmitter with Equalization," U.S. Patent 6,266,379, July 2001.

13. William J. Dally, Scott Whitney Rixner, John Owens, Ujval J. Kapasi, "System and Method for Implementing Conditional Vector Operations in which an Input Vector Containing Multiple Operands to be Used in Conditional Operations is Divided into Two or More Output Vectors Based on a Condition Vector," U.S. Patent 6,269,435, July 31, 2001.

14. William J. Dally, Ramin Farjad-Rad, Teva J. Stone, Xiaoying Yu, and John W. Poulton, "Combined Phase Comparator and Charge Pump Circuit," U.S. Patent 6,275,072, August 14, 2001.

15. William J. Dally, Philip P. Carvey, Larry R. Dennison, and P. Allen King, "Methods and Apparatus for Event-Driven Routing," U.S. Patent 6,285,679, September 4, 2001.

16. William J. Dally, Ramin Farjad-Rad, Teva J. Stone, Xiaoying Yu, and John W. Poulton, "Low-Power Low-Jitter Variable Delay Timing Circuit," U.S. Patent 6,316,987, November 13, 2001.

17. Philip P. Carvey, William J. Dally, and Larry R. Dennison, "Composite Trunking," U.S. Patent 6,359,879, March 19, 2002.

18. William J. Dally, Philip P. Carvey, Larry R. Dennison, and P. Allen King, "Internet Switch Router," U.S. Patent 6,370,145, April 9, 2002.

19. William J. Dally and Daniel K. Hartman, "High-Speed, Low-Power Inter-Chip Transmission System," U.S. Patent 6,426,656, July 30, 2002.

20. Gregory M. Waters, Larry R. Dennison, Philip P. Carvey, William J. Dally, and William F. Mann, "Prefix-Search Circuitry and Method," U.S. Patent 6,430,527, August 6, 2002.

21. William J. Dally, Ramin Farjad-Rad, Teva J. Stone, Xiaoying Yu, and John W. Poulton, "Low-Power Low-Jitter Variable Delay Timing Circuit," U.S. Patent 6,476,656, November 5, 2002.

22. Gregory M. Waters, Larry R. Dennison, Philip P. Carvey, William J. Dally, and William F. Mann, "Apparatus and Method for Efficient Prefix Search," U.S. Patent 6,522,632, February 18, 2003.

23. William J. Dally, "Digital Transmitter with Equalization," U.S. Patent 6,542,555, April 1, 2003.

24. William J. Dally, Philip P. Carvey, Larry R. Dennison, and P. Allen King, "Router with Virtual Channel Allocation," U.S. Patent 6,563,831, May 13, 2003.

25. William J. Dally, William F. Mann, and Philip P. Carvey, "Irregular Network," U.S. Patent 6,598,145, July 22, 2003.

26. Philip P. Carvey and Wiliam J. Dally, "Apparatus and Methods for Connecting Modules Using Remote Switching," U.S. Patent 6,606,656, August 12, 2003.

27. William J. Dally and Daniel K. Hartman, "High-Speed, Low-Power Inter-Chip Transmission System," U.S. Patent 6,614,268, Sept 2, 2003.

28. William J. Dally, Ramin Farjad-Rad, John Poulton, Thomas H. Greer III, Hiok-Tiaq Ng, Teva J. Stone., "Phase Controlled Oscillator," U.S. Patent 6,617,936, Sept 9, 2003.

29. William J. Dally, Philip P. Carvey, Larry R. Dennison, P. Allen King, "Methods and Apparatus for Event-Driven Routing," U.S. Patent 6,654,381, Nov 25, 2003.

30. William J. Dally and John W. Poulton, "Data Communication Circuit with Multi-Stage Multiplexing," U.S. Patent 6,674,772, January 6, 2004.

31. William J. Dally, P. Allen King, William F. Mann, Philip P. Carvey, and Larry R. Dennison, "Space-Efficient Source Routing," U.S. Patent 6,717,942, April 6, 2004.

32. William J. Dally and Ming-Ju Lee, "Serial-Link Circuit Including Capacitive Offset Adjustment of a High-Speed Receiver," U.S. Patent 6,728,240, April 27, 2004.

33. William J. Dally, John Edmondson, Donald A. Priore, Ephrem Wu, and John W. Poulton, "Architectures for a single-stage grooming switch," U.S. Patent 6,807,186, October 19, 2004.

34. William J. Dally, Ramin Farjad-Rad, John W. Poulton, Thomas H. Greer III, Hiok-Tiaq Ng, Teva J. Stone, "Phase-Controlled Oscillator Circuit with Input Signal Coupler." U.S. Patent 6,861,916, Mar 1, 2005.

35. William J. Dally, "Multistage Digital Cross Connect with Integral Frame Timing," U.S. Patent 6,870,838, Mar 22, 2005.

36. William J. Dally, Philip P. Carvey, Paul A. Beliveau, William F. Mann, and Larry R. Dennison, "Apparatus and Method for Packet Scheduling," U.S. Patent 6,891,834, May 10, 2005.

# EXHIBIT H

# Antony L Hosking
**Curriculum vitae**

Department of Computer Science, Purdue University                                    November 3, 2006
305 North University Street, Purdue University, West Lafayette, IN 47907-2066
Telephone: +1 765 494 6001 (work); +1 317 255 4485 (home); +1 765 427 5484 (mobile)
E-mail: `hosking@cs.purdue.edu`
Web: `http://www.cs.purdue.edu/∼hosking`

---

PERSONAL INFORMATION
Citizenship: Australia, Canada, USA

EDUCATION        **University of Massachusetts**                                    Amherst, Massachusetts
PhD, *Computer Science*, February, 1995.
Dissertation: *Lightweight support for fine-grained persistence on stock hardware.*
Committee: Eliot Moss (chair), Lori Clarke, John Stankovic, David Stemple, Wayne Burleson

**University of Waikato**                                    Hamilton, New Zealand
Master of Science (1st Class Honours), *Computer Science*, April, 1987.
Thesis: *A semantic algebra approach to denotational semantics of programming languages.*
Advisor: Professor EV Krishnamurthy

**University of Adelaide**                                    Adelaide, South Australia
Bachelor of Science, *Mathematical Sciences*, May, 1985.

RESEARCH INTERESTS
Programming language design and implementation: compilers, interpreters, and optimization; run-time systems. Object-oriented database systems; database and persistent programming languages and systems. Architectural support for programming languages and applications. Experimental performance evaluation of prototype systems.

PROFESSIONAL EXPERIENCE
*Associate Professor of Computer Science (tenured)*                    since July 2001
Purdue University                                                West Lafayette, Indiana

*Assistant Professor of Computer Science (tenure-track)*            January 1995–June 2001
Purdue University                                                West Lafayette, Indiana

*Research Assistant*                                        September 1986–December 1994
University of Massachusetts                                        Amherst, Massachusetts

HONORS        *Top 10 Teacher in College of Science*                                    2003
Purdue University

*ACM Recognition of Service Award*                                    2000
For Contributions to ACM as Program Chair of ISMM

*Purdue University Teaching for Tomorrow Award*                            1998
1 of 8 junior faculty selected university-wide for outstanding teaching potential

SOCIETY AFFILIATIONS
Member, Association for Computing Machinery (ACM), and ACM special interest groups on programming languages (SIGPLAN), management of data (SIGMOD), operating systems (SIGOPS), and computer architecture (SIGARCH).

Member, Institute for Electrical and Electronics Engineers (IEEE), and IEEE Computer Society.

PUBLICATIONS  (with Digital Object Identifiers (DOI) where available)

**Journal articles**

1. Moss JEB, Hosking AL. Nested transactional memory: Model and preliminary architecture sketches. *Science of Computer Programming*, to appear, 2006. `http://dx.doi.org/10.1016/j.scico.2006.05.010`

2. Welc A, Jagannathan S, Hosking AL. Revocation techniques for Java concurrency. *Concurrency and Computation – Practice and Experience 18*(2):1613–1656, October 2006. `http://dx.doi.org/10.1002/cpe.1008`

3. Jagannathan S, Vitek J, Welc A, Hosking A. A transactional object calculus. *Science of Computer Programming 57*(2):164–186, August 2005. `http://dx.doi.org/10.1016/j.scico.2005.03.001`

4. VanDrunen T, Hosking AL. Anticipation-based partial redundancy elimination for static single assignment form. *Software – Practice and Experience 34*(15):1413–1439, December 2004. `http://dx.doi.org/10.1002/spe.618`

5. Hosking AL, Nystrom N, Whitlock D, Cutts Q, Diwan A. Partial redundancy elimination for access path expressions. *Software – Practice and Experience 31*(6):577–600, May 2001. `http://dx.doi.org/10.1002/spe.371`

**Conference articles – competitively refereed in archived proceedings** (with acceptance rates where available)

6. Blackburn S, Garner R, Hoffman C, Khan A, McKinley KS, Bentzur R, Diwan A, Feinberg D, Guyer S, Hosking AL, Jump M, Moss JEB, Stefanović D, VanDrunen T, von Dincklage D, Wiedermann B. The DaCapo benchmarks: Java benchmarking development and analysis. *Proceedings of the 21st ACM SIGPLAN International Conference on Object-Oriented Programming, Systems, Languages, and Applications* (Portland, Oregon, October 2006), ACM, 2006. [acceptance rate 26/157=17%]

7. Hosking AL. Portable, mostly-concurrent, mostly-copying garbage collection for multi-processors. *Proceedings of the 4th ACM SIGPLAN International Symposium on Memory Management* (Ottawa, Canada, June 2006):40–51, ACM, 2006. `http://doi.acm.org/10.1145/1133956.1133963` [acceptance rate 17/45=38%]

8. McGachey P, Hosking AL. Reducing generational copy reserve overhead with fallback compaction. *Proceedings of the 4th ACM SIGPLAN International Symposium on Memory Management* (Ottawa, Canada, June 2006):17–28, ACM, 2006. `http://doi.acm.org/10.1145/1133956.1133960` [acceptance rate 17/45=38%]

9. Welc A, Hosking AL, Jagannathan S. Transparently reconciling transactions with locking for Java synchronization. *Proceedings of the 20th European Conference on Object-Oriented Programming* (Nantes, France, July 2006), *Lecture Notes in Computer Science 4067*:148–173, Springer-Verlag, 2006. `http://dx.doi.org/10.1007/11785477_8` [acceptance rate 21/164=13%]

10. Moss, JEB, Hosking AL. Nested transactional memory: Model and preliminary architecture sketches. *Workshop on Synchronization and Concurrency in Object-Oriented Languages, ACM SIGPLAN International Conference on Object-Oriented Programming, Systems, Languages, and Applications* (San Diego, California, October 2005):39–48. `http://hdl.handle.net/1802/2099` [acceptance rate 13/23=56%]

11. Welc A, Jagannathan S, Hosking AL. Safe Futures for Java. *Proceedings of the 20th ACM SIGPLAN International Conference on Object-Oriented Programming, Systems, Languages, and Applications* (San Diego, California, October 2005), *ACM SIGPLAN Notices 40*(10):439–453, October, 2005. `http://doi.acm.org/10.1145/1094811.1094845` [acceptance rate 32/174=18%]

12. Blackburn S, Hosking AL. Barriers: Friend or foe? *Proceedings of the 3rd ACM SIGPLAN International Symposium on Memory Management* (Vancouver, Canada, October 2004):143–151, ACM, 2004. `http://doi.acm.org/10.1145/1029873.1029891` [acceptance rate 15/43=35%]

13. Cher C-Y, Hosking AL, Vijaykumar TN. Software prefetching for mark-sweep garbage collection: Hardware analysis and software redesign. *Proceedings of the 11th* ACM International Conference on Architectural Support for Programming Languages and Operating Systems (Boston, Massachusetts, October 2004), *ACM SIGPLAN Notices 39*(11):199–210, November, 2004. `http://doi.acm.org/10.1145/1024393.1024417` [acceptance rate 24/116=14%]

14. Welc A, Hosking AL, Jagannathan S. Preemption-based avoidance of priority inversion for Java. *Proceedings of the IEEE International Conference on Parallel Processing* (Montréal, Canada, August 2004):529–538, IEEE, 2004. `http://dx.doi.org/10.1109/ICPP.2004.1327963` [acceptance rate 65/190=34%]

15. Welc A, Jagannathan S, Hosking AL. Transactional monitors for concurrent objects. *Proceedings of the 18th* European Conference on Object-Oriented Programming (Oslo, Norway, June 2004), *Lecture Notes in Computer Science 3086*:519–542, Springer-Verlag, 2004. `http://dx.doi.org/10.1007/b98195` [acceptance rate 25/132=19%]

16. Vitek J, Jagannathan S, Welc A, Hosking AL. A semantic framework for designer transactions. *Proceedings of the European Symposium on Programming, European Joint Conferences on Theory and Practice of Software* (Barcelona, Spain, March/April 2004), *Lecture Notes in Computer Science 2986*:249–263, Springer-Verlag, 2004. `http://dx.doi.org/10.1007/b96702` [acceptance rate 27/118=23%]

17. VanDrunen T, Hosking AL. Value-based partial redundancy elimination. *Proceedings of the International Conference on Compiler Construction, European Joint Conferences on Theory and Practice of Software* (Barcelona, Spain, March/April 2004), *Lecture Notes in Computer Science 2985*:167–184, Springer-Verlag, 2004. `http://dx.doi.org/10.1007/b95956` [acceptance rate 19/58=33%]

18. Mueller F, Hosking AL. Penumbra: An Eclipse plugin for introductory programming. *Proceedings of the Workshop on Eclipse Technology eXchange (eTX), ACM SIGPLAN International Conference on Object-Oriented Programming, Systems, Languages, and Applications*(Anaheim, California, Oct 2003):65–68, ACM, 2003. `http://doi.acm.org/10.1145/965660.965674`

19. Hirzel M, Diwan A, Hosking AL. On the usefulness of liveness for garbage collection and leak detection. *Proceedings of the 15th* European Conference on Object-Oriented Programming (Budapest, Hungary, June 2001), *Lecture Notes in Computer Science 2072*:181-206, Springer-Verlag, 2001. `http://www.springerlink.com/link.asp?id=7541hbvh67tmgvd0` [acceptance rate 18/108=17%]

20. Whitlock D, Hosking AL. A Framework for Persistence-Enabled Optimization of Java Object Stores. *Proceedings of the 9th* International Workshop on Persistent Object Systems (Lillehammer, Norway, September 2000), Kirby (Ed), *Lecture Notes in Computer Science 2135*:4–18, Springer-Verlag, 2001. `http://www.springerlink.com/link.asp?id=yjtur9aq7gatc17q`

21. Hosking AL, Chen J. Mostly-copying reachability-based orthogonal persistence. *Proceedings of the 14th* ACM SIGPLAN International Conference on Object-Oriented Programming, Systems, and Applications (Denver, Colorado, November 1999), *ACM SIGPLAN Notices 34*(10):383–398, October, 1999. `http://doi.acm.org/10.1145/320384.320427` [acceptance rate 30/152=20%]

22. Hosking AL, Chen J. PM3: An orthogonally persistent systems programming language – Design, Implementation, Performance. *Proceedings of the 25th* International Conference on Very Large Data Bases (Edinburgh, Scotland, September 1999):587–598, Morgan Kaufmann, 1999. `http://www.vldb.org/conf/1999/P55.pdf` [acceptance rate 57/390=15%]

23. Brahnmath K, Nystrom N, Hosking AL, Cutts Q. Swizzle barrier optimizations for orthogonal persistence in Java. *Proceedings of the 3rd* International Workshop on Persistence and Java (Tiburon, California, August 1998), Morrison, Jordan and Atkinson (Eds), *Advances in Persistent Object Systems*:268–278, Morgan Kaufmann, 1999.

24. Hosking AL, Nystrom N, Cutts Q, Brahnmath K. Optimizing the read and write barriers for orthogonal persistence. *Proceedings of the 8th* International Workshop on Persistent

Object Systems (Tiburon, California, August 1998), Morrison, Jordan and Atkinson (Eds), *Advances in Persistent Object Systems*:149–159, Morgan Kaufmann, 1999. [acceptance rate 16/27=59%]

25. Cutts QI, Lennon S, Hosking AL. Reconciling buffer management with persistence optimizations. *Proceedings of the 8th* International Workshop on Persistent Object Systems (Tiburon, California, August 1998), Morrison, Jordan and Atkinson (Eds), *Advances in Persistent Object Systems*:51–63, Morgan Kaufmann, 1999. [acceptance rate 16/27=59%]

26. Cutts Q, Hosking AL. Analysing, Profiling and Optimising Orthogonal Persistence for Java. *Proceedings of the 2nd* International Workshop on Persistence and Java (Half Moon Bay, California, August 1997), Atkinson and Jordan (Eds), *Sun Microsystems Technical Report 97-63*:107–115, December, 1997. `http://research.sun.com/techrep/1997/abstract-63.html`

27. Hosking AL. Residency check elimination for object-oriented languages. *Proceedings of the 7th* International Workshop on Persistent Object Systems (Cape May, New Jersey, May 1996), Connor and Nettles (Eds), *Persistent Object Systems: Principles and Practice*:174–183, Morgan Kaufmann, 1997. [acceptance rate 22/50=44%]

28. Moss JEB, Hosking AL. Approaches to adding persistence to Java. *Proceedings of the 1st* International Workshop on Persistence and Java (Drymen, Scotland, September 1996), Atkinson and Jordan (Eds), *Sun Microsystems Technical Report 96-58*:1–6, November, 1996. `http://research.sun.com/techrep/1996/abstract-58.html`

29. Moss JEB, Hosking AL. Expressing object residency optimizations using pointer type annotations. *Proceedings of the 6th* International Workshop on Persistent Object Systems (Tarascon, France, September 1994), Atkinson, Maier and Benzaken (Eds), *Persistent Object Systems*:3–15, Springer-Verlag, 1995. [acceptance rate 29/54=53%]

30. Hosking AL, Moss JEB. Protection traps and alternatives for memory management of an object-oriented language. *Proceedings of the 14th ACM Symposium on Operating Systems Principles* (Asheville, NC, December 1993), *ACM Operating Systems Review* 27(5):106–119, December 1993. `http://doi.acm.org/10.1145/168619.168628` [acceptance rate 21/78=27%]

31. Hosking AL, Moss JEB. Object fault handling for persistent programming languages: A performance evaluation. *Proceedings of the 8th* ACM SIGPLAN International Conference on Object-Oriented Programming, Systems, Languages, and Applications (Washington, DC, September 1993), *ACM SIGPLAN Notices 28*(10):288–303, October, 1993. `http://doi.acm.org/10.1145/165854.165907` [acceptance rate 26/278=9%]

32. Hosking AL, Brown E, Moss JEB. Update logging for persistent programming languages: A comparative performance evaluation. *Proceedings of the 19th* International Conference on Very Large Data Bases (Dublin, Ireland, August 1993):429–440, Morgan Kaufmann, 1993. `http://www.vldb.org/conf/1993/P429.PDF` [acceptance rate 54/311=17%]

33. Hosking AL, Moss JEB, Stefanović D. A comparative performance evaluation of write barrier implementations. *Proceedings of the 7th* ACM SIGPLAN International Conference on Object-Oriented Programming, Systems, Languages, and Applications (Vancouver, Canada, October 1992), *ACM SIGPLAN Notices 27*(10):92–109, October, 1992. `http://doi.acm.org/10.1145/141936.141946` [acceptance rate 31/250=12%]

34. Hosking AL, Moss JEB. Towards compile-time optimisations for persistence. *Proceedings of the 4th* International Workshop on Persistent Object Systems (Martha's Vineyard, Massachusetts, September 1990), Dearle, Shaw and Zdonik (Eds), *Implementing Persistent Object Bases: Principles and Practice*:17–27, Morgan Kaufmann, 1990. [acceptance rate 31/82=38%]

**Editorials**

35. Hosking AL. Session 4: Overview. *Proceedings of the 9th* International Workshop on Persistent Object Systems (Lillehammer, Norway, September 2000), Kirby (Ed), *Lecture Notes in Computer Science 2135*:157–160, Springer-Verlag, 2001.

36. Hosking AL, Cutts Q. Persistent object systems. *Software – Practice and Experience* 30(4):293–294, April 2000.

**Edited collections**

37. Hosking AL (Ed.). *Proceedings of the 2nd* ACM SIGPLAN International Symposium on Memory Management (Minneapolis, Minnesota, October 2000), *ACM SIGPLAN Notices 36*(1), January, 2001. `http://doi.acm.org/10.1145/362422`

38. Hosking AL, Cutts Q (Eds.). Special issue on Persistent Object Systems. *Software – Practice and Experience* 30(4), April 2000.

**Magazine articles**

39. Mueller F, Hosking AL. Penumbra: Simplifying Eclipse. *Dr. Dobb's Journal: Software Tools for the Professional Programmer 365*:62–66, October, 2004. `http://www.ddj.com/184405854`

**Letters**

40. Hosking AL. Patriotism alone is not enough. Letter to the Editor commenting on state of academic computer science in Australia, *The Australian – Australia's National Newspapaer*, 1st Edition, Wednesday 31st March, 1999, p 38. News Corporation.

**Abstracts in conference proceedings**

41. Hosking AL, Nystrom N, Whitlock D, Cutts Q, Diwan A. Partial redundancy elimination for access path expressions. Abstracted in *Aliasing in Object Oriented Systems*, Noble, Vitek, Lea, Almeida (Eds), *Object-Oriented Technology – ECOOP'99 Workshop Reader, Lecture Notes in Computer Science 1743*:136–163, Springer-Verlag, 1999. `http://www.springerlink.com/link.asp?id=n1gkgxagcd70ppqa`

42. Hosking AL, Novianto AP. Reachability-based orthogonal persistence for C, C++ and other intransigents. *Proceedings of the Workshop on Garbage Collection and Memory Management, ACM SIGPLAN International Conference on Object-Oriented Programming, Systems, Languages, and Applications*(Atlanta, Georgia, October 1997), 10pp. `http://www.dcs.gla.ac.uk/~huw/oopsla97/gc/papers.html`

43. Hosking AL, Cutts Q. Analysing, Profiling and Optimising for Persistence. *Proceedings of the 4th Australian Workshop on Integrated Data Environments* (Magnetic Island, Queensland, Australia, May 1997), 4pp. `http://www.cs.adelaide.edu.au/users/idea/idea4`

44. Hosking AL. Benchmarking persistent programming languages: quantifying the language/database interface. *Proceedings of the Workshop on Object Database Behavior, Benchmarks, and Performance, ACM SIGPLAN International Conference on Object-Oriented Programming, Systems, Languages, and Applications*(Austin, Texas, October 1995), 7pp. Abstracted in *Object database behavior, benchmarks, and performance: workshop addendum*, Zorn and Chaudri (Eds), *Addendum to Proceedings of* ACM SIGPLAN International Conference on Object-Oriented Programming, Systems, Languages, and Applications, *ACM OOPS Messenger 6*(4):159–163, October, 1995. `http://doi.acm.org/10.1145/260111.260272`

45. Hosking AL, Hudson RS. Remembered sets can also play cards. *Proceedings of the Workshop on Garbage Collection and Memory Management, ACM SIGPLAN International Conference on Object-Oriented Programming, Systems, Languages, and Applications*(Washington, DC, September 1993), 8pp. `ftp://ftp.cs.utexas.edu/pub/garbage/GC93/hosking.ps`

46. Hosking AL. Main memory management for persistence. *Proceedings of the Workshop on Garbage Collection and Memory Management, ACM SIGPLAN International Conference on Object-Oriented Programming, Systems, Languages, and Applications*(Phoenix, Arizona, October 1991), 6pp. Abstracted in *Garbage collection in object oriented systems*, Wilson and Hayes (Eds), *Addendum to Proceedings of* ACM SIGPLAN International Conference on Object-Oriented Programming, Systems, Languages, and Applications, *ACM OOPS Messenger 3*(4):63–71, October, 1992. `http://doi.acm.org/10.1145/143776.143792`

**Posters**

47. Mueller F, Hosking AL. Penumbra: An Eclipse plugin for introductory programming. *18th* European Conference on Object-Oriented Programming (Oslo, Norway, June 2004).

48. Chen J, Hosking AL. Composing Threads with Transactions for Orthogonal Persistence. Poster presented at *14th* ACM SIGPLAN International Conference on Object-Oriented Programming, Systems, Languages, and Applications (Denver, Colorado, November 1999).

**Technical reports**

49. VanDrunen T, Hosking AL. Corner cases in value-based partial redundancy elimination. Computer Science Technical Report 03-032, 6pp, Purdue University, October, 2003.

50. Flack C, Hosking A, Vitek J. Idioms in OVM. Computer Science Technical Report 03-017, 8pp, Purdue University, May, 2003.

51. Nystrom N, Hosking AL, Whitlock D, Cutts Q, Diwan A. Partial redundancy elimination for access expressions. Computer Science Technical Report 98-044, 12pp, Purdue University, October, 1998.

52. Hosking AL. Residency check elimination for object-oriented persistent languages. Computer Science Technical Report 96-053, 10pp, Purdue University, September, 1996.

53. Hosking AL, Moss JEB. Lightweight write detection and checkpointing for fine-grained persistence. Computer Science Technical Report 95-084, 29pp, Purdue University, November 1995.

54. Hosking AL. *Lightweight support for fine-grained persistence on stock hardware.* PhD thesis. Computer Science Technical Report 95-02, 147pp, University of Massachusetts at Amherst, February, 1995.

55. Moss JEB, Hosking AL, Brown E. *Mneme V3.x User's Guide.* OSL+SAA Memo 1994-01-V1 (Version 1: May 4, 1994), University of Massachusetts, Amherst, May, 1994

56. Hosking AL, Moss JEB. *Compiler support for persistent programming.* Computer Science Technical Report 91-25, University of Massachusetts, Amherst, March, 1991

57. Hosking AL, Moss JEB, Bliss C. *Design of an object faulting persistent Smalltalk.* Computer Science Technical Report 90-45, University of Massachusetts, Amherst, May, 1990

58. Hosking AL, Moss JEB. *Managing persistent data with Mneme: User's guide to the client interface.* Object Systems Laboratory, Computer Science Department, University of Massachusetts, Amherst, March, 1990

**Software**

59. *MiniJava*: Implementation of a subset of the Java language targetting native PowerPC (for Linux and Mac OS X) and MIPS (for the SPIM simulator) assembly languages . The subset supports classes and inheritance, static and dynamic fields and methods, native methods, and linking to native libraries. Used as the primary teaching vehicle in both graduate and undergraduate compiler courses at Purdue. The compiler has a significantly revised intermediate stage that is amenable to teaching of advanced compiler techniques such as data-flow analysis and optimizing transformations.

60. *Penumbra*: An Eclipse Plugin for Introductory Programming. A stripped-down perspective for the Eclipse Java development environment, with extensions to improve understanding of Java programs by novice programmers. Penumbra is the principal programming environment used by Purdue CS majors in first courses on programming (CS180, CS178). Project funded by IBM.
Available from `http://www.cs.purdue.edu/s3/projects/eclipse`

61. *GVNPRE*: Implementation (with Thomas VanDrunen) of partial-redundancy elimination for the Jikes Research Virtual Machine for Java. This work forms the basis of the recently added GVNPRE-based tree optimization phase in gcc.

62. *Persistent Modula-3*: Persistent extension of the Modula-3 programming language. Initial implementation efforts have focused on extending the compiler and run-time system of Digital's Systems Research Center implementation of Modula-3 to support accurate garbage collection and persistence. The prototype is now being used as an experimental platform for comparison of accurate versus conservative garbage collection approaches, and to explore the performance of compiled persistent programming languages. Project funded by Sun Microsystems Laboratories and the National Science Foundation.
Available from `ftp://ftp.cs.purdue.edu/pub/hosking/pm3`

63. *BLOAT*, a bytecode-level optimization and analysis tool for Java: Permits optimization of Java programs in the absence of source code. In addition to generic optimizations, targeted applications include optimization of persistent extensions to Java. Project funded by Sun Microsystems Laboratories.
Publicly developed and maintained at `http://sourceforge.net/projects/javabloat`

64. *Modula-3 support*: Member of the core team for maintenance of the CM3 and PM3 implementations of the Modula-3 programming languages; responsible for the SPARC/Solaris port. Ported generational/incremental GC support for CM3/PM3 to Mac OS X. Re-wrote GC and threads package in support of native threads on multi-processors, with compiler support for GC barriers. Details at `http://www.m3.org/`

65. *Mneme*: Assisted in the design and implementation of the Mneme persistent object store, intended for use as a low-level object storage manager for advanced database applications. The system is in use at several research sites around the world, and is also being distributed commercially as part of the INQUERY full-text information-retrieval system from the Center for Intelligent Information Retrieval at the University of Massachusetts at Amherst. Users of INQUERY include the Library of Congress, the White House, InfoSeek and the Department of Commerce.

66. *Persistent Smalltalk*: The prototype for much of my thesis research into run-time issues for persistent programming languages. 23,000 lines of C code and 48,000 lines of Smalltalk code implement a full-blown persistent Smalltalk system, including browsers, debuggers, and inspectors, and supporting both garbage collection and lightweight processes (threads).

67. *Language-Independent Garbage Collector Toolkit*: A portable run-time library that supports the implementation of garbage-collectors for arbitrary client programming languages. Several languages have been integrated with the toolkit, notably Smalltalk, Modula-3, SML of New Jersey (CMU and UPenn), and Cecil (Washington).

Items 62 and 63 are licensed through the Purdue Research Foundation. Items 65, 66 and 67 are distributed and licensed through the Applied Computing Systems Institute of Massachusetts, the University of Massachusetts at Amherst's Computer Science technology-transfer partner.

COLLOQUIA      **Invited talks**

1. *Portable, Mostly-Concurrent, Mostly-Copying Garbage Collection for Multi-Processors*. University of Kent at Canterbury, May 2006.

2. *Portable, Mostly-Concurrent, Mostly-Copying Garbage Collection for Multi-Processors*. University of Copenhagen, May 2006.

3. *Revocation Techniques for Java Concurrency*. Workshop on Object Systems and Software Architectures, Victor Harbour, South Australia, January 2006

4. *Transactional, persistent, managed runtime environments*. Microsoft Research Rotor RFP Capstone Workshop, Redmond, Washington, September, 2005

5. *Transactional, persistent, managed runtime environments*. Microsoft Research Academic Summit, Sao Paulo, Brazil, May 2005

6. *Transactional monitors for concurrent objects*. Harvard University, Cambridge, Massachusetts, August 2004

7. *Software prefetching for mark-sweep garbage collection: Hardware analysis and software redesign*. University of Kent at Canterbury, England, June 2004

8. *Transactional Threads for Orthogonal Persistence*. University of Adelaide, Australia, May 2003

9. *Transactional Threads for Orthogonal Persistence*. Australian National University, Canberra, Australia, May 2003

10. *Capitulating Loads: Alternatives to Prefetching for Garbage Collection*. NSF Mid-Project Review of *ITR/SW: Dynamic Cooperative Performance Optimization*, University of Massachusetts at Amherst, April 2003

11. *On the Usefulness of Accuracy and Liveness for Garbage Collection and Leak Detection*. University of Adelaide, Australia, November 2001

12. *On the Usefulness of Accuracy and Liveness for Garbage Collection and Leak Detection*. University of Glasgow, Scotland, September 2001

13. *PM3: An Orthogonally Persistent Systems Programming Language*. University of Adelaide, Australia, July 2000

14. *A Framework for Persistence-Enabled Optimization of Java Applications*. Australian National University, Canberra, July 2000

15. *A Framework for Persistence-Enabled Optimization of Java Applications*. University of Glasgow, Scotland, May 2000

16. *PM3: An Orthogonally Persistent Systems Programming Language*. University of St Andrews, Scotland, September 1999

17. *PM3: An Orthogonally Persistent Systems Programming Language*. Stanford University, California, July 1999

18. *High-performance persistent systems: Realizing the dream*. Australian National University, Canberra, March 1999

19. *Partial Redundancy Elimination for Access Expressions with Application to Orthogonal Persistence*. Australian National University, Canberra, July 1998

20. *Reachability-based orthogonal persistence for C, C++ and other intransigents*. 5th Annual FIDE EC/US Workshop in Persistence, Kinlochrannoch, Scotland, August 1997

21. *Optimizing for Persistence*. Sun Microsystems Laboratories, Mountain View, California, March 1997

22. *Lightweight support for fine-grained persistence on stock hardware*. James Cook University of North Queensland, Townsville, Australia, July 1995

23. *Lightweight support for fine-grained persistence on stock hardware*. Sun Microsystems Laboratories (East), Massachusetts, May 1995

24. *Towards high-performance persistent programs*. Harvard University, Cambridge, Massachusetts, April 1994

25. *Towards high-performance persistent programs*. Yale University, New Haven, Connecticut, April 1994

26. *Towards high-performance persistent programs*. University of Maryland, College Park, April 1994

27. *Towards high-performance persistent programs*. University of Illinois at Urbana-Champaign, April 1994

28. *Towards high-performance persistent programs*. Purdue University, West Lafayette, Indiana, April 1994

29. *Towards high-performance persistent programs*. University of Maryland, Baltimore County, March 1994

30. *Towards high-performance persistent programs*. York University, Toronto, Canada, March 1994

31. *Towards high-performance persistent programs*. University of Illinois at Chicago, March 1994

32. *On trial: Virtual memory primitives for user programs*. Carnegie Mellon University, Pittsburgh, Pennsylvania, June 1993

33. *Implementing efficient persistent programming languages*. James Cook University of North Queensland, Townsville, Australia, March 1992

34. *Implementing efficient persistent programming languages*. University of Sydney, Australia, March 1992

**Conferences and workshops** (presenter in bold)

35. **Hosking AL**. Portable, mostly-concurrent, mostly-copying garbage collection for multi-processors. *4th* ACM SIGPLAN International Symposium on Memory Management (Ottawa, Canada, June 2006).

36. **McGachey P**, Hosking AL. Reducing generational copy reserve overhead with fallback compaction. *4th* ACM SIGPLAN International Symposium on Memory Management (Ottawa, Canada, June 2006).

37. **Welc A**, Jagannathan S, Hosking AL. Safe Futures for Java. *20th* ACM SIGPLAN International Conference on Object-Oriented Programming, Systems, Languages, and Applications (San Diego, California, October 2005).

38. **Blackburn S**, Hosking AL. Barriers: Friend or foe? In *3rd* ACM SIGPLAN International Symposium on Memory Management (Vancouver, Canada, October 2004).

39. **Cher C-Y**, Hosking AL, Vijaykumar TN. Software prefetching for mark-sweep garbage collection: Hardware analysis and software redesign. *11th* ACM International Conference on Architectural Support for Programming Languages and Operating Systems (Boston, Massachusetts, October 2004).

40. **Welc A**, Hosking AL, Jagannathan S. Preemption-based avoidance of priority inversion for Java. *International Conference on Parallel Processing* (Montréal, Canada, August 2004).

41. **Welc A**, Jagannathan S, Hosking AL. Transactional monitors for concurrent objects. *18th* European Conference on Object-Oriented Programming (Oslo, Norway, June 2004).

42. **Vitek J**, Jagannathan S, Welc A, Hosking AL. A semantic framework for designer transactions. *European Symposium on Programming, European Joint Conferences on Theory and Practice of Software* (Barcelona, Spain, March/April 2004).

43. **VanDrunen T**, Hosking AL. Value-based partial redundancy elimination. *International Conference on Compiler Construction, European Joint Conferences on Theory and Practice of Software* (Barcelona, Spain, March/April 2004).

44. **Mueller F**, Hosking AL. Penumbra: An Eclipse plugin for introductory programming. *Workshop on Eclipse Technology eXchange (eTX), ACM SIGPLAN International Conference on Object-Oriented Programming, Systems, Languages, and Applications.*

45. **Hirzel M**, Diwan A, Hosking AL. On the usefulness of liveness for garbage collection and leak detection. *15th* European Conference on Object-Oriented Programming (Budapest, Hungary, June 2001).

46. **Whitlock D**, Hosking AL. A Framework for Persistence-Enabled Optimization of Java Object Stores. *9th* International Workshop on Persistent Object Systems (Lillehammer, Norway, September 2000).

47. **Hosking AL**, Chen J. Mostly-copying reachability-based orthogonal persistence. *14th* ACM SIGPLAN International Conference on Object-Oriented Programming, Systems, Languages, and Applications (Denver, Colorado, November 1999).

48. **Hosking AL**, Chen J. PM3: An orthogonally persistent systems programming language – Design, Implementation, Performance. *25th* International Conference on Very Large Data Bases (Edinburgh, Scotland, September 1999).

49. **Hosking AL**, Nystrom N, Whitlock D, Cutts Q, Diwan A. Partial redundancy elimination for access expressions. *Intercontinental Workshop on Aliasing in Object-Oriented Systems* (Lisbon, Portugal, June 1999)

50. **Hosking AL**, *Persistent Modula-3* demonstration. *ACM SIGPLAN International Symposium on Memory Management*(Vancouver, Canada, October 1998)

51. Brahnmath K, Nystrom N, **Hosking AL**, Cutts Q. Swizzle barrier optimizations for orthogonal persistence in Java. *3rd* International Workshop on Persistence and Java (Tiburon, California, August 1998).

52. **Hosking AL**, Nystrom N, Cutts Q, Brahnmath K. Optimizing the read and write barriers for orthogonal persistence. *8th* International Workshop on Persistent Object Systems (Tiburon, California, August 1998).

53. **Cutts QI**, Lennon S, Hosking AL. Reconciling buffer management with persistence optimizations. *8th* International Workshop on Persistent Object Systems (Tiburon, California, August 1998).

54. **Hosking AL**, Novianto AP. Mostly-copying reachability-based orthogonal persistence for C, C++ and other intransigents. *Workshop on Garbage Collection and Memory Management, ACM SIGPLAN International Conference on Object-Oriented Programming, Systems, Languages, and Applications*(Atlanta, Georgia, October 1997).

55. Cutts Q, **Hosking AL**. Analysing, Profiling and Optimising Orthogonal Persistence for Java. *2nd* International Workshop on Persistence and Java (Half Moon Bay, California, August 1997).

56. *Analysing, Profiling and Optimising for Persistence.* 4th Australian Workshop on Integrated Data Environments, Magnetic Island, Queensland, Australia, May 1997

57. Moss JEB, **Hosking AL**. Approaches to adding persistence to Java. *1st* International Workshop on Persistence and Java (Drymen, Scotland, September 1996).

58. **Hosking AL**. Residency check elimination for object-oriented languages. *7th* International Workshop on Persistent Object Systems (Cape May, New Jersey, May 1996).

59. **Moss JEB**, Hosking AL. Expressing object residency optimizations using pointer type annotations. *6th* International Workshop on Persistent Object Systems (Tarascon, France, September 1994).

60. **Hosking AL**. Benchmarking persistent programming languages: quantifying the language/database interface. *Workshop on Object Database Behavior, Benchmarks, and Performance, ACM SIGPLAN International Conference on Object-Oriented Programming, Systems, Languages, and Applications*(Austin, Texas, October 1995).

61. **Hosking AL**, Moss JEB. Protection traps and alternatives for memory management of an object-oriented language. *14th Symposium on Operating Systems Principles* (Asheville, NC, December 1993).

62. **Hosking AL**, Moss JEB. Object fault handling for persistent programming languages: A performance evaluation. *8th* ACM SIGPLAN International Conference on Object-Oriented Programming, Systems, Languages, and Applications (Washington, DC, September 1993).

63. **Hosking AL**, Hudson RS. Remembered sets can also play cards. *Workshop on Garbage Collection and Memory Management, ACM SIGPLAN International Conference on Object-Oriented Programming, Systems, Languages, and Applications*(Washington, DC, September 1993).

64. **Hosking AL**, Brown E, Moss JEB. Update logging for persistent programming languages: A comparative performance evaluation. *19th* International Conference on Very Large Data Bases (Dublin, Ireland, August 1993).

65. **Hosking AL**, Moss JEB, Stefanović D. A comparative performance evaluation of write barrier implementations. *7th* ACM SIGPLAN International Conference on Object-Oriented Programming, Systems, Languages, and Applications (Vancouver, Canada, October 1992).

66. **Hosking AL**. Main memory management for persistence. *Workshop on Garbage Collection and Memory Management, ACM SIGPLAN International Conference on Object-Oriented Programming, Systems, Languages, and Applications*(Phoenix, Arizona, October 1991).

67. **Hosking AL**, Moss JEB. Towards compile-time optimisations for persistence. *4th* International Workshop on Persistent Object Systems (Martha's Vineyard, Massachusetts, September 1990).

PROFESSIONAL SERVICE

**Conference general chair**
- *ACM SIGPLAN Workshop on Memory Systems Performance and Correctness*, 2006

**Conference program chair**
- *ACM SIGPLAN International Symposium on Memory Management*, 2000

**Guest editor**
- Special issue on *Persistent Object Systems, Software – Practice and Experience 30*, 4 (April 2000)

**Editorial panel member**
- *Science of Computer Programming*, special issue on Synchronization and Concurrency in Object-Oriented Languages
- *Science of Computer Programming*, special issue on Memory Management, 2005

**Conference program committee member**
- *Workshop on Synchronization and Concurrency in Object-Oriented Languages (SCOOL'05)*, *ACM SIGPLAN International Conference on Object-Oriented Programming, Systems, Languages, and Applications*, 2005
- *European Conference on Object-Oriented Programming*, 2005
- *Workshop on Eclipse Technology eXchange (eTX)*, *ACM SIGPLAN International Conference on Object-Oriented Programming, Systems, Languages, and Applications*, 2004
- *ACM SIGPLAN Symposium on Memory System Performance*, 2004
- *17th ACM International Conference on Object Oriented Programming, Systems, Languages, and Applications*, 2002
- *27th* International Conference on Very Large Data Bases, 2001
- *9th* International Workshop on Persistent Object Systems, 2000
- *ACM SIGPLAN International Symposium on Memory Management*, 2000
- *International Symposium on Objects and Databases*, 2000
- *ACM SIGPLAN International Symposium on Memory Management*, 1998
- *13th ACM International Conference on Object Oriented Programming, Systems, Languages, and Applications*, 1998
- *2nd* International Workshop on Persistence and Java, 1997
- *7th* International Workshop on Persistent Object Systems, 1996

**Conference steering committee member**
- *ACM Transact: Workshop on Languages, Compilers, and Hardware Support for Transactional Computing*, 2006
- *ACM SIGPLAN International Symposium on Memory Management*, 2002, 2004, 2006

**Journal refereeing**
- *The International Journal on Very Large Data Bases*
- *Science of Computer Programming*, special issue on synchronization and concurrency in object-oriented languages
- *Science of Computer Programming*, special issue on memory management
- *ACM Transactions on Architecture and Code Optimization*
- *Communications of the ACM*
- *ACM Transactions on Programming Languages and Systems*
- *Software – Practice and Experience*
- *International Journal on Theory and Practice of Object Systems*

**Conference refereeing**
- *ACM International Conference on Functional Programming*, 2000, 2006
- *ACM SIGPLAN Conference on Languages, Compilers, and Tools for Embedded Systems*, 2003
- *ACM SIGPLAN International Conference on Object-Oriented Programming, Systems, Languages, and Applications*, 1991, 1992, 1997, 1998, 2000, 2001, 2002
- *ACM Conference on Programming Language Design and Implementation*, 1998, 2002
- *European Conference on Object-Oriented Programming*, 2000
- *9th* International Workshop on Persistent Object Systems, 2000

Antony L Hosking                    *Curriculum vitae*                        *page 13*

- *ACM SIGPLAN International Symposium on Memory Management*, 2000
- *Symposium on Objects and Databases, European Conference on Object-Oriented Programming*, 2000
- *ACM SIGPLAN International Symposium on Memory Management*, 1998
- *11th ACM International Conference on Supercomputing*, 1997
- *USENIX Symposium on Operating Systems Design and Implementation*, 1994, 1996
- *International Conference on High-Performance Computing*, 1996
- *International Workshop on Persistent Object Systems*, 1996
- *ACM International Symposium on Symbolic and Algebraic Computation*, 1996
- *International Conference on Very Large Data Bases*, 1991
- *International Workshop on Database Programming Languages*, 1991

**Research proposal refereeing**
- National Science Foundation. Information and Data Management Program, Division of Information and Intelligent Systems, Directorate for Computer and Information Science and Engineering, Spring 2003
- Natural Sciences and Engineering Research Council of Canada, 2002, 2003
- Royal Society of New Zealand, Marsden Fund Awards, 2001,2003

**External examiner**
- Zhen He, PhD, *Australian National University*, 2003
- Stuart Blair, PhD, *University of Glasgow, Scotland*, 2002
- Antonios Printezis, PhD, *University of Glasgow, Scotland*, 2000
- M Schulz, MSc, *University of Cape Town*, 1999

*Antony L Hosking* *Curriculum vitae* *page 14*

RESEARCH FUNDING

**Cash awards**

- Hosking AL. *Multi-core University Research*, Intel, 2005, $2,000
- Jagannathan S, Vitek J, Grama A, Hosking AL. *CRI: A Computational Infrastructure for Experimentation on Relaxed Concurrency Abstractions and their Applications*, Computing Research Infrastructure Program, Division of Computer and Network Systems, National Science Foundation (CNS-0551658), 3/06-3/08, $99,979 [acceptance rate 12-15% of 229 submitted]
- Hosking AL. *ST-CRTS: Collaborative: Delivering on Atomic Actions: Unlocking Concurrency for Ordinary Programmers*, Computing Processes and Artifacts Program, Division of Computer and Communication Foundations, National Science Foundation (CCF-0540866), 2/06-2/09, $279,999. [acceptance rate 10% of 532 submitted]
- Hosking AL. *CSR-AES Collaborative: RuggedJ: Resilient Distributed Java Over Heterogeneous Platforms*, Computer Systems Research Program, Division of Computer and Network Systems, National Science Foundation (CNS-0509377), 9/05-9/06, $30,000 [acceptance rate 10-15% of 440 submitted]
- Hosking AL. *Eclipse Innovation Grant*, IBM, 01/05-01/06, $27,000
- Hosking AL. *Transactional, Persistent, Managed Runtime Environments*, Microsoft, 01/04-01/05, $32,000
- Hosking AL. *Eclipse Innovation Grant: An Eclipse Plugin for Introductory Programming*, IBM, 01/04-01/05, $25,000
- Palsberg J, Hosking AL. *Eclipse Innovation Grant: Teaching Introductory Computer Science Using Eclipse*, IBM, 01/03-01/04, $30,000
- Vitek J, Hosking AL. *ReAssure – Resilient and Secure Virtual Machines for Network Computing*, Lilly Endowment for support of the Center for Education and Research in Information Assurance and Security, Purdue University, 06/01-05/02, $30,000
- Vitek J, Hosking AL, Palsberg J (UCLA), Pugh W (Maryland), Lea D (SUNY Oswego). *DCMF/NES: Dynamic Compositional Middleware Frameworks for Networked Embedded Systems*, PCES Program, DARPA/ITO via Air Force Research Laboratory, 6/01-8/04, $3,081,601
- Hosking AL. Subcontract from University of Massachusetts on *ITR/SW: Dynamic Cooperative Performance Optimization*, Information Technology Research Program, National Science Foundation (CCR-0085792), 9/00-8/05, $263,912
- Hosking AL. *Transactional Threads for Reliable Persistent Application Systems*, Information and Data Management Program, Division of Information and Intelligent Systems, Directorate for Computer and Information Science and Engineering, National Science Foundation (IIS-9988637), 9/00-9/03, $215,000
- Vitek J, Hosking AL. *ReAssure – Resilient and Secure Virtual Machines for Network Computing*, Lilly Endowment for support of the Center for Education and Research in Information Assurance and Security, Purdue University, 06/00-05/01, $41,558
- Hosking AL. *Analyzing, profiling and optimizing orthogonal persistence for Java*, Sun Microsystems Laboratories Collaborative Research Grant, 7/99-6/00, $40,000
- Hosking AL. *Analyzing, profiling and optimizing Java applications*, IBM Corporation Shared University Research, 7/98-6/99, $35,000
- Hosking AL. *Analyzing, profiling and optimizing orthogonal persistence for Java*, Sun Microsystems Laboratories Collaborative Research Grant, 7/98-6/99, $40,000
- Comer D, Hosking AL. *Crosspoint extension*, Intel Corporation 7/98-6/99, $10,500
- Comer D, Hosking AL. *Crosspoint extension*, Intel Corporation, 7/98-6/99, $64,000
- Hosking AL. *Compiling with persistence*, Operating Systems and Compilers Program, Division of Computer-Communications Research, Directorate for Computer and Information Science and Engineering, National Science Foundation (CCR-9711673), 8/97-7/00, $185,000
- Hosking AL. *Analyzing, profiling and optimizing orthogonal persistence for Java*, Sun Microsystems Laboratories Collaborative Research Grant, 7/97-6/98, $75,000
- Hosking AL. *Compiling for persistence*, Purdue Research Foundation Summer Faculty Grant, 6/97-8/97, $5,000

- Hosking AL. *High-performance persistent information systems*, Purdue Global Initiative Grant, International Programs, 9/96-8/97, $2,500
- Hosking AL. *Compiler support for persistence*, Sun Microsystems Laboratories Collaborative Research Grant, 7/96-6/97, $70,000
- Hosking AL. *Language and compiler support for fine-grained object migration*, Purdue University Department of Computer Science Seed Fund Grant, 9/95-8/96, $7,000
- Hosking AL. *Compiler support for garbage collection and persistence*, Purdue University Department of Computer Science Seed Fund Grant, 2/95-8/95, $5,000

**Software and equipment donations (list price)**

- Microsoft software, 1997, $5,000
- Sun Microsystems equipment, 1997, $35,925
- Microsoft software, 1996, $5,000

GRADUATE STUDENTS SUPERVISED

**PhD**

- Phil McGachey (post-qualifiers), since 9/02
- Adam Welc, Research Scientist, Programming Systems Laboratory (Santa Clara), Intel. *Concurrency abstractions for programming languages using optimistic protocols*, May 2006. I was Chair of Welc's committee, with able assistance from Suresh Jagannathan whose theoretical background added a valuable extra dimension to the work. On papers co-authored with Jagannathan, authorship order reflects my deferral as advisor to the student as primary author, while acknowledging the importance of Jagannathan's contribution on theoretical matters.
- Thomas VanDrunen, Assistant Professor, Wheaton College. *Partial Redundancy Elimination for Global Value Numbering*, August 2004

**Master's by thesis**

- Phil McGachey. *An improved generational copying garbage collector*, December 2005
- Frank Mueller. *Penumbra: An Eclipse Plugin for Introductory Programming*, May 2004
- David Whitlock, MS (to GemStone Systems, Adjunct Faculty Member at Portland State University). *Persistence-Enabled Optimization of Java Programs*, May 2000
- Nathaniel Nystrom, MS (to Cornell University via Hewlett-Packard). *Bytecode-level analysis and optimization of Java classes*, August 1998
- Kumar Brahnmath, MS (to American Management Systems). *Optimizing Orthogonal Persistence for Java*, May 1998
- Nedim Fresko, MS (to JavaSoft division of Sun Microsystems). *Compiler support for accurate garbage collection on RISC processors*, May 1996

**Other research assistants**

- Chen-Yong Cher, PhD in Electrical and Computer Engineering (to IBM Watson Research Center). *Exploring and Evaluating Control-Flow and Thread-Level Parallelism*, May 2004
- Kailash Agrawal (to Advanced Micro Devices), 2003
- Antonio Ake, 2002
- Jiawan Chen, May 2000
- Aria Novianto, May 2000

**PhD committee member** (Purdue CS unless otherwise noted)

Ethan Robert Schuchman, Hiroshi Yamauchi, Jessica Young (ECE), Dan Ardelean, Jin-Yi Wang (ECE), Chong Liang Ooi, Yen-Shiang Shue (ECE), Mohamed Gomaa (ECE), Christian Grothoff, Michael David Powell (ECE, 2004), Chen-Yong Cher (ECE, 2004), Sudipto Ghosh (2000), Ladislau-Lehel Boloni (2000), Shunge Li (2000), Steve Cutchin (1999), Ivan Krsul (1998), Gustavo Rodriguez-Rivera (1998), Muhammad Farrukh Khan (1996), Gerald Baumgartner (1996), Andrew Muckelbauer (1996), Xiangning Sean Liu (1995)

Antony L Hosking                        *Curriculum vitae*                        *page 17*

TEACHING       **Courses taught at Purdue**
- CS497 Honors Project Coordinator, Spring 2006 (directly supervised: Jake Warrington, Zach Tatlock, Bill Harris)
- CS197 Honors Seminar, Spring 2006
- CS397 Honors Seminar, Fall 2005, Fall 2006
- CS497 Honors Project Coordinator, Spring 2006, Fall 2005
- CS352 Compilers: Principles and Practice, Spring 2000, Spring 2001, Fall 2002, Spring 2004, Spring 2005, Fall 2005, Fall 2006
- CS502 Compiling and Programming Systems, Fall 2004
- CS690M: Advanced Dynamic Memory Management, Fall 2003
- CS180: An Introduction to Computer Science, Spring 2003
- CS502 Compiling and Programming Systems, Spring 1995–Fall 2000
- CS590T (with Prof. Douglas Comer) Software Tools, Fall 2000
- CS590C (with Prof. Douglas Comer) Systems Software Seminar, Spring 2000
- CS690A Advanced Compiling and Programming Systems (*or* "So you want to know how to make Java run fast?"), Spring 1999
- CS590D Database Programming Languages and Persistent Systems, Fall 1996

**Courses revised at Purdue**
- CS197: Honors Seminar. Revised as a reading seminar on the canonical works of Computer Science, Spring 2006
- CS180: An Introduction to Computer Science. Introduced use of Eclipse IDE into teaching, Fall 2003
- CS352 Compilers: Principles and Practice. Revised curriculum and introduced new project infrastructure, Fall 1997
- CS502 Compiling and Programming Systems. Revised curriculum and introduced new project infrastructure, Spring 1995, Fall 1997

**Courses introduced at Purdue**
- CS590T (with Prof. Douglas Comer) Software Tools, Fall 2000
- CS590C (with Prof. Douglas Comer) Systems Software Seminar, Spring 2000
- CS690A Advanced Compiling and Programming Systems (*or* "So you want to know how to make Java run fast"), Spring 1999
- CS590D Database Programming Languages and Persistent Systems, Fall 1996

Institutional service

**College of Science, Purdue University**
- Senior Chair, United Way Campaign, 2004-2005
- Junior Chair, United Way Campaign, 2003-2004
- Member, Grade Appeal Committee, 2000-2001

**Department of Computer Science, Purdue University**
- Member, Executive Committee, 2006-2007
- Honors Research Advisor, 2006-2007
- Chair, Undergraduate Curriculum Committee, 2006-2007
- Undergraduate Student Board Advisor, 2006-2007
- Honors Research Advisor, 2005-2006
- Chair, Undergraduate Curriculum Committee, 2005-2006
- Undergraduate Student Board Advisor, 2005-2006
- Member, Computing Facilities Committee, 2004
- Member, Faculty Search Committee, 1996-1997, 2002-2004
- Member, Curriculum subcommittee of Undergraduate Committee, 1999-2001
- Secretary, Faculty Meetings, 1998-1999
- Member, Undergraduate Committee, 1997-1998
- Member, Advisory Committee to Head of Department, 1997-1998