UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZUL SYSTEMS, INC., | Case No. C-06-1988 CRB (JCS) |
| Plaintiff(s), | |
| v. | **ORDER GRANTING IN PART PLAINTIFF'S MOTION TO REMOVE CONFIDENTIAL DESIGNATION FROM SUN'S 2019 STATEMENT [Docket No. 36]** |
| SUN MICROSYSTEMS, INC., | |
| Defendant(s). | |

On October 27, 2006, Plaintiff's filed a Motion to Remove Confidential Designation from Sun's 2019 Statement (the "Motion").

On December 15, 2006, the Motion came on for hearing. Robert Haslam, counsel for Plaintiff, appeared. Benjamin K. Riley, counsel for Defendant, also appeared.

For reasons stated on the record, and good cause shown,

IT IS HEREBY ORDERED that the Motion is GRANTED IN PART. The confidentiality designation as to Sun's 2019 Statement (other than the exhibits) is removed. The confidentiality designation as to Exhibits 7a and 7b is removed. Exhibit 5 was not marked as confidential. The remainder of the exhibits marked "Highly Confidential" will continue to be so designated.

IT IS SO ORDERED.

Dated: December 19, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge