ROBERT T. HASLAM (Bar No. 71134)
PETER E. GRATZINGER (Bar No. 228764)
ANUPAM SHARMA (Bar No. 229545)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
peter.gratzinger@hellerehrman.com

ALAN H. BLANKENHEIMER (Bar No. 218713)
JO DALE CAROTHERS (Bar No. 228703)
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122-1246
Telephone: (858) 450-8400
Facsimile: (858) 450-8499

Attorneys for Plaintiff and Counter-Defendant
AZUL SYSTEMS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| AZUL SYSTEMS, INC.,<br><br>　　　　Plaintiff and Counter-Defendant,<br><br>　　v.<br><br>SUN MICROSYSTEMS, INC.,<br><br>　　　　Defendant and Counter-Plaintiff. | Case No.: 3:06-cv-01988-CRB (JCS)<br><br>DENYING [~~PROPOSED~~] ORDER ~~GRANTING~~ AZUL'S OPPOSITION TO SUN'S MOTION TO CONSOLIDATE CLAIM CONSTRUCTION BRIEFING AND COORDINATE RELATED DATES **(Local Rule 6-3)** |

---

[PROPOSED] ORDER GRANTING SUN'S OPPOSITION TO SUN'S MOTION TO CONSOLIDATE CLAIM
CONSTRUCTION SCHEDULE BRIEFING AND COORDINATE RELATED DATES (L.R. 6-3)
CASE NO. 06-CV-01988-CRB

Having considered the pleadings filed by Azul Systems, Inc., pursuant to Local Rule 6-3, for leave to modify the case schedule, and good cause appearing therefore:

The Court hereby adopts the following amended schedule:

| Milestone | Time Modification and Effect |
|---|---|
| Sun's Disclosure of Asserted Claims and Preliminary Infringement Contentions for the Three Patents | **January 30, 2007** (already served) |
| Exchange of Proposed Claim Terms and Claim Elements for Construction of the Three | **February 16, 2007** |
| Exchange of Preliminary Claim Constructions and Preliminary Identification of Extrinsic Evidence for the Three Patents | **February 23, 2007** |
| Azul's Disclosure of Preliminary Invalidity Contentions on the Three Patents | **March 2, 2007** |
| Deadline for Meet and Confer re Disputed Claim Terms on the Three Patents | **March 2, 2007** |
| Joint Claim Construction and Prehearing Statement on the Nine Patents, Limited to Two Claims and Five Terms Per Patent | **March 5, 2007** |
| Completion of Claim Construction Discovery for the Three Patents | **March 5, 2007** |
| Sun's Opening Claim Construction Brief on the Nine Patents | **March 12, 2007** (17 days later than current date) |
| Azul's Responsive Claim Construction Brief on the Nine Patents | **March 28, 2007** (16 days later than current schedule) |
| Sun's Reply Claim Construction Brief on the Nine Patents | **April 3, 2007** (15 days later than current schedule) |
| Claim Construction Tutorial on Nine Patents | **April 10, 2007** (14 days later than current schedule) |

1

[PROPOSED] ORDER GRANTING SUN'S OPPOSITION TO SUN'S MOTION TO CONSOLIDATE CLAIM
CONSTRUCTION SCHEDULE BRIEFING AND COORDINATE RELATED DATES (L.R. 6-3)
CASE NO. 06-CV-01988-CRB

| Milestone | Time Modification and Effect |
|---|---|
| Claim Construction Hearing on Nine Patents | **April 12, 2007** (14 days later than current schedule) |
| Disclosure of Willfulness Opinion and Related Materials | 50 days after Claim construction Ruling per N.D. Cal. Local Rule 3-8 |
| Disclosure of Experts | **April 27, 2007** (14 days later than current schedule) |
| Disclosure of Rebuttal Experts | **May 18, 2007** (14 days later than current schedule) |
| Fact Discovery Cut-Off | **June 15, 2007** (14 days later than current schedule) |
| Expert Reports (Burden of Proof) and Patent Law Experts | **June 29, 2007** (14 days later than current schedule) |
| Rebuttal Expert Reports | **July 27, 2007** (14 days later than current schedule) |
| Completion of Expert Depositions | **August 17, 2007** (14 days later than current schedule) |
| Last Day to File Dispositive Motions | **September 7, 2007** (14 days later than current schedule) |
| Hearing on Dispositive Motions (Subject to the Court's Schedule) | **October 12, 2007** (14 days later than current schedule) |
| Trial (Subject to the Court's Schedule) | **December 2007** |

Dated: February _07_, 2007

_____
The Honorable Charles R. Breyer
United States District Judge
For the Northern District of California

**DENIED**
Judge Charles R. Breyer

2

[PROPOSED] ORDER GRANTING SUN'S OPPOSITION TO SUN'S MOTION TO CONSOLIDATE CLAIM CONSTRUCTION SCHEDULE BRIEFING AND COORDINATE RELATED DATES (L.R. 6-3)
CASE NO. 06-CV-01988-CRB

Heller Ehrman LLP