1  ROBERT T. HASLAM (Bar No. 71134)
2  PETER E. GRATZINGER (Bar No. 228764)
   ANUPAM SHARMA (Bar No. 229545)
3  HELLER EHRMAN LLP
   275 Middlefield Road
4  Menlo Park, California  94025-3506
   Telephone: (650) 324-7000
5  Facsimile: (650) 324-0638
   E-mail: robert.haslam@hellerehrman.com
6

7  Attorneys for Plaintiff and Counterclaim Defendant
   AZUL SYSTEMS, INC.
8

   HENRY C. BUNSOW (Bar No. 60707)
9  BENJAMIN K. RILEY (Bar No. 112007)
   HOWREY LLP
10 525 Market Street, Suite 3600
11 San Francisco, California 94105-2708
   Telephone: (415) 848-4900
12 Facsimile: (415) 848-4999

13
   Attorneys for Defendant and Counterclaim Plaintiff
   SUN MICROSYSTEMS, INC.
14

15 *Additional counsel on next page*

16                     UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
17                         SAN FRANCISCO DIVISION

18 | AZUL SYSTEMS, INC., | Case No.:  3:06-cv-01988-CRB (JCS) |
|---|---|
19 | Plaintiff and Counterclaim Defendant, | **STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT** |
20 | v. | |
21 | SUN MICROSYSTEMS, INC., | |
22 | Defendant and Counterclaim Plaintiff. | |

STIPULATION FOR FILING SECOND
AMENDED COMPLAINT
CASE NO. 3:06-CV-01988-CRB

ALAN H. BLANKENHEIMER (State Bar No. 218713)
JO DALE CAROTHERS (State Bar No. 228703)
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, California 92122-1246
Telephone: (858) 450-8400
Facsimile: (858) 450-8499
E-mail: alan.blakenheimer@hellerehrman.com

Attorneys for Plaintiff and Counterclaim Defendant
AZUL SYSTEMS, INC.


THOMAS DUNHAM (*pro hac vice*)
NELSON M. KEE (*pro hac vice*)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Attorneys for Defendant and Counterclaim Plaintiff
SUN MICROSYSTEMS, INC.

STIPULATION FOR FILING SECOND
AMENDED COMPLAINT
CASE NO.  3:06-CV-01988 CRB

1     IT IS HEREBY STIPULATED by and between the parties hereto through their respective

2 attorneys of record that Plaintiff may file a Second Amended Complaint, a copy of which is e-filed

3 herewith.

5 DATED:  March 2, 2007            HELLER EHRMAN LLP

7                                    By:     /s/ Peter E. Gratzinger
                                   PETER E. GRATZINGER

                                   Attorneys for Plaintiff and Counterclaim Plaintiff
                                   AZUL SYSTEMS, INC.

11 DATED:  March 2, 2007            HOWREY LLP

13                                    By:    /s/ Thomas M. Dunham
                                   THOMAS M. DUNHAM

                                   Attorneys for Defendant and Counterclaim Defendant
                                   SUN MICROSYSTEMS, INC.

## **ECF CERTIFICATION**

I, Peter E. Gratzinger, am the ECF User whose identification and password are being used to file this Stipulation for Filing of Second Amended Complaint.  In compliance with General Order 45.X.B, I hereby attest that Thomas M. Dunham, Esq. has concurred in this filing.

DATED:  March 2, 2007                    HELLER EHRMAN LLP

                                         By:      /s/ Peter E. Gratzinger
                                                 PETER E. GRATZINGER

                                         Attorneys for Plaintiff and Counterclaim Plaintiff
                                         AZUL SYSTEMS, INC.

March 6, 2007



STIPULATION FOR FILING SECOND
AMENDED COMPLAINT
CASE NO.  3:06-CV-01988 CRB

2