Henry C. Bunsow (State Bar No. 60707)
Benjamin K. Riley (State Bar No. 112007)
**HOWREY LLP**
525 Market Street, Suite 3600
San Francisco, CA 94105-2708
Telephone: (415) 848-4900
Facsimile: (415) 848-4999
BunsowH@howrey.com
RileyB@howrey.com

Attorneys for Defendant and Counterclaim Plaintiff
SUN MICROSYSTEMS, INC.

Robert T. Haslam (State Bar No. 71134)
Peter E. Gratzinger (State Bar No. 228764)
**HELLER EHRMAN LLP**
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
Robert.Haslam@hellerehrman.com
Peter.Gratzinger@hellerehrman.com

Attorneys for Plaintiff and Counterclaim Defendant
AZUL SYSTEMS, INC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZUL SYSTEMS, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> SUN MICROSYSTEMS, INC., <br><br> Defendant and Counterclaim Plaintiff. | Case No.: C 06-01988 CRB <br><br> **STIPULATION FOR FILING SUN'S FOURTH AMENDED ANSWER AND COUNTERCLAIMS; [PROPOSED] ORDER** |

DM_US:20372382_1

STIPULATION RE FILING SUN'S FOURTH AMENDED
ANSWER AND COUNTERCLAIMS
CASE NO. 3:06-CV-01988 CRB

## STIPULATION

Defendant and Counterclaim Plaintiff Sun Microsystems, Inc. ("Sun") seeks to file a Fourth Amended Answer and Counterclaims, adding two claims for breach of contract against new Counterclaim Defendant Clifford N. Click, Jr., and one claim for intentional interference with contract against Plaintiff and Counterclaim Defendant Azul Systems, Inc. ("Azul"). Subject to the conditions set forth below, Azul agrees to the filing of the Fourth Amended Answer and Counterclaims. The facts supporting this Stipulation and the good cause for filing the Fourth Amended Answer and Counterclaims are set forth below:

1. On December 21, 2006, Sun filed its motion to file its Third Amended Answer and Counterclaims, seeking to add three new patents to the case. The Court granted that motion on January 22, 2007, and Sun filed its Third Amended Answer and Counterclaims on January 26, 2007.

2. On September 29, 2006 and on December 21, 2006, Azul produced documents in this case. In reviewing these documents in January and February 2007, Sun discovered a series of emails between former Sun employee Clifford N. Click, Jr. ("Click") and Azul from October and November 2002, during the time he was still employed by Sun.

3. Sun believes that these emails, along with other Confidential Sun documents in Click's possession while he was at Azul, demonstrate that Click breached his Employment Agreements with Sun by disclosing Confidential Sun documents and information to Azul, and by improperly engaging in consulting activities for Azul during the time when Click was still employed by Sun.

4. Sun thereafter drafted its Fourth Amended Answer and Counterclaim to assert claims against Click for breach of his Employment Agreements (Count XI), and for Declaratory Relief and Specific Performance (Count XII) in connection with those Employment Agreements. The Fourth Amended Answer and Counterclaims also adds an additional cause of action against Azul for intentional interference with Click's Employment Agreements (Count XIII). A redlined version of the Fourth Amended Answer

and Counterclaim, designating the additions to the existing Counterclaims, is attached hereto as Exhibit A.

5.   Azul disputes that Click breached his Employment Agreements with Sun and further disputes the other new claims set forth in proposed Counts XI-XIII of the Fourth Amended Answer and Counterclaims and contends that this proposed amended counterclaim could and should have been filed earlier. Nonetheless, in order not to burden the parties or the Court with motion practice, Azul hereby stipulates to the filing subject to the following provisions.

Based on the foregoing, the parties hereby stipulate that Sun may file its Fourth Amended Answer and Counterclaim. In connection with this Stipulation, the parties make the following clarifications:

a.   Azul's stipulation to the filing of the Fourth Amended Answer and Counterclaims is without prejudice to its position that this amendment comes late in the case, and accordingly Azul reserves its right to object to any further amendments by Sun to its Counterclaims. Sun reserves its right to assert further Counterclaims on a showing of good cause.

b.   Azul notes a concern that certain detail in the Fourth Amended Answer and Counterclaims may disclose information set forth in the Click emails which was designated as Highly Confidential under the Protective Order in this case. By agreeing to this Stipulation and not objecting to the detail set forth in the Fourth Amended Answer and Counterclaims, Azul does not waive any future argument regarding any further disclosure of the detail of the Click emails or disclosure of any other documents designated confidential under the Protective Order. Sun believes it has fully complied with the Protective Order and that the Fourth Amended Answer and Counterclaims does not disclose any protected information.

1  Accordingly, the parties hereby stipulate to the filing of Sun's Fourth Amended
2  Answer and Counterclaims, and request that the Court consider and sign the proposed order
3  set forth below.

DATED: April 6, 2007

HOWREY LLP

By: _____
Benjamin K. Riley
Attorneys for Defendant and Counterclaim
Plaintiff SUN MICROSYSTEMS, INC.

DATED: April 6, 2007

HELLER EHRMAN LLP

By: _____
Robert Haslam
Attorneys for Plaintiff and Counterclaim
Defendant AZUL SYSTEMS, INC.

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties, and good cause shown therefor, it is hereby ordered that Sun's Fourth Amended Answer and Counterclaims may be filed.

DATED: April 9, 2007

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer*