ROBERT T. HASLAM (State Bar No. 71134)
ANUPAM SHARMA (State Bar No. 229545)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
Robert.Haslam@hellerehrman.com

Attorneys for Plaintiff and Counter-Defendant
AZUL SYSTEMS, INC.

HENRY C. BUNSOW (State Bar No. 60707)
BENJAMIN K. RILEY (State Bar No. 112007)
JOSEPH SONG (State Bar No. 239494)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105-2708
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Defendant and Counterclaim Plaintiff
SUN MICROSYSTEMS, INC.

*Additional counsel on next page*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZUL SYSTEMS, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>SUN MICROSYSTEMS, INC.,<br><br>    Defendant and Counterclaim Plaintiff. | Case No.:  3:06-cv-01988 CRB (JCS)<br>**AMENDED STIPULATION PER LOCAL RULE 6-2 RE PROPOSED REQUEST FOR ORDER CHANGING TIME FOR CLAIM CONSTRUCTION TUTORIAL, HEARING AND CORRESPONDING BRIEFING AND [PROPOSED] ORDER** |

ALAN H. BLANKENHEIMER (State Bar No. 218713)
JODALE CAROTHERS (State Bar No. 228703)
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, California 92122-1246
Telephone: (858) 450-8400
Facsimile: (858) 450-8499
Alan.blankenheimer@hellerehrman.com
JoDale.Carothers@hellerehrman.com

PETER E. GRATZINGER (State Bar No. 228764)
HELLER EHRMAN LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 689-0200
Facsimile: (213) 614-1868
Peter.Gratzinger@hellerehrman.com

Attorneys for Plaintiff and Counterclaim Defendant
AZUL SYSTEMS, INC.

THOMAS DUNHAM (*pro hac vice*)
NELSON M. KEE (*pro hac vice*)
CHRISTOPHER CUNEO (*pro hac vice*)
CHAD PETERSON (*pro hac vice*)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Attorneys for Defendant and Counter-Claimant
SUN MICROSYSTEMS, INC.

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record to request that the Claim Construction Tutorial and Claim Construction Hearing be moved from May 29 and 31, 2007 to June 26 and 28, 2007 (or the Court's first available date thereafter) respectively.  As set forth below, the parties also request that the corresponding Claim Construction Briefing be moved accordingly.

1. Reasons for Requested Time Changes

Lead trial counsel and all necessary witnesses will be unavailable during the last week in May 2007 for the Claim Construction Tutorial and Hearing in this case.  Counsel for Azul and Sun agree to the changes noted in Section 3 below.  The parties respectfully request that the Court enter this Stipulation per Local Rule 6-2 re Proposed Request for Order Changing Time to accommodate this scheduling conflict.

2. Previous Time Modifications in the Case

On October 30, 2006, the parties stipulated to, and Judge Breyer approved, modifying the filing dates for the parties' Claim Construction Briefs for the Six Patents[1] and related statements and discovery, while maintaining the Court's Construction Hearing date.[2]  On January 17, 2007, Judge Breyer modified the claim construction schedule and claim construction hearing for the Six Patents so that the Court could decide Sun's Motion to Amend prior to the due date for the claim construction briefs.  On February 12, 2007, Judge Breyer granted Sun's Motion to Modify the Case Schedule to Consolidate Claim Construction Briefing and Coordinate Related Dates.

3. Proposed Time Modifications and Effect on the Schedule

---

[1] U.S. Patent Nos. 6,003,065; 6,823,351 6,862,664; 6,901,491; 6,938,130; and 7,013,454 issued to Sun.

[2] Additionally, there was a change in the briefing schedule for Azul's Motion to Remove Confidential designation from Sun's Section 2019 Statement.  On November 22, 2006, Judge Joseph C. Spero approved a change in the schedule for Sun's opposition to Azul's reply briefs.  The hearing date remained unchanged.

1

STIPULATION RE SCHEDULE FOR CLAIM CONSTRUCTION TUTORIAL, HEARING and CORRESPONDING BRIEFING
CASE NO.  3:06-CV-01988 CRB

The parties' stipulation and request to move the Claim Construction Tutorial, Hearing and corresponding Briefing delays the remaining schedule by approximately one month.

| Milestone | Previously Scheduled Dates | Parties' Stipulated Dates |
|---|---|---|
| Sun's Opening Claim Construction Brief on the Nine Patents | April 27, 2007 | May 25, 2007 |
| Azul's Responsive Claim Construction Brief on the Nine Patents | May 11, 2007 | June 8, 2007 |
| Sun's Reply Claim Construction Brief on the Nine Patents | May 18, 2007 | June 15, 2007 |
| Claim Construction Tutorial on the Nine Patents | May 29, 2007 (or Court's first available date thereafter) | June 26, 2007 (or Court's first available date thereafter) |
| Claim Construction Hearing on the Nine Patents | May 31, 2007 (or Court's first available date thereafter) | June 28, 2007 (or Court's first available date thereafter) |

DATED: April 17, 2007        HELLER EHRMAN LLP


By:   /s/ Peter E. Gratzinger
PETER E. GRATZINGER
Attorneys for Plaintiff and Counter-Defendant
AZUL SYSTEMS, INC.


DATED: April 17, 2007        HOWREY LLP


By:   /s/ Thomas M. Dunham
THOMAS M. DUNHAM
Attorneys for Defendant and Counter-Claimant
SUN MICROSYSTEMS, INC.

2

**No further amendments to the claim constrution schedule will be permitted.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED:   April 20, 2007



_____
CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

**ECF CERTIFICATION**

I, Peter E. Gratzinger, am the ECF User whose identification and password are being used to file this Stipulation per Local Rule 6-2 re Proposed Request for Order Changing Time for Claim Construction Tutorial, Hearing and corresponding Briefing.  In compliance with General Order 45.X.B, I hereby attest that Thomas M. Dunham, Esq. has concurred in this filing.

DATED:  April 17, 2007                              HELLER EHRMAN LLP

By:  ___/s/ Peter E. Gratzinger_____
PETER E. GRATZINGER

Attorneys for Plaintiff and Counter-Defendant
AZUL SYSTEMS, INC.

4

# CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 17th day of April 2007, with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail on this same date.

| | |
|---|---|
| Thomas M. Dunham, Esq. | dunhamt@howrey.com |
| Henry C. Bunsow, Esq. | bunsowh@howrey.com |
| Benjamin K. Riley, Esq. | rileyb@howrey.com |
| Nelson M. Kee, Esq. | keen@howrey.com |
| Christopher Cuneo, Esq. | cuneoc@howrey.com |
| Chad Peterson, Esq. | petersonc@howrey.com |
| Joseph Song, Esq. | songj@howrey.com |

DATED: April 17, 2007         HELLER EHRMAN LLP

By: ___/s/ Peter E. Gratzinger___
PETER E. GRATZINGER

Attorneys for Plaintiff and Counter-Defendant
AZUL SYSTEMS, INC.