Henry C. Bunsow (State Bar No. 60707)
Benjamin K. Riley (State Bar No. 112007)
**HOWREY LLP**
525 Market Street, Suite 3600
San Francisco, CA 94105-2708
Telephone: (415) 848-4900
Facsimile: (415) 848-4999
BunsowH@howrey.com
RileyB@howrey.com

Attorneys for Defendant and Counterclaim Plaintiff
SUN MICROSYSTEMS, INC.


Robert T. Haslam (State Bar No. 71134)
Peter E. Gratzinger (State Bar No. 228764)
**HELLER EHRMAN** LLP
275 Middlefield Road
Menlo Park, CA  94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
Robert.Haslam@hellerehrman.com
Peter.Gratzinger@hellerehrman.com

Attorneys for Plaintiff and Counterclaim Defendant
AZUL SYSTEMS, INC


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZUL SYSTEMS, INC.,<br><br>     Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>SUN MICROSYSTEMS, INC.,<br><br>     Defendant and Counterclaim Plaintiff. | Case No.:  C 06-01988 CRB<br><br>**JOINT STIPULATION PER LOCAL RULE 6-2 TO EXTEND CERTAIN FILING AND OTHER DATES TO ALLOW PARTIES TO COMPLETE AND DOCUMENT SETTLEMENT; [PROPOSED] ORDER** |

## STIPULATION

Plaintiff and Counterclaim Defendant Azul Systems, Inc. ("Azul") and Defendant and Counterclaim Plaintiff Sun Microsystems, Inc. ("Sun") have been engaged in settlement discussions and believe they have now agreed on the framework and all material terms to completely resolve this matter. In order to complete the settlement, certain business as well as legal documents must be drafted, agreed upon and signed. Once the settlement documents have been signed, the parties will then seek to have this entire case dismissed. The parties anticipate exchanging initial drafts of the settlement documents the week of May 14.

A significant amount of activity in this case will occur in the near future and avoiding the costs of engaging in that activity was a consideration in reaching agreement. Pursuant to Judge Breyer's Order of April 20, 2007, briefing on claim construction commences on May 25 with the filing of Sun's opening brief. The Court has set June 26 and 28 as the dates for a tutorial and claim construction hearing, respectively. In addition, pursuant to Judge Spero's Order of March 27, Sun is required to serve, by June 15, a further statement of its trade secrets and its contentions regarding Azul's use of those trade secrets. This trade secret document will require numerous depositions to be completed, which the parties had commenced prior to reaching their understanding on settlement.

The parties jointly believe that given their agreement on the material terms of a settlement of this entire action, they should now focus their efforts on documenting and completing the settlement, rather than on meeting the many immediate litigation requirements and deadlines. Accordingly, the parties request that the Court authorize an approximately thirty day extension of the deadlines for the upcoming filings and hearings. During this extension period, the parties believe they can draft, negotiate and execute their settlement documents. The parties are only requesting a thirty day extension due to the potential complexity of the documentation given the nature of the settlement and the desire to realize the cost savings which were a consideration in reaching agreement. In the unlikely event the parties are not able to complete their settlement, both parties desire that

the case proceed expeditiously and not be unreasonably delayed as a result of the good faith efforts to reach an out of court resolution.

Based on the foregoing, the parties hereby stipulate and request that the Court authorize the extensions of the filings, hearings and other deadlines as set forth in the chart below.

| Milestone | Previously Scheduled Dates | Parties' Stipulated Dates |
|---|---|---|
| Sun's Opening Claim Construction Brief on the Nine Patents | May 25, 2007 | July 2, 2007 |
| Service of Sun's Further Trade Secret Identification | June 15, 2007 | July 13, 2007 |
| Azul's Responsive Claim Construction Brief on the Nine Patents | June 8, 2007 | July 18, 2007 |
| Sun's Reply Claim Construction Brief on the Nine Patents | June 15, 2007 | July 25, 2007 |
| Claim Construction Tutorial on the Nine Patents | June 26, 2007 | August 7, 2007 (or Court's first available date thereafter) |
| Claim Construction Hearing on the Nine Patents | June 28, 2007 | August 9, 2007 (or Court's first available date thereafter) |

Accordingly, the parties hereby respectfully request that the Court consider and sign the proposed order set forth below, continuing the current filing, service and hearing deadlines by approximately thirty days, so that the parties can complete and document their settlement.

DATED: May 11, 2007

HOWREY LLP

By: /s/ Benjamin K. Riley
Benjamin K. Riley
Attorneys for Defendant and Counterclaim Plaintiff SUN MICROSYSTEMS, INC.

DATED: May 11, 2007

HELLER EHRMAN LLP

By: /s/ Robert Haslam
Robert Haslam
Attorneys for Plaintiff and Counterclaim
Defendant AZUL SYSTEMS, INC.

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties, and good cause shown therefor, the Court hereby adopts the schedule set forth in the parties' joint stipulation.

DATED: May 14, 2007



_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer