ROBERT T. HASLAM (State Bar No. 71134)
PETER E. GRATZINGER (State Bar No. 228764)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California  94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
Robert.Haslam@hellerehrman.com
Peter.Gratzinger@hellerehrman.com

Attorneys for Plaintiff and Counter-Defendant
AZUL SYSTEMS, INC.
and Counter-Defendant CLIFFORD N. CLICK, JR.

*Additional counsel on next page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZUL SYSTEMS, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>     v.<br><br>SUN MICROSYSTEMS, INC.,<br><br>    Defendant and Counterclaim Plaintiff. | Case No.:  3:06-cv-01988-CRB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |
| SUN MICROSYSTEMS, INC.,<br><br>    Counterclaim Plaintiff,<br><br>     v.<br><br>AZUL SYSTEMS, INC.,<br>and CLIFFORD N. CLICK, JR.<br><br>    Counter-Defendants. | |

ALAN H. BLANKENHEIMER (State Bar No. 218713)
JO DALE CAROTHERS (State Bar No. 228703)
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, California 92122-1246
Telephone: (858) 450-8400
Facsimile: (858) 450-8499
Alan.Blankenheimer@hellerehrman.com
JoDale.Carothers@hellerehrman.com

Attorneys for Plaintiff and Counter-Defendant
AZUL SYSTEMS, INC.
and Counter-Defendant
CLIFFORD N. CLICK, JR.

HENRY C. BUNSOW (State Bar No. 60707)
BENJAMIN K. RILEY (State Bar No. 112007)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105-2708
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

THOMAS M. DUNHAM (*pro hac vice*)
NELSON M. KEE (*pro hac vice*)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Attorneys for Defendant and Counter-Claimant
SUN MICROSYSTEMS, INC.

STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON
CASE NO.  3:06-CV-01988 CRB

IT IS HEREBY STIPULATED by and between , on the one hand, Plaintiff and Counter-Defendant Azul Systems, Inc. ("Azul") and Counter-Defendant Clifford N. Click, Jr. ("Click"), and on the other hand, Defendant and Counterclaim Plaintiff Sun Microsystems, Inc. ("Sun"), by their respective attorneys, that:

Pursuant to a Settlement Agreement between Azul, Click and Sun, any and all claims and counterclaims among them in the captioned action shall be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

The Court is to retain jurisdiction solely for purposes of adjudicating any disputes arising from the Settlement Agreement and/or the agreements appended as exhibits thereto, including the License Agreement and Warrant Agreement.

DATED:  June 19, 2007			HELLER EHRMAN LLP


By:  ___/s/ Alan H. Blankenheimer_____
ALAN H. BLANKENHEIMER
Attorneys for Plaintiff and Counter-Defendant
Azul Systems, Inc. and Counter-Defendant
Clifford N. Click, Jr.


DATED:  June 19, 2007			HOWREY LLP


By:  ___/s/ Thomas M. Dunham_____
THOMAS M. DUNHAM
Attorneys for Defendant and Counter-Claimant
Sun Microsystems, Inc.

1

STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON
CASE NO.  3:06-CV-01988 CRB

**[Proposed] Order**

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

DATED: June __20__, 2007

```
_____
CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA
```

*IT IS SO ORDERED*
*Judge Charles R. Breyer*